# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

In re *Kesel, Mark*　　　　　　　　　　　　　　　　Case No. *4:10-bk-41653*
　　　　　　　　　　　　　　　　　　　　　　　　　Chapter *11*

_____ / Debtor

Attorney for Debtor: *JUDITH WHITMAN*

## CERTIFICATION OF CREDITOR MATRIX

I hereby certify that the attached matrix includes the names and addresses of all creditors listed on the debtor's schedules.

Dated: *1/16/2010*　　　　　　　　　　　　　　　*/s/ JUDITH WHITMAN*
　　　　　　　　　　　　　　　　　　　　　　　　Debtor's Attorney

Bac Home Loans Servici
450 American St
PO Box 5170
Simi Valley  CA  93065


Genkin  Mikhail
58 Lucille Way
Orinda  CA  94563


Kantorov  Rima
2619 San Jose Avenue
Alameda  CA  94501


Midland Loan Services  Inc
PO Box 25965
Overland Park  KS  66225-5965


Neovision  LLC
1027 Ready Court
Walnut Creek  CA  94598


Oxbridge Capital  Inc
2001 Van Ness Avenue
Suite 411
San Francisco  CA  94103


Tachkov  Oleg
1027 Ready Court
Walnut Creek  CA  94598

```
Wells Fargo Bank N A
Po Box 31557
Billings  MT  59107
```

```
Applied Materials
c/o Munger Tolles & Olson
560 Mission Street 27th Fl
San Francisco CA 94105-2907


Brucker Michael
5855 Doyle Street #110
Emeryville CA 94608


Hsbc/bsbuy
Po Box 15519
Wilmington DE 19850


Kesel Julia
912 Clark Place
El Cerrito CA 94530


Thd/cbsd
Po Box 6497
Sioux Falls SD 57117
```