# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 0971–4 | User: nwhite | | Date Created: 2/17/2010 |
| Case: 10–41653 | Form ID: B9E | | Total: 21 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Mark Kesel | 59 Stratford Road | Berkeley, CA 94707 | | |
| ust | Office of the U.S. Trustee/Oak | Office of the U.S. Trustee | 1301 Clay St. #690N | Oakland, CA 94612 | |
| aty | Judith Whitman | Diemer, Whitman and Cardosi | 75 E. Santa Clara St., Suite 290 | San Jose, CA 95113 | |
| smg | Labor Commissioner | 1515 Clay St. | Room 801 | Oakland, CA 94612 | |
| smg | State Board of Equalization | Collection Dept. | P.O. Box 942879 | Sacramento, CA 94279 | |
| smg | IRS | P.O. Box 21126 | Philadelphia, PA 19114 | | |
| smg | CA Employment Development Dept. | Bankruptcy Group MIC 92E | P.O. Box 826880 | Sacramento, CA 94280–0001 | |
| smg | CA Franchise Tax Board | Special Procedures Bankruptcy Unit | P.O. Box 2952 | Sacramento, CA 95812–2952 | |
| 10685241 | Applied Materials | c/o Munger Tolles &Olson | 560 Mission Street 27th Fl | San Francisco CA 94105–2907 | |
| 10685235 | Bac Home Loans Servici | 450 American St | PO Box 5170 | Simi Valley CA 93065 | |
| 10685242 | Brucker Michael | 5855 Doyle Street #110 | Emeryville CA 94608 | | |
| 10685236 | Genkin Mikhail | 58 Lucille Way | Orinda CA 94563 | | |
| 10685243 | Hsbc/bsbuy | Po Box 15519 | Wilmington DE 19850 | | |
| 10685244 | Kantorov Rima | 2619 San Jose Avenue | Alameda CA 94501 | | |
| 10685245 | Kesel Julia | 912 Clark Place | El Cerrito CA 94530 | | |
| 10685237 | Midland Loan Services Inc | PO Box 25965 | Overland Park KS 66225–5965 | | |
| 10685238 | Neovision LLC | 1027 Ready Court | Walnut Creek CA 94598 | | |
| 10685246 | Oxbridge Capital Inc | 2001 Van Ness Avenue | Suite 411 | San Francisco CA 94103 | |
| 10685239 | Tachkov Oleg | 1027 Ready Court | Walnut Creek CA 94598 | | |
| 10685247 | Thd/cbsd | Po Box 6497 | Sioux Falls SD 57117 | | |
| 10685240 | Wells Fargo Bank N A | Po Box 31557 | Billings MT 59107 | | |

TOTAL: 21