# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–4 | User: nwhite | Date Created: 2/17/2010 |
| Case: 10–41653 | Form ID: OFP | Total: 8 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of the U.S. Trustee/Oak | USTPRegion17.OA.ECF@usdoj.gov |
| aty | Judith Whitman | jwhitman@diemerwhitman.com |

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Mark Kesel | 59 Stratford Road | Berkeley, CA 94707 | | |
| smg | Labor Commissioner | 1515 Clay St. | Room 801 | Oakland, CA 94612 | |
| smg | State Board of Equalization | Collection Dept. | P.O. Box 942879 | Sacramento, CA 94279 | |
| smg | IRS | P.O. Box 21126 | Philadelphia, PA 19114 | | |
| smg | CA Employment Development Dept. | Bankruptcy Group MIC 92E | P.O. Box 826880 | Sacramento, CA 94280–0001 | |
| smg | CA Franchise Tax Board | Special Procedures Bankruptcy Unit | P.O. Box 2952 | Sacramento, CA 95812–2952 | |

TOTAL: 6