# Notice Recipients

District/Off: 0971–4     User: nwhite     Date Created: 2/17/2010
Case: 10–41653     Form ID: UCC     Total: 10

**Recipients of Notice of Electronic Filing:**
ust     Office of the U.S. Trustee/Oak     USTPRegion17.OA.ECF@usdoj.gov
aty     Judith Whitman     jwhitman@diemerwhitman.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Mark Kesel     59 Stratford Road     Berkeley, CA 94707
10685241     Applied Materials     c/o Munger Tolles &Olson     560 Mission Street 27th Fl     San Francisco CA 94105–2907
10685242     Brucker Michael     5855 Doyle Street #110     Emeryville CA 94608
10685243     Hsbc/bsbuy     Po Box 15519     Wilmington DE 19850
10685244     Kantorov Rima     2619 San Jose Avenue     Alameda CA 94501
10685245     Kesel Julia     912 Clark Place     El Cerrito CA 94530
10685246     Oxbridge Capital Inc     2001 Van Ness Avenue     Suite 411     San Francisco CA 94103
10685247     Thd/cbsd     Po Box 6497     Sioux Falls SD 57117

TOTAL: 8