B6G (Official Form 6G) (12/07)

In re *Kesel, Mark* _____ / Debtor      Case No. *4:10-bk-41653*
                                                          (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## Amended 03/14/2010

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| Chang, Michelle<br>1306 Martin Luther King Jr.,<br>Berkeley CA  94709 | Contract Type: *Residential lease*<br>Terms: *One year term, expires June 30, 2010*<br>Beginning date: *7/1/2009*<br>Debtor's Interest: *Lessor*<br>Description: *Apartment lease*<br>Buyout Option: |
| Gavey, Logann<br>1306 Martin Luther King Jr<br>Berkeley CA  94709 | Contract Type: *Residential lease*<br>Terms: *One year term, expires 5/31/10*<br>Beginning date: *6/1/2009*<br>Debtor's Interest: *Lessor*<br>Description: *Apartment lease*<br>Buyout Option: |
| Giatti, Fabian<br>1306 Martin Luther King Jr.<br>Berkeley CA  94709 | Contract Type: *Residential lease*<br>Terms: *One year term, expires 7/31/10*<br>Beginning date: *8/1/2009*<br>Debtor's Interest: *Lessor*<br>Description: *Apartment lease*<br>Buyout Option: |
| Goldberg, Paul<br>1306 MArtin Luther King Jr.<br>Berkeley CA  94709 | Contract Type: *Residential lease*<br>Terms: *One year term, expires 6/30/10*<br>Beginning date: *7/1/2009*<br>Debtor's Interest: *Lessor*<br>Description: *Apartment lease*<br>Buyout Option: |
| Lau, Anita and Steven<br>1306 Martin Luther King Jr.<br>Berkeley CA  94709 | Contract Type: *Residential lease*<br>Terms: *One year terms, expires 5/31/10*<br>Beginning date: *6/1/2009*<br>Debtor's Interest: *Lessor*<br>Description: *Apartment lease*<br>Buyout Option: |

In re **Kesel, Mark** / Debtor   Case No. **4:10-bk-41653**
(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## Amended 03/14/2010

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| Lipps Ashley<br>1306 Martin Luther King Jr.<br>Berkeley CA   94709 | Contract Type: Residential lease<br>Terms: One year term, expires June 30, 2010<br>Beginning date: 7/1/2009<br>Debtor's Interest: Lessor<br>Description: Apartment lease<br>Buyout Option: |
| Moses, Jason<br>1306 Martin Luther King Jr<br>Berkeley CA   94709 | Contract Type: Residential lease<br>Terms: One year term, expires 7/31/10<br>Beginning date: 8/1/2009<br>Debtor's Interest: Lessor<br>Description: Apartment lease<br>Buyout Option: |
| Uttich, Kevin<br>1306 Martin Luther King Jr.<br>Berkeley CA   94709 | Contract Type: Residential lease<br>Terms: One year terms, expires 7/31/10<br>Beginning date: 8/1/2009<br>Debtor's Interest: Lessor<br>Description: Apartment lease<br>Buyout Option: |
| von Lockum, Viki<br>13306 MArtin Luther King Jr<br>Berkeley CA   94709 | Contract Type: Residential lease<br>Terms: Six month term, expires 6/30/10<br>Beginning date: 1/1/2010<br>Debtor's Interest: Lessor<br>Description: Apartment lease<br>Buyout Option: |