# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re: Mark Kesel

Case No. 10-41653

**CHAPTER 11
MONTHLY OPERATING REPORT
(SMALL REAL ESTATE/INDIVIDUAL CASE)**

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** 02/28/10       **PETITION DATE:** 02/16/10

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in   $1

| | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
| | a. Current Assets | $25,100 | | |
| | b. Total Assets | $2,683,264 | | $2,645,342 |
| | c. Current Liabilities | $1,100 | | |
| | d. Total Liabilities | $4,083,606 | | $4,083,006 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 3. | **Statement of Cash Receipts & Disbursements for Month** | | | |
| | a. Total Receipts | $6,979 | | $6,979 |
| | b. Total Disbursements | $6,775 | | $6,775 |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $204 | $0 | $204 |
| | d. Cash Balance Beginning of Month | $0 | | $0 |
| | e. Cash Balance End of Month (c + d) | $204 | $0 | $204 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 4. | Profit/(Loss) from the Statement of Operations | N/A | N/A | N/A |
| 5. | Account Receivables (Pre and Post Petition) | $0 | | |
| 6. | Post-Petition Liabilities | $1,100 | | |
| 7. | Past Due Post-Petition Account Payables (over 30 days) | $0 | | |

**At the end of this reporting month:**

| | | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | X |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | | X |
| 13. | Are a plan and disclosure statement on file? | | X |
| 14. | Was there any post-petition borrowing during this reporting period? | | X |

15. Check if paid: Post-petition taxes ___ ;  U.S. Trustee Quarterly Fees ___ ; Check if filing is current for: Post-petition tax reporting and tax returns: **X** .
    (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 3-19-10

_____
Responsible Individual

Revised 1/1/08

Case: 10-41653   Doc# 24   Filed: 03/19/10   Entered: 03/19/10 14:14:39   Page 1 of 4

## BALANCE SHEET
(Small Real Estate/Individual Case)
For the Month Ended 02/28/10

| # | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, etc.) | | $100 |
| 2 | Accounts receivable (net) | | |
| 3 | Retainer(s) paid to professionals | | |
| 4 | Other: Retainer to Bankruptcy Attorney | | $25,000 |
| 5 | | | |
| 6 | **Total Current Assets** | | $25,100 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | | $859,000 |
| 8 | Real property (rental or commercial) | | $1,500,000 |
| 9 | Furniture, Fixtures, and Equipment | X | $5,225 |
| 10 | Vehicles | X | $4,000 |
| 11 | Partnership interests | | |
| 12 | Interest in corporations | | |
| 13 | Stocks and bonds | | $5,235 |
| 14 | Interests in IRA, Keogh, other retirement plans | X | $283,000 |
| 15 | Other: Small balances from bank accts. | | $304 |
| 16 | Personal items | X | $1,400 |
| 17 | **Total Long Term Assets** | | $2,658,164 |
| 18 | **Total Assets** | | $2,683,264 |
| | **Liabilities** | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | $1,100 |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | |
| 21 | Post-petition delinquent taxes | | |
| 22 | Accrued professional fees | | |
| 23 | Other: | | |
| 24 | | | |
| 25 | **Total Current Liabilities** | | $1,100 |
| 26 | **Long-Term Post Petition Debt** | | |
| 27 | **Total Post-Petition Liabilities** | | $1,100 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | $859,000 |
| 29 | Secured claims (other) | | $1,500,000 |
| 30 | Priority unsecured claims | | $87,183 |
| 31 | General unsecured claims | | $1,636,323 |
| 32 | **Total Pre-Petition Liabilities** | | $4,082,506 |
| 33 | **Total Liabilities** | | $4,083,606 |
| | **Equity (Deficit)** | | |
| 34 | **Total Equity (Deficit)** | | |
| 35 | **Total Liabilities and Equity (Deficit)** | | $4,083,606 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1/1/98

Case: 10-41653   Doc# 24   Filed: 03/19/10   Entered: 03/19/10 14:14:39   Page 2 of 4

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

|   |                                      | Property 1 | Property 2 | Property 3 |
|---|--------------------------------------|------------|------------|------------|
| 1 | Description of Property              |            |            |            |
| 2 | Scheduled Gross Rents                |            |            |            |
|   | Less:                                |            |            |            |
| 3 | Vacancy Factor                       |            |            |            |
| 4 | Free Rent Incentives                 |            |            |            |
| 5 | Other Adjustments                    |            |            |            |
| 6 | Total Deductions                     | $0         | $0         | $0         |
| 7 | Scheduled Net Rents                  | $0         | $0         | $0         |
| 8 | Less: Rents Receivable (2)           |            |            |            |
| 9 | Scheduled Net Rents Collected (2)    | $0         | $0         | $0         |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

|    |                                      | Account 1          | Account 2 | Account 3 |
|----|--------------------------------------|--------------------|-----------|-----------|
| 10 | Bank                                 | Wells Fargo Bank   |           |           |
| 11 | Account No.                          | 9526265245         |           |           |
| 12 | Account Purpose                      | DIP                |           |           |
| 13 | Balance, End of Month                | $5,092             |           |           |
| 14 | Total Funds on Hand for all Accounts | $5,092             |           |           |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
For the Month Ended  02/28/10

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Net Rents Proceeds including laundry income | $6,979 | $6,979 |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $6,979 | $6,979 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes | | |
| 31 | Other Cash Outflows: | | |
| 32 | Living Expenses | $4,000 | $4,000 |
| 33 | Mortgage Payment | $2,775 | $2,775 |
| 34 | | | |
| 35 | | | |
| 36 | | | |
| 37 | **Total Cash Disbursements:** | $6,775 | $6,775 |
| 38 | Net Increase (Decrease) in Cash | $204 | $204 |
| 39 | **Cash Balance, Beginning of Period** | | |
| 40 | **Cash Balance, End of Period** | $204 | $204 |

Revised 1/1/98

Case: 10-41653    Doc# 24    Filed: 03/19/10    Entered: 03/19/10 14:14:39    Page 4 of 4