UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA *AMENDED*

In re: Mark Kesel

Case No. 10-41653

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**(SMALL REAL ESTATE/INDIVIDUAL CASE)**

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: 02/28/10           PETITION DATE: 02/16/10

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
Dollars reported in $1

2. **Asset and Liability Structure**

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| a. Current Assets | $31,570 | | |
| b. Total Assets | $2,695,755 | | $2,645,342 |
| c. Current Liabilities | $0 | | |
| d. Total Liabilities | $4,082,506 | | $4,083,006 |

3. **Statement of Cash Receipts & Disbursements for Month**

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| a. Total Receipts | $6,979 | | $6,979 |
| b. Total Disbursements | $6,979 | | $6,979 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $0 | $0 | $0 |
| d. Cash Balance Beginning of Month | $6,570 | | $6,570 |
| e. Cash Balance End of Month (c + d) | $6,570 | $0 | $6,570 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. Profit/(Loss) from the Statement of Operations | N/A | N/A | N/A |
| 5. Account Receivables (Pre and Post Petition) | $0 | | |
| 6. Post-Petition Liabilities | $0 | | |
| 7. Past Due Post-Petition Account Payables (over 30 days) | $0 | | |

At the end of this reporting month:

| | | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | X |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | | X |
| 13. | Are a plan and disclosure statement on file? | | X |
| 14. | Was there any post-petition borrowing during this reporting period? | | X |

15. Check if paid: Post-petition taxes ___; U.S. Trustee Quarterly Fees ___; Check if filing is current for: Post-petition tax reporting and tax returns: X .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 03-22-2010

_Mark Kesel_ (signature)
Responsible Individual

Revised 1/1/98

Case: 10-41653   Doc# 27   Filed: 03/23/10   Entered: 03/23/10 10:25:45   Page 1 of 11

# BALANCE SHEET
(Small Real Estate/Individual Case)
For the Month Ended  02/28/10

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, etc.) | | $6,570 |
| 2 | Accounts receivable (net) | | |
| 3 | Retainer(s) paid to professionals | | |
| 4 | Other: Retainer to Bankruptcy Attorney | | $25,000 |
| 5 | | | |
| 6 | **Total Current Assets** | | $31,570 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | | $859,000 |
| 8 | Real property (rental or commercial) | | $1,500,000 |
| 9 | Furniture, Fixtures, and Equipment | X | $5,225 |
| 10 | Vehicles | X | $4,000 |
| 11 | Partnership interests | | |
| 12 | Interest in corportations | | |
| 13 | Stocks and bonds | | $6,673 |
| 14 | Interests in IRA, Keogh, other retirement plans | X | $287,583 |
| 15 | Other: Small balances from bank accts. | | $304 |
| 16 | Personal items | X | $1,400 |
| 17 | **Total Long Term Assets** | | $2,664,185 |
| 18 | **Total Assets** | | $2,695,755 |
| | **Liabilities** | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | |
| 21 | Post-petition delinquent taxes | | |
| 22 | Accrued professional fees | | |
| 23 | Other: | | |
| 24 | | | |
| 25 | **Total Current Liabilities** | | $0 |
| 26 | **Long-Term Post Petition Debt** | | |
| 27 | **Total Post-Petition Liabilities** | | $0 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | $889,373 |
| 29 | Secured claims (other) | | $1,556,810 |
| 30 | Priority unsecured claims | | $0 |
| 31 | General unsecured claims | | $1,632,737 |
| 32 | **Total Pre-Petition Liabilities** | | $4,078,920 |
| 33 | **Total Liabilities** | | $4,078,920 |
| | **Equity (Deficit)** | | |
| 34 | **Total Equity (Deficit)** | | ($1,383,165) |
| 35 | **Total Liabilities and Equity (Deficit)** | | $2,695,755 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals, familiarity with comparable market prices, etc.) and the date the value was determined.

