# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re: Mark Kesel

**Case No.**     10-41653

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**(SMALL REAL ESTATE/INDIVIDUAL CASE)**

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:**   03/31/10      **PETITION DATE:**    02/16/10

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor). Dollars reported in ___ $1

| 2. | **Asset and Liability Structure** | **End of Current Month** | **End of Prior Month** | **As of Petition Filing** |
|---|---|---|---|---|
| | a. Current Assets | $28,907 | $31,570 | |
| | b. Total Assets | $2,712,105 | $2,695,755 | $2,645,342 |
| | c. Current Liabilities | $0 | $0 | |
| | d. Total Liabilities | $4,078,920 | $4,078,920 | $4,083,006 |

| 3. | **Statement of Cash Receipts & Disbursements for Month** | **Current Month** | **Prior Month** | **Cumulative (Case to Date)** |
|---|---|---|---|---|
| | a. Total Receipts | $6,181 | $6,979 | $13,160 |
| | b. Total Disbursements | $8,844 | $6,979 | $15,823 |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | ($2,663) | $0 | ($2,663) |
| | d. Cash Balance Beginning of Month | $6,570 | | $6,570 |
| | e. Cash Balance End of Month (c + d) | $3,907 | $0 | $3,907 |

| | | **Current Month** | **Prior Month** | **Cumulative (Case to Date)** |
|---|---|---|---|---|
| 4. | **Profit/(Loss) from the Statement of Operations** | N/A | N/A | N/A |
| 5. | **Account Receivables (Pre and Post Petition)** | $0 | | |
| 6. | **Post-Petition Liabilities** | $0 | | |
| 7. | **Past Due Post-Petition Account Payables (over 30 days)** | $0 | | |

| At the end of this reporting month: | **Yes** | **No** |
|---|---|---|
| 8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 10. If the answer is yes to 8 or 9, were all such payments approved by the court? | | X |
| 11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| 12. Is the estate insured for replacement cost of assets and for general liability? | | X |
| 13. Are a plan and disclosure statement on file? | | X |
| 14. Was there any post-petition borrowing during this reporting period? | | X |

15. Check if paid: Post-petition taxes   X  ;     U.S. Trustee Quarterly Fees ___ ;   Check if filing is current for: Post-petition tax reporting and tax returns: ___ .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 4·9·2010

_(signature)_
Responsible Individual

Revised 1/1/98

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, etc.) | | $3,907 |
| 2 | Accounts receivable (net) | | |
| 3 | Retainer(s) paid to professionals | | |
| 4 | Other: Retainer to Bankruptcy Attorney | | $25,000 |
| 5 | | | |
| 6 | **Total Current Assets** | | $28,907 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | | $859,000 |
| 8 | Real property (rental or commercial) | | $1,500,000 |
| 9 | Furniture, Fixtures, and Equipment | X | $5,225 |
| 10 | Vehicles | X | $4,000 |
| 11 | Partnership interests | | |
| 12 | Interest in corporations | | |
| 13 | Stocks and bonds | | $6,935 |
| 14 | Interests in IRA, Keogh, other retirement plans | X | $305,664 |
| 15 | Other: Small balances from mostly dormant bank ac | | $974 |
| 16 | Personal items | X | $1,400 |
| 17 | **Total Long Term Assets** | | $2,683,198 |
| 18 | **Total Assets** | | $2,712,105 |
| | **Liabilities** | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | |
| 21 | Post-petition delinquent taxes | | |
| 22 | Accrued professional fees | | |
| 23 | Other: | | |
| 24 | | | |
| 25 | **Total Current Liabilities** | | $0 |
| 26 | **Long-Term Post Petition Debt** | | |
| 27 | **Total Post-Petition Liabilities** | | $0 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | $889,373 |
| 29 | Secured claims (other) | | $1,556,810 |
| 30 | Priority unsecured claims | | $0 |
| 31 | General unsecured claims | | $1,632,737 |
| 32 | **Total Pre-Petition Liabilities** | | $4,078,920 |
| 33 | **Total Liabilities** | | $4,078,920 |
| | **Equity (Deficit)** | | |
| 34 | **Total Equity (Deficit)** | | ($1,366,815) |
| 35 | **Total Liabilities and Equity (Deficit)** | | $2,712,105 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET

## Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

|   |                                        | Property 1<br>1306 MLK Jr Way | Property 2 | Property 3 |
|---|----------------------------------------|---------------|------------|------------|
| 1 | Description of Property                | 1306 MLK Jr Way |          |            |
| 2 | Scheduled Gross Rents                  | $16,769       |            |            |
|   | Less:                                  |               |            |            |
| 3 | Vacancy Factor                         |               |            |            |
| 4 | Free Rent Incentives                   |               |            |            |
| 5 | Other Adjustments                      |               |            |            |
| 6 | Total Deductions                       | $10,588       | $0         | $0         |
| 7 | Scheduled Net Rents                    | $6,181        | $0         | $0         |
| 8 | Less:  Rents Receivable (2)            |               |            |            |
| 9 | Scheduled Net Rents Collected (2)      | $6,181        | $0         | $0         |

(2) To be completed by cash basis reporters only.

## Schedule B
### Recapitulation of Funds Held at End of Month

|    |                                       | Account 1<br>Wells Fargo Bank | Account 2 | Account 3 |
|----|---------------------------------------|---------------|-----------|-----------|
| 10 | Bank                                  | Wells Fargo Bank |        |           |
| 11 | Account No.                           | 9526265245    |           |           |
| 12 | Account Purpose                       | Personal      |           |           |
| 13 | Balance, End of Month                 | $3,907        | $0        | $0        |
| 14 | Total Funds on Hand for all Accounts  | $3,907        |           |           |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended   03/31/10

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Net Rents Proceds including laundry income | $6,181 | $13,160 |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $6,181 | $13,160 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes | | |
| 31 | Other Cash Outflows: | | |
| 32 | Living Expenses | $6,069 | $10,273 |
| 33 | Mortgage Payment | $2,775 | $5,550 |
| 34 | | | |
| 35 | | | |
| 36 | | | |
| 37 | **Total Cash Disbursements:** | $8,844 | $15,823 |
| 38 | **Net Increase (Decrease) in Cash** | ($2,663) | ($2,663) |
| 39 | **Cash Balance, Beginning of Period** | $6,570 | $6,570 |
| 40 | **Cash Balance, End of Period** | $3,907 | $3,907 |

Revised 1/1/98



**WELLS FARGO**

# PMA ® Prime Checking Account

## Activity summary

| | |
|---|---|
| Balance on 3/1 | 0.00 |
| Deposits/Additions | 9,194.84 |
| Withdrawals/Subtractions | -5,288.22 |
| **Balance on 3/31** | **$3,906.62** |

Account number: **9526265245**

**MARK KESEL**
**DEBTOR IN POSSESSION**
**CH 11 CASE#10-41653 (NCA)**

Wells Fargo Bank, N.A., California (Member FDIC)

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

## Overdraft protection

Your account is linked to the following for Overdraft Protection:
■ Savings - 2527627471

## Interest you've earned

| | |
|---|---|
| Interest earned this month | $0.26 |
| Average collected balance this month | $3,893.84 |
| Annual percentage yield earned | 0.08% |
| Interest paid this year | $0.26 |
| Total interest paid in 2009 | $0.00 |

