1  BARBARA A. MATTHEWS (SBN 185094)
   Assistant U.S. Trustee
2  LYNETTE C. KELLY (SBN 120799)
   Trial Attorney
3  U.S. DEPARTMENT OF JUSTICE
   Office of the United States Trustee
4  1301 Clay Street, Suite 690N
   Oakland, California 94612-5231
5  Telephone: (510) 637-3200
   e-mail: lynette.c.kelly@usdoj.gov
6
   Attorneys for Acting United States Trustee,
7  Region 17, SARA L. KISTLER

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ) | Case No. 10-41653 |
| ) | |
| MARK KESEL, ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | **Hearing Requested** |
| ) | |
| ) | |
| _____) | |

### ACTING UNITED STATES TRUSTEE'S OBJECTION TO APPLICATION TO EMPLOY SPECIAL COUNSEL FOR CHAPTER 11 DEBTOR

Sara L. Kistler, the Acting U.S. Trustee for the Northern District of California - Region 17 ("U.S. Trustee"), hereby objects to the Application To Employ Special Counsel for Chapter 11 Debtor ("Application") filed by the Debtor on April 6, 2010 seeking to employ Jeffrey I. Kaplan of Kaplan Gilman & Pergament, LLP as special counsel.

The Declaration of Jeffrey I. Kaplan In Support of the Application to Employ Jeffrey I. Kaplan of Kaplan, Gilman & Pergament, LLP as Special Counsel for Debtor Under 11 U.S.C. 327(e) ("Declaration") states that he has agreed to represent Debtor on appeal in an action now pending in the United States Court of Appeals in which Applied Materials obtained a judgement for attorneys fees and costs against Debtor and others. The Declaration also states that Mr. Kaplan has agreed to represent Debtor (and others) in an amount not to exceed $95,000.00 and as of the filing he has been paid $66,777.69 by NeoVision, LLC and

Adem, LLC. The Declaration further states that the remaining fee amount will be paid by Egor Martovetsky and that no part of Mr. Kaplan's fees were paid or will be paid by Debtor or any of Debtor's co-defendants.

The U.S. Trustee objects to the Application on the grounds that it fails to disclose the nature of the relationships between and among the entities and individual that have agreed to pay Mr. Kaplan's fee, the co-defendants and the Debtor and the basis on which the fees are being paid (for example whether it is a gift, a loan or otherwise).

Finally, the proposed counsel should explain the basis for counsel's statement in paragraph 6 of the Declaration that the claims in the suit "do not give rise to a claim by any of the defendants against their fellow defendants."

The U.S. Trustee respectfully requests that the Application in its current form be denied.

Date: April 12, 2010

Respectfully submitted,

Barbara Matthews
Assistant United States Trustee

By: /s/ Lynette C. Kelly
Lynette C. Kelly
Trial Attorney

Attorneys for Sara L. Kistler,
Acting United States Trustee

Objection to Employment of Counsel for Debtor

Case No. 10-41653