1  SETH GOLDMAN (SBN 223428)
   MUNGER, TOLLES & OLSON LLP
2  355 South Grand Avenue, Suite 3500
   Los Angeles, CA  90071-1560
3  Telephone:    (213) 683-9100
   Facsimile:    (213) 687-3702
4  E-Mail: *Seth.Goldman@mto.com*

5  ROHIT K. SINGLA (SBN 213057)
   VICTORIA L. BOESCH (SBN 228561)
6  SARALA V. NAGALA (SBN 258712)
   MUNGER, TOLLES & OLSON LLP
7  560 Mission Street, 27th Floor
   San Francisco, CA  94105-2907
8  Telephone: (415) 512-4000
   Facsimile: (415) 512-4077
9  E-Mail: *Rohit.Singla@mto.com; Victoria.Boesch@mto.com; Sarala.Nagala@mto.com*

Attorneys for APPLIED MATERIALS, INC.

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>MARK KESEL,<br><br>        Debtor. | Case No.  10-41653-RJN<br><br>CHAPTER 11<br><br>Hon. Randall J. Newsome<br><br>**STIPULATION TO EXTEND DEADLINE TO DETERMINE DISCHARGEABILITY**<br><br>[No hearing required] |

WHEREAS on February 16, 2010, the above-captioned debtors commenced this case.

WHEREAS the deadline to file a complaint to determine dischargeability of certain debts is May 14, 2010.

WHEREAS the Court granted the Debtors' motion for relief from the automatic stay to proceed with and participate in the appeal that is now pending in the Federal Circuit Court in the matter of <u>Applied Materials, Inc. v. MultiMetrixs, LLC, Mark Kesel, Boris Kesil, and Elik</u>

- 1 -  STIPULATION TO EXTEND DEADLINE TO DETERMINE DISCHARGEABILITY

1 | Gershenzon (Docket No. 39) (the "Appeal").

2 | WHEREAS the determination of the dischargeability of the debt owed to Applied
3 | Materials that is the subject of the Appeal (the "Debt") may be rendered moot if the Debtors
4 | prevail in the Appeal.

5 | The undersigned parties, by and through their counsel have conferred, and subject
6 | to this Court's approval, have agreed and stipulated that the:

7 | 1. The deadline for Applied Materials, Inc. to file a complaint to determine
8 | the dischargeability of the Debt is extended to the first business day that is 45 days after the
9 | mandate is issued in the Appeal by the Federal Circuit Court.

10 | 2. The deadline may be further extended by stipulation of the parties or Court
11 | order.

12 | 3. All other rights of the parties are reserved.

Dated: April 16, 2010

Respectfully submitted,

MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Suite 3500
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
E-Mail: *Seth.Goldman@mto.com*

By: _____/s/ Seth Goldman_____
SETH GOLDMAN

Attorneys for Applied Materials, Inc.

DIEMER, WHITMAN & CARDOSI, LLP
75 East Santa Clara Street, Suite 290
San Jose, California 95113
Telephone: (408) 971-6270
Facsimile: (408) 971-6271

By: _____/s/ *Judith L. Whitman*_____
JUDITH L. WHITMAN

Attorneys for Mark Kesel

- 2 - STIPULATION TO EXTEND DEADLINE TO DETERMINE DISCHARGEABILITY