DIEMER, WHITMAN & CARDOSI, LLP
JUDITH L. WHITMAN, #103385
75 East Santa Clara Street, Suite 290
San Jose, California 95113
Telephone: (408) 971-6270
Facsimile: (408) 971-6271

ATTORNEYS FOR
MARK KESEL

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 10-41653 RJN |
| MARK KESEL | CHAPTER 11 |
| Debtor. | Date:<br>Time:<br>Place: 1300 Clay Street<br>      Courtroom 220<br>      Oakland, CA 94612<br>Judge: Randall J. Newsome |

**SUPPLEMENTAL DECLARATION OF JEFFREY I. KAPLAN IN SUPPORT OF THE APPLICATION TO EMPLOY JEFFREY I. KAPLAN OF KAPLAN GILMAN & PERGAMENT, LLP AS SPECIAL COUNSEL FOR DEBTOR UNDER 11 U.S.C. 327(e)**

I, Jeffrey I. Kaplan, declare as follows:

1. I am an attorney duly licensed to practice law in the States of New Jersey and New York and before the United States Court of Appeals, Federal Circuit. I am a partner of the firm of Kaplan, Gilman & Pergament, LLP and am proposed Special Counsel to Mark Kesel, a Debtor in this Chapter 11 case ("Debtor"). This supplemental declaration is made on my own personal knowledge, but in some cases based upon information and belief, and if called upon to testify I could and would competently testify thereto.

2. I was retained, prior to Debtor's bankruptcy filing, to represent Mark Kesel in this appeal. I

1
SUPPLEMENTAL DECLARATION OF JEFFREY I. KAPLAN IN SUPPORT OF THE APPLICATION TO EMPLOY JEFFREY I. KAPLAN OF KAPLAN GILMAN & PERGAMENT, LLP AS SPECIAL COUNSEL FOR DEBTOR UNDER 11 U.S.C. 327(e)

Case: 10-41653   Doc# 43   Filed: 04/29/10   Entered: 04/29/10 12:25:54   Page 1 of 2

am also representing in this appeal Mark Kesel's co-defendants in the District Court case, Boris Kesil and Elik Gershenzon and Multimetrixs, LLC.

3. Mr. Kesel and his co-defendants in the District Court case entered into an agreement, a true and correct copy of which was attached to my original declaration as Exhibit A (redacted to protect attorney-client privileged materials). Mr. Kesil and his co-defendants and I have agreed that the cost of the entire appeal will not exceed $95,000, including disbursements incurred though our firm. To date, the amount paid to my firm is $66,777.69. Of this amount NeoVision, LLC contributed $30,000 and ADEM, LLC contributed $36,777.69. Except for the sum of $1,777.69 which was paid by ADEM, LLC in March 2010, all other funds were paid pre-petition in November and December 2009 and were deposited in my client trust account. As work has been completed and billing for this work issued, funds covering the completed work have been transferred from my client trust account to my firm's general account.

4. I have been informed that the remaining fee for the review and analysis of the Opposition Brief and preparation and filing of the Reply brief will be paid by Egor Martovetsky, Boris Kesil's wife's brother-in-law.

5. I have been informed that no part of my fees were paid or will be paid by Mark Kesel or any of his co-defendants. I have also been informed that there is no expectation on the part NeoVision, LLC, ADEM, LLC nor Mr. Martovetsky that they will be repaid all or any part of the funds they contributed for the prosecution of this appeal.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 29th day of April, 2010 at Woodbridge, New Jersey.

___/s/ Jeffrey Kaplan_____
Jeffrey I. Kaplan

2
SUPPLEMENTAL DECLARATION OF JEFFREY I. KAPLAN IN SUPPORT OF THE APPLICATION TO EMPLOY JEFFREY I. KAPLAN OF KAPLAN GILMAN & PERGAMENT, LLP AS SPECIAL COUNSEL FOR DEBTOR UNDER 11 U.S.C. 327(e)

Case: 10-41653    Doc# 43    Filed: 04/29/10    Entered: 04/29/10 12:25:54    Page 2 of 2