```
 1  DIEMER, WHITMAN & CARDOSI, LLP
    JUDITH L. WHITMAN, #103385
 2  75 East Santa Clara Street, Suite 290
    San Jose, California   95113
 3  Telephone:  (408) 971-6270
    Facsimile: (408) 971-6271
 4
    ATTORNEYS FOR
 5  MARK KESEL
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re: | Case No. 10-41653 RJN |
|---|---|
| MARK KESEL | CHAPTER 11 |
| Debtor. | Date:<br>Time:<br>Place: 1300 Clay Street<br>   Courtroom 220<br>   Oakland, CA 94612<br>Judge: Randall J. Newsome |

**DECLARATION OF JACOB OBOLSKY IN SUPPORT OF THE APPLICATION TO EMPLOY JEFFREY I. KAPLAN OF KAPLAN GILMAN & PERGAMENT, LLP AS SPECIAL COUNSEL FOR DEBTOR UNDER 11 U.S.C. 327(e)**

I, Jacob Obolsky, declare as follows:

1.   I am a member and Vice President of ADEM, LLC.  The other members of ADEM, LLC are Valery Sokolsky and Boris Kesil.  Each of us holds a one-third interest in ADEM, LLC.

2.   Mr. Sokolsky and I have known Mr. Kesil for many years and we know him to be an honest, trustworthy and honorable person.  We were shocked and disappointed when the Applied Materials judgment was entered against him.  We believe this judgment is incorrect, unfair and a terrible miscarriage of justice.  For those reasons, we authorized ADEM, LLC to contribute funds to retain attorney Jeffrey Kaplan to represent Mr. Kesil and his co-defendants,

1
DECLARATION OF JACOB OBOLSKY IN SUPPORT OF THE APPLICATION TO EMPLOY JEFFREY I. KAPLAN OF KAPLAN GILMAN & PERGAMENT, LLP AS SPECIAL COUNSEL FOR DEBTOR UNDER 11 U.S.C. 327(e)

Case: 10-41653   Doc# 45   Filed: 04/29/10   Entered: 04/29/10 13:18:35   Page 1 of 2

Mark Kesel, Elik Gershenzon and Multimetrixs, LLC, to appeal this judgment in the Federal Circuit Court.

3. To date, ADEM, LLC has contributed the sum of $36,777.69 for Mr. Kaplan to prosecute this appeal. ADEM, LLC contributed these funds to retain Mr. Kaplan out of concern and respect for our friend and colleague, Boris Kesil. ADEM, LLC has no expectation and no intention of being repaid all or any part of these funds.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 29th day of April, 2010 at San Jose, California.

_____/s/ Jacob Obolsky_____
Jacob Obolsky

2
DECLARATION OF JACOB OBOLSKY IN SUPPORT OF THE APPLICATION TO EMPLOY JEFFREY I. KAPLAN OF KAPLAN GILMAN & PERGAMENT, LLP AS SPECIAL COUNSEL FOR DEBTOR UNDER 11 U.S.C. 327(e)

Case: 10-41653    Doc# 45    Filed: 04/29/10    Entered: 04/29/10 13:18:35    Page 2 of 2