BARBARA A. MATTHEWS (SBN 185094)
Assistant U.S. Trustee
LYNETTE C. KELLY (SBN 120799)
Trial Attorney
U.S. DEPARTMENT OF JUSTICE
Office of the United States Trustee
1301 Clay Street, Suite 690N
Oakland, California 94612-5231
Telephone: (510) 637-3200
e-mail: lynette.c.kelly@usdoj.gov

Attorneys for Acting United States Trustee,
Region 17, SARA L. KISTLER

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 10-41653 |
| MARK KESEL, | Chapter 11 |
| Debtor. | |

## ACTING UNITED STATES TRUSTEE'S NOTICE OF RESOLUTION OF OBJECTION TO APPLICATION TO EMPLOY SPECIAL COUNSEL FOR CHAPTER 11 DEBTOR

Sara L. Kistler, the Acting U.S. Trustee for the Northern District of California - Region 17 ("U.S. Trustee"), filed an objection to the Application To Employ Special Counsel for Chapter 11 Debtor ("Application") filed by the Debtor on April 6, 2010 seeking to employ Jeffrey I. Kaplan of Kaplan Gilman & Pergament, LLP as special counsel. This objection has been resolved by the parties.

Date: April 30, 2010

Respectfully submitted,

Barbara Matthews
Assistant United States Trustee


/s/ Lynette C. Kelly
Lynette C. Kelly
Trial Attorney

Attorneys for Sara L. Kistler,
Acting United States Trustee

Notice of Resolution of Objection to Special Employment of Counsel for Debtor
Case No. 10-41653