1  DIEMER, WHITMAN & CARDOSI, LLP
   JUDITH L. WHITMAN, #103385
2  75 East Santa Clara Street, Suite 290
   San Jose, California   95113
3  Telephone:   (408) 971-6270
   Facsimile: (408) 971-6271
4
   ATTORNEYS FOR
5  MARK KESEL

6

7

8                  UNITED STATES BANKRUPTCY COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  In re:                          )   Case No. 10-41653 RJN
                                    )
12  MARK KESEL                      )   CHAPTER 11
                                    )
13                     Debtor.      )
                                    )   Date: May 26, 2010
14                                  )   Time: 9:30 A.M.
                                    )   Place: 1300 Clay Street
15                                  )          Courtroom 220
                                    )           Oakland, CA 94612
16                                  )
                                    )   Judge: Randall J. Newsome
17  _____ )

18

19              **STATUS CONFERENCE STATEMENT**

20          Debtor, Mark Kesel ("Debtor"), submits the following status conference statement for the

21  status conference scheduled in this case on May 26, 2010, at 9:30 A.M.

22  1.      Brief Statement of Objectives

23          Debtor filed his Chapter 11 case on February 16, 2010.  The Chapter 11 filing was

24  precipitated by a judgment entered in favor of Applied Materials and against Debtor in the sum

25  of $1,427,927.94.  Debtor's Notice of Appeal was filed in December 2009 (pre-petition) and this

26  Court granted Debtor Relief from Stay to pursue an appeal of the judgment on April 7, 2010.

27  That appeal is now pending in the Federal Circuit Court.  The opening brief and opposition brief

28  have been filed.  Debtor's reply to the opposition is due in late May 2010.

Case: 10-41653    Doc# 48    Filed: 05/11/10    Entered: 05/11/10 16:49:22    Page 1 of 4

Currently Debtor's sole source of income is derived from an apartment building Debtor owns in Berkeley. The value of this building is estimated to be $1,500,000. There is a first deed of trust in the sum of $735,000. The payments on this loan are current. There are additional four liens on the building amounting to $821,710. One of these liens was due last year. To date, the lender (who is Debtor's sister) has agreed to extend the time for payment. Payment on the other three liens is not due until 2013. Debtor has arranged for a management company to collect the rents, pay the mortgage and building expenses and turn over the remaining sums to Debtor which Debtor uses for his living expenses.

The objectives and course of Debtor's Chapter 11 case depend on the outcome of the pending appeal of the Applied Materials' judgment. If the appeal is successful and it is determined Debtor is not liable to Applied Materials for $1,427.927.94, Debtor's Chapter 11 concerns will focus on restructuring the above described debt on Debtor's apartment building. On the other hand, if the appeal is not successful and Debtor remains liable to Applied Materials for the $1,427,927.94 judgment, Debtor's Chapter 11 case will also have to deal with that debt.

2.    <u>Anticipated date to file Plan and Disclosure Statement</u>

As noted above, the structure of Debtor's Chapter 11 Plan depends on the outcome of the appeal which is currently pending in the Federal Circuit Court. Debtor will be in a position to file his Plan and Disclosure Statement when that appeal has been decided and the scope of Debtor's liabilities is established.

3.    <u>Monthly Operating Reports</u>

Debtor is current on filing his monthly operating reports. His March 2010 report was filed on April 9, 2010. His report for April 2010 will be filed on or before May 20, 2010. Debtor's debtor-in-possession bank account is with Wells Fargo Bank. Debtor deposits the income he receives from the apartment building into this account and he pays his living expenses from this account. In addition, prior to filing his Chapter 11 case, Debtor had small bank accounts with Bank of America, Citibank and FDIC Credit Union. The accounts with Citibank

Case: 10-41653    Doc# 48    Filed: 05/11/10    Entered: 05/11/10 16:49:22    Page 2 of 4

and FDIC are several years old and the balances in the accounts are approximately $100 each. Debtor wishes to maintain those banking relationships but will not use these accounts while he is in bankruptcy. The Bank of America account was established to cover Debtor's daughter's school lunches and the payment arrangement could not be altered during the school year. Debtor will make other arrangements to pay for his daughter's school lunches for the next school year.

4. <u>Insurance</u>

Debtor has current and adequate insurance coverage on his home, his apartment building and his vehicle.

5. <u>Post-petition payments to Taxing Authorities</u>

Debtor is current on all post-petition (and pre-petition) tax payments.

6. <u>Retention of Professionals</u>

Debtor's application to employ Judith L. Whitman of Diemer, Whitman & Cardosi, LLP as his Chapter 11 counsel was approved and an order to that effect entered on March 15, 2010.

On April 6, 2010, Debtor submitted an application and declaration to employ Jeffrey I. Kaplan as Special Counsel to pursue Debtor's appeal of the Applied Materials' judgment. On April 13, 2010, the United States Trustee filed an objection to the Kaplan application, requesting clarification of the relationship between Debtor and the entities who paid Mr. Kaplan's fees and the basis upon which the fees were being paid. On April 29, 2010, a supplemental declaration from Jeffrey I. Kaplan, and declarations from Oleg Tachkov and Jacob Obolsky were filed to address the United States Trustee's concerns. On April 30, 2010, the United States Trustee filed a Notice of Resolution of Objection to the Application to Employ Mr. Kaplan as Debtor's Special Counsel. As of the date this Status Conference Statement is filed, the Order approving Mr. Kaplan's employment has not been signed. Debtor respectfully requests that his application to employ Mr. Kaplan be approved and the Order be entered as soon as possible since Mr. Kaplan is now working on preparing a reply to Applied Materials' opposition brief.

Case: 10-41653    Doc# 48    Filed: 05/11/10    Entered: 05/11/10 16:49:22    Page 3 of 4

1  7.    Cash Collateral / Obtaining Credit

2        Debtor is current on his payments to the lender holding the first deed of trust on the

3  apartment building.  When Debtor's counsel contracted Gordon Gerson, the attorney

4  representing this lender, concerning a cash collateral agreement, Mr. Gerson advised that such an

5  agreement was unnecessary since the loan is current and has remained current prior to and

6  following the bankruptcy filing.

7        Debtor has no plans to obtain additional credit.

8

9  8.    Miscellaneous

10       a.    Credit Counseling  – Debtor has completed both credit counseling classes and

11             certificates for both have been filed (Docket numbers 4 and 28).

12       b.    Extension of Dischargeability Deadline - On April 16, 2010, Debtor and Applied

13             Materials stipulated that the deadline for Applied Materials to file a complaint to

14             determine dischargeability would be extended to the first business day that is 45

15             days after the mandate is issued in the Appeal by the Federal Circuit Court.  An

16             Order approving that Stipulation was filed on April 20, 2010.

17

18  9.    Conclusion

19       Until the appeal of the Applied Materials' judgment is decided, Debtor will not be in a

20  position to submit a Disclosure Statement or Chapter 11 Plan.  Accordingly, Debtor respectfully

21  requests that this Status Conference be continued for 90-120 days.

22       Respectfully submitted,

23  Dated: May 11, 2010              DIEMER, WHITMAN & CARDOSI, LLP

24

25                                   By: _____/s/ Judith L. Whitman_____
                                          Attorneys for Debtor
26

27

28

Case: 10-41653    Doc# 48    Filed: 05/11/10    Entered: 05/11/10 16:49:22    Page 4 of 4