**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re: Mark Kesel

Case No. 10-41653

Amended

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**(SMALL REAL ESTATE/INDIVIDUAL CASE)**

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** 04/30/10 **PETITION DATE:** 02/16/10

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here __ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
Dollars reported in $1

| | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
| | a. Current Assets | $36,985 | $0 | |
| | b. Total Assets | $2,719,209 | $0 | $2,645,342 |
| | c. Current Liabilities | $0 | $0 | |
| | d. Total Liabilities | $4,078,920 | $0 | $4,083,006 |
| | | **Current Month** | **Prior Month** | **Cumulative (Case to Date)** |
| 3. | **Statement of Cash Receipts & Disbursements for Month** | | | |
| | a. Total Receipts | $22,600 | $26,264 | $48,864 |
| | b. Total Disbursements | $19,752 | $26,050 | $45,802 |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $2,848 | $214 | $3,062 |
| | d. Cash Balance Beginning of Month | $13,117 | $12,903 | $26,020 |
| | e. Cash Balance End of Month (c + d) see Schedule B | $15,829 * | $13,117 | $28,946 * |
| | | **Current Month** | **Prior Month** | **Cumulative (Case to Date)** |
| 4. | **Profit/(Loss) from the Statement of Operations** | N/A | N/A | N/A |
| 5. | **Account Receivables (Pre and Post Petition)** | $0 | | |
| 6. | **Post-Petition Liabilities** | $0 | | |
| 7. | **Past Due Post-Petition Account Payables (over 30 days)** | $0 | | |

| **At the end of this reporting month:** | | **Yes** | **No** |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | X |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | X | |
| 13. | Are a plan and disclosure statement on file? | | X |
| 14. | Was there any post-petition borrowing during this reporting period? | | X |

15. Check if paid: Post-petition taxes X ; U.S. Trustee Quarterly Fees X ; Check if filing is current for: Post-petition tax reporting and tax returns: X .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct. * see explanation to Schedule B

Date: 6·19·2010

[signature]
Responsible Individual

Revised 1/1/98

**BALANCE SHEET**
**(Small Real Estate/Individual Case)**
**For the Month Ended** 04/30/10

| | | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Assets** | | |
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | | $15,829 |
| 2 | Accounts receivable (net) | | |
| 3 | Retainer(s) paid to professionals | | |
| 4 | Other: Retainer to Bankruptcy Attorney | | $21,156 |
| 5 | | | |
| 6 | **Total Current Assets** | | $36,985 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | | $859,000 |
| 8 | Real property (rental or commercial) | | $1,500,000 |
| 9 | Furniture, Fixtures, and Equipment | X | $5,225 |
| 10 | Vehicles | X | $4,000 |
| 11 | Partnership interests | | |
| 12 | Interest in corportations | | |
| 13 | Stocks and bonds | | $6,935 |
| 14 | Interests in IRA, Keogh, other retirement plans | X | $305,664 |
| 15 | Other: | | |
| 16 | Personal items | X | $1,400 |
| 17 | **Total Long Term Assets** | | $2,682,224 |
| 18 | **Total Assets** | | $2,719,209 |
| | **Liabilities** | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | |
| 21 | Post-petition delinquent taxes | | |
| 22 | Accrued professional fees | | |
| 23 | Other: | | |
| 24 | | | |
| 25 | **Total Current Liabilities** | | $0 |
| 26 | **Long-Term Post Petition Debt** | | |
| 27 | **Total Post-Petition Liabilities** | | $0 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | $889,373 |
| 29 | Secured claims (other) | | $1,556,810 |
| 30 | Priority unsecured claims | | $0 |
| 31 | General unsecured claims | | $1,632,737 |
| 32 | **Total Pre-Petition Liabilities** | | $4,078,920 |
| 33 | **Total Liabilities** | | $4,078,920 |
| | **Equity (Deficit)** | | |
| 34 | **Total Equity (Deficit)** | | ($1,362,423) |
| 35 | **Total Liabilities and Equity (Deficit)** | | $2,716,497 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET

## Schedule A
## Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | Description of Property | 1306 MLK Jr Way | | |
| 2 | Scheduled Gross Rents | $16,768 | | |
| | Less: | | | |
| 3 | Vacancy Factor | | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | $14,019 | $0 | $0 |
| 7 | Scheduled Net Rents | $2,749 | $0 | $0 |
| 8 | Less: Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | $2,749 | $0 | $0 |

(2) To be completed by cash basis reporters only.

