UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: Mark Kesel

Case No. 10-41653

CHAPTER 11
MONTHLY OPERATING REPORT
(SMALL REAL ESTATE/INDIVIDUAL CASE)

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** 05/31/10 **PETITION DATE:** 02/16/10

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
Dollars reported in $1

| 2. **Asset and Liability Structure** | **End of Current Month** | **End of Prior Month** | **As of Petition Filing** |
|---|---|---|---|
| a. Current Assets | $40,858 | $36,985 | |
| b. Total Assets | $2,714,653 | $2,719,209 | $2,645,342 |
| c. Current Liabilities | $0 | $0 | |
| d. Total Liabilities | $4,078,920 | $4,078,920 | $4,083,006 |

| 3. **Statement of Cash Receipts & Disbursements for Month** | **Current Month** | **Prior Month** | **Cumulative (Case to Date)** |
|---|---|---|---|
| a. Total Receipts | $24,751 | $22,600 | $73,615 |
| b. Total Disbursements | $20,767 | $19,752 | $66,569 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $3,984 | $2,848 | $7,046 |
| d. Cash Balance Beginning of Month | $15,829 | $13,117 | $41,849 |
| e. Cash Balance End of Month (c + d) | $19,702 * | $15,829 | $48,895 * |

| | **Current Month** | **Prior Month** | **Cumulative (Case to Date)** |
|---|---|---|---|
| 4. **Profit/(Loss) from the Statement of Operations** | N/A | N/A | N/A |
| 5. **Account Receivables (Pre and Post Petition)** | $0 | | |
| 6. **Post-Petition Liabilities** | $0 | | |
| 7. **Past Due Post-Petition Account Payables (over 30 days)** | $0 | | |

| **At the end of this reporting month:** | **Yes** | **No** |
|---|---|---|
| 8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 10. If the answer is yes to 8 or 9, were all such payments approved by the court? | | X |
| 11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| 12. Is the estate insured for replacement cost of assets and for general liability? | X | |
| 13. Are a plan and disclosure statement on file? | | X |
| 14. Was there any post-petition borrowing during this reporting period? | | X |

15. Check if paid: Post-petition taxes X ; U.S. Trustee Quarterly Fees X ; Check if filing is current for: Post-petition tax reporting and tax returns: X .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

* see explanation to Schedule B

Date: 6.21.2010

[signature]
Responsible Individual

Revised 1/1/98

# BALANCE SHEET

(Small Real Estate/Individual Case)

For the Month Ended 05/31/10

| Line | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | | $19,702 |
| 2 | Accounts receivable (net) | | |
| 3 | Retainer(s) paid to professionals | | |
| 4 | Other: Retainer to Bankruptcy Attorney | | $21,156 |
| 5 | | | |
| 6 | **Total Current Assets** | | $40,858 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | | $859,000 |
| 8 | Real property (rental or commercial) | | $1,500,000 |
| 9 | Furniture, Fixtures, and Equipment | X | $5,225 |
| 10 | Vehicles | X | $4,000 |
| 11 | Partnership interests | | |
| 12 | Interest in corportations | | |
| 13 | Stocks and bonds | | $7,120 |
| 14 | Interests in IRA, Keogh, other retirement plans | X | $297,050 |
| 15 | Other: | | |
| 16 | Personal items | X | $1,400 |
| 17 | **Total Long Term Assets** | | $2,673,795 |
| 18 | **Total Assets** | | $2,714,653 |
| | **Liabilities** | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | |
| 21 | Post-petition delinquent taxes | | |
| 22 | Accrued professional fees | | |
| 23 | Other: | | |
| 24 | | | |
| 25 | **Total Current Liabilities** | | $0 |
| 26 | **Long-Term Post Petition Debt** | | |
| 27 | **Total Post-Petition Liabilities** | | $0 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | $889,373 |
| 29 | Secured claims (other) | | $1,556,810 |
| 30 | Priority unsecured claims | | $0 |
| 31 | General unsecured claims | | $1,632,737 |
| 32 | **Total Pre-Petition Liabilities** | | $4,078,920 |
| 33 | **Total Liabilities** | | $4,078,920 |
| | **Equity (Deficit)** | | |
| 34 | **Total Equity (Deficit)** | | ($1,364,267) |
| 35 | **Total Liabilities and Equity (Deficit)** | | $2,714,653 |

