# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re: Mark Kesel

Case No. 10-41653

**CHAPTER 11
MONTHLY OPERATING REPORT
(SMALL REAL ESTATE/INDIVIDUAL CASE)**

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: 06/30/10          PETITION DATE: 02/16/10

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in $1

|    |                                          | End of Current Month | End of Prior Month | As of Petition Filing |
|----|------------------------------------------|---------------------|--------------------|-----------------------|
| 2. | **Asset and Liability Structure**        |                     |                    |                       |
|    | a. Current Assets                        | $35,325             | $40,858            |                       |
|    | b. Total Assets                          | $2,690,873          | $2,714,653         | $2,645,342            |
|    | c. Current Liabilities                   | $0                  | $0                 |                       |
|    | d. Total Liabilities                     | $4,078,920          | $4,078,920         | $4,083,006            |

|    |                                          | Current Month | Prior Month | Cumulative (Case to Date) |
|----|------------------------------------------|---------------|-------------|---------------------------|
| 3. | **Statement of Cash Receipts & Disbursements for Month** |   |     |      |
|    | a. Total Receipts                        | $25,247       | $24,751     | $98,862                   |
|    | b. Total Disbursements                   | $30,696       | $20,767     | $97,265                   |
|    | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | ($5,449) | $3,984 | $1,597 |
|    | d. Cash Balance Beginning of Month       | $19,702       | $15,829     | $61,551                   |
|    | e. Cash Balance End of Month (c + d)     | $14,169 *     | $19,702     | $68,597                   |

|    |                                          | Current Month | Prior Month | Cumulative (Case to Date) |
|----|------------------------------------------|---------------|-------------|---------------------------|
| 4. | Profit/(Loss) from the Statement of Operations | N/A     | N/A         | N/A                       |
| 5. | Account Receivables (Pre and Post Petition) | $0         |             |                           |
| 6. | Post-Petition Liabilities                | $0            |             |                           |
| 7. | Past Due Post-Petition Account Payables (over 30 days) | $0 |      |                           |

At the end of this reporting month:                                                 Yes        No

8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee)                                      X
9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee)                                                      X
10. If the answer is yes to 8 or 9, were all such payments approved by the court?                              X
11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee)                          X
12. Is the estate insured for replacement cost of assets and for general liability?    X
13. Are a plan and disclosure statement on file?                                                               X
14. Was there any post-petition borrowing during this reporting period?                                        X

15. Check if paid: Post-petition taxes  X ;   U.S. Trustee Quarterly Fees  X  ; Check if filing is current for: Post-petition tax reporting and tax returns:  X .
    (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.       * see explanation to Schedule B

Date: 7-14-2010

_Mark Kesel_
Responsible Individual

Revised 1/1/98

Case: 10-41653   Doc# 57   Filed: 07/15/10   Entered: 07/15/10 12:23:38   Page 1 of 16

# BALANCE SHEET
(Small Real Estate/Individual Case)
For the Month Ended 06/30/10

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | | $14,169 |
| 2 | Accounts receivable (net) | | |
| 3 | Retainer(s) paid to professionals | | |
| 4 | Other: Retainer to Bankruptcy Attorney | | $21,156 |
| 5 | | | |
| 6 | **Total Current Assets** | | $35,325 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | | $859,000 |
| 8 | Real property (rental or commercial) | | $1,500,000 |
| 9 | Furniture, Fixtures, and Equipment | X | $5,225 |
| 10 | Vehicles | X | $4,000 |
| 11 | Partnership interests | | |
| 12 | Interest in corportations | | |
| 13 | Stocks and bonds | | $7,783 |
| 14 | Interests in IRA, Keogh, other retirement plans | X | $278,140 |
| 15 | Other: | | |
| 16 | Personal items | X | $1,400 |
| 17 | **Total Long Term Assets** | | $2,655,548 |
| 18 | **Total Assets** | | $2,690,873 |
| | **Liabilities** | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | |
| 21 | Post-petition delinquent taxes | | |
| 22 | Accrued professional fees | | |
| 23 | Other: | | |
| 24 | | | |
| 25 | **Total Current Liabilities** | | $0 |
| 26 | **Long-Term Post Petition Debt** | | |
| 27 | **Total Post-Petition Liabilities** | | $0 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | $889,373 |
| 29 | Secured claims (other) | | $1,556,810 |
| 30 | Priority unsecured claims | | $0 |
| 31 | General unsecured claims | | $1,632,737 |
| 32 | **Total Pre-Petition Liabilities** | | $4,078,920 |
| 33 | **Total Liabilities** | | $4,078,920 |
| | **Equity (Deficit)** | | |
| 34 | **Total Equity (Deficit)** | | ($1,388,047) |
| 35 | **Total Liabilities and Equity (Deficit)** | | $2,690,873 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1/1/98

