# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re: Mark Kesel

Case No. 10-41653

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**(SMALL REAL ESTATE/INDIVIDUAL CASE)**

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** 07/31/10 **PETITION DATE:** 02/16/10

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
Dollars reported in $1

| 2. **Asset and Liability Structure** | **End of Current Month** | **End of Prior Month** | **As of Petition Filing** |
|---|---|---|---|
| a. Current Assets | $35,515 | $35,325 | |
| b. Total Assets | $2,697,730 | $2,690,873 | $2,645,342 |
| c. Current Liabilities | $0 | $0 | |
| d. Total Liabilities | $4,078,920 | $4,078,920 | $4,083,006 |

| 3. **Statement of Cash Receipts & Disbursements for Month** | **Current Month** | **Prior Month** | **Cumulative (Case to Date)** |
|---|---|---|---|
| a. Total Receipts | $25,802 | $25,247 | $124,664 |
| b. Total Disbursements | $25,613 | $30,696 | $122,878 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $189 | ($5,449) | $1,786 |
| d. Cash Balance Beginning of Month | $14,169 | $19,702 | $75,720 |
| e. Cash Balance End of Month (c + d) | $14,359 | $14,169 | $77,506 |

| | **Current Month** | **Prior Month** | **Cumulative (Case to Date)** |
|---|---|---|---|
| 4. **Profit/(Loss) from the Statement of Operations** | N/A | N/A | N/A |
| 5. **Account Receivables (Pre and Post Petition)** | $0 | | |
| 6. **Post-Petition Liabilities** | $0 | | |
| 7. **Past Due Post-Petition Account Payables (over 30 days)** | $0 | | |

| **At the end of this reporting month:** | **Yes** | **No** |
|---|---|---|
| 8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 10. If the answer is yes to 8 or 9, were all such payments approved by the court? | | X |
| 11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| 12. Is the estate insured for replacement cost of assets and for general liability? | X | |
| 13. Are a plan and disclosure statement on file? | | X |
| 14. Was there any post-petition borrowing during this reporting period? | | X |

15. Check if paid: Post-petition taxes X ; U.S. Trustee Quarterly Fees X ; Check if filing is current for: Post-petition tax reporting and tax returns: X .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 8-13-2010

[signature]
Responsible Individual

Revised 1/1/98

# BALANCE SHEET

(Small Real Estate/Individual Case)

For the Month Ended 07/31/10

| Line | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | | $14,359 |
| 2 | Accounts receivable (net) | | |
| 3 | Retainer(s) paid to professionals | | |
| 4 | Other: Retainer to Bankruptcy Attorney | | $21,156 |
| 5 | | | |
| 6 | **Total Current Assets** | | $35,515 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | | $859,000 |
| 8 | Real property (rental or commercial) | | $1,500,000 |
| 9 | Furniture, Fixtures, and Equipment | X | $5,225 |
| 10 | Vehicles | X | $4,000 |
| 11 | Partnership interests | | |
| 12 | Interest in corportations | | |
| 13 | Stocks and bonds | | $7,563 |
| 14 | Interests in IRA, Keogh, other retirement plans | X | $285,027 |
| 15 | Other: | | |
| 16 | Personal items | X | $1,400 |
| 17 | **Total Long Term Assets** | | $2,662,215 |
| 18 | **Total Assets** | | $2,697,730 |
| | **Liabilities** | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | |
| 21 | Post-petition delinquent taxes | | |
| 22 | Accrued professional fees | | |
| 23 | Other: | | |
| 24 | | | |
| 25 | **Total Current Liabilities** | | $0 |
| 26 | **Long-Term Post Petition Debt** | | |
| 27 | **Total Post-Petition Liabilities** | | $0 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | $889,373 |
| 29 | Secured claims (other) | | $1,556,810 |
| 30 | Priority unsecured claims | | $0 |
| 31 | General unsecured claims | | $1,632,737 |
| 32 | **Total Pre-Petition Liabilities** | | $4,078,920 |
| 33 | **Total Liabilities** | | $4,078,920 |
| | **Equity (Deficit)** | | |
| 34 | **Total Equity (Deficit)** | | ($1,381,190) |
| 35 | **Total Liabilities and Equity (Deficit)** | | $2,697,730 |

