# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re: Mark Kesel

Case No. _____ 10-41653 _____

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**(SMALL REAL ESTATE/INDIVIDUAL CASE)**

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: ___08/31/10___          PETITION DATE: ___02/16/10___

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor). Dollars reported in $1

| 2. Asset and Liability Structure | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| a. Current Assets | $39,494 | $35,515 | |
| b. Total Assets | $2,680,727 | $2,697,730 | $2,645,342 |
| c. Current Liabilities | $0 | $0 | |
| d. Total Liabilities | $4,078,920 | $4,078,920 | $4,083,006 |

| 3. Statement of Cash Receipts & Disbursements for Month | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| a. Total Receipts | $25,050 | $25,802 | $149,714 |
| b. Total Disbursements | $21,071 | $25,613 | $143,949 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $3,979 | $189 | $5,765 |
| d. Cash Balance Beginning of Month | $14,359 | $14,169 | $90,079 |
| e. Cash Balance End of Month (c + d) | $18,338 | $14,359 | $95,844 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. Profit/(Loss) from the Statement of Operations | N/A | N/A | N/A |
| 5. Account Receivables (Pre and Post Petition) | $0 | | |
| 6. Post-Petition Liabilities | $0 | | |
| 7. Past Due Post-Petition Account Payables (over 30 days) | $0 | | |

**At the end of this reporting month:**

| | | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | X |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | X | |
| 13. | Are a plan and disclosure statement on file? | | X |
| 14. | Was there any post-petition borrowing during this reporting period? | | X |

15. Check if paid: Post-petition taxes __X__ ; tax reporting and tax returns: __X__ .    U.S. Trustee Quarterly Fees __X__ ; Check if filing is current for: Post-petition
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: __9·14·2010__

_____
Responsible Individual

Revised 1/1/98

Case: 10-41653   Doc# 60   Filed: 09/14/10   Entered: 09/14/10 16:20:34   Page 1 of 14

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | | $18,338 |
| 2 | Accounts receivable (net) | | |
| 3 | Retainer(s) paid to professionals | | |
| 4 | Other:  Retainer to Bankruptcy Attorney | | $21,156 |
| 5 | | | |
| 6 | **Total Current Assets** | | $39,494 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | | $859,000 |
| 8 | Real property (rental or commercial) | | $1,500,000 |
| 9 | Furniture, Fixtures, and Equipment | X | $5,225 |
| 10 | Vehicles | X | $4,000 |
| 11 | Partnership interests | | |
| 12 | Interest in corportations | | |
| 13 | Stocks and bonds | | $6,368 |
| 14 | Interests in IRA, Keogh, other retirement plans | X | $265,240 |
| 15 | Other: | | |
| 16 | Personal Items | X | $1,400 |
| 17 | **Total Long Term Assets** | | $2,641,233 |
| 18 | **Total Assets** | | $2,680,727 |
| | **Liabilities** | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | |
| 21 | Post-petition delinquent taxes | | |
| 22 | Accrued professional fees | | |
| 23 | Other: | | |
| 24 | | | |
| 25 | **Total Current Liabilities** | | $0 |
| 26 | **Long-Term Post Petition Debt** | | |
| 27 | **Total Post-Petition Liabilities** | | $0 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | $889,373 |
| 29 | Secured claims (other) | | $1,556,810 |
| 30 | Priority unsecured claims | | $0 |
| 31 | General unsecured claims | | $1,632,737 |
| 32 | **Total Pre-Petition Liabilities** | | $4,078,920 |
| 33 | **Total Liabilities** | | $4,078,920 |
| | **Equity (Deficit)** | | |
| 34 | **Total Equity (Deficit)** | | ($1,398,193) |
| 35 | **Total Liabilities and Equity (Deficit)** | | $2,680,727 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET

## Schedule A
## Rental Income Information

### List the Rental Information Requested Below By Properties (For Rental Properties Only)

|   |                                  | Property 1<br>1306 MLK Jr Way | Property 2 | Property 3 |
|---|----------------------------------|-------------------------------|------------|------------|
| 1 | **Description of Property**      | 1306 MLK Jr Way               |            |            |
| 2 | **Scheduled Gross Rents**        | $19,050                       |            |            |
|   | **Less:**                        |                               |            |            |
| 3 | **Vacancy Factor**               |                               |            |            |
| 4 | **Free Rent Incentives**         |                               |            |            |
| 5 | **Other Adjustments**            |                               |            |            |
| 6 | **Total Deductions**             | $15,477                       | $0         | $0         |
| 7 | **Scheduled Net Rents**          | $3,573                        | $0         | $0         |
| 8 | **Less: Rents Receivable (2)**   |                               |            |            |
| 9 | **Scheduled Net Rents Collected (2)** | $3,573                   | $0         | $0         |

(2) To be completed by cash basis reporters only.