Case: 10-41653   Doc# 27   Filed: 03/23/10   Entered: 03/23/10 10:25:45   Page 2 of 11

# SCHEDULES TO THE BALANCE SHEET

## Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | Description of Property | 1306 MLK Jr Way | | |
| 2 | Scheduled Gross Rents | $16,728 | | |
| | Less: | | | |
| 3 | Vacancy Factor | | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | $9,749 | $0 | $0 |
| 7 | Scheduled Net Rents | $6,979 | $0 | $0 |
| 8 | Less: Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | $6,979 | $0 | $0 |

(2) To be completed by cash basis reporters only.

## Schedule B
### Recapitulation of Funds Held at End of Month

| | | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | Bank | Wells Fargo Bank | Bank of America | Mechanics Bank |
| 11 | Account No. | 2883205755/115389050 | 07028-01795 | 41317564 |
| 12 | Account Purpose | Personal | Apartment Bldg | Personal |
| 13 | Balance, End of Month | $796 | $379 | $5,395 |
| 14 | Total Funds on Hand for all Accounts | $6,570 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
## Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended 02/28/10

| # | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Net Rents Proceds including laundry income | $6,979 | $6,979 |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $6,979 | $6,979 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes | | |
| 31 | Other Cash Outflows: | | |
| 32 | Living Expenses | $4,204 | $4,204 |
| 33 | Mortgage Payment | $2,775 | $2,775 |
| 34 | | | |
| 35 | | | |
| 36 | | | |
| 37 | **Total Cash Disbursements:** | $6,979 | $6,979 |
| 38 | Net Increase (Decrease) in Cash | $0 | $0 |
| 39 | Cash Balance, Beginning of Period | $6,570 | $6,570 |
| 40 | Cash Balance, End of Period | $6,570 | $6,570 |

Revised 1/1/98

Case: 10-41653  Doc# 27  Filed: 03/23/10  Entered: 03/23/10 10:25:45  Page 4 of 11



# PMA® Wells Fargo® PMA Package

If you have questions about this statement or your accounts:

Phone: **1-800-742-4932**, TTY: 1-800-600-4833
Spanish: 1-877-727-2932, TTY: 1-888-355-6052
Chinese: 1-800-288-2288

Online: wellsfargo.com

Write: Wells Fargo Bank, N.A.
P.O. Box 6995
Portland, OR 97228-6995

MARK KESEL
59 STRATFORD RD
KENSINGTON CA 94707-1241

## February 28, 2010

| | |
|---|---:|
| **Total assets:** | **$795.25** |
| Last month: | $1,508.34 |
| Change in $: | $(713.09) |
| Change in %: | (47.28)% |
| **Total liabilities:** | **$198,680.81** |
| Last month: | $198,749.81 |
| Change in $: | $(69.00) |
| Change in %: | (0.03)% |
| *PMA* Qualifying Balance: | $199,476.06 |

### Contents

Overview........................................................2
PMA® Prime Checking Account..................4
Savings..........................................................5



# Overview of your PMA account

## Assets

| Account (Account Number) | Percent of total | Balance last month ($) | Balance this month ($) | Increase/ decrease ($) | Percent change |
|---|---|---|---|---|---|
| PMA* Prime Checking Account (2883205755) | 22% | 891.70 | 178.58 | (713.12) | (79.97)% |
| Wells Fargo* Goal Savings (1153890502) | 78% | 616.64 | 616.67 | 0.03 | 0.00% |
| | **Total assets** | **$1,508.34** | **$795.25** | **($713.09)** | **(47.28)%** |

Total asset allocation (by account type)



Checking: 22%
Savings: 78%

## Liabilities

| Account (Account Number) | Percent of total | Outstanding balance last month ($) | Outstanding balance this month ($) | Increase/ decrease ($) | Percent change |
|---|---|---|---|---|---|
| Smartfit Home Equity LCA (6519200207-1998) | 100% | 198,749.81 | 198,680.81 | (69.00) | (0.03)% |
| | **Total liabilities** | **$198,749.81** | **$198,680.81** | **($69.00)** | **(0.03)%** |

Total liability allocation (by account type)



Lines of Credit: 100%

## Available credit

The information below may not be current. Be sure to verify the credit available on your accounts when accessing your credit lines.