## Transaction history

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| | Beginning balance on 3/1 | | | | 0.00 |
| 3/1 | Deposit | | 1,516.00 | | |
| 3/1 | Transfer Ref#Opeqjrxwfv From Checking Xxxxxx5755 | | 178.58 | | 1,694.58 |
| 3/3 | Bill Pay Equity On-Line Xxxxxxx2071998 On 03-03 | | | 644.15 | 1,050.43 |
| 3/9 | Deposit | | 5,000.00 | | 6,050.43 |
| 3/18 | EastBay Mud Check Paym 100318 00096 | ^96 | | 103.10 | 5,947.33 |
| 3/19 | Check | 97 | | 857.28 | 5,090.05 |
| 3/23 | Deposit | | 2,500.00 | | 7,340.32 |
| 3/24 | Deposit Adjustment | | 249.73 | | 3,939.35 |
| 3/24 | Check | 98 | | 3,400.97 | 3,906.36 |
| 3/29 | USBank Cr CD Pmt 00099 4623006565377837 | ^99 | | 32.99 | 3,906.62 |
| 3/31 | Interest Payment | | 0.26 | | 3,906.62 |
| | **Ending balance on 3/31** | | | | **3,906.62** |
| | **Totals** | | **$9,194.84** | **$5,288.22** | |

Key to symbols: ^ Converted check: Paper check converted to an electronic format by your payee or designated representative. Converted checks cannot be returned, copied or imaged.

### Summary of checks written *(checks listed are also displayed in the preceding Transaction history section)*

| Number | Date | $ Amount | Number | Date | $ Amount | Number | Date | $ Amount |
|---|---|---|---|---|---|---|---|---|
| 96 | 3/18 | 103.10 | 98 | 3/24 | 3,400.97 | 99 | 3/29 | 32.99 |
| 97 | 3/19 | 857.28 | | | | | | |

394712



PMA ® PRIME CHECKING ACCOUNT  (CONTINUED)

Funds Availability  Policy Statement  Message

Thank you for banking with Wells Fargo. Please note the following  change to the Consumer Account Agreement that provides information  on when the funds from the checks you deposit will be available to you.

All check deposits are considered  local checks. However, in some cases, the Bank will not make all the funds that you deposit by check available to you on the first Business Day after the day of your deposit. Depending on the type of check that you deposit, funds may not be available until the second or third Business Day* after the day of your deposit. The first $100 of your deposit, however, may be available on the first or second Business Day*. For Opportunity  Checking and Opportunity  Savings accounts: $100 will be available on the first Business Day after the day of your deposit. The remaining  balance will be available on the second or third Business Day* after the day of your deposit.

In addition, funds you deposit by check may be delayed for a longer period. The Bank will notify you if we delay your ability to withdraw funds for any of these reasons, and we will tell you when the funds will be available. The funds will generally be available no later than the 7th or the 8th Business Day* after the day of your deposit.

For more information,  refer to the March 17, 2010 Addendum  to the Consumer Account Agreement or speak to a banker by calling the number shown on your statement.

* The Bank may delay availability  of funds by one additional  Business Day for certain checks deposited  at a Bank location in Alaska. This right applies only if the check is drawn on or payable at or through  a paying bank not located in Alaska.

2010 Wells Fargo Bank, N.A. All rights reserved.

394713



# Wells Fargo Money Market Savings℠

## Activity summary

| | |
|---|---|
| Balance on 3/1 | 0.00 |
| Deposits/Additions | 100.68 |
| Withdrawals/Subtractions | - 0.00 |
| **Balance on 3/31** | **$100.68** |

Account number: **2527627471**

**MARK KESEL**
**DEBTOR IN POSSESSION**
**CH 11 CASE# 10-41653  (NCA)**

Wells Fargo Bank, N.A., California  (Member FDIC)
Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

## Interest you've earned

| | |
|---|---|
| Interest earned this month | $0.01 |
| Average collected balance this month | $100.67 |
| Annual percentage yield earned | 0.12% |
| Interest paid this year | $0.01 |
| Total interest paid in 2009 | $0.00 |

## Transaction history

| Date | Description | Deposits/Additions | Withdrawals/Subtractions | Ending Daily Balance |
|---|---|---|---|---|
| | Beginning balance on 3/1 | | | 0.00 |
| 3/1 | Deposit | 100.67 | | 100.67 |
| 3/31 | Interest Payment | 0.01 | | 100.68 |
| | Ending balance on 3/31 | | | 100.68 |
| Totals | | $100.68 | $0.00 | |

394714


## Worksheet to balance your checking account

1. Go through your check register and mark each check (this includes cancelled, converted and substitute checks that may appear on your statement), withdrawal, ATM transaction, payment, deposit or other credit listed in the "Transaction history" section of your statement. Be sure your register shows any interest or dividends paid into your account and any service charges, automatic payments or transfers withdrawn from your account during this statement period.