## Schedule B
## Recapitulation of Funds Held at End of Month

| | | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | Bank | Wells Fargo Bank | Apt Building (MB) | Other |
| 11 | Account No. | 9526265245 | 41317556 | |
| 12 | Account Purpose | Personal | | |
| 13 | Balance, End of Month | $4,005 | $10,995 | $829 * |
| 14 | Total Funds on Hand for all Accounts | $15,829 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.
*Reduction of $134 from prior month is due to Payment of $116 for daughter school lunches of $116 and bank charge 20.00

Case: 10-41653 Doc# 53 Filed: 06/19/10 Entered: 06/19/10 17:48:35 Page 3 of 16

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

**Increase/(Decrease) in Cash and Cash Equivalents**

**For the Month Ended** 04/30/10

Personal

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Draws | $5,500 | $13,000 |
| 8 | Transfer from old accounts | | $1,695 |
| 9 | Gift and rebates | $332 | $332 |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $5,832 | $15,027 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Interest Paid | $713 | $1,357 |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | $3,401 |
| 30 | Other Taxes | | |
| 31 | Other Cash Outflows: | | |
| 32 | Utilities | $116 | $502 |
| 33 | Mortgage Payment | $2,775 | $2,775 |
| 34 | Insurance | | $857 |
| 35 | Child support | $1,100 | $1,100 |
| 36 | Household expenses | $1,029 | $1,029 |
| 37 | **Total Cash Disbursements:** | $5,733 | $26,048 |
| 38 | **Net Increase (Decrease) in Cash** | $98 | $4,005 |
| 39 | **Cash Balance, Beginning of Period** | $3,907 | $3,907 |
| 40 | **Cash Balance, End of Period** | $4,005 | $7,912 |

Revised 1/1/98

Apartment Building

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

**Increase/(Decrease) in Cash and Cash Equivalents**

**For the Month Ended** 04/30/10

Apartment

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | $16,629 | $33,282 |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Laundry Income | $139 | $255 |
| 8 | Pet Deposit | | $300 |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $16,768 | $33,837 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Interest Paid | $6,726 | $13,452 |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | $420 | $839 |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | $5,500 | $13,000 |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other (Education for daughter) | | $1,000 |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees (one time fee) | | $1,500 |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes (Business license) | | $2,053 |
| 31 | Other Cash Outflows: | | |
| 32 | Utilities | $522 | $1,595 |
| 33 | Repairs | $851 | $1,342 |
| 34 | | | |
| 35 | | | |
| 36 | | | |
| 37 | **Total Cash Disbursements:** | $14,019 | $34,781 |
| 38 | **Net Increase (Decrease) in Cash** | $2,749 | ($944) |
| 39 | **Cash Balance, Beginning of Period** | $8,246 | |
| 40 | **Cash Balance, End of Period** | $10,995 | |

Revised 1/1/98



# PMA® Wells Fargo® PMA Package

If you have questions about this statement or your accounts:

*Phone:* **1-800-742-4932**, *TTY:* 1-800-600-4833
*Spanish:* 1-877-727-2932 , *TTY:* 1-888-355-6052
*Chinese:* 1-800-288-2288

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A.
P.O. Box 6995
Portland, OR 97228-6995

Personal

MARK KESEL
DEBTOR IN POSSESSION
CH 11 CASE# 10-41653 (NCA)
59 STRATFORD RD
KENSINGTON CA 94707-1241

## April 30, 2010

| | |
|---|---|
| **Total assets:** | **$4,106.04** |
| Last month: | $4,007.30 |
| Change in $: | $98.74 |
| Change in %: | 2.46% |
| **Total liabilities:** | **$198,726.80** |
| Last month: | $198,749.81 |
| Change in $: | $(23.01) |
| Change in %: | (0.01)% |
| *PMA* Qualifying Balance: | **$202,832.84** |

**Contents** Page

Overview . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
PMA® Prime Checking Account . . . . . . . . . . . . . . . . . 4
Savings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