NOTE:

Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

# SCHEDULES TO THE BALANCE SHEET

## Schedule A
## Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | **Description of Property** | 1306 MLK Jr Way | | |
| 2 | **Scheduled Gross Rents** | $18,751 | | |
| | **Less:** | | | |
| 3 | **Vacancy Factor** | | | |
| 4 | **Free Rent Incentives** | | | |
| 5 | **Other Adjustments** | | | |
| 6 | **Total Deductions** | $14,407 | $0 | $0 |
| 7 | **Scheduled Net Rents** | $4,344 | $0 | $0 |
| 8 | **Less: Rents Receivable (2)** | | | |
| 9 | **Scheduled Net Rents Collected (2)** | $4,344 | $0 | $0 |

(2) To be completed by cash basis reporters only.

## Schedule B
## Recapitulation of Funds Held at End of Month

| | | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | **Bank** | Wells Fargo Bank | Apt Building (MB) | Other |
| 11 | **Account No.** | 9526265245 | 41317556 | |
| 12 | **Account Purpose** | Personal | | |
| 13 | **Balance, End of Month** | $3,645 | $15,339 | $718 * |
| 14 | **Total Funds on Hand for all Accounts** | $19,702 * | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.
* Reduction of $111 from month is due to payment of $111 for daughter school lunches of $111.

Revised 1/1/98

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

**Increase/(Decrease) in Cash and Cash Equivalents**

Personal

**For the Month Ended** 05/31/10

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Draws (interst $690 was paid from MB*) | $6,000 | $19,000 |
| 8 | Transfer from old accounts | | $1,695 |
| 9 | Gift and rebates | | $332 |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $6,000 | $21,027 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Interest Paid (paid directly from MB* acct.) | $690* | $2,047 |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | $3,401 |
| 30 | Other Taxes (US Trustee) | $325 | $325 |
| 31 | Other Cash Outflows: | | |
| 32 | Utilities | $474 | $976 |
| 33 | Mortgage Payment | $2,775 | $5,500 |
| 34 | Insurance | | $857 |
| 35 | Child support | | $1,100 |
| 36 | Household expenses (includes school payment $1,750) | $2,786 | $3,815 |
| 37 | **Total Cash Disbursements:** | * 690⁰⁰ + $6,360 | $26,048 |
| 38 | **Net Increase (Decrease) in Cash** | ($360) | ($360) |
| 39 | **Cash Balance, Beginning of Period** | $4,005 | $4,005 |
| 40 | **Cash Balance, End of Period** | $3,645 | $3,645 |

* paid from apartment account

Revised 1/1/98

Apartment Building

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

**Increase/(Decrease) in Cash and Cash Equivalents**

**For the Month Ended** 05/31/10

Apartment

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | $16,674 | $49,956 |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Laundry Income | $127 | $382 |
| 8 | Pet Deposit | | $300 |
| 9 | Security Deposit | $1,950 | $1,950 |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $18,751 | $52,589 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Interest Paid | $6,726 | $20,178 |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | $422 | $1,261 |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | * $6,690 | $19,690 |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other (Education for daughter) | | $1,000 |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees (one time fee) | | $1,500 |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes (Business license) | | $2,053 |
| 31 | Other Cash Outflows: | | |
| 32 | Utilities | $304 | $1,899 |
| 33 | Repairs | $200 | $1,542 |
| 34 | Office Exp. | $65 | $65 |
| 35 | | | |
| 36 | | | |
| 37 | **Total Cash Disbursements:** | $14,407 | $49,188 |
| 38 | **Net Increase (Decrease) in Cash** | $4,344 | $3,400 |
| 39 | **Cash Balance, Beginning of Period** | $10,995 | |
| 40 | **Cash Balance, End of Period** | $15,339 | |

* includes $690 paid for Wells Fargo equity line on personal residence

Revised 1/1/98



# PMA® Wells Fargo® PMA Package

If you have questions about this statement or your accounts:

*Phone:* **1-800-742-4932**, *TTY:* 1-800-600-4833
*Spanish:* 1-877-727-2932 , *TTY:* 1-888-355-6052
*Chinese:* 1-800-288-2288

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A.
P.O. Box 6995
Portland, OR 97228-6995