Case: 10-41653    Doc# 57    Filed: 07/15/10    Entered: 07/15/10 12:23:38    Page 2 of 16

# SCHEDULES TO THE BALANCE SHEET

## Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | Description of Property | 1306 MLK Jr Way | | |
| 2 | Scheduled Gross Rents | $18,447 | | |
| | Less: | | | |
| 3 | Vacancy Factor | | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | $23,624 | $0 | $0 |
| 7 | Scheduled Net Rents | ($5,177) | $0 | $0 |
| 8 | Less: Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | ($5,177) | $0 | $0 |

(2) To be completed by cash basis reporters only.

## Schedule B
### Recapitulation of Funds Held at End of Month

| | | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | Bank | Wells Fargo Bank | Apt Building (MB) | Other |
| 11 | Account No. | 9526265245 | 41317556 | |
| 12 | Account Purpose | Personal | | |
| 13 | Balance, End of Month | $3,374 | $10,162 | $633 * |
| 14 | Total Funds on Hand for all Accounts | $14,169 * | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.
*Reduction of $85 from prior month is due to closure of CITI bank acct.

Revised 1/1/98

Case: 10-41653   Doc# 57   Filed: 07/15/10   Entered: 07/15/10 12:23:38   Page 3 of 16

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
For the Month Ended 06/30/10

| # | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Draws (does not include $200 drawn from MB*) | $6,800 | $25,800 |
| 8 | Transfer from old accounts | | $1,695 |
| 9 | Gift and rebates | | $332 |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $6,800 | $27,827 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Interest Paid | $713 | $2,760 |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | $3,401 |
| 30 | Other Taxes (US Trustee) | $325 | $650 |
| 31 | Other Cash Outflows: | | |
| 32 | Utilities | $406 | $1,382 |
| 33 | Mortgage Payment | $2,775 | $8,275 |
| 34 | Insurance | $1,033 | $1,890 |
| 35 | Child support | $1,000 | $2,100 |
| 36 | Household expenses | $819 | $4,634 |
| 37 | **Total Cash Disbursements:** | $7,071 | $33,119 |
| 38 | **Net Increase (Decrease) In Cash** | ($271) | ($271) |
| 39 | **Cash Balance, Beginning of Period** | $3,645 | $3,645 |
| 40 | **Cash Balance, End of Period** | $3,374 | $3,374 |

Revised 1/1/98

Case: 10-41653    Doc# 57    Filed: 07/15/10    Entered: 07/15/10 12:23:38    Page 4 of 16





# PMA® Wells Fargo® PMA Package

If you have questions about this statement or your accounts:

Phone: **1-800-742-4932**, TTY: 1-800-600-4833
Spanish: 1-877-727-2932, TTY: 1-888-355-6052
Chinese: 1-800-288-2288

Online: wellsfargo.com

Write: Wells Fargo Bank, N.A.
P.O. Box 6995
Portland, OR 97228-6995

MARK KESEL
DEBTOR IN POSSESSION
CH 11 CASE# 10-41653 (NCA)
59 STRATFORD RD
KENSINGTON CA 94707-1241

## June 30, 2010

| | |
|---|---:|
| **Total assets:** | $3,474.53 |
| Last month: | $3,746.31 |
| Change in $: | $(271.78) |
| Change in %: | (7.25)% |
| **Total liabilities:** | **$198,726.81** |
| Last month: | $198,749.81 |
| Change in $: | $(23.00) |
| Change in %: | (0.01)% |
| *PMA* Qualifying Balance: | $202,201.34 |

### Contents     Page

Overview........................................ 2
PMA® Prime Checking Account................. 4
Savings......................................... 6

---

**Text Banking for Everyone**

Now anyone with a Mobile Phone can text Wells Fargo for account balances!