NOTE:

Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET

## Schedule A
## Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | **Description of Property** | 1306 MLK Jr Way | | |
| 2 | **Scheduled Gross Rents** | $17,741 | | |
| | **Less:** | | | |
| 3 | **Vacancy Factor** | | | |
| 4 | **Free Rent Incentives** | | | |
| 5 | **Other Adjustments** | | | |
| 6 | **Total Deductions** | $17,628 | $0 | $0 |
| 7 | **Scheduled Net Rents** | $113 | $0 | $0 |
| 8 | **Less: Rents Receivable (2)** | | | |
| 9 | **Scheduled Net Rents Collected (2)** | $113 | $0 | $0 |

(2) To be completed by cash basis reporters only.

## Schedule B
## Recapitulation of Funds Held at End of Month

| | | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | **Bank** | Wells Fargo Bank | Apt Building (MB) | Other |
| 11 | **Account No.** | 9526265245 | 41317556 | |
| 12 | **Account Purpose** | Personal | | |
| 13 | **Balance, End of Month** | $3,450 | $10,275 | $634 |
| 14 | **Total Funds on Hand for all Accounts** | $14,359 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

**Increase/(Decrease) in Cash and Cash Equivalents**

**For the Month Ended** 07/31/10

Personal account

| Line | Item | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Draws | $8,000 | $33,800 |
| 8 | Transfer from old accounts | | $1,695 |
| 9 | Gift and rebates & misc. | $61 | $393 |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $8,061 | $35,888 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Interest Paid | $690 | $3,450 |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | $3,401 |
| 30 | Other Taxes (US Trustee) | | $650 |
| 31 | Other Cash Outflows: | | |
| 32 | Utilities | $195 | $1,577 |
| 33 | Mortgage Payment | $2,775 | $11,050 |
| 34 | Insurance | $540 | $2,430 |
| 35 | Child support | $500 | $2,600 |
| 36 | Household expenses (includes school payment $2388) | $3,285 | $7,919 |
| 37 | **Total Cash Disbursements:** | $7,985 | $41,104 |
| 38 | **Net Increase (Decrease) in Cash** | $76 | $76 |
| 39 | **Cash Balance, Beginning of Period** | $3,374 | $3,374 |
| 40 | **Cash Balance, End of Period** | $3,450 | $3,450 |

Revised 1/1/98

Apartment Building

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

**Increase/(Decrease) in Cash and Cash Equivalents**

**For the Month Ended** 07/31/10

Apartment building

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | $15,962 | $82,552 |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Laundry Income | $129 | $624 |
| 8 | Pet Deposit | | $300 |
| 9 | Security Deposit | $1,650 | $5,300 |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $17,741 | $52,589 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Interest Paid | $6,693 | $33,597 |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | $396 | $2,067 |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | $8,000 | $34,380 |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other (Education for daughter) | | $1,000 |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees (one time fee) | | $1,500 |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes (Business license) | | $4,919 |
| 31 | Other Cash Outflows: | | |
| 32 | Utilities | $489 | $2,734 |
| 33 | Repairs | $99 | $4,522 |
| 34 | Office Exp. | | $65 |
| 35 | Security deposit Returns | $1,950 | $5,345 |
| 36 | | | |
| 37 | **Total Cash Disbursements:** | $17,627 | $90,439 |
| 38 | **Net Increase (Decrease) in Cash** | $113 | ($1,664) |
| 39 | **Cash Balance, Beginning of Period** | $10,162 | |
| 40 | **Cash Balance, End of Period** | $10,275 | |

Revised 1/1/98



# PMA® Wells Fargo® PMA Package

Personal account

If you have questions about this statement or your accounts:

*Phone:* **1-800-742-4932**, *TTY:* 1-800-600-4833
*Spanish:* 1-877-727-2932 , *TTY:* 1-888-355-6052
*Chinese:* 1-800-288-2288

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A.
P.O. Box 6995
Portland, OR 97228-6995

MARK KESEL
DEBTOR IN POSSESSION
CH 11 CASE# 10-41653 (NCA)
59 STRATFORD RD
KENSINGTON CA 94707-1241

## July 31, 2010

| | |
|---|---|
| **Total assets:** | **$3,550.85** |
| Last month: | $3,474.53 |
| Change in $: | $76.32 |
| Change in %: | 2.20% |
| **Total liabilities:** | **$198,749.80** |
| Last month: | $198,726.81 |
| Change in $: | $22.99 |
| Change in %: | 0.01% |
| *PMA* Qualifying Balance: | **$202,300.65** |

**Contents** Page

Overview. . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
PMA® Prime Checking Account. . . . . . . . . . . . . . . . . 4
Savings. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

Text Banking for Everyone

Now anyone with a Mobile Phone can text Wells Fargo for account balances!