## Schedule B
## Recapitulation of Funds Held at End of Month

|    |                                       | Account 1<br>Wells Fargo Bank | Account 2<br>Apt Building (MB) | Account 3<br>Other |
|----|---------------------------------------|-------------------------------|--------------------------------|--------------------|
| 10 | **Bank**                              | Wells Fargo Bank              | Apt Building (MB)              | Other              |
| 11 | **Account No.**                       | 9526265245                    | 41317556                       |                    |
| 12 | **Account Purpose**                   | Personal                      |                                |                    |
| 13 | **Balance, End of Month**             | $3,856                        | $13,848                        | $634               |
| 14 | **Total Funds on Hand for all Accounts** | $18,338                    |                                |                    |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
## Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended  08/31/10

*Personel*

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Draws | | |
| 8 | Transfer from old accounts | $6,000 | $39,800 |
| 9 | Gift and rebates & misc. | | $1,695 |
| 10 | | | $393 |
| 11 | | | |
| 12 | **Total Cash Receipts** | $6,000 | $41,888 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Interest Paid | | |
| | Rent/Lease: | $690 | $4,140 |
| 18 | Personal Property | | |
| 19 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes (US Trustee) | | $3,401 |
| 31 | Other Cash Outflows: | $650 | $1,300 |
| 32 | Utilities | | |
| 33 | Mortgage Payment | $255 | $1,832 |
| | | $2,775 | $13,825 |
| 34 | Insurance | | $2,430 |
| 35 | Child support | $750 | $3,350 |
| 36 | Household expenses | $474 | $8,393 |
| 37 | **Total Cash Disbursements:** | $5,594 | $46,698 |
| 38 | **Net Increase (Decrease) in Cash** | $406 | $406 |
| 39 | **Cash Balance, Beginning of Period** | $3,450 | $3,450 |
| 40 | **Cash Balance, End of Period** | $3,856 | $3,856 |

Revised 1/1/98

Apartment Building

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
For the Month Ended  08/31/10

Apartment

|  | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| **Cash Receipts** | | | |
| 1 | Rent/Leases Collected | $17,307 | $99,859 |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Laundry Income | $143 | $767 |
| 8 | Pet Deposit | | $300 |
| 9 | Security Deposit | $1,600 | $6,900 |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $19,050 | $107,826 |
| **Cash Disbursements** | | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Interest Paid | $7,837 | $41,434 |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | $388 | $2,455 |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | $6,000 | $40,380 |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other (Education for daughter) | | $1,000 |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees (one time fee) | | $1,500 |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes (Business license) | | $4,919 |
| 31 | Other Cash Outflows: | | |
| 32 | Utilities | $494 | $3,228 |
| 33 | Repairs | $683 | $5,205 |
| 34 | Office Exp. | | $65 |
| 35 | Security deposit Returns | | $5,345 |
| 36 | Misc. | $75 | $75 |
| 37 | **Total Cash Disbursements:** | $15,477 | $105,606 |
| 38 | **Net Increase (Decrease) in Cash** | $3,573 | $1,909 |
| 39 | **Cash Balance, Beginning of Period** | $10,162 | |
| 40 | **Cash Balance, End of Period** | $13,848 | |

Revised 1/1/98



# PMA® Wells Fargo® PMA Package

If you have questions about this statement or
your accounts:

Phone: **1-800-742-4932**, TTY: 1-800-600-4833
Spanish: 1-877-727-2932, TTY: 1-888-355-6052
Chinese: 1-800-288-2288

Online: wellsfargo.com

Write: Wells Fargo Bank, N.A.
P.O. Box 6995
Portland, OR 97228-6995

MARK KESEL
DEBTOR IN POSSESSION
CH 11 CASE# 10-41653 (NCA)
59 STRATFORD RD
KENSINGTON CA 94707-1241

## August 31, 2010

| Total assets: | $3,956.76 |
|---|---|
| Last month: | $3,550.85 |
| Change in $: | $405.91 |
| Change in %: | 11.43% |

| Total liabilities: | $198,772.80 |
|---|---|
| Last month: | $198,749.80 |
| Change in $: | $23.00 |
| Change in %: | 0.01% |

| PMA Qualifying Balance: | $202,729.56 |
|---|---|

### Contents

| | Page |
|---|---|
| Overview | 2 |
| PMA® Prime Checking Account | 4 |
| Savings | 6 |