| Account | Approved credit line | Credit used | Credit available |
|---|---|---|---|
| Smartfit Home Equity LCA (6519200207-1998) | 200,000.00 | 198,036.67 | 0.00 |
| **Total available credit** | **$200,000.00** | **$198,036.67** | **$0.00** |

146828



# PMA® Prime Checking Account

## Activity summary

| | |
|---|---|
| Balance on 2/1 | 891.70 |
| Deposits/Additions | 0.02 |
| Withdrawals/Subtractions | -713.14 |
| **Balance on 2/28** | **$178.58** |

Account number: **2883205755**

**MARK KESEL**

Wells Fargo Bank, N.A., California (Member FDIC)

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

## Interest you've earned

| | |
|---|---|
| Interest earned this month | $0.02 |
| Average collected balance this month | $560.59 |
| Annual percentage yield earned | 0.05% |
| Interest paid this year | $0.05 |
| Total interest paid in 2009 | $0.48 |

## Transaction history

| Date | Description | Check No. | Deposits/Additions | Withdrawals/Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| | Beginning balance on 2/1 | | | | 891.70 |
| 2/16 | WF Loan/Line Auto Pay 100212 515192002071998 Kesel Mark | | | 713.14 | 178.56 |
| 2/26 | Interest Payment | | 0.02 | | 178.58 |
| | Ending balance on 2/28 | | | | 178.58 |
| **Totals** | | | **$0.02** | **$713.14** | |

146628

Case: 10-41653   Doc#: 27   Filed: 03/23/10   Entered: 03/23/10 10:25:45   Page 7 of 11



# PMA® Prime Checking Account

## Activity summary

| | |
|---|---|
| Balance on 2/1 | 891.70 |
| Deposits/Additions | 0.02 |
| Withdrawals/Subtractions | -713.14 |
| **Balance on 2/28** | **$178.58** |

Account number: **2883205755**

**MARK KESEL**

Wells Fargo Bank, N.A., California (Member FDIC)

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

## Interest you've earned

| | |
|---|---|
| Interest earned this month | $0.02 |
| Average collected balance this month | $560.59 |
| Annual percentage yield earned | 0.05% |
| Interest paid this year | $0.05 |
| Total interest paid in 2009 | $0.48 |

## Transaction history

| Date | Description | Check No. | Deposits/Additions | Withdrawals/Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| | Beginning balance on 2/1 | | | | 891.70 |
| 2/16 | WF Loan/Line Auto Pay 100212 515192002071998 Kesel Mark | | | 713.14 | 178.56 |
| 2/26 | Interest Payment | | 0.02 | | 178.58 |
| | Ending balance on 2/28 | | | | 178.58 |
| **Totals** | | | **$0.02** | **$713.14** | |

146628

Case: 10-41653   Doc# 27   Filed: 03/23/10   Entered: 03/23/10 10:25:45   Page 8 of 11


# Wells Fargo® Goal Savings

## Activity summary

| | |
|---|---|
| Balance on 2/1 | 616.64 |
| Deposits/Additions | 0.03 |
| Withdrawals/Subtractions | - 0.00 |
| **Balance on 2/28** | **$616.67** |

OK.

Account number: **1153890502**

**MARK KESEL**

Wells Fargo Bank, N.A., California (Member FDIC)

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

## Interest you've earned

| | |
|---|---|
| Interest earned this month | $0.03 |
| Average collected balance this month | $616.64 |
| Annual percentage yield earned | 0.06% |
| Interest paid this year | $0.05 |
| Total interest paid in 2009 | $0.31 |

## Transaction history

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|
| | Beginning balance on 2/1 | | | 616.64 |
| 2/26 | Interest Payment | 0.03 | | 616.67 |
| | Ending balance on 2/28 | | | 616.67 |
| **Totals** | | **$0.03** | **$0.00** | |



# Bank of America

0702 P P
E0-2

CD 03/02 1  0000 322 14    603 007972 #001 AV 0.335
MARK KESEL
1025 SOLANO AVE
ALBANY  CA  94706-1617



## Your Bank of America Prima Account Statement

**Statement Period:**
January 27 through February 23, 2010

**Account Number:** 07028-01795

**At Your Service**
Call: 510.649.6800

**Written Inquiries**
Bank of America
Albany Branch
PO Box 37176
San Francisco, CA 94137-0176

Customer since 1994
Bank of America appreciates your business and we enjoy serving you.