2. Using the chart below, list any outstanding, converted or substitute checks, as well as any ATM withdrawals, payments or any other withdrawals (including any from previous months) which are listed in your register but are not shown on your statement.

3. Balance your account by filling in the spaces below.

☞ ENTER
[A] The ending balance shown on your statement ........................ $ _____

☞ ADD
[B] Any deposits listed in your register or transfers into your account which are not shown on your statement

$ _____
$ _____
$ _____
$ _____
$ _____ → $ _____

☞ CALCULATE SUBTOTAL
(Add parts [A] and [B]) ........ $ _____

☞ SUBTRACT
[C] Total of outstanding checks and withdrawals from the chart at right ........ - $ _____ ←

☞ CALCULATE
ENDING BALANCE
(Part [A] + Part [B] - Part [C])
This amount should be the same as the current balance shown in your check register. ........ $ _____

| Items outstanding | |
|---|---|
| **Check number** | **Amount** |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | **$** |

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Wells Fargo Servicing, P.O. Box 14415, Des Moines, IA 50306-3415. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **Checking account information.** After balancing your checking account, please report any differences to us as soon as possible but no later than within 30 days. Special provisions, including a reporting period of up to 60 days, apply if the difference involves an electronic funds transfer. These provisions are explained below.

■ In case of errors or questions about your electronic transfers, telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, 735 West Wisconsin Avenue, Milwaukee, WI 53201-2057 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).

2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

■ Deposit and loan products, including PMA Package, offered by Wells Fargo Bank, N.A., Member FDIC.

©2007 Wells Fargo Bank, N.A. All rights reserved.

394715





0702 P P
E0-1

**Your Bank of America Prima Account Statement**

**Statement Period:**
February 24 through March 26, 2010

**Account Number:** 07028-01795

**At Your Service**
Call: 510.649.6600

**Written Inquiries**
Bank of America
Albany Branch
PO Box 37176
San Francisco, CA 94137-0176

Customer since 1994
Bank of America appreciates your
business and we enjoy serving you.

MARK KESEL
1025 SOLANO AVE
ALBANY CA 94706-1617

Our free Online Banking service allows you to check balances, track account activity, pay bills and more. **With Online Banking** you can also view up to 18 months of this statement online and even turn off delivery of your paper statement. Enroll at www.bankofamerica.com.

---

☐ **Summary of Your Prima Interest Checking Account**

| | |
|---|---|
| Beginning Balance on 02/24/10 | $379.63 |
| *Ending Balance* | $379.63 |

| | |
|---|---|
| Number of ATM withdrawals and transfers | 0 |
| Number of purchase transactions | 0 |
| Number of 24 Hour Customer Service Calls | |
| Self-Service | 0 |
| Assisted | 0 |

---

☐ **Important Information About Your Account**

Total interest paid to your account in 2009 : $2.14

---

☐ **Bank of America News**

Taxes can be complicated. Choosing Jackson Hewitt® is easy. They'll ask the right questions so you'll get every deduction and credit you deserve. And that could mean more money in your pocket. Jackson Hewitt welcomes all Bank of America customers.

Visit any participating location and show this statement to your tax preparer to receive $25 off paid tax preparation. Code: 9LMLN. Offer expires 4/30/10. Details at www.jacksonhewitt.com/bankofamerica.

Case: 10-41653   Doc# 36   Filed: 04/09/10   Entered: 04/09/10 13:39:35   Page 9 of 13



0702 P P
E0-2

**Statement Period:**
February 27 through March 31, 2010

**Account Number:** 07021-61806

**At Your Service**
Call: 510.649.6600

**Written Inquiries**
Bank of America
Albany Branch
PO Box 37176
San Francisco, CA 94137-0176

Customer since 1994
Bank of America appreciates your
business and we enjoy serving you.