(114)
410495



WELLS
FARGO

# Overview of your PMA account

## Assets

| Account (Account Number) | Percent of total | Balance last month ($) | Balance this month ($) | Increase/ decrease ($) | Percent change |
|---|---|---|---|---|---|
| PMA* Prime Checking Account (9526265245) | 98% | 3,906.62 | 4,005.35 | 98.73 | 2.53% |
| Wells Fargo Money Market Savings℠ (2527627471) | 2% | 100.68 | 100.69 | 0.01 | 0.01% |
| **Total assets** | | **$4,007.30** | **$4,106.04** | **$98.74** | **2.46%** |

**Total asset allocation (by account type)**

Savings: 2%
Checking: 98%

## Liabilities

| Account (Account Number) | Percent of total | Outstanding balance last month ($) | Outstanding balance this month ($) | Increase/ decrease ($) | Percent change |
|---|---|---|---|---|---|
| Smartfit Home Equity LCA (6519200207-1998) | 100% | 198,749.81 | 198,726.80 | (23.01) | (0.01)% |
| **Total liabilities** | | **$198,749.81** | **$198,726.80** | **($23.01)** | **(0.01)%** |

**Total liability allocation (by account type)**

Lines of Credit: 100%

## Available credit

The information below may not be current. Be sure to verify the credit available on your accounts when accessing your credit lines.

| Account | Approved credit line | Credit used | Credit available |
|---|---|---|---|
| Smartfit Home Equity LCA (6519200207-1998) | 200,000.00 | 198,036.66 | 0.00 |
| **Total available credit** | **$200,000.00** | **$198,036.66** | **$0.00** |

410496



OVERVIEW OF YOUR PMA ACCOUNT (CONTINUED)

## Interest, dividends and other income

The information below should not be used for tax planning purposes.

| Account | This month | This year |
|---|---|---|
| PMA® Prime Checking Account (9526265245) | 0.10 | 0.36 |
| Wells Fargo Money Market Savings℠ (2527627471) | 0.01 | 0.02 |
| **Total interest, dividends and other income** | **$0.11** | **$0.38** |

## Interest expense

| Account | This month | This year |
|---|---|---|
| Smartfit Home Equity LCA (6519200207-1998) | 713.15 | 2,783.58 |
| **Total interest expense** | **$713.15** | **$2,783.58** |

Effective July 1, 2010, changes to the following fees will be applied:
- The Cashed/Deposited Item Returned Unpaid fee will be $12 per item.
- Wells Fargo Check Card Transaction Fees: The Check Card Over-the-Counter Cash Disbursement fee will be 3% of the transaction amount for International transactions. The fee for domestic (U.S.) Check Card Over-the-Counter Cash Disbursement will remain $3.

Also effective July 1, 2010, you will receive 2 free non-Wells Fargo ATM cash withdrawals per statement cycle, U.S. or International and each additional non-Wells Fargo ATM cash withdrawal will be $2.50 (U.S.), or $5 for International. Waived for customers with $100,000 or more in qualifying relationship balances in the PMA Package. (Does not apply to clients of The Private Bank.)

For questions, please contact your local banker or relationship manager, or call the phone number at the top of your statement. We appreciate your business and look forward to continuing to serve your financial needs.

410497



# PMA ® Prime Checking Account

## Activity summary

| | |
|---|---|
| Balance on 4/1 | 3,906.62 |
| Deposits/Additions | 5,831.71 |
| Withdrawals/Subtractions | - 5,732.98 |
| **Balance on 4/30** | **$4,005.35** |

Account number: **9526265245**

**MARK KESEL**
**DEBTOR IN POSSESSION**
**CH 11 CASE#10-41653 (NCA)**

Wells Fargo Bank, N.A., California (Member FDIC)

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

## Overdraft protection

Your account is linked to the following for Overdraft Protection:

- Savings - 2527627471

## Interest you've earned

| | |
|---|---|
| Interest earned this month | $0.10 |
| Average collected balance this month | $2,466.73 |
| Annual percentage yield earned | 0.05% |
| Interest paid this year | $0.36 |