Personal

MARK KESEL
DEBTOR IN POSSESSION
CH 11 CASE# 10-41653 (NCA)
59 STRATFORD RD
KENSINGTON CA 94707-1241

## May 31, 2010

| | |
|---|---|
| **Total assets:** | **$3,746.31** |
| Last month: | $4,106.04 |
| Change in $: | $(359.73) |
| Change in %: | (8.76)% |
| **Total liabilities:** | **$198,749.81** |
| Last month: | $198,726.80 |
| Change in $: | $23.01 |
| Change in %: | 0.01% |
| *PMA* Qualifying Balance: | **$202,496.12** |

**Contents** Page

Overview . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
PMA* Prime Checking Account. . . . . . . . . . . . . . . . 4
Savings. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

Text Banking for Everyone

Now anyone with a Mobile Phone can text Wells Fargo for account balances!

All customers can now monitor their accounts while they are on-the-go with Text Banking*. Go to wf.com/text on your mobile device to sign up. After you sign up, a simple text request sent to 93557 (WELLS),such as "bal" provides current available account balances**, "atm" delivers the address of the nearest Wells Fargo ATM, "due" returns credit card payment information, and "com" will display back all our text commands. Also, customers with web-enabled phones can use wf.com, our optimized mobile website, to do even more such as transfer funds and pay bills. Start Mobile Banking today.
*Text and Mobile Banking is free from Wells Fargo, but your mobile carrier's text messaging and web access charges may apply.

**Please note that some transaction activities (such as outstanding checks and some Check Card purchases) may not be reflected in your available balances.

(114) I- 2
537428


# Overview of your PMA account

## Assets

| Account (Account Number) | Percent of total | Balance last month ($) | Balance this month ($) | Increase/ decrease ($) | Percent change |
|---|---|---|---|---|---|
| PMA® Prime Checking Account (9526265245) | 97% | 4,005.35 | 3,645.61 | (359.74) | (8.98)% |
| Wells Fargo Money Market Savings℠ (2527627471) | 3% | 100.69 | 100.70 | 0.01 | 0.01% |
| **Total assets** | | **$4,106.04** | **$3,746.31** | **($359.73)** | **(8.76)%** |

**Total asset allocation (by account type)**

Savings: 3%
Checking: 97%

## Liabilities

| Account (Account Number) | Percent of total | Outstanding balance last month ($) | Outstanding balance this month ($) | Increase/ decrease ($) | Percent change |
|---|---|---|---|---|---|
| Smartfit Home Equity LCA (6519200207-1998) | 100% | 198,726.80 | 198,749.81 | 23.01 | 0.01% |
| **Total liabilities** | | **$198,726.80** | **$198,749.81** | **$23.01** | **0.01%** |

**Total liability allocation (by account type)**

Lines of Credit: 100%

## Available credit

The information below may not be current. Be sure to verify the credit available on your accounts when accessing your credit lines.

| Account | Approved credit line | Credit used | Credit available |
|---|---|---|---|
| Smartfit Home Equity LCA (6519200207-1998) | 200,000.00 | 198,036.66 | 0.00 |
| **Total available credit** | **$200,000.00** | **$198,036.66** | **$0.00** |

537427



OVERVIEW OF YOUR PMA ACCOUNT (CONTINUED)

## Interest, dividends and other income

The information below should not be used for tax planning purposes.

| Account | This month | This year |
|---|---|---|
| PMA® Prime Checking Account (9526265245) | 0.10 | 0.46 |
| Wells Fargo Money Market Savings℠ (2527627471) | 0.01 | 0.03 |
| **Total interest, dividends and other income** | **$0.11** | **$0.49** |

## Interest expense

| Account | This month | This year |
|---|---|---|
| Smartfit Home Equity LCA (6519200207-1998) | 690.14 | 3,473.72 |
| **Total interest expense** | **$690.14** | **$3,473.72** |

Changes to your Consumer Checking account

Currently, Wells Fargo may approve your ATM and everyday debit card transactions even if you do not have sufficient available funds at the time of the transaction. Beginning August 13, 2010, unless you provide your consent, we will no longer approve these transactions and no overdraft fees will be assessed on these transactions.

To learn more, please review the enclosed brochure titled "Important Changes to your Consumer Checking account" and review the federally required disclosure that is printed on the last page of this statement. You can also visit wellsfargo.com/overdraftservices for additional information.