All customers can now monitor their accounts while they are on-the-go with Text Banking*. Go to wf.com/text on your mobile device to sign up. After you sign up, a simple text request sent to 93557 (WELLS), such as "bal" provides current available account balances**, "atm" delivers the address of the nearest Wells Fargo ATM, "due" returns credit card payment information, and "com" will display back all our text commands. Also, customers with web-enabled phones can use wf.com, our optimized mobile website, to do even more such as transfer funds and pay bills. Start Mobile Banking today.
*Text and Mobile Banking is free from Wells Fargo, but your mobile carrier's text messaging and web access charges may apply.

**Please note that some transaction activities (such as outstanding checks and some Check Card purchases) may not be reflected in your available balances.

(114)
562675



# Overview of your PMA account

## Assets

| Account (Account Number) | Percent of total | Balance last month ($) | Balance this month ($) | Increase/ decrease ($) | Percent change |
|---|---|---|---|---|---|
| PMA® Prime Checking Account (9526265245) | 97% | 3,645.61 | 3,373.81 | (271.80) | (7.46)% |
| Wells Fargo Money Market Savings℠ (2527627471) | 3% | 100.70 | 100.72 | 0.02 | 0.02% |
| **Total assets** | | **$3,746.31** | **$3,474.53** | **($271.78)** | **(7.25)%** |

Total asset allocation (by account type)



Savings: 3%
Checking: 97%

## Liabilities

| Account (Account Number) | Percent of total | Outstanding balance last month ($) | Outstanding balance this month ($) | Increase/ decrease ($) | Percent change |
|---|---|---|---|---|---|
| Smartfit Home Equity LCA (6519200207-1996) | 100% | 198,749.81 | 198,726.81 | (23.00) | (0.01)% |
| **Total liabilities** | | **$198,749.81** | **$198,726.81** | **($23.00)** | **(0.01)%** |

Total liability allocation (by account type)



Lines of Credit: 100%

## Available credit

The information below may not be current. Be sure to verify the credit available on your accounts when accessing your credit lines.

| Account | Approved credit line | Credit used | Credit available |
|---|---|---|---|
| Smartfit Home Equity LCA (6519200207-1998) | 200,000.00 | 198,036.66 | 0.00 |
| **Total available credit** | **$200,000.00** | **$198,036.66** | **$0.00** |

562676

Case: 10-41653  Doc# 57  Filed: 07/15/10  Entered: 07/15/10 12:23:38  Page 6 of 16

WELLS FARGO

OVERVIEW OF YOUR PMA ACCOUNT (CONTINUED)

## Interest, dividends and other income

The information below should not be used for tax planning purposes.

| Account | This month | This year |
|---|---|---|
| PMA® Prime Checking Account (9526265245) | 0.19 | 0.65 |
| Wells Fargo Money Market Savings℠ (2527627471) | 0.02 | 0.05 |
| **Total interest, dividends and other income** | **$0.21** | **$0.70** |

## Interest expense

| Account | This month | This year |
|---|---|---|
| Smartfit Home Equity LCA (6519200207-1998) | 713.15 | 4,186.87 |
| **Total interest expense** | **$713.15** | **$4,186.87** |

Revised Agreement for Online Banking
We've updated our Online Access Agreement. To see what has changed, please visit wellsfargo.com/onlineupdates.

562677


# PMA® Prime Checking Account

### Activity summary

| | |
|---|---|
| Balance on 6/1 | 3,645.61 |
| Deposits/Additions | 6,800.19 |
| Withdrawals/Subtractions | -7,071.99 |
| **Balance on 6/30** | **$3,373.81** |

Account number: **9526265245**

**MARK KESEL**
**DEBTOR IN POSSESSION**
**CH 11 CASE# 10-41653 (NCA)**

Wells Fargo Bank, N.A., California (Member FDIC)

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

### Overdraft protection

Your account is linked to the following for Overdraft Protection:
- Savings - 2527627471