All customers can now monitor their accounts while they are on-the-go with Text Banking*. Go to wf.com/text on your mobile device to sign up. After you sign up, a simple text request sent to 93557 (WELLS),such as "bal" provides current available account balances**, "atm" delivers the address of the nearest Wells Fargo ATM, "due" returns credit card payment information, and "com" will display back all our text commands. Also, customers with web-enabled phones can use wf.com, our optimized mobile website, to do even more such as transfer funds and pay bills. Start Mobile Banking today.
*Text and Mobile Banking is free from Wells Fargo, but your mobile carrier's text messaging and web access charges may apply.

**Please note that some transaction activities (such as outstanding checks and some Check Card purchases) may not be reflected in your available balances.

(114) I- 3
635177



# Overview of your PMA account

## Assets

| Account (Account Number) | Percent of total | Balance last month ($) | Balance this month ($) | Increase/ decrease ($) | Percent change |
|---|---|---|---|---|---|
| PMA® Prime Checking Account (9526265245) | 97% | 3,373.81 | 3,450.12 | 76.31 | 2.26% |
| Wells Fargo Money Market Savings℠ (2527627471) | 3% | 100.72 | 100.73 | 0.01 | 0.01% |
| | **Total assets** | **$3,474.53** | **$3,550.85** | **$76.32** | **2.20%** |

**Total asset allocation (by account type)**

Savings: 3%
Checking: 97%

## Liabilities

| Account (Account Number) | Percent of total | Outstanding balance last month ($) | Outstanding balance this month ($) | Increase/ decrease ($) | Percent change |
|---|---|---|---|---|---|
| Smartfit Home Equity LCA (6519200207-1998) | 100% | 198,726.81 | 198,749.80 | 22.99 | 0.01% |
| | **Total liabilities** | **$198,726.81** | **$198,749.80** | **$22.99** | **0.01%** |

**Total liability allocation (by account type)**

Lines of Credit: 100%

## Available credit

The information below may not be current. Be sure to verify the credit available on your accounts when accessing your credit lines.

| Account | Approved credit line | Credit used | Credit available |
|---|---|---|---|
| Smartfit Home Equity LCA (6519200207-1998) | 200,000.00 | 198,036.66 | 0.00 |
| **Total available credit** | **$200,000.00** | **$198,036.66** | **$0.00** |



OVERVIEW OF YOUR PMA ACCOUNT (CONTINUED)

## Interest, dividends and other income

The information below should not be used for tax planning purposes.

| Account | This month | This year |
|---|---|---|
| PMA® Prime Checking Account (9526265245) | 0.16 | 0.81 |
| Wells Fargo Money Market Savings℠ (2527627471) | 0.01 | 0.06 |
| **Total interest, dividends and other income** | **$0.17** | **$0.87** |

## Interest expense

| Account | This month | This year |
|---|---|---|
| Smartfit Home Equity LCA (6519200207-1998) | 690.15 | 4,877.02 |
| **Total interest expense** | **$690.15** | **$4,877.02** |

# PMA ® Prime Checking Account

## Activity summary

| | |
|---|---|
| Balance on 7/1 | 3,373.81 |
| Deposits/Additions | 8,061.09 |
| Withdrawals/Subtractions | -7,984.78 |
| **Balance on 7/31** | **$3,450.12** X) |

X) 3,450.12 – 69.18 (AT&T, ck 3027) = 3,380.94
OK. register

Account number: **9526265245**
**MARK KESEL**
**DEBTOR IN POSSESSION**
**CH 11 CASE#10-41653 (NCA)**
Wells Fargo Bank, N.A., California (Member FDIC)
Questions about your account: **1-800-742-4932**
Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