Case: 10-41653    Doc# 60    Filed: 09/14/10    Entered: 09/14/10 16:20:34    Page 6 of 14



# Overview of your PMA account

## Assets

| Account  (Account Number) | Percent of total | Balance last month ($) | Balance this month ($) | Increase/ decrease ($) | Percent change |
|---|---|---|---|---|---|
| PMA* Prime Checking Account (9526265245) | 97% | 3,450.12 | 3,856.02 | 405.90 | 11.76% |
| Wells Fargo Money Market Savings℠ (2527627471) | 3% | 100.73 | 100.74 | 0.01 | 0.01% |
| **Total assets** | | **$3,550.85** | **$3,956.76** | **$405.91** | **11.43%** |

Total asset allocation (by account type)



Savings: 3%

Checking: 97%

## Liabilities

| Account  (Account Number) | Percent of total | Outstanding balance last month ($) | Outstanding balance this month ($) | Increase/ decrease ($) | Percent change |
|---|---|---|---|---|---|
| Smartfit Home Equity LCA (6519200207-1998) | 100% | 198,749.80 | 198,772.80 | 23.00 | 0.01% |
| **Total liabilities** | | **$198,749.80** | **$198,772.80** | **$23.00** | **0.01%** |

Total liability allocation (by account type)



Lines of Credit: 100%

## Available credit

The information below may not be current. Be sure to verify the credit available on your accounts when accessing your credit lines.

| Account | Approved credit line | Credit used | Credit available |
|---|---|---|---|
| Smartfit Home Equity LCA (6519200207-1998) | 200,000.00 | 198,036.66 | 0.00 |
| **Total available credit** | **$200,000.00** | **$198,036.66** | **$0.00** |

706332

Case: 10-41653   Doc# 60   Filed: 09/14/10   Entered: 09/14/10 16:20:34   Page 7 of 14



⊃ OVERVIEW OF YOUR PMA ACCOUNT (CONTINUED)

# Interest, dividends and other income

*The information below should not be used for tax planning purposes.*

| Account | This month | This year |
|---|---|---|
| PMA* Prime Checking Account  (9526265245) | 0.14 | 0.95 |
| Wells Fargo Money Market Savings℠  (2527627471) | 0.01 | 0.07 |
| **Total interest, dividends and other income** | **$0.15** | **$1.02** |

# Interest expense

| Account | This month | This year |
|---|---|---|
| Smartfit Home Equity LCA  (6519200207-1998) | 690.15 | 5,567.17 |
| **Total interest expense** | **$690.15** | **$5,567.17** |

706333

*GI573131|08693o|02|0-4|0|0|0|0|*

Case: 10-41653    Doc# 60    Filed: 09/14/10    Entered: 09/14/10 16:20:34    Page 8 of 14



# PMA® Prime Checking Account

## Activity summary

| | |
|---|---|
| Balance on 8/1 | 3,450.12 |
| Deposits/Additions | 6,000.14 |
| Withdrawals/Subtractions | - 5,594.24 |
| **Balance on 8/31** | **$3,856.02** |

Account number: **9526265245**

**MARK KESEL**
**DEBTOR IN POSSESSION**
**CH 11 CASE# 10-41653 (NCA)**

*Wells Fargo Bank, N.A., California (Member FDIC)*

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

## Overdraft protection

Your account is linked to the following for Overdraft Protection:

■ Savings - 2527627471

## Interest you've earned

| | |
|---|---|
| Interest earned this month | $0.14 |
| Average collected balance this month | $3,034.82 |
| Annual percentage yield earned | 0.05% |
| Interest paid this year | $0.95 |