Our free Online Banking service allows you to check balances, track account activity, pay bills and more. With Online Banking you can also view up to 18 months of this statement online and even turn off delivery of your paper statement. Enroll at www.bankofamerica.com.

## ☐ Summary of Your Prima Interest Checking Account

| | | | |
|---|---|---|---|
| Beginning Balance on 01/27/10 | $379.63 | Number of ATM withdrawals and transfers | 0 |
| Ending Balance | $379.63 | Number of purchase transactions | 0 |
| | | Number of 24 Hour Customer Service Calls | |
| | | Self-Service | 0 |
| | | Assisted | 0 |

## ☐ Important Information About Your Account

Total interest paid to your account in 2009 : $2.14

## ☐ Bank of America News

Stay ahead of your bills-such as rent, mortgage, credit card or utility payments-by setting up automatic reminders to be sent right to your e-mail or smart phone. With Payment Reminders from Bank of America®, it's easy to know when a payment is due. Get started at bankofamerica.com/solutions today.

With so many new tax law changes, you can't afford to take chances with your hard-earned money. Let Jackson Hewitt® help. Visit any participating location and show this statement to your tax preparer to receive $25 off paid tax preparation. Coupon code: JEE3L. Offer expires 4/30/10. Visit www.jacksonhewitt.com/bankofamerica for details.

## ☐ FACTS - FDIC Insured Account Disclosure Information

We recently made changes to our Overdraft Protection Transfer Fee to better serve you. Effective immediately, when we determine your account is overdrawn by a total amount less than $10 for a day and we transfer funds from your linked savings account to cover it, we will not charge an Overdraft Protection Transfer Fee. Overdraft Protection lets you link your checking account to another account to help avoid overdrafts. If you haven't already signed up, call the number on your statement or visit your nearby banking center and an associate can help you.

California

Recycled Paper

Case: 10-41653   Doc# 27   Filed: 03/23/10   Entered: 03/23/10 10:25:45   Page 10 of 11



ACCOUNT: 41317564    02/26/2010
DOCUMENTS: 7

```
NEOVISION, LLC                                          30-0
1025 SOLANO AVE                                            3
ALBANY CA  94706                                           4
```

================================================================
FREE BUSINESS CHECKING ACCOUNT 41317564
================================================================

```
                       LAST STATEMENT 01/29/10      6,720.13
                              3 CREDITS             6,306.38
                              7 DEBITS              7,631.39
                       THIS STATEMENT 02/26/10      5,395.12
```

- - - - - - - - - DEPOSITS - - - - - - - - -

```
REF #.....DATE......AMOUNT  REF #.....DATE......AMOUNT  REF #.....DATE......AMOUNT
         02/09   2,000.00          02/17   3,956.38          02/26     350.00
```

- - - - - - - - - - CHECKS - - - - - - - - - -

```
CHECK #..DATE......AMOUNT   CHECK #..DATE......AMOUNT   CHECK #..DATE......AMOUNT
1009*02/02     400.00       1011 02/22     111.30
1010 02/23     149.33       1012 02/24     384.80
```

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

- - - - - - - - - OTHER DEBITS - - - - - - - - -

```
DESCRIPTION                                              DATE       AMOUNT
Bank of America MORTGAGE 055594921                       02/03    5,549.32
CHECK # 1007 - RETAIL SERVICES1 CHECKPAYMT 1007          02/03       82.00
CHECK # 1009 - CITICARD PAYMENT CHECK PYMT 1009          02/16      954.64
```

- - - - - - - - - DAILY BALANCE - - - - - - - - -

```
DATE..........BALANCE      DATE..........BALANCE      DATE..........BALANCE
02/02      6,320.13        02/16      1,734.17        02/23      5,429.92
02/03        688.81        02/17      5,690.55        02/24      5,045.12
02/09      2,688.81        02/22      5,579.25        02/26      5,395.12
```