MARK KESEL
1025 SOLANO AVE
ALBANY  CA  94706-1617

Our free Online Banking service allows you to check balances, track account activity, pay bills and more. **With Online Banking you can also view up to 18 months of this statement online and even turn off delivery of your paper statement.** Enroll at www.bankofamerica.com.

### ❏ Summary of Your Prima Interest Checking Account

| | | | |
|---|---|---|---|
| Beginning Balance on 02/27/10 | $154.61 | Number of ATM withdrawals and transfers | 0 |
| Total Deposits | + 250.00 | Number of purchase transactions | 0 |
| Total Checks, Withdrawals, Transfers, Account Fees | - 116.00 | Number of 24 Hour Customer Service Calls<br>  Self-Service<br>  Assisted | 0<br>0 |
| *Ending Balance* | $288.61 | | |

### ❏ Important Information About Your Account

Total interest paid to your account in 2009 : $1.08

### ❏ Bank of America News

Taxes can be complicated. Choosing Jackson Hewitt® is easy. They'll ask the right questions so you'll get every deduction and credit you deserve. And that could mean more money in your pocket. Jackson Hewitt welcomes all Bank of America customers.

Visit any participating location and show this statement to your tax preparer to receive $25 off paid tax preparation. Code: 9LMLN. Offer expires 4/30/10. Details at www.jacksonhewitt.com/bankofamerica.

### ❏ Branch/ATM Deposits

| Number | Date Posted | Amount |
|---|---|---|
| | 03/17 | $250.00 |

Continued on next page

California

Case: 10-41653    Doc# 36    Filed: 04/09/10    Entered: 04/09/10 13:39:35    Page 10 of 13

Statement Period: February 27 through March 31, 2010
Account Number: 07021-61806

---

☐ **Account Activity**

| Date Posted | Description | Reference Number | Amount |
|---|---|---|---|
| 03/22 | **Withdrawals, Transfers and Account Fees**<br>Facts/Jewish Com DES: 3/20/00-1 ID:91687-Kcwj41-01 INDN:Mark Kesel<br>010o  Co ID:1470660163 PPD Ref:010078008291549 | | $116.00 |

---

☐ **Daily Balance**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 03/17 | $ 404.61 | 03/22 | 288.61 | | |

California

# CITIBANK

Citibank Client Services    013
PO Box 769013
San Antonio, TX 78245-9013



000
CITIBANK, N.A.
**Account**
9404005770

MARK KESEL
59 STRATFORD R~
KENSINGTON CA          94707-1241

IIıılıııllııllllııılııllıılıılılılılıııll

51953/R1/04F013

**Statement Period**
Feb. 23 - Mar. 22, 2010

---

## CITIBANK® EZ CHECKING AS OF MARCH 22, 2010

**Relationship Summary:**

| | |
|---|---|
| Checking | $92.11 |
| Savings | ----- |
| Investments (not FDIC insured) | ----- |
| Loans | ----- |
| Credit Cards | ----- |

### Put your savings on autopilot

It's easy to set up an Auto Save plan to transfer money automatically from your checking account into your savings or money market account.
Visit your nearest Citibank branch, go to www.citi.com/autosave, or call us at 1-888-CITIBANK.

---

### *Get a jump on your retirement fund with a Citibank IRA*

Convert your Traditional IRA to a Roth IRA - now without limits.
Open a new account or roll over an existing IRA or retirement account.
Ask a personal banker today to get started.

---

## SUGGESTIONS AND RECOMMENDATIONS

### *Looking to create a real financial roadmap?*

It starts with good directions. Women & Co., brought to you by Citigroup, is where wisdom, wealth and women meet.
Join at womenandco.com and access a suite of financial planning resources.