## Transaction history

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| **Beginning balance on 4/1** | | | | | **3,906.62** |
| 4/1 | Check | 100 | | 550.00 | 3,356.62 |
| 4/2 | Deposit | | 606.55 | | 3,963.17 |
| 4/5 | Bank of America Mortgage Apr 10 Xxxxx4921 Kesel M | | | 2,774.66 | |
| 4/5 | Check | 3000 | | 55.42 | 1,133.09 |
| 4/6 | AT&T Telco West 000Payment 040510 03001 A51052479443482 10095 | ^3001 | | 116.25 | 1,016.84 |
| 4/7 | Credit Card Web Pymt 100406 462300856537783 Kesel,Mark | | | 190.75 | 826.09 |
| 4/8 | Deposit | | 3,000.00 | | 3,826.09 |
| 4/9 | Bill Pay Equity On-Line Xxxxxxx2071998 On 04-09 | | | 713.15 | 3,112.94 |
| 4/13 | Check | 3002 | | 550.00 | 2,562.94 |
| 4/20 | International Purchase Transaction Fee 434256Xxxxxx2666 110040013429500 ?McC=7011 121042882DA01 | | | 8.68 | |
| 4/20 | Check Crd Purchase 04/17 Agoda Hotel Reservatio Priceline Uk Gb 434256Xxxxxx2666 110040013429500 ?McC=7011 121042882DA01 | | | 289.24 | 2,265.02 |
| 4/23 | International Purchase Transaction Fee 434256Xxxxxx2666 113040013572955 ?McC=7011 121042882DA01 | | | 10.88 | |
| 4/23 | Check Crd Purchase 04/21 Agoda Hotel Reservatio Priceline Uk Gb 434256Xxxxxx2666 113040013572955 ?McC=7011 121042882DA01 | | | 362.65 | 1,891.49 |
| 4/28 | Deposit | | 2,225.06 | | 4,116.55 |
| 4/29 | Check | 3004 | | 111.30 | 4,005.25 |
| 4/30 | Interest Payment | | 0.10 | | 4,005.35 |
| **Ending balance on 4/30** | | | | | **4,005.35** |
| **Totals** | | | **$5,831.71** | **$5,732.98** | |

*Key to symbols: ^ Converted check: Paper check converted to an electronic format by your payee or designated representative. Converted checks cannot be returned, copied or imaged.*

**Summary of checks written** *(checks listed are also displayed in the preceding Transaction history section)*

| Number | Date | $ Amount | Number | Date | $ Amount | Number | Date | $ Amount |
|---|---|---|---|---|---|---|---|---|
| 100 | 4/1 | 550.00 | 3001 | 4/6 | 116.25 | 3004 * | 4/29 | 111.30 |
| 3000 * | 4/5 | 55.42 | 3002 | 4/13 | 550.00 | | | |

** Gap in check sequence.*

410498




H

# Your Bank of America Prima Account Statement

0702 P P
E0-2

CD 04/30 1 0000 858 23 333 006067 #01 MB 0.382

MARK KESEL
1025 SOLANO AVE
ALBANY CA 94706-1617

**Statement Period:**
**March 27 through April 27, 2010**

**Account Number: 07028-01795**

**At Your Service**
Call: 510.649.6600

**Written Inquiries**
Bank of America
Albany Branch
PO Box 37176
San Francisco, CA 94137-0176

Customer since 1994
Bank of America appreciates your business and we enjoy serving you.

Our free Online Banking service allows you to check balances, track account activity, pay bills and more. **With Online Banking you can also view up to 18 months of this statement online and even turn off delivery of your paper statement.** Enroll at www.bankofamerica.com.

## ❑ Summary of Your Prima Interest Checking Account

| | |
|---|---|
| Beginning Balance on 03/27/10 | $379.63 |
| Ending Balance | $379.63 |

OK

| | |
|---|---|
| Number of ATM withdrawals and transfers | 0 |
| Number of purchase transactions | 0 |
| Number of 24 Hour Customer Service Calls | |
| Self-Service | 0 |
| Assisted | 0 |

Case: 10-41653 Doc# 53 Filed: 06/19/10 Entered: 06/19/10 17:48:35 Page 10 of 16



**Bank of America**

H

# Your Bank of America Prima Account Statement

0702 P P
E0-2

CD 05/10 1 0000 436 23 605 000772 #001 AV 0.335

MARK KESEL
1025 SOLANO AVE
ALBANY CA 94706-1617

**Statement Period:**
**April 1 through April 30, 2010**

**Account Number: 07021-61806**

**At Your Service**
Call: 510.649.6600

**Written Inquiries**
Bank of America
Albany Branch
PO Box 37176
San Francisco, CA 94137-0176

Customer since 1994
Bank of America appreciates your business and we enjoy serving you.

Our free Online Banking service allows you to check balances, track account activity, pay bills and more. **With Online Banking you can also view up to 18 months of this statement online and even turn off delivery of your paper statement.** Enroll at www.bankofamerica.com.