537428



# PMA ® Prime Checking Account

## Activity summary

| | |
|---|---|
| Balance on 5/1 | 4,005.35 |
| Deposits/Additions | 6,000.10 |
| Withdrawals/Subtractions | - 6,359.84 |
| **Balance on 5/31** | **$3,645.61** |

Account number: **9526265245**

**MARK KESEL**
**DEBTOR IN POSSESSION**
**CH 11 CASE#10-41653 (NCA)**

Wells Fargo Bank, N.A., California (Member FDIC)

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

## Overdraft protection

Your account is linked to the following for Overdraft Protection:

- Savings - 2527627471

## Interest you've earned

| | |
|---|---|
| Interest earned this month | $0.10 |
| Average collected balance this month | $2,365.34 |
| Annual percentage yield earned | 0.05% |
| Interest paid this year | $0.46 |

## Transaction history

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance | |
|---|---|---|---|---|---|---|
| **Beginning balance on 5/1** | | | | | **4,005.35** | |
| 5/3 | Check | 3005 | | 325.00 | | |
| 5/3 | AT&TTelco West 000Payment 043010 03003 A51052479443482 10120 | ^3003 | | 100.00 | 3,580.35 | |
| 5/4 | Deposit | | 2,000.00 | | 5,580.35 | |
| 5/5 | Bank of America Mortgage May 10 Xxxxx4921 Kesel M | | | 2,774.66 | | |
| 5/5 | Check | 3007 | | 1,750.00 | | Tuition |
| 5/5 | Check Crd Purchase 05/03 Kelly-Moore 8060610 Albany CA 434256Xxxxxx2666 125040006891499 ?McC=5231 121042882DA90 | | | 23.01 | | |
| 5/5 | Check Crd Purchase 05/03 Kelly-Moore 8060610 Albany CA 434256Xxxxxx2666 125040006891500 ?McC=5231 121042882DA90 | | | 10.02 | 1,022.66 | |
| 5/6 | Check | 3006 | | 56.42 | 967.24 | |
| 5/12 | Chase Check Pymt 100511 03008 549330718307033 | ^3008 | | 302.48 | 664.76 | |
| 5/13 | Check | 3009 | | 128.40 | 536.36 | - Utility |
| 5/19 | Deposit | | 4,000.00 | | 4,536.36 | |
| 5/20 | EastBay Mud Check Paym 100520 03010 | ^3010 | | 100.16 | 4,436.20 | |
| 5/24 | US Bank Cr CD Pmt 03012 4623008565377837 | ^3012 | | 641.91 | | |
| 5/24 | Check | 3011 | | 145.84 | | - Utility |
| 5/24 | Check Crd Purchase 05/20 C2Cbill Paris Fr 434256Xxxxxx2666 143040027396173 ?McC=7399 121042882DA01 | | | 2.94 | 3,645.51 | |
| 5/28 | Interest Payment | | 0.10 | | 3,645.61 | |
| **Ending balance on 5/31** | | | | | **3,645.61** | |
| **Totals** | | | **$6,000.10** | **$6,359.84** | | |

*Key to symbols:* ^ *Converted check: Paper check converted to an electronic format by your payee or designated representative. Converted checks cannot be returned, copied or imaged.*

537429



## PMA ® PRIME CHECKING ACCOUNT (CONTINUED)

**Summary of checks written** *(checks listed are also displayed in the preceding Transaction history section)*

| Number | Date | $ Amount | Number | Date | $ Amount | Number | Date | $ Amount |
|---|---|---|---|---|---|---|---|---|
| 3003 | 5/3 | 100.00 | 3007 | 5/5 | 1,750.00 | 3010 | 5/20 | 100.16 |
| 3005 * | 5/3 | 325.00 | 3008 | 5/12 | 302.48 | 3011 | 5/24 | 145.84 |
| 3006 | 5/6 | 55.42 | 3009 | 5/13 | 128.40 | 3012 | 5/24 | 641.91 |

* *Gap in check sequence.*

537430



# Wells Fargo Money Market Savings℠

## Activity summary

| | |
|---|---|
| Balance on 5/1 | 100.69 |
| Deposits/Additions | 0.01 |
| Withdrawals/Subtractions | - 0.00 |
| **Balance on 5/31** | **$100.70** |

Account number: **2527627471**

**MARK KESEL**
**DEBTOR IN POSSESSION**
**CH 11 CASE#10-41653 (NCA)**

Wells Fargo Bank, N.A., California (Member FDIC)