### Interest you've earned

| | |
|---|---|
| Interest earned this month | $0.19 |
| Average collected balance this month | $3,667.75 |
| Annual percentage yield earned | 0.06% |
| Interest paid this year | $0.65 |

### Transaction history

| Date | Description | Check No. | Deposits/Additions | Withdrawals/Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| | Beginning balance on 6/1 | | | | 3,645.61 |
| 6/1 | Check | 3013 | | 1,000.00 | |
| 6/1 | Check Crd Purchase 05/29 Albany Hill Mini Mart Albany CA 434256Xxxxxx2666 151040015639706 ?McC=5542 121042882DA90 | | | 45.29 | 2,600.32 |
| 6/2 | Deposit | | 3,000.00 | | 5,600.32 |
| 6/4 | Check Crd Purchase 06/02 Albany Hill Mini Mart Albany CA 434256Xxxxxx2666 155040013717030 ?McC=5542 121042882DA90 | | | 40.97 | 5,559.35 |
| 6/7 | Deposit | | 2,800.00 | | |
| 6/7 | Withdrawal Made IN A Branch/Store | | | 713.15 | |
| 6/7 | Bank of America Mortgage Jun 10 Xxxxx4921 Kesel M | | | 2,774.66 | |
| 6/7 | Check Crd Purchase 06/06 Pocket 014172 72Le Mans Fr 434256Xxxxxx2666 158040016050166 ?McC=5251 121042882DA01 | 10714101353 | | 59.16 | |
| 6/7 | International Purchase Transaction Fee  FRK499152 | | | 1.77 | |
| 6/7 | Check | 3015 | | 55.42 | 4,755.19 |
| 6/9 | Chase Check Pymt 100607 03014 549330718307033 | ^3014 | | 281.34 | 4,473.85 |
| 6/11 | Check | 3016 | | 1,033.16 | 3,440.69 |
| 6/15 | Check Crd Purchase 06/15 Amazon.Com Amzn.Com/Bill WA 434256Xxxxxx2666 167040009488611 ?McC=5942 121042882DA01 | | | 26.44 | 3,414.25 |
| 6/17 | Check | 3017 | | 147.65 | 3,266.60 |
| 6/21 | Check | 3018 | | 325.00 | |
| 6/21 | POSPurchase - 06/20 Mach ID 000000 Berkeley Touch Iberkeley Tberkeley CA 2666 ?McC=5541 121042882DA | | | 151.14 | 2,790.46 |
| 6/23 | Deposit | | 1,000.00 | | |
| 6/23 | Check Crd Purchase 06/21 Health and Beauty Solu 888-223-0508 DE 434256Xxxxxx2666 174040009326566 ?McC=5999 121042882DA01 | | | 64.92 | 3,725.54 |
| 6/28 | Check Crd Purchase 06/25 Dtv*DIRECTV Service 800-347-3288 CA 434256Xxxxxx2666 176040019312995 ?McC=4899 121042882DA01 | | | 230.96 | |
| 6/28 | Check Crd Purchase 06/24 Albany Hill Mini Mart Albany CA 434256Xxxxxx2666 176040026816595 ?McC=5542 121042882DA90 | | | 46.33 | |

562678

Case: 10-41653    Doc# 57    Filed: 07/15/10    Entered: 07/15/10 12:23:38    Page 8 of 16


**WELLS FARGO**

## PMA® PRIME CHECKING ACCOUNT (CONTINUED)

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| 6/28 | Check Crd Purchase 06/26 Colusa Foods Kensington CA 434256Xxxxxx2666 178040015398599 ?McC=5411 121042882DA90 | | | 6.05 | |
| 6/28 | AT&T Telco West 000Payment 062510 03020 A51052479443482 10176 | ^3020 | | 27.58 | 3,414.62 |
| 6/30 | Check Crd Purchase 06/25 Cafe Cocomo Bar & Gril San Francisco CA 434256Xxxxxx2666 181040011116036 ?McC=5812 121042882DA90 | | | 41.00 | |
| 6/30 | Interest Payment | | 0.19 | | 3,373.81 |
| Ending balance on 6/30 | | | | | 3,373.81 |
| Totals | | | $6,800.19 | $7,071.99 | |