## Overdraft protection

Your account is linked to the following for Overdraft Protection:

- Savings - 2527627471

## Interest you've earned

| | |
|---|---|
| Interest earned this month | $0.16 |
| Average collected balance this month | $3,361.52 |
| Annual percentage yield earned | 0.06% |
| Interest paid this year | $0.81 |

## Transaction history

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| **Beginning balance on 7/1** | | | | | **3,373.81** |
| 7/2 | Deposit | | 3,000.00 | | 6,373.81 |
| 7/6 | Bank of America Mortgage Jul 10 Xxxxx4921 Kesel M | | | 2,774.66 | |
| 7/6 | Check | 3019 | | 510.40 | |
| 7/6 | Check | 3021 | | 55.42 | 3,033.33 |
| 7/7 | Check | 3023 | | 500.00 | 2,533.33 |
| 7/8 | Deposit | | 3,000.00 | | 5,533.33 |
| 7/12 | POSPurchase - 07/09 Mach ID 000000 Trader Joe's # Trader Joeel Cerrito CA 2666 ?McC=5411 | | | 62.93 | |
| 7/12 | Check | 3022 | | 2,367.50 | 3,082.90 |
| 7/14 | International Purch Trans Fee Reversal | | 1.77 | | |
| 7/14 | Debit Card Provisional Credit 10714101353 | | 59.16 | | 3,143.83 |
| 7/15 | Bill Pay Equity On-Line Xxxxxx2071998 On 07-15 | | | 690.15 | 2,453.68 |
| 7/16 | East Bay Mud Check Paym 100716 03025 | ^3025 | | 96.74 | 2,356.94 |
| 7/21 | Deposit | | 2,000.00 | | |
| 7/21 | Check | 3024 | | 540.00 | 3,816.94 |
| 7/23 | Check | 3026 | | 97.88 | 3,719.06 |
| 7/29 | Cardmember Serv Web Pymt 100728 462300856537783 Kesel,Mark | | | 269.10 | 3,449.96 |
| 7/30 | Interest Payment | | 0.16 | | 3,450.12 |
| **Ending balance on 7/31** | | | | | **3,450.12** |
| **Totals** | | | **$8,061.09** | **$7,984.78** | |

*Key to symbols: ^ Converted check: Paper check converted to an electronic format by your payee or designated representative. Converted checks cannot be returned, copied or imaged.*

## Summary of checks written *(checks listed are also displayed in the preceding Transaction history section)*

| Number | Date | $ Amount | Number | Date | $ Amount | Number | Date | $ Amount |
|---|---|---|---|---|---|---|---|---|
| 3019 | 7/6 | 510.40 | 3023 | 7/7 | 500.00 | 3025 | 7/16 | 96.74 |
| 3021 * | 7/6 | 55.42 | 3024 | 7/21 | 540.00 | 3026 | 7/23 | 97.88 |
| 3022 | 7/12 | 2,367.50 | | | | | | |

* *Gap in check sequence.*

635180


**PMA ® PRIME CHECKING ACCOUNT** (CONTINUED)

Wells Fargo ATM & Debit Card Transactions:

The International Purchase Transaction Fee for POS purchase transactions completed outside the United States is 3% of the transaction amount.

**Access to exclusive WellsTrade® online investing benefits**

As a *Wells Fargo® PMA®* client, you are eligible to receive exclusive benefits when you link a *WellsTrade* brokerage*account to your *PMA* Package. A *WellsTrade* brokerage account gives you access to tools and resources designed to help you make informed investment decisions. Plus, you can easily manage your investments online or through the automated phone system. To learn more, call 866-243-0932 today.

Investment Products: Not FDIC Insured – No Bank Guarantee – May Lose Value

**WellsTrade* accounts are offered through Wells Fargo Investments, LLC (member SIPC), a non-bank affiliate of Wells Fargo & Company.