## Transaction history

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| | Beginning balance on 8/1 | | | | 3,450.12 |
| 8/3 | Deposit | | 3,000.00 | | |
| 8/3 | AT&T Telco West 000Payment 080210 03027 A51052479443482 10214 | ^3027 | | 69.18 | 6,380.94 |
| 8/5 | Bank of America Mortgage Aug 10 Xxxxx4921 Kesel M | | | 2,774.66 | |
| 8/5 | Check | 3028 | | 55.42 | 3,550.86 |
| 8/6 | Check | 3029 | | 750.00 | 2,800.86 |
| 8/9 | Check | 3030 | | 650.00 | 2,150.86 |
| 8/10 | Bill Pay Equity On-Line Xxxxxxx2071998 On 08-10 | | | 690.15 | 1,460.71 |
| 8/16 | Cardmember Serv Web Pymt 100813 462300856537783 Kesel,Mark | | | 418.95 | 1,041.76 |
| 8/18 | Deposit | | 3,000.00 | | 4,041.76 |
| 8/23 | Check | 3031 | | 116.66 | 3,925.10 |
| 8/31 | AT&T Telco West 000Payment 083010 03032 A51052479443482 10242 | ^3032 | | 69.22 | |
| 8/31 | Interest Payment | | 0.14 | | 3,856.02 |
| | Ending balance on 8/31 | | | | 3,856.02 |
| **Totals** | | | **$6,000.14** | **$5,594.24** | |

*Key to symbols:* **∧ Converted check:** *Paper check converted to an electronic format by your payee or designated representative. Converted checks cannot be returned, copied or imaged.*

## Summary of checks written *(checks listed are also displayed in the preceding Transaction history section)*

| Number | Date | $ Amount | Number | Date | $ Amount | Number | Date | $ Amount |
|---|---|---|---|---|---|---|---|---|
| 3027 | 8/3 | 69.18 | 3029 | 8/6 | 750.00 | 3031 | 8/23 | 116.66 |
| 3028 | 8/5 | 55.42 | 3030 | 8/9 | 650.00 | 3032 | 8/31 | 69.22 |

705334

Case: 10-41653    Doc# 60    Filed: 09/14/10    Entered: 09/14/10 16:20:34    Page 9 of 14



# Wells Fargo Money Market Savings℠

## Activity summary

| | |
|---|---|
| Balance on 8/1 | 100.73 |
| Deposits/Additions | 0.01 |
| Withdrawals/Subtractions | - 0.00 |
| **Balance on 8/31** | **$100.74** |

Account number: **2527627471**

**MARK KESEL
DEBTOR IN POSSESSION
CH 11 CASE# 10-41653 (NCA)**

*Wells Fargo Bank, N.A., California (Member FDIC)*

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

## Interest you've earned

| | |
|---|---|
| Interest earned this month | $0.01 |
| Average collected balance this month | $100.73 |
| Annual percentage yield earned | 0.12% |
| Interest paid this year | $0.07 |

## Transaction history

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|
| Beginning balance on 8/1 | | | | 100.73 |
| 8/31 | Interest Payment | 0.01 | | 100.74 |
| Ending balance on 8/31 | | | | 100.74 |
| **Totals** | | **$0.01** | **$0.00** | |

706336

Case: 10-41653    Doc# 60    Filed: 09/14/10    Entered: 09/14/10 16:20:34    Page 10 of 14



# Bank of America

0702 P P
E0-2

|ı|ı.ı|ı.ıı|ᴵᴵ|.ıqıııᴵᴵᴵ.ıᴵᴵıᴵ.ıᴵ.ıᴵ|ıı.ıᴵᴵıᴵ.ıᴵᴵ|ı.ıᴵᴵıᴵıᴵᴵᴵᴵıᴵᴵ
CD 09/09 1  0000 084 2    241 042721 #e01 AV 0.335

MARK KESEL
1025 SOLANO AVE
ALBANY  CA  94706-1617

## Your Bank of America Prima Account Statement

**Statement Period:**
July 31 through August 31, 2010

**Account Number:** 07021-61806

**At Your Service**
Call: 510.649.6800

**Written Inquiries**
Bank of America
Albany Branch
PO Box 37176
San Francisco, CA 94137-0176

Customer since 1994
Bank of America appreciates your
business and we enjoy serving you.

Our free Online Banking service allows you to check balances, track account activity, pay bills and more. **With Online Banking you can also view up to 18 months of this statement online and even turn off delivery of your paper statement.** Enroll at www.bankofamerica.com.

## □ Summary of Your Prima Interest Checking Account

| | | | |
|---|---|---|---|
| Beginning Balance on 07/31/10 | $61.61 | Number of ATM withdrawals and transfers | 0 |
| Ending Balance | $61.61 | Number of purchase transactions | 0 |
| | | Number of 24 Hour Customer Service Calls | |
| | | Self-Service | 0 |
| | | Assisted | 0 |

California

 Recycled Pap

Case: 10-41653   Doc# 60   Filed: 09/14/10   Entered: 09/14/10 16:20:34   Page 11 of 14



# Bank of America

0702 P P
E0-2

╷╷╷╷┄╷╷╷╷╷╷╷╷┄╷╷┄╷╷╷╷╷╷╷╷╷╷
CD 08/03 1  0000 903 4     947 024628 #001 AV 0.335

MARK KESEL
1025 SOLANO AVE
ALBANY  CA  94706-1617

## Your Bank of America Prima Account Statement

**Statement Period:**
June 26 through July 27, 2010

**Account Number: 07028-01795**

**At Your Service**
Call: 510.649.6600

**Written Inquiries**
Bank of America
Albany Branch
PO Box 37176
San Francisco, CA 94137-0176

Customer since 1994
Bank of America appreciates your
business and we enjoy serving you.