---

## CITIBANK® EZ CHECKING RATES AND CHARGES

Citibank gives you the benefit of lower charges and better rates as you maintain higher balance levels. If your account is charged a monthly fee, you can receive a $1.00 rebate off that fee if during the statement cycle there is an automatic deduction by a third party that you have authorized.

For current rates and charges, Citibank considered your average balances during the month of February in all of your qualifying checking, savings, investment, credit card, and loan accounts that you asked us to combine. These balances may be in accounts that are reported on other statements.

| Rates and Charges | Your Combined Balance Range $0-$1,499 |
|---|---|
| Rates | Standard |
| Monthly Service Charge | $9.50 |

Ask about accounts eligible for preferred rates.

Please refer to your Citibank Account Terms and Conditions for details on how we determine your monthly fees and charges. Please note that when your qualified transaction activity exceeds the designated level, you may be assessed per transaction charges for transactions performed.

All fees assessed in a statement period, including per-check and non-Citibank ATM fees, will appear as charges on your next Citibank statement (to the account that is currently debited for your monthly service charge).

63

Case: 10-41653    Doc# 36    Filed: 04/09/10    Entered: 04/09/10 13:39:35    Page 12 of 13



**ThePartnership**
Federal Credit Union

Banking. Security. Service. Together.

FDIC FCU · NSF FCU

P.O. Box 18539
Washington, D.C. 20036-8539
Toll Free: (800) 285-3286
www.ThePartnershipFCU.com

| Member No. | Period Ending | Branch ID | Page |
|---|---|---|---|
| 11250005 | 03-31-10 | 1 | 1 of 1 |

P

| ACCOUNT BALANCES | | |
|---|---|---|
| 1. Regular Savings | $ | 102.30 |

MARK A KESEL
1025 SOLANO AVENUE
ALBANY CA 94706-1617

---

### EXPERIENCE The Difference!
**Paying your bills online offers:**

✓ Convenience
✓ Savings
✓ Control 24/7/365
✓ Security

*More details @ www.ThePartnershipFCU.com*

### Online BILL PAY is FREE with The "ONE" Checking

Online BILL PAY offers you the ability to pay all of your bills from one simple-to-use site. Plus the "PRESENTMENT" feature provides you with the convenience of receiving, viewing and managing your bills at the same location.
*More details @ www.ThePartnershipFCU.com*

---

**Regular Savings** | ACCT #1 | 01-01-10 Thru 03-31-10

| Beginning Balance | Deposit | Withdrawal | Ending Balance | | YTD Dividends |
|---|---|---|---|---|---|
| $ 102.21 | $ 0.09 | $ 0.00 | $ 102.30 | | $ 0.09 |

| Transaction Date | Effective Date | Transaction Description | Deposit | Withdrawal | Balance |
|---|---|---|---|---|---|
| 01-01 | | Previous Balance | | | 102.21 |
| 01-31 | | DIVIDEND | 0.05 | | 102.24 |
| 02-28 | | DIVIDEND | 0.03 | | 102.27 |
| 03-31 | | DIVIDEND | 0.03 | | 102.30 |

ANNUAL PERCENTAGE YIELD EARNED FROM 01-01-10 THRU 01-31-10 WAS 0.35%
ANNUAL PERCENTAGE YIELD EARNED FROM 02-01-10 THRU 02-28-10 WAS 0.38%
ANNUAL PERCENTAGE YIELD EARNED FROM 03-01-10 THRU 03-31-10 WAS 0.35%

---

**Share Sub-Account Summary** | **Loan Sub-Account Summary**

| Account | Description | Balance | Dividend | Account | Description | Balance | Finance Charges |
|---|---|---|---|---|---|---|---|
| 1 | Regular Savings | 102.30 | 0.09 | | | | |

---

**YTD Account Summaries**

| Deposit Account Totals | | Loan Account Totals | |
|---|---|---|---|
| YTD Dividends | 0.09 | YTD Finance Charges | 0.00 |

Case: 10-41653    Doc# 36    Filed: 04/09/10    Entered: 04/09/10 13:39:35    Page 13 of 13