## Summary of Your Prima Interest Checking Account

| | |
|---|---|
| Beginning Balance on 04/01/10 | $288.61 |
| Total Checks, Withdrawals, Transfers, Account Fees | - 116.00 |
| Ending Balance | $172.61 |

OK.

| | |
|---|---|
| Number of ATM withdrawals and transfers | 0 |
| Number of purchase transactions | 0 |
| Number of 24 Hour Customer Service Calls | |
| Self-Service | 0 |
| Assisted | 0 |

## Account Activity

| Date Posted | Description | Reference Number | Amount |
|---|---|---|---|
| | **Withdrawals, Transfers and Account Fees** | | |
| 04/20 | Facts/Jewish Com DES: 4/20/00-1 ID:91687-Kcwj41-01 INDN:Mark Kesel 010p Co ID:1470660163 PPD Ref:010108014418352 | | $116.00 |

Recycled Paper

Case: 10-41653 Doc# 53 Filed: 06/19/10 Entered: 06/19/10 17:48:35 Page 11 of 16


Citibank Client Services 013
PO Box 769013
San Antonio, TX 78245-9013

20816/R1/04F013
000
CITIBANK, N.A.
**Account**
**9404005770**

**Statement Period**
**Apr. 23 - May 23, 2010**

MARK KESEL
59 STRATFORD RD
KENSINGTON CA 94707-1241

## CITIBANK® EZ CHECKING AS OF MAY 23, 2010

**Relationship Summary:**

| | |
|---|---|
| **Checking** | **$73.11** |
| **Savings** | ---- |
| **Investments (not FDIC insured)** | ---- |
| **Loans** | ---- |
| **Credit Cards** | ---- |

**Enroll in Paperless Statements today and you can take part in a special offer just for Citibank customers.** And remember, when you switch to Paperless Statements you help protect the environment. To learn more, visit [illegible]/paperless [illegible]

## CITIBANK® EZ CHECKING RATES AND CHARGES

Citibank gives you the benefit of lower charges and better rates as you maintain higher balance levels. If your account is charged a monthly fee, you can receive a $[illegible] rebate of that fee if during the statement cycle there is an automatic deduction by a third party that you have authorized.

For Citibank rates and charges, Citibank considered your average balances during the month of April in your qualifying checking, savings, investment, credit card, and loan accounts that you asked us to combine. These balances may be in accounts that are reported on other statements.

| Rates and Charges | Your Combined Balance Range $0-$1,499 |
|---|---|
| Rates | Standard |
| Monthly Service Charge | $9.50 |

Ask about accounts eligible for preferred rates.

Please refer to your Citibank Account Terms and Conditions for details on how we determine your monthly fees and charges. Please note that when your qualified transaction activity exceeds the designated level, you may be subject to fees for transactions performed.

All fees assessed in a statement period, including [illegible] non-Citibank ATM fees, will appear as charges on your next Citibank statement for the account [illegible] debited for your monthly service charge).

## CHECKING ACTIVITY

**Regular Checking**
9404005770

| | |
|---|---|
| **Beginning Balance** | $82.[illegible] |
| **Ending Balance** | $73.[illegible] |

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| [illegible] | Monthly Fee - Service Charge | 9.50 | | 73.[illegible] |



Banking. Security. Service. Together.
The Partnership
Federal Credit Union

FDIC FCU • NSF FCU

P.O. Box 18539
Washington, D.C. 20036-8539
Toll Free: (800) 285-3286
www.ThePartnershipFCU.com

# Account Statement

| Member No. | Period Ending | Branch ID | Page |
|---|---|---|---|
| 11250005 | 03-31-10 | 1 | 1 of 1 |

P

| ACCOUNT BALANCES | | |
|---|---|---|
| 1. Regular Savings | $ | 102.30 |

MARK A KESEL
1025 SOLANO AVENUE
ALBANY CA 94706-1617

**EXPERIENCE The Difference!**
Paying your bills online offers;

- ✓ Convenience
- ✓ Savings
- ✓ Control 24/7/365
- ✓ Security

*More details @ www.ThePartnershipFCU.com*

**Online BILL PAY is FREE with The "ONE" Checking**
Online BILL PAY offers you the ability to pay all of your bills from one simple-to-use site. Plus the "PRESENTMENT" feature provides you with the convenience of receiving, viewing and managing your bills at the same location.
*More details @ www.ThePartnershipFCU.com*