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

## Interest you've earned

| | |
|---|---|
| Interest earned this month | $0.01 |
| Average collected balance this month | $100.69 |
| Annual percentage yield earned | 0.12% |
| Interest paid this year | $0.03 |

## Transaction history

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|
| **Beginning balance on 5/1** | | | | **100.69** |
| 5/28 | Interest Payment | 0.01 | | 100.70 |
| **Ending balance on 5/31** | | | | **100.70** |
| **Totals** | | **$0.01** | **$0.00** | |

537431



**Bank of America**

H

# Your Bank of America Prima Account Statement

0702 P P
E0-2

CD 06/02 1 0000 345 23 308 014426 #001 AV 0.335

MARK KESEL
1025 SOLANO AVE
ALBANY CA 94706-1617

**Statement Period:**
**April 28 through May 25, 2010**

**Account Number: 07028-01795**

**At Your Service**
Call: 510.649.6600

**Written Inquiries**
Bank of America
Albany Branch
PO Box 37176
San Francisco, CA 94137-0176

Customer since 1994
Bank of America appreciates your business and we enjoy serving you.

Our free Online Banking service allows you to check balances, track account activity, pay bills and more. **With Online Banking you can also view up to 18 months of this statement online and even turn off delivery of your paper statement.** Enroll at www.bankofamerica.com.

## ❑ Summary of Your Prima Interest Checking Account

| | |
|---|---|
| Beginning Balance on 04/28/10 | $379.63 |
| Ending Balance | $379.63 |

OK,

| | |
|---|---|
| Number of ATM withdrawals and transfers | 0 |
| Number of purchase transactions | 0 |
| Number of 24 Hour Customer Service Calls | |
| Self-Service | 0 |
| Assisted | 0 |

California

Case: 10-41653 Doc# 54 Filed: 06/21/10 Entered: 06/21/10 12:19:34 Page 12 of 17


**Bank of America**

H

# Your Bank of America Prima Account Statement

0702 P P
E0-2

CD 06/08 1 0000 271 23 490 031852 #001 AV 0.335

MARK KESEL
1025 SOLANO AVE
ALBANY CA 94706-1617

**Statement Period:**
**May 1 through May 28, 2010**

**Account Number: 07021-61806**

**At Your Service**
Call: 510.649.6600

**Written Inquiries**
Bank of America
Albany Branch
PO Box 37176
San Francisco, CA 94137-0176

Customer since 1994
Bank of America appreciates your business and we enjoy serving you.

Our free Online Banking service allows you to check balances, track account activity, pay bills and more. **With Online Banking you can also view up to 18 months of this statement online and even turn off delivery of your paper statement.** Enroll at www.bankofamerica.com.

## Summary of Your Prima Interest Checking Account

| | |
|---|---|
| Beginning Balance on 05/01/10 | $172.61 |
| Total Checks, Withdrawals, Transfers, Account Fees | - 111.00 |
| Ending Balance | $61.61 |

| | |
|---|---|
| Number of ATM withdrawals and transfers | 0 |
| Number of purchase transactions | 0 |
| Number of 24 Hour Customer Service Calls | |
| Self-Service | 0 |
| Assisted | 0 |

## Account Activity

| Date Posted | Description | Reference Number | Amount |
|---|---|---|---|
| | **Withdrawals, Transfers and Account Fees** | | |
| 05/20 | Facts/Jewish Com DES: 5/20/00-1 ID:91687-Kcwj41-01 INDN:Mark Kesel 010q Co ID:1470660163 PPD Ref:010139013020895 | | $111.00 |

Case: 10-41653 Doc# 54 Filed: 06/21/10 Entered: 06/21/10 12:19:34 Page 13 of 17

citibank

Citibank Client Services 013
PO Box 769013
San Antonio, TX 78245-9013

20816/R1/04F013

000
CITIBANK, N.A.
Account
9404005770

MARK KESEL
59 STRATFORD RD
KENSINGTON CA 94707-1241

Statement Period
Apr. 23 - May 23, 2010

## CITIBANK® EZ CHECKING AS OF MAY 23, 2010

**Relationship Summary:**

| | |
|---|---|
| Checking | $73.11 |
| Savings | --- |
| Investments (not FDIC insured) | --- |
| Loans | --- |
| Credit Cards | --- |

**Enroll in Paperless Statements today and you can take part in a special offer just for Citibank customers.** And remember, when you switch to Paperless Statements you help protect the environment.
To learn more, visit [illegible]/paperless. [illegible]

## CITIBANK® EZ CHECKING RATES AND CHARGES

Citibank gives you the benefit of lower charges and better rates as you maintain higher balance levels. [illegible] during the statement [illegible] automatic [illegible] by a third party that you have authorized.