*Key to symbols:* ^ *Converted check: Paper check converted to an electronic format by your payee or designated representative. Converted checks cannot be returned, copied or imaged.*

### Summary of checks written *(checks listed are also displayed in the preceding Transaction history section)*

| Number | Date | $ Amount | Number | Date | $ Amount | Number | Date | $ Amount |
|---|---|---|---|---|---|---|---|---|
| 3013 | 6/1 | 1,000.00 | 3016 | 6/11 | 1,033.16 | 3018 | 6/21 | 325.00 |
| 3014 | 6/9 | 281.34 | 3017 | 6/17 | 147.65 | 3020 * | 6/28 | 27.58 |
| 3015 | 6/7 | 55.42 | | | | | | |

\* *Gap in check sequence.*

---

**Wells Fargo Rewards for Debit Card**

For the Wells Fargo Rewards for Debit Card/Wells Fargo Exclusive Rewards Program, please note the following terms for rewards point earn rate:

Cardholders will earn one point for every $4 in net signature-based purchases (purchases minus returns/credits) made on their Check Card, by transaction, divided by four, rounded to the nearest point. Eligible Check Card transactions include all purchases made with the Check Card by means of a signed card receipt as well as internet purchases, phone purchases, purchases where the 'credit' button is selected or any other Check Card transaction that does not involve the use of a Personal Identification Number ("PIN"). Any credits for returns will reduce the number of points available for redemption based on the dollar amount of the credit. Negative points will post daily on your account if returns or credits exceed purchases.



# Wells Fargo Money Market Savings ℠

### Activity summary

| | |
|---|---:|
| Balance on 6/1 | 100.70 |
| Deposits/Additions | 0.02 |
| Withdrawals/Subtractions | - 0.00 |
| Balance on 6/30 | $100.72 |

Account number: 2527627471

**MARK KESEL**
**DEBTOR IN POSSESSION**
**CH 11 CASE# 10-41653 (NCA)**

Wells Fargo Bank, N.A., California (Member FDIC)

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

### Interest you've earned

| | |
|---|---:|
| Interest earned this month | $0.02 |
| Average collected balance this month | $100.70 |
| Annual percentage yield earned | 0.24% |
| Interest paid this year | $0.05 |

### Transaction history

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---:|---:|---:|
| | Beginning balance on 6/1 | | | 100.70 |
| 6/30 | Interest Payment | 0.02 | | 100.72 |
| | Ending balance on 6/30 | | | 100.72 |
| Totals | | $0.02 | $0.00 | |



# Bank of America

0702 P P
E0-2

CD 07/09 1  0000 736 2     446 018170 #801 AV 0.335

MARK KESEL
1025 SOLANO AVE
ALBANY   CA   94706-1617

## Your Bank of America Prima Account Statement

Statement Period:
May 29 through June 30, 2010

Account Number: 07021-61806

**At Your Service**
Call: 510.649.6600

**Written Inquiries**
Bank of America
Albany Branch
PO Box 37176
San Francisco, CA 94137-0176

Customer since 1994
Bank of America appreciates your business and we enjoy serving you.

Our free Online Banking service allows you to check balances, track account activity, pay bills and more. With Online Banking you can also view up to 18 months of this statement online and even turn off delivery of your paper statement. Enroll at www.bankofamerica.com.

## Summary of Your Prima Interest Checking Account

| | | | |
|---|---|---|---|
| Beginning Balance on 05/29/10 | $61.61 | Number of ATM withdrawals and transfers | 0 |
| Ending Balance | $61.61 | Number of purchase transactions | 0 |
| | | Number of 24 Hour Customer Service Calls Self-Service | 0 |
| | | Assisted | 0 |

*OK -*

## Important Information About Your Account

Effective 8/7/10, Overdraft Protection transfers from a savings account will generally be made for the amount required to cover the overdraft & the transfer fee. Overdraft protection can be a great way to help avoid overdrafts on your checking account. If you haven't already signed up, call the number on your statement or visit your nearby banking center.

Our general policy is to make funds from check deposits available by the first business day after the day of deposit. If we place a hold on a check deposit for accts open 30 days or more, we've now reduced the length of the hold to 2 business days, or in unusual circumstances up to 7 business days, after the day of deposit. This amends the Deposit Agreement.