© 2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. (6-10 129317)



# Wells Fargo Money Market Savings℠

## Activity summary

| | |
|---|---|
| Balance on 7/1 | 100.72 |
| Deposits/Additions | 0.01 |
| Withdrawals/Subtractions | - 0.00 |
| **Balance on 7/31** | **$100.73** |

Account number: **2527627471**

**MARK KESEL**
**DEBTOR IN POSSESSION**
**CH 11 CASE# 10-41653 (NCA)**

Wells Fargo Bank, N.A., California (Member FDIC)

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

## Interest you've earned

| | |
|---|---|
| Interest earned this month | $0.01 |
| Average collected balance this month | $100.72 |
| Annual percentage yield earned | 0.12% |
| Interest paid this year | $0.06 |

## Transaction history

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|
| **Beginning balance on 7/1** | | | | **100.72** |
| 7/30 | Interest Payment | 0.01 | | 100.73 |
| **Ending balance on 7/31** | | | | **100.73** |
| **Totals** | | **$0.01** | **$0.00** | |

635182



**Bank of America**

H

0702 P P
E0-2

CD 08/03 1 0000 903 4 947 024628 #@01 AV 0.335

MARK KESEL
1025 SOLANO AVE
ALBANY CA 94706-1617

# Your Bank of America Prima Account Statement

**Statement Period:**
**June 26 through July 27, 2010**

**Account Number: 07028-01795**

**At Your Service**
Call: 510.649.6600

**Written Inquiries**
Bank of America
Albany Branch
PO Box 37176
San Francisco, CA 94137-0176

Customer since 1994
Bank of America appreciates your business and we enjoy serving you.

Our free Online Banking service allows you to check balances, track account activity, pay bills and more. **With Online Banking you can also view up to 18 months of this statement online and even turn off delivery of your paper statement.** Enroll at www.bankofamerica.com.

## ☐ Summary of Your Prima Interest Checking Account

| | |
|---|---|
| Beginning Balance on 06/26/10 | $379.63 |
| Ending Balance | $379.63 |

| | |
|---|---|
| Number of ATM withdrawals and transfers | 0 |
| Number of purchase transactions | 0 |
| Number of 24 Hour Customer Service Calls | |
| Self-Service | 0 |
| Assisted | 0 |

## ☐ Important Information About Your Account

Beginning July 16, 2010, most cash deposits, cash withdrawals and transfers between Bank of America deposit accounts made before midnight will be included in the balance used to pay transactions. Exceptions apply. Visit www.bankofamerica.com/getmoretime or contact an associate for more information.



**Bank of America**

H

# Your Bank of America Prima Account Statement

0702 P P
E0-2

CD 08/09 1 0000 831 4 187 026637 #001 AV 0.335

MARK KESEL
1025 SOLANO AVE
ALBANY CA 94706-1617

Pers.

**Statement Period:**
**July 1 through July 30, 2010**

**Account Number: 07021-61606**

**At Your Service**
Call: 510.649.6600

**Written Inquiries**
Bank of America
Albany Branch
PO Box 37176
San Francisco, CA 94137-0176

Customer since 1994
Bank of America appreciates your business and we enjoy serving you.

Our free Online Banking service allows you to check balances, track account activity, pay bills and more. **With Online Banking you can also view up to 18 months of this statement online and even turn off delivery of your paper statement.** Enroll at www.bankofamerica.com.

## Summary of Your Prima Interest Checking Account

| | |
|---|---|
| Beginning Balance on 07/01/10 | $61.61 |
| Ending Balance | $61.61 |

OK

| | |
|---|---|
| Number of ATM withdrawals and transfers | 0 |
| Number of purchase transactions | 0 |
| Number of 24 Hour Customer Service Calls | |
| Self-Service | 0 |
| Assisted | 0 |

## Important Information About Your Account

Beginning July 18, 2010, most cash deposits, cash withdrawals and transfers between Bank of America deposit accounts made before midnight will be included in the balance used to pay transactions. Exceptions apply. Visit www.bankofamerica.com/getmoretime or contact an associate for more information.

Case: 10-41653 Doc# 58 Filed: 08/16/10 Entered: 08/16/10 17:18:15 Page 13 of 17

**Mechanics Bank**
Commitment That Lasts Generations

ACCOUNT: 41317556 07/30/2010
DOCUMENTS: 14

Apartment building account

NEOVISION, LLC
1025 SOLANO AVE
ALBANY CA 94706

30-0
3
11

Transactions restricted by the Unlawful Internet Gambling Enforcement Act of 2006 (UIGEA) are prohibited from being processed through this commercial account. This prohibition is effective as of June 1, 2010.