---

Our free Online Banking service allows you to check balances, track account activity, pay bills and more. With **Online Banking** you can also view up to 18 months of this statement online and even turn off delivery of your paper statement. Enroll at www.bankofamerica.com.

## ☐ Summary of Your Prima Interest Checking Account

| | | | |
|---|---|---|---|
| Beginning Balance on 06/26/10 | $379.63 | Number of ATM withdrawals and transfers | 0 |
| Ending Balance | $379.63 | Number of purchase transactions | 0 |
| | | Number of 24 Hour Customer Service Calls | |
| | | Self-Service | 0 |
| | | Assisted | 0 |

## ☐ Important Information About Your Account

Beginning July 16, 2010, most cash deposits, cash withdrawals and transfers between Bank of America deposit accounts made before midnight will be included in the balance used to pay transactions. Exceptions apply. Visit www.bankofamerica.com/getmoretime or contact an associate for more information.





Case: 10-41653    Doc# 60    Filed: 09/14/10    Entered: 09/14/10 16:20:34    Page 12 of 14

# Mechanics Bank
### Commitment That Lasts Generations

*Apartment account*    *SMC*

30-0
2
10

NEOVISION, LLC
1025 SOLANO AVE
ALBANY CA  94706

======================================================================

Transactions restricted by the Unlawful Internet Gambling Enforcement
Act of 2006 (UIGEA) are prohibited from being processed through this
commercial account. This prohibition is effective as of June 1, 2010.

======================================================================

RELATIONSHIP BUSINESS CHECKING ACCOUNT 41317556

======================================================================

|                         |           | LAST STATEMENT 07/30/10 | 10,275.48 |
|-------------------------|-----------|-------------------------|-----------|
| MINIMUM BALANCE         | 10,275.48 | 2 CREDITS               | 19,049.87 |
| AVG AVAILABLE BALANCE   | 15,289.79 | 11 DEBITS               | 15,477.07 |
| AVERAGE BALANCE         | 15,885.10 | THIS STATEMENT 08/31/10 | 13,848.28 |

- - - - - - - - - - - - DEPOSITS - - - - - - - - - - - -

| REF # | DATE | AMOUNT | REF # | DATE | AMOUNT | REF # | DATE | AMOUNT |
|-------|------|--------|-------|------|--------|-------|------|--------|
|       | 08/03 | 15,749.87 | 9980 | 08/09 | 3,300.00 | | | |

- - - - - - - - - - - - CHECKS - - - - - - - - - - - -

| CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT |
|---------|------|--------|---------|------|--------|---------|------|--------|
| 1077* | 08/06 | 105.00 | 1089 | 08/17 | 54.32 | 1093 | 08/23 | 114.70 |
| 1086 | 08/11 | 75.00 | 1090 | 08/16 | 209.37 | 1094 | 08/26 | 683.37 |
| 1087 | 08/05 | 10.71 | 1091 | 08/20 | 387.82 | | | |
| 1088 | 08/04 | 3,000.00 | 1092 | 08/19 | 3,000.00 | | | |

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

- - - - - - - - - - - - OTHER DEBITS - - - - - - - - - - - -

| DESCRIPTION | DATE | AMOUNT |
|-------------|------|--------|
| COHEN RECEIPT MORTG-PMTS XXXXX0415:0 | 08/05 | 7,836.78 |

*6,643.48*

- - - - - - - - - - - - DAILY BALANCE - - - - - - - - - - - -

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 08/03 | 26,025.35 | 08/09 | 18,372.86 | 08/19 | 15,034.17 |
| 08/04 | 23,025.35 | 08/11 | 18,297.86 | 08/20 | 14,646.35 |
| 08/05 | 15,177.86 | 08/16 | 18,088.49 | 08/23 | 14,531.65 |
| 08/06 | 15,072.86 | 08/17 | 18,034.17 | 08/26 | 13,848.28 |