## Regular Savings — ACCT #1 — 01-01-10 Thru 03-31-10

| Beginning Balance | Deposits | Withdrawals | Ending Balance | YTD Dividends |
|---|---|---|---|---|
| $ 102.21 | $ 0.09 | $ 0.00 | $ 102.30 | $ 0.09 |

| Transaction Date | Effective Date | Transaction Description | Deposit | Withdrawal | Balance |
|---|---|---|---|---|---|
| 01-01 | | Previous Balance | | | 102.21 |
| 01-31 | | DIVIDEND | 0.03 | | 102.24 |
| 02-28 | | DIVIDEND | 0.03 | | 102.27 |
| 03-31 | | DIVIDEND | 0.03 | | 102.30 |

ANNUAL PERCENTAGE YIELD EARNED FROM 01-01-10 THRU 01-31-10 WAS 0.35%
ANNUAL PERCENTAGE YIELD EARNED FROM 02-01-10 THRU 02-28-10 WAS 0.38%
ANNUAL PERCENTAGE YIELD EARNED FROM 03-01-10 THRU 03-31-10 WAS 0.35%

102.30

## Share Sub-Account Summary

| Account | Description | Balance | Dividend |
|---|---|---|---|
| 1 | Regular Savings | 102.30 | 0.09 |

## Loan Sub-Account Summary

| Account | Description | Balance | Finance Charges |
|---|---|---|---|

## YTD Account Summaries

**Deposit Account Totals**
YTD Dividends $ 0.09

**Loan Account Totals**
YTD Finance Charges $ 0.00

000 00005 01 PAGE: 1
ACCOUNT: 1317556 04/30/2010
DOCUMENTS: 16

Apartment

NEOVISION, LLC
1025 SOLANO AVE
ALBANY CA 94706

30-0
3
13

## RELATIONSHIP BUSINESS CHECKING ACCOUNT 41317556

| | | | |
|---|---|---|---|
| MINIMUM BALANCE | 1,520.96 | LAST STATEMENT 03/31/10 | 8,246.54 |
| AVG AVAILABLE BALANCE | 12,202.25 | 3 CREDITS | 16,767.82 |
| AVERAGE BALANCE | 13,788.45 | 13 DEBITS | 14,019.10 |
| | | THIS STATEMENT 04/30/10 | 10,995.26 OK |

### DEPOSITS

| REF # | DATE | AMOUNT | REF # | DATE | AMOUNT | REF # | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | 04/02 | 15,409.17 | | 04/08 | 1,220.00 | | 04/12 | 138.65 |

### CHECKS

| CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1030 | 04/01 | 6,725.58 | 1035* | 04/08 | 464.79 | 1042 | 04/20 | 108.45 |
| 1031 | 04/02 | 176.98 | 1037 | 04/15 | 108.69 | 1043 | 04/29 | 2,000.00 |
| 1032 | 04/13 | 105.00 | 1038* | 04/15 | 144.20 | 1044 | 04/30 | 209.71 |
| 1033 | 04/08 | 55.30 | 1040 | 04/09 | 3,000.00 | | | |
| 1034 | 04/05 | 500.00 | 1041 | 04/26 | 420.40 | | | |

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

### DAILY BALANCE

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 04/01 | 1,520.96 | 04/09 | 13,953.06 | 04/20 | 13,625.37 |
| 04/02 | 16,753.15 | 04/12 | 14,091.71 | 04/26 | 13,204.97 |
| 04/05 | 16,253.15 | 04/13 | 13,986.71 | 04/29 | 11,204.97 |
| 04/08 | 16,953.06 | 04/15 | 13,733.82 | 04/30 | 10,995.26 |

Case: 10-41653 Doc# 53 Filed: 06/19/10 Entered: 06/19/10 17:48:35 Page 14 of 16



NEOVISION, LLC 41317556 Page 2

FOR: Judie
From: MARK
Pages-3

NEOVISION, LLC 1025 SOLANO AVE ALBANY, CA 94706 — PER ENVELOPE — 1030
Date 03-26-10
Pay to: Sahan Franchel $ 6,725.58
Six thousand seven hundred twenty-five 58/100 Dollars
Mechanics Bank
Memo: Loan # 0302039876
Chk No. 1030 Amt $6,725.58 Paid 04/01/10