[illegible] your average balances [illegible] and loan accounts that you asked us to combine. These balances may be [illegible] other statements.

| Rates and Charges | Your Combined Balance Range |
|---|---|
| | $0-$1,499 |
| Rates | Standard |
| Monthly Service Charge | $9.50 |

[illegible]

Please refer to your Citibank Account Terms and Conditions for details on how we determine your monthly [illegible]. Please note that when your [illegible] activity exceeds the designated level, you [illegible] fees [illegible] transactions performed.

All fees assessed in a statement period, including [illegible] non-Citibank ATM fees, will appear as charges on your next Citibank statement [illegible] the account [illegible] for your monthly service charge).

## CHECKING ACTIVITY

[illegible]
9404005770

Beginning Balance [illegible]
Ending Balance $73.11

| [illegible] | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|
| [illegible] Service Charge | [illegible] | | [illegible] |



Banking. Security. Service. Together.
The Partnership
Federal Credit Union

FDIC FCU · NSF FCU

P.O. Box 18539
Washington, D.C. 20036-8539
Toll Free: (800) 285-3286
www.ThePartnershipFCU.com

# Account Statement

| Member No. | Period Ending | Branch ID | Page |
|---|---|---|---|
| 11250005 | 03-31-10 | 1 | 1 of 1 |

P

| ACCOUNT BALANCES | | |
|---|---|---|
| 1. Regular Savings | $ | 102.30 |

MARK A KESEL
1025 SOLANO AVENUE
ALBANY CA 94706-1617

**EXPERIENCE The Difference!**
Paying your bills online offers;

- ✓ Convenience
- ✓ Savings
- ✓ Control 24/7/365
- ✓ Security

*More details @ www.ThePartnershipFCU.com*

**Online BILL PAY is FREE with The "ONE" Checking**
Online BILL PAY offers you the ability to pay all of your bills from one simple-to-use site. Plus the "PRESENTMENT" feature provides you with the convenience of receiving, viewing and managing your bills at the same location.
*More details @ www.ThePartnershipFCU.com*

## Regular Savings — ACCT #1 — 01-01-10 Thru 03-31-10

| Beginning Balance | Deposits | Withdrawals | Ending Balance |
|---|---|---|---|
| $ 102.21 | $ 0.09 | $ 0.00 | $ 102.30 |

| YTD Dividends |
|---|
| $ 0.09 |

| Transaction Date | Effective Date | Transaction Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|---|
| 01-01 | | Previous Balance | | | 102.21 |
| 01-31 | | DIVIDEND | 0.03 | | 102.24 |
| 02-28 | | DIVIDEND | 0.03 | | 102.27 |
| 03-31 | | DIVIDEND | 0.03 | | 102.30 |

ANNUAL PERCENTAGE YIELD EARNED FROM 01-01-10 THRU 01-31-10 WAS 0.35%
ANNUAL PERCENTAGE YIELD EARNED FROM 02-01-10 THRU 02-28-10 WAS 0.35%
ANNUAL PERCENTAGE YIELD EARNED FROM 03-01-10 THRU 03-31-10 WAS 0.35%

102.30

## Share Sub-Account Summary

| Account | Description | Balance | Dividend |
|---|---|---|---|
| | Regular Savings | 102.30 | 0.09 |

## Loan Sub-Account Summary

| Account | Description | Balance | Finance Charges |
|---|---|---|---|

## YTD Account Summaries

**Deposit Account Totals**
YTD Dividends $ 0.09

**Loan Account Totals**
YTD Finance Charges $ 0.00


ACCOUNT: 41317556 05/28/2010
DOCUMENTS: 9

Apartment Building

NEOVISION, LLC
1025 SOLANO AVE
ALBANY CA 94706

30-0
2
7

RELATIONSHIP BUSINESS CHECKING ACCOUNT 41317556

| | | | |
|---|---|---|---|
| | | LAST STATEMENT 04/30/10 | 10,995.26 |
| MINIMUM BALANCE | 10,930.61 | 2 CREDITS | 18,750.87 |
| AVG AVAILABLE BALANCE | 17,336.92 | 10 DEBITS | 14,406.71 |
| AVERAGE BALANCE | 18,006.59 | THIS STATEMENT 05/28/10 | 15,339.42 |