California

Page 1 of 2



Case: 10-41653   Doc# 57   Filed: 07/15/10   Entered: 07/15/10 12:23:38   Page 11 of 16

# Bank of America

0702 P P
E0-2

CD 07/02 1  0000 430 2    201 025056 #@01 AV 0.335
MARK KESEL
1025 SOLANO AVE
ALBANY  CA  94706-1617

## Your Bank of America Prima Account Statement

**Statement Period:**
May 26 through June 25, 2010

Account Number: 07028-01795

**At Your Service**
Call: 510.649.6600

**Written Inquiries**
Bank of America
Albany Branch
PO Box 37176
San Francisco, CA 94137-0176

Customer since 1994
Bank of America appreciates your business and we enjoy serving you.

Our free Online Banking service allows you to check balances, track account activity, pay bills and more. With Online Banking you can also view up to 18 months of this statement online and even turn off delivery of your paper statement. Enroll at www.bankofamerica.com.

## ☐ Summary of Your Prima Interest Checking Account

| | | | |
|---|---|---|---|
| Beginning Balance on 05/26/10 | $379.63 | Number of ATM withdrawals and transfers | 0 |
| Ending Balance | $379.63 | Number of purchase transactions | 0 |
| | *OK* | Number of 24 Hour Customer Service Calls Self-Service Assisted | 0 0 |

## ☐ Important Information About Your Account

Effective 8/7/10, Overdraft Protection transfers from a savings account will generally be made for the amount required to cover the overdraft & the transfer fee. Overdraft protection can be a great way to help avoid overdrafts on your checking account. If you haven't already signed up, call the number on your statement or visit your nearby banking center.

Our general policy is to make funds from check deposits available by the first business day after the day of deposit. If we place a hold on a check deposit for accts open 30 days or more, we've now reduced the length of the hold to 2 business days, or in unusual circumstances up to 7 business days, after the day of deposit. This amends the Deposit Agreement.

California

Case: 10-41653    Doc# 57    Filed: 07/15/10    Entered: 07/15/10 12:23:38    Page 12 of 16

```
                NEOVISION, LLC                                           30-0
                1025 SOLANO AVE                                             2
                ALBANY CA   94706                                          17
```

======================================================================
Transactions restricted by the Unlawful Internet Gambling Enforcement
Act of 2006 (UIGEA) are prohibited from being processed through this
commercial account. This prohibition is effective as of June 1, 2010.
======================================================================

RELATIONSHIP BUSINESS CHECKING ACCOUNT 41317556
======================================================================

```
                                LAST STATEMENT 05/28/10      15,339.42
MINIMUM BALANCE         10,162.49       2 CREDITS            18,446.81
AVG AVAILABLE BALANCE   16,972.97      19 DEBITS             23,623.74
AVERAGE BALANCE         17,531.96   THIS STATEMENT 06/30/10  10,162.49
```

- - - - - - - DEPOSITS - - - - - - -

| REF # | DATE | AMOUNT | REF # | DATE | AMOUNT | REF # | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
|  | 06/03 | 15,676.81 |  | 06/07 | 2,770.00 |  |  |  |

- - - - - - - CHECKS - - - - - - -

| CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1053* | 06/01 | 109.00 | 1060 | 06/07 | 732.17 | 1066 | 06/22 | 12.46 |
| 1055 | 06/15 | 1,845.00 | 1061 | 06/14 | 409.64 | 1067 | 06/18 | 112.88 |
| 1056 | 06/01 | 301.00 | 1062 | 06/09 | 100.00 | 1068 | 06/29 | 2,134.00 |
| 1057 | 06/03 | 3,000.00 | 1063 | 06/08 | 3,000.00 | 1069 | 06/29 | 1,550.00 |
| 1058 | 06/02 | 600.00 | 1064 | 06/18 | 50.23 | 1070 | 06/24 | 1,000.00 |
| 1059 | 06/09 | 165.73 | 1065 | 06/18 | 4.63 |  |  |  |

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

- - - - - - - OTHER DEBITS - - - - - - -

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| COHEN RECEIPT MORTG-PMTS XXXXX0415:0 | 06/07 | 6,725.58 |
| CARDMEMBER SERV WEB PYMT 462300856537783 | 06/24 | 1,771.42 |