RELATIONSHIP BUSINESS CHECKING ACCOUNT 41317556

| | | | |
|---|---|---|---|
| | | LAST STATEMENT 06/30/10 | 10,162.49 |
| MINIMUM BALANCE | 10,162.49 | 3 CREDITS | 17,740.53 |
| AVG AVAILABLE BALANCE | 12,072.83 | 15 DEBITS | 17,627.54 |
| AVERAGE BALANCE | 13,900.61 | THIS STATEMENT 07/30/10 | 10,275.48 |

DEPOSITS

| REF # | DATE | AMOUNT | REF # | DATE | AMOUNT | REF # | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | 07/02 | 12,364.28 | | 07/08 | 2,790.00 | | 07/15 | 2,586.25 |

CHECKS

| CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1074 | 07/09 | 192.39 | 1079 | 07/09 | 3,000.00 | 1083 | 07/20 | 51.98 |
| 1075 | 07/08 | 1.66 | 1080 | 07/26 | 1,950.00 | 1084 | 07/26 | 114.87 |
| 1076* | 07/06 | 3,000.00 | 1081 | 07/15 | 99.00 | 1085 | 07/22 | 2,000.00 |
| 1078 | 07/15 | 396.31 | 1082 | 07/20 | 40.51 | | | |

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

OTHER DEBITS

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| COHEN RECEIPT MORTG-PMTS XXXXX041510 | 07/06 | 6,693.28 |
| CHECK # 1071 - EAST BAY MUD CHECK PAYM 1071 | 07/07 | 40.72 |
| CHECK # 1072 - EAST BAY MUD CHECK PAYM 1072 | 07/07 | 46.07 |
| CHECK # 1073 - EAST BAY MUD CHECK PAYM 1073 | 07/07 | .75 |

DAILY BALANCE

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 07/02 | 22,526.77 | 07/06 | 12,833.49 | 07/07 | 12,745.95 |

* * * C O N T I N U E D * * *

10,275.48 - 105 (ck 1077) - 75 (ck 1086) - 10.71 (ck 1087) = 10,084.77

OK register



ACCOUNT: 41317556 07/30/2010
DOCUMENTS: 14

NEOVISION, LLC

RELATIONSHIP BUSINESS CHECKING ACCOUNT 41317556

DAILY BALANCE

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 07/08 | 15,534.29 | 07/15 | 14,432.84 | 07/22 | 12,340.35 |
| 07/09 | 12,341.90 | 07/20 | 14,340.35 | 07/26 | 10,275.48 |

SEE REVERSE FOR IMPORTANT INFORMATION-PLEASE RETAIN FOR YOUR RECORDS MEMBER FDIC



| NEOVISION, LLC<br>1025 SOLANO AVE<br>ALBANY, CA 94706 | 1074 |
|---|---|
| DATE 07/02/2010 | |
| PAY TO THE ORDER OF PG & E | $ 192.39 |
| One hundred ninety-two and 39/100 DOLLARS | |
| Mechanics Bank | |
| MEMO Office Acct #3903369778-8 | |
| ⑈121102036⑈1074 041⑆317556⑈ | |

Chk No. 1074 Amt $192.39 Paid 07/09/10

| NEOVISION, LLC<br>1025 SOLANO AVE<br>ALBANY, CA 94706 | 1075 |
|---|---|
| DATE 07/02/2010 | |
| PAY TO THE ORDER OF PG & E | $ 1.66 |
| One and 66/100 DOLLARS | |
| Mechanics Bank | |
| Acct. No. 5170901201-0 | |
| ⑈121102036⑈1075 041⑆317556⑈ | |

Chk No. 1075 Amt $1.66 Paid 07/08/10

| NEOVISION, LLC<br>1025 SOLANO AVE<br>ALBANY, CA 94706 | 1076 |
|---|---|
| DATE 07/02/2010 | |
| PAY TO THE ORDER OF Mark Kesel | $ 3,000.00 |
| Three thousand and 00/100 DOLLARS | |
| Mechanics Bank | |
| MEMO | |
| ⑈121102036⑈1076 041⑆317556⑈ | |