*X| 13,848.28 - 4.15 - 1,160 - 75 = ≠*

SEE REVERSE FOR IMPORTANT INFORMATION-PLEASE RETAIN FOR YOUR RECORDS        MEMBER FDIC

# Mechanics Bank
### Commitment That Lasts Generations

---

**Check 1077**
NEOVISION, LLC
1025 SOLANO AVE
ALBANY, CA 94706
1077
DATE 07/08/2010
PAY TO THE ORDER OF: Electronic Sentry Systems $ 105.00
One hundred five and 00/100 DOLLARS
Mechanics Bank
MEMO: Invoice # 16439
Signature: G.V. Tallman

Chk No. 1077   Amt  $105.00 Paid   08/06/10

**Check 1086**
NEOVISION, LLC
1025 SOLANO AVE
ALBANY, CA 94706
1086
DATE 07/21/2010
PAY TO THE ORDER OF: BPOA $ 75.00
Seventy - five and 00/100 DOLLARS
Mechanics Bank
MEMO: Member ID 1449
Signature: G.V. Tallman

Chk No. 1086   Amt  $75.00 Paid   08/11/10

**Check 1087**
NEOVISION, LLC
1025 SOLANO AVE
ALBANY, CA 94706
1087
DATE 07/30/2010
PAY TO THE ORDER OF: PG&E $ 10.71
Ten and 71/100 DOLLARS
Mechanics Bank
Acct# 1335672 622-7
Signature: G.V. Tallman

Chk No. 1087   Amt  $10.71 Paid   08/05/10

**Check 1088**
NEOVISION, LLC
1025 SOLANO AVE
ALBANY, CA 94706
1088
DATE 08/03/2010
PAY TO THE ORDER OF: Mark Kesel $ 3,000.00
Three thousand and 00/100 DOLLARS
Mechanics Bank
MEMO: To WF
Signature: G.V. Tallman

Chk No. 1088   Amt  $3,000.00 Paid   08/04/10

**Check 1089**
NEOVISION, LLC
1025 SOLANO AVE
ALBANY, CA 94706
1089
DATE 08/10/2010
PAY TO THE ORDER OF: PG&E $ 54.32
Fifty-four and 32/100 DOLLARS
Mechanics Bank    Building
Acct# 6470947608-5
Signature: G.V. Tallman

Chk No. 1089   Amt  $54.32 Paid   08/17/10

**Check 1090**
NEOVISION, LLC
1025 SOLANO AVE
ALBANY, CA 94706
1090
DATE 08/10/2010
PAY TO THE ORDER OF: PG&E $ 209.37
Two hundred nine and 37/100 DOLLARS
Mechanics Bank    Office
Acct# 3483363778-8
Signature: Mark Kesel

Chk No. 1090   Amt  $209.37 Paid   08/16/10

**Check 1091**
NEOVISION, LLC
1025 SOLANO AVE
ALBANY, CA 94706
1091
DATE 08/10/2010
PAY TO THE ORDER OF: Informetric System $ 387.82
Three hundred eighty-seven and 82/100 DOLLARS
Mechanics Bank
MEMO: Rent August 2010
Signature: G.V. Tallman

Chk No. 1091   Amt  $387.82 Paid   08/20/10

**Check 1092**
NEOVISION, LLC
1025 SOLANO AVE
ALBANY, CA 94706
1092
DATE 08/10/2010
PAY TO THE ORDER OF: Mark Kesel $ 3,000.00
Three thousand and 00/100 DOLLARS
Mechanics Bank
MEMO:
Signature: G.V. Tallman

Chk No. 1092   Amt  $3,000.00 Paid   08/19/10

**Check 1093**
NEOVISION, LLC
1025 SOLANO AVE
ALBANY, CA 94706
1093
DATE 08/18/2010
PAY TO THE ORDER OF: AT&T Payment Center $ 114.70
One hundred fourteen and 70/100 DOLLARS
Mechanics Bank
Acct# 510-527-6769 2618
Signature: G.V. Tallman

Chk No. 1093   Amt  $114.70 Paid   08/23/10

**Check 1094**
NEOVISION, LLC
1025 SOLANO AVE
ALBANY, CA 94706
1094
DATE Aug 26, 2010
PAY TO THE ORDER OF: David Goldfarb $ 683.37
Six hundred eighty three & 37/100 DOLLARS
Mechanics Bank
MEMO:
Signature: G.V. Tallman

Chk No. 1094   Amt  $683.37 Paid   08/26/10

---

**For Your Protection:** Please examine this statement and report any discrepancy within 30 days.