NEOVISION, LLC 1025 SOLANO AVE ALBANY, CA 94706 — 1031
Date 03-31-10
Pay to: David Goldfarb $ 176.98
One hundred seventy-six & 98/100 Dollars
Mechanics Bank
Chk No. 1031 Amt $176.98 Paid 04/02/10

NEOVISION, LLC 1025 SOLANO AVE ALBANY, CA 94706 — 1032
Date 04/02/2010
Pay to: Electronic Security Systems $ 105.00
One hundred five and 00/100 Dollars
Mechanics Bank
Invoice #25703
Chk No. 1032 Amt $105.00 Paid 04/13/10

NEOVISION, LLC 1025 SOLANO AVE ALBANY, CA 94706 — 1033
Date 04/02/2010
Pay to: PG&E $ 55.30
Fifty-Five and 30/100 Dollars
Mechanics Bank
Acct No. 6479947608-5
Chk No. 1033 Amt $55.30 Paid 04/08/10

NEOVISION, LLC 1025 SOLANO AVE ALBANY, CA 94706 — 1034
Date 04/02/2010
Pay to: Mark Kesel $ 500.00
Five hundred and 00/100 Dollars
Mechanics Bank
Memo: To WF
Chk No. 1034 Amt $500.00 Paid 04/05/10

NEOVISION, LLC 1025 SOLANO AVE ALBANY, CA 94706 — 1035
Date 04/02/2010
Pay to: Home Depot Credit Services $ 464.79
Four hundred sixty-four and 79/100 Dollars
Mechanics Bank
Acct. No. 6035 3203 2012 8166
BIA9009 1408900074 Check Scroll
Chk No. 1035 Amt $464.79 Paid 04/08/10

NEOVISION, LLC 1025 SOLANO AVE ALBANY, CA 94706 — 1037
Date 04/08/2010
Pay to: PG&E $ 108.69
One hundred eight and 69/100 Dollars
Mechanics Bank — Building
Acct No. 6479947608-5
Chk No. 1037 Amt $108.69 Paid 04/15/10

NEOVISION, LLC 1025 SOLANO AVE ALBANY, CA 94706 — 1038
Date 04/08/2010
Pay to: PG&E $ 144.20
One hundred forty-four and 20/100 Dollars
Mechanics Bank
ID 3429369778-8
Chk No. 1038 Amt $144.20 Paid 04/15/10

NEOVISION, LLC 1025 SOLANO AVE ALBANY, CA 94706 — 1040
Date 04/08/2010
Pay to: Mark Kesel $ 3,000.00
Three thousand and 00/100 Dollars
Mechanics Bank
Chk No. 1040 Amt $3,000.00 Paid 04/09/10

NEOVISION, LLC 1025 SOLANO AVE ALBANY, CA 94706 — 1041
Date 04/12/2010
Pay to: Informatic System $ 420.40
Four hundred twenty and 40/100 Dollars
Mechanics Bank
Rent for April/2010
Chk No. 1041 Amt $420.40 Paid 04/26/10

NEOVISION, LLC
1025 SOLANO AVE
ALBANY, CA 94706
1042
DATE 04/16/2010
PAY TO THE ORDER OF AT & T Payment Center $ 108.45
One hundred eight and 45/100 DOLLARS
Mechanics Bank
Acct 510 527-6269 261 B
⑆121102036⑆1042 041⑈317556⑈ ⑈0000010845⑈

Chk No. 1042 Amt $108.45 Paid 04/20/10

NEOVISION, LLC
1025 SOLANO AVE
ALBANY, CA 94706
1043
DATE 04/28/2010
PAY TO THE ORDER OF Mark Kesel $ 2,000.00
Two thousand and 00/100 DOLLARS
Mechanics Bank
MEMO
⑆121102036⑆1043 041⑈317356⑈

Chk No. 1043 Amt $2,000.00 Paid 04/29/10

NEOVISION, LLC
1025 SOLANO AVE
ALBANY, CA 94706
1044
DATE 04/28/2010
PAY TO THE ORDER OF David Goldfarb $ 209.71
Two hundred nine and 71/100 DOLLARS
Mechanics Bank
MEMO Apt 2B Inv. #790
⑆121102036⑆1044 041⑈317556⑈

Chk No. 1044 Amt $209.71 Paid 04/30/10