DEPOSITS

| REF # | DATE | AMOUNT | REF # | DATE | AMOUNT | REF # | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | 05/04 | 127.15 | | 05/04 | 18,623.72 | | | |

CHECKS

| CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1046* | 05/05 | 200.00 | 1050 | 05/14 | 421.59 | 1054 | 05/20 | 4,000.00 |
| 1048 | 05/05 | 2,000.00 | 1051 | 05/13 | 690.14 | | | |
| 1049 | 05/18 | 141.83 | 1052* | 05/24 | 117.44 | | | |

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

OTHER DEBITS

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| COHEN RECEIPT MORTG-PMTS XXXXX0415:0 | 05/05 | 6,725.58 |
| CHECK # 1045 - US BANK CR CD PMT 1045 | 05/03 | 64.65 |
| CHECK # 1047 - EAST BAY MUD CHECK PAYM 1047 | 05/06 | 45.48 |

DAILY BALANCE

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 05/03 | 10,930.61 | 05/06 | 20,710.42 | 05/18 | 19,456.86 |
| 05/04 | 29,681.48 | 05/13 | 20,020.28 | 05/20 | 15,456.86 |
| 05/05 | 20,755.90 | 05/14 | 19,598.69 | 05/24 | 15,339.42 |

SEE REVERSE FOR IMPORTANT INFORMATION-PLEASE RETAIN FOR YOUR RECORDS

MEMBER FDIC

NEOVISION, LLC 1025 SOLANO AVE ALBANY, CA 94706 — 1046 — DATE May 3, 2010 — PAY TO THE ORDER OF Edward Yezetsky $ 200.00 — two hundred & 00/100 DOLLARS — Mechanics Bank

Chk No. 1046 Amt $200.00 Paid 05/05/10

NEOVISION, LLC 1025 SOLANO AVE ALBANY, CA 94706 — 1048 — DATE 05/04/2010 — PAY TO THE ORDER OF Mark Kesel $ 2,000.00 — Two thousand and 00/100 DOLLARS — Mechanics Bank

Chk No. 1048 Amt $2,000.00 Paid 05/05/10

NEOVISION, LLC 1025 SOLANO AVE ALBANY, CA 94706 — 1049 — DATE 05/11/2010 — PAY TO THE ORDER OF PG&E $ 141.83 — One hundred forty-one and 83/100 DOLLARS — Mechanics Bank — MEMO Accnt. No. 5999363778-8

Chk No. 1049 Amt $141.83 Paid 05/18/10

NEOVISION, LLC 1025 SOLANO AVE ALBANY, CA 94706 — 1050 — DATE 05/11/2010 — PAY TO THE ORDER OF Informetric System $ 421.59 — Four hundred twenty-one — Mechanics Bank — MEMO Rent for May 2010

Chk No. 1050 Amt $421.59 Paid 05/14/10

NEOVISION, LLC 1025 SOLANO AVE ALBANY, CA 94706 — 1051 — DATE 5.12.10 — PAY TO THE ORDER OF Wells Fargo Bank $ 690.14 — Six hundred ninety & 14/100 DOLLARS — Mechanics Bank

Chk No. 1051 Amt $690.14 Paid 05/13/10

NEOVISION, LLC 1025 SOLANO AVE ALBANY, CA 94706 — 1052 — DATE 05/19/2010 — PAY TO THE ORDER OF AT&T Payment Center $ 117.44 — One hundred seventeen and 44/100 DOLLARS — Mechanics Bank — MEMO Accnt. 510 527-6769 261 8

Chk No. 1052 Amt $117.44 Paid 05/24/10

NEOVISION, LLC 1025 SOLANO AVE ALBANY, CA 94706 — 1054 — DATE 05/19/2010 — PAY TO THE ORDER OF Mark Kesel $ 4,000 — Four thousand and 00/100 DOLLARS — Mechanics Bank

Chk No. 1054 Amt $4,000.00 Paid 05/20/10

**For Your Protection:** Please examine this statement and report any discrepancy within **30** days.