- - - - - - - DAILY BALANCE - - - - - - -

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 06/01 | 14,929.42 | 06/02 | 14,329.42 | 06/03 | 27,006.23 |

*** CONTINUED ***



NEQVISION, LLC

```
===========================================================================
              RELATIONSHIP BUSINESS CHECKING ACCOUNT 41317556
===========================================================================
                - - - - - - - DAILY BALANCE - - - - - - - -
DATE..........BALANCE      DATE..........BALANCE      DATE..........BALANCE
06/07         22,318.48    06/14         18,643.11    06/22         16,617.91
06/08         19,318.48    06/15         16,798.11    06/24         13,846.49
06/09         19,052.75    06/18         16,630.37    06/29         10,162.49
```

# Mechanics Bank
*Commitment That Lasts Generations*

| Check | Date | Pay To | Amount | Paid |
|---|---|---|---|---|
| 1053 | 05/19/2010 | Wow | $109.00 | 06/01/10 |
| 1055 | 5-25-2010 | Paul Goldberg | $1,845.00 | 06/15/10 |
| 1056 | 05/28/2010 | David Goldfarb | $301.00 | 06/01/10 |
| 1057 | 06/02/2010 | Mark Kesel | $3,000.00 | 06/03/10 |
| 1058 | 05/28/2010 | Edward Yezersky | $600.00 | 06/02/10 |
| 1059 | 06/03/2010 | PG&E | $165.73 | 06/09/10 |
| 1060 | 06/03/2010 | City of Berkeley | $732.17 | 06/07/10 |
| 1061 | 06/03/2010 | Informetric System | $409.64 | 06/14/10 |
| 1062 | 06/07/2010 | Edward Yezersky | $100.00 | 06/09/10 |
| 1063 | 06/07/2010 | Mark Kesel | $3,000.00 | 06/08/10 |

For Your Protection: Please examine this statement and report any discrepancy within 90 days.

| Check | Details |
|---|---|
| Chk No. 1064 | NEOVISION, LLC — 06/07/2010 — PAY TO: PG&E — $50.23 — Fifty and 23/100 — Mechanics Bank — Memo: Building — Acct No. 6970907608-5 — Signed QV Tallino — Amt $50.23 Paid 06/18/10 |
| Chk No. 1065 | NEOVISION, LLC — 06/07/2010 — PAY TO: PG&E — $4.63 — Four and 63/100 — Mechanics Bank — Memo: Apt. 2D — Acct # 5170901201-0 — Signed QV Tallino — Amt $4.63 Paid 06/18/10 |
| Chk No. 1066 | NEOVISION, LLC — MK — 06/15/2010 — PAY TO: PG&E — $12.46 — Twelve and 46/100 — Mechanics Bank — Memo: Apt. 2A — Acct No. 6977-57-7057-9 — Signed QV Tallino — Amt $12.46 Paid 06/22/10 |
| Chk No. 1067 | NEOVISION, LLC — 06/15/2010 — PAY TO: AT&T Payment Center — $112.88 — One hundred twelve and 88/100 — Mechanics Bank — Acct 510-527-6763 261 8 — Signed QV Tallino — Amt $112.88 Paid 06/18/10 |
| Chk No. 1068 | NEOVISION, LLC — #74149 — 06/23/2010 — PAY TO: City of Berkeley — $2,134.00 — Two thousand one hundred thirty-four and 00/100 — Mechanics Bank — Property: 1366 MLK Jr. Way — Signed QV Tallino — Amt $2,134.00 Paid 06/29/10 |
| Chk No. 1069 | NEOVISION, LLC — 06/23/2010 — PAY TO: Logann George — $1,550.00 — One thousand five hundred fifty and 00/100 — Mechanics Bank — Memo: Security Deposit — Signed QV Tallino — Amt $1,550.00 Paid 06/29/10 |
| Chk No. 1070 | NEOVISION, LLC — 06/23/2010 — PAY TO: Mark Kesel — $1,000.00 — One thousand and 00/100 — Mechanics Bank — Memo: To WF — Signed QV Tallino — Amt $1,000.00 Paid 06/24/10 |