Chk No. 1076 Amt $3,000.00 Paid 07/06/10

| NEOVISION, LLC<br>1025 SOLANO AVE<br>ALBANY, CA 94706 | 1078 |
|---|---|
| DATE 07/08/2010 | |
| PAY TO THE ORDER OF Informetria System | $ 396.31 |
| Three hundred ninety-six and 31/100 DOLLARS | |
| Mechanics Bank | |
| MEMO Rent for July/2010 | |
| ⑈121102036⑈1078 041⑆317556⑈ | |

Chk No. 1078 Amt $396.31 Paid 07/15/10

| NEOVISION, LLC<br>1025 SOLANO AVE<br>ALBANY, CA 94706 | 1079 |
|---|---|
| DATE 07/08/2010 | |
| PAY TO THE ORDER OF Mark Kesel | $ 3,000.00 |
| Three thousand and 00/100 DOLLARS | |
| Mechanics Bank | |
| MEMO | |
| ⑈121102036⑈1079 041⑆317556⑈ | |

Chk No. 1079 Amt $3,000.00 Paid 07/09/10

| NEOVISION, LLC<br>1025 SOLANO AVE<br>ALBANY, CA 94706 | 1080 |
|---|---|
| DATE 07/08/2010 | |
| PAY TO THE ORDER OF Loralee Lartos | $ 1,950 |
| One thousand nine hundred fifty and 00/100 DOLLARS | |
| Mechanics Bank | |
| Security Deposit | |
| ⑈121102036⑈1080 041⑆317556⑈ | |

Chk No. 1080 Amt $1,950.00 Paid 07/26/10

| NEOVISION, LLC<br>1025 SOLANO AVE<br>ALBANY, CA 94706 | 1081 |
|---|---|
| DATE 07/08/2010 | |
| PAY TO THE ORDER OF WOW Carpet Cleaning | $ 99.00 |
| Ninety-nine and 00/100 DOLLARS | |
| Mechanics Bank | |
| MEMO Mark Kesel 1306 MLK Jr. | |
| ⑈121102036⑈1081 041⑆317556⑈ ⑈0000009900⑈ | |

Chk No. 1081 Amt $99.00 Paid 07/15/10

| NEOVISION, LLC<br>1025 SOLANO AVE<br>ALBANY, CA 94706 | 1082 |
|---|---|
| DATE 07/15/2010 | |
| PAY TO THE ORDER OF PG & E | $ 40.51 |
| Forty and 51/100 DOLLARS | |
| Mechanics Bank | |
| Acct. 6977577051-9 | |
| ⑈121102036⑈1082 041⑆317556⑈ | |

Chk No. 1082 Amt $40.51 Paid 07/20/10

| NEOVISION, LLC<br>1025 SOLANO AVE<br>ALBANY, CA 94706 | 1083 |
|---|---|
| DATE 07/15/2010 | |
| PAY TO THE ORDER OF PG & E | $ 51.98 |
| Fifty-one and 98/100 DOLLARS | |
| Mechanics Bank | |
| Acct. 6470947608-5 | |
| ⑈121102036⑈1083 041⑆317556⑈ | |

Chk No. 1083 Amt $51.98 Paid 07/20/10

| NEOVISION, LLC<br>1025 SOLANO AVE<br>ALBANY, CA 94706 | 1084 |
|---|---|
| DATE 07/21/2010 | |
| PAY TO THE ORDER OF AT&T Payment Center | $ 114.87 |
| One hundred fourteen and 87/100 DOLLARS | |
| Mechanics Bank | |
| Acct. 510 527-6769 261 8 | |
| ⑈121102036⑈1084 041⑆317556⑈ ⑈0000011487⑈ | |

Chk No. 1084 Amt $114.87 Paid 07/26/10

For Your Protection: Please examine this statement and report any discrepancy within 30 days.

NEOVISION, LLC
1025 SOLANO AVE
ALBANY, CA 94706

1085

DATE 07/21/2010

PAY TO THE ORDER OF Mark Kesel $ 2,000.00

Two thousand and 00/100 — DOLLARS

Mechanics Bank

MEMO

⑆121102036⑆1085 041⑈3175560⑈

Chk No. 1085 Amt $2,000.00 Paid 07/22/10