UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: Mark Kesel

Case No. 10-41653

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**(SMALL REAL ESTATE/INDIVIDUAL CASE)**

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** 09/30/10  **PETITION DATE:** 02/16/10

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in $1

| | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
| | a. Current Assets | $39,311 | $39,494 | |
| | b. Total Assets | $2,707,619 | $2,680,727 | $2,645,342 |
| | c. Current Liabilities | $0 | $0 | |
| | d. Total Liabilities | $4,078,920 | $4,078,920 | $4,083,006 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 3. | **Statement of Cash Receipts & Disbursements for Month** | | | |
| | a. Total Receipts | $24,041 | $25,050 | $173,755 |
| | b. Total Disbursements | $24,217 | $21,071 | $168,166 |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | ($176) | $3,979 | $5,589 |
| | d. Cash Balance Beginning of Month | $18,338 | $14,359 | $108,417 |
| | e. Cash Balance End of Month (c + d) | $18,155 | $18,338 | $114,006 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 4. | Profit/(Loss) from the Statement of Operations | N/A | N/A | N/A |
| 5. | Account Receivables (Pre and Post Petition) | $0 | | |
| 6. | Post-Petition Liabilities | $0 | | |
| 7. | Past Due Post-Petition Account Payables (over 30 days) | $0 | | |

**At the end of this reporting month:** | Yes | No
---|---|---
8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X
9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X
10. If the answer is yes to 8 or 9, were all such payments approved by the court? | | X
11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X
12. Is the estate insured for replacement cost of assets and for general liability? | X |
13. Are a plan and disclosure statement on file? | | X
14. Was there any post-petition borrowing during this reporting period? | | X

15. Check if paid: Post-petition taxes  X ;  U.S. Trustee Quarterly Fees  X ; Check if filing is current for: Post-petition tax reporting and tax returns:  X .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 10·13·10

_Mark Kesel_ (signature)
Responsible Individual

Revised 1/1/98

Case: 10-41653    Doc# 63    Filed: 10/14/10    Entered: 10/14/10 10:18:07    Page 1 of 17

## BALANCE SHEET
### (Small Real Estate/Individual Case)
### For the Month Ended 09/30/10

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, etc.) | | $18,155 |
| 2 | Accounts receivable (net) | | |
| 3 | Retainer(s) paid to professionals | | |
| 4 | Other: Retainer to Bankruptcy Attorney | | $21,156 |
| 5 | | | |
| 6 | **Total Current Assets** | | $39,311 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | | $859,000 |
| 8 | Real property (rental or commercial) | | $1,500,000 |
| 9 | Furniture, Fixtures, and Equipment | X | $5,225 |
| 10 | Vehicles | X | $4,000 |
| 11 | Partnership interests | | |
| 12 | Interest in corportations | | |
| 13 | Stocks and bonds | | $6,703 |
| 14 | Interests in IRA, Keogh, other retirement plans | X | $291,980 |
| 15 | Other: | | |
| 16 | Personal Items | X | $1,400 |
| 17 | **Total Long Term Assets** | | $2,668,308 |
| 18 | **Total Assets** | | $2,707,619 |
| | **Liabilities** | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | |
| 21 | Post-petition delinquent taxes | | |
| 22 | Accrued professional fees | | |
| 23 | Other: | | |
| 24 | | | |
| 25 | **Total Current Liabilities** | | $0 |
| 26 | **Long-Term Post Petition Debt** | | |
| 27 | **Total Post-Petition Liabilities** | | $0 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | $889,373 |
| 29 | Secured claims (other) | | $1,556,810 |
| 30 | Priority unsecured claims | | $0 |
| 31 | General unsecured claims | | $1,632,737 |
| 32 | **Total Pre-Petition Liabilities** | | $4,078,920 |
| 33 | **Total Liabilities** | | $4,078,920 |
| | **Equity (Deficit)** | | |
| 34 | **Total Equity (Deficit)** | | ($1,371,301) |
| 35 | **Total Liabilities and Equity (Deficit)** | | $2,707,619 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1/1/98

Case: 10-41653     Doc# 63     Filed: 10/14/10     Entered: 10/14/10 10:18:07     Page 2 of 17

## SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | **Property 1** | **Property 2** | **Property 3** |
|---|---|---|---|---|
| 1 | Description of Property | 1306 MLK Jr Way | | |
| 2 | Scheduled Gross Rents | $17,041 | | |
| | Less: | | | |
| 3 | Vacancy Factor | | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | $17,387 | $0 | $0 |
| 7 | Scheduled Net Rents | ($346) | $0 | $0 |
| 8 | Less: Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | ($346) | $0 | $0 |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

| | | **Account 1** | **Account 2** | **Account 3** |
|---|---|---|---|---|
| 10 | Bank | Wells Fargo Bank | Apt Building (MB) | Other |
| 11 | Account No. | 9526265245 | 41317556 | |
| 12 | Account Purpose | Personal | | |
| 13 | Balance, End of Month | $4,027 | $13,503 | $625 |
| 14 | Total Funds on Hand for all Accounts | $18,155 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
## Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended 09/30/10

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Draws | $7,000 | $46,800 |
| 8 | Transfer from old accounts | | $1,695 |
| 9 | Gift and rebates & misc. | | $393 |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $7,000 | $48,888 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Interest Paid | $715 | $4,855 |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | $3,401 |
| 30 | Other Taxes (US Trustee) | | $1,300 |
| 31 | Other Cash Outflows: | | |
| 32 | Utilities | $322 | $2,154 |
| 33 | Mortgage Payment | $2,775 | $16,600 |
| 34 | Insurance | $540 | $2,970 |
| 35 | Child support | $750 | $4,100 |
| 36 | Household expenses (include $898.35 Apartment bild. Repair) | $1,728 | $10,121 |
| 37 | **Total Cash Disbursements:** | $6,830 | $53,528 |
| 38 | Net Increase (Decrease) in Cash | $171 | $171 |
| 39 | **Cash Balance, Beginning of Period** | $3,856 | $3,856 |
| 40 | **Cash Balance, End of Period** | $4,027 | $4,027 |

Revised 1/1/98

Case: 10-41653   Doc# 63   Filed: 10/14/10   Entered: 10/14/10 10:18:07   Page 4 of 17

# Apartment Building

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended 09/30/10

| # | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | $16,894 | $116,753 |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Laundry Income | $147 | $914 |
| 8 | Pet Deposit | | $300 |
| 9 | Security Deposit | | $6,900 |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $17,041 | $124,867 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Interest Paid | $6,693 | $48,127 |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | $397 | $2,852 |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | $7,000 | $47,380 |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other (Education for daughter) | | $1,000 |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees (one time fee) | | $1,500 |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes (Business license) | | $4,919 |
| 31 | Other Cash Outflows: | | |
| 32 | Utilities | $1,190 | $4,418 |
| 33 | Repairs | $861 | $6,066 |
| 34 | Office Exp. | | $65 |
| 35 | Security deposit Returns | $1,160 | $6,505 |
| 36 | Misc. | $85 | $160 |
| 37 | **Total Cash Disbursements:** | $17,387 | $122,993 |
| 38 | **Net Increase (Decrease) in Cash** | ($345) | $1,564 |
| 39 | **Cash Balance, Beginning of Period** | $13,848 | |
| 40 | **Cash Balance, End of Period** | $13,503 | |

Revised 1/1/98

Case: 10-41653   Doc# 63   Filed: 10/14/10   Entered: 10/14/10 10:18:07   Page 5 of 17



# PMA® Wells Fargo® PMA Package

If you have questions about this statement or your accounts:

*Phone:* **1-800-742-4932**, *TTY:* 1-800-600-4833
*Spanish:* 1-877-727-2932, *TTY:* 1-888-355-6052
*Chinese:* 1-800-288-2288

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A.
P.O. Box 6995
Portland, OR 97228-6995

MARK KESEL
DEBTOR IN POSSESSION
CH 11 CASE# 10-41653 (NCA)
59 STRATFORD RD
KENSINGTON CA 94707-1241

*[handwritten: Personal account]*

## September 30, 2010

| | |
|---|---:|
| **Total assets:** | **$4,127.27** |
| Last month: | $3,956.76 |
| Change in $: | $170.51 |
| Change in %: | 4.31% |
| **Total liabilities:** | **$198,747.95** |
| Last month: | $198,772.80 |
| Change in $: | $(24.85) |
| Change in %: | (0.01)% |
| *PMA* Qualifying Balance: | $202,875.22 |

### Contents                                                  Page
Overview............................................. 2
PMA® Prime Checking Account................. 4
Savings.............................................. 5

(114)
779649



# Overview of your PMA account

## Assets

| Account (Account Number) | Percent of total | Balance last month ($) | Balance this month ($) | Increase/ decrease ($) | Percent change |
|---|---|---|---|---|---|
| PMA® Prime Checking Account (9526265245) | 98% | 3,856.02 | 4,026.52 | 170.50 | 4.42% |
| Wells Fargo Money Market Savings℠ (2527627471) | 2% | 100.74 | 100.75 | 0.01 | 0.01% |
| Total assets | | $3,956.76 | $4,127.27 | $170.51 | 4.31% |

Total asset allocation (by account type)



Savings: 2%
Checking: 98%

## Liabilities

| Account (Account Number) | Percent of total | Outstanding balance last month ($) | Outstanding balance this month ($) | Increase/ decrease ($) | Percent change |
|---|---|---|---|---|---|
| Smartfit Home Equity LCA (6519200207-1998) | 100% | 198,772.80 | 198,747.95 | (24.85) | (0.01)% |
| Total liabilities | | $198,772.80 | $198,747.95 | ($24.85) | (0.01)% |

Total liability allocation (by account type)



Lines of Credit: 100%

## Available credit

The information below may not be current. Be sure to verify the credit available on your accounts when accessing your credit lines.

| Account | Approved credit line | Credit used | Credit available |
|---|---|---|---|
| Smartfit Home Equity LCA (6519200207-1998) | 200,000.00 | 198,036.66 | 0.00 |
| Total available credit | $200,000.00 | $198,036.66 | $0.00 |



## OVERVIEW OF YOUR PMA ACCOUNT (CONTINUED)

# Interest, dividends and other income

The information below should not be used for tax planning purposes.

| Account | This month | This year |
|---|---|---|
| PMA® Prime Checking Account (9526265245) | 0.13 | 1.08 |
| Wells Fargo Money Market Savings℠ (2527627471) | 0.01 | 0.08 |
| **Total interest, dividends and other income** | **$0.14** | **$1.16** |

# Interest expense

| Account | This month | This year |
|---|---|---|
| Smartfit Home Equity LCA (6519200207-1998) | 715.00 | 6,282.17 |
| **Total interest expense** | **$715.00** | **$6,282.17** |



# PMA® Prime Checking Account

## Activity summary

| | |
|---|---|
| Balance on 9/1 | 3,856.02 |
| Deposits/Additions | 7,000.13 |
| Withdrawals/Subtractions | -6,829.63 |
| Balance on 9/30 | $4,026.52 |

Account number: **9526265245**

**MARK KESEL**
**DEBTOR IN POSSESSION**
**CH 11 CASE# 10-41653 (NCA)**

Wells Fargo Bank, N.A., California (Member FDIC)

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

## Overdraft protection

Your account is linked to the following for Overdraft Protection:
- Savings - 2527627471

## Interest you've earned

| | |
|---|---|
| Interest earned this month | $0.13 |
| Average collected balance this month | $3,278.70 |
| Annual percentage yield earned | 0.05% |
| Interest paid this year | $1.08 |

## Transaction history

| Date | Description | Check No. | Deposits/Additions | Withdrawals/Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| | Beginning balance on 9/1 | | | | 3,856.02 |
| 9/3 | Deposit | | 3,000.00 | | 6,856.02 |
| 9/7 | Bank of America Mortgage SEP10 Xxxxx4921 Kesel M | | | 2,774.66 | 4,081.36 |
| 9/8 | Cardmember Serv Web Pymt 100904 462300856537783 Kesel,Mark | | | 1,279.30 | |
| 9/8 | Check | 3033 | | 750.00 | |
| 9/8 | Bill Pay Equity On-Line Xxxxxxx2071998 On 09-08 | | | 715.00 | 1,337.06 |
| 9/10 | Check | 3034 | | 128.40 | |
| 9/10 | Check | 3035 | | 55.42 | 1,153.24 |
| 9/16 | Deposit | | 4,000.00 | | 5,153.24 |
| 9/17 | Check | 3036 | | 540.00 | |
| 9/17 | EastBay Mud Check Paym 100917 03037 | ^3037 | | 119.92 | 4,493.32 |
| 9/24 | Cardmember Serv Web Pymt 100923 462300856537783 Kesel,Mark | | | 300.45 | 4,192.87 |
| 9/28 | Check | 3038 | | 73.57 | 4,119.30 |
| 9/29 | Cardmember Serv Web Pymt 100928 462300856537783 Kesel,Mark | | | 92.91 | 4,026.39 |
| 9/30 | Interest Payment | | 0.13 | | 4,026.52 |
| | Ending balance on 9/30 | | | | 4,026.52 |
| **Totals** | | | **$7,000.13** | **$6,829.63** | |

*Key to symbols:* ^ *Converted check: Paper check converted to an electronic format by your payee or designated representative. Converted checks cannot be returned, copied or imaged.*

## Summary of checks written (checks listed are also displayed in the preceding Transaction history section)

| Number | Date | $ Amount | Number | Date | $ Amount | Number | Date | $ Amount |
|---|---|---|---|---|---|---|---|---|
| 3033 | 9/8 | 750.00 | 3035 | 9/10 | 55.42 | 3037 | 9/17 | 119.92 |
| 3034 | 9/10 | 128.40 | 3036 | 9/17 | 540.00 | 3038 | 9/28 | 73.57 |

779652



# Wells Fargo Money Market Savings ℠

### Activity summary

| | |
|---|---|
| Balance on 9/1 | 100.74 |
| Deposits/Additions | 0.01 |
| Withdrawals/Subtractions | -0.00 |
| **Balance on 9/30** | **$100.75** |

Account number: **2527627471**

**MARK KESEL**
**DEBTOR IN POSSESSION**
**CH 11 CASE#10-41653 (NCA)**

Wells Fargo Bank, N.A., California (Member FDIC)

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

### Interest you've earned

| | |
|---|---|
| Interest earned this month | $0.01 |
| Average collected balance this month | $100.74 |
| Annual percentage yield earned | 0.12% |
| Interest paid this year | $0.08 |

### Transaction history

| Date | Description | Deposits/Additions | Withdrawals/Subtractions | Ending Daily Balance |
|---|---|---|---|---|
| | Beginning balance on 9/1 | | | 100.74 |
| 9/30 | Interest Payment | 0.01 | | 100.75 |
| | Ending balance on 9/30 | | | 100.75 |
| **Totals** | | **$0.01** | **$0.00** | |

779653

Case: 10-41653    Doc# 63    Filed: 10/14/10    Entered: 10/14/10 10:18:07    Page 10 of 17



# Bank of America

0702 P P
E0-2

CD 10/08 1  0000 034 1     066 000731 #@01 AV 0.335
MARK KESEL
1025 SOLANO AVE
ALBANY  CA  94706-1617

H

**Your Bank of America Prima Account Statement**

Statement Period:
September 1 through September 30, 2010

Account Number: 07021-61806

At Your Service
Call: 510.649.6600     *Pers.*

Written Inquiries
Bank of America
Albany Branch
PO Box 37176
San Francisco, CA 94137-0176

Customer since 1994
Bank of America appreciates your business and we enjoy serving you.

Our free Online Banking service allows you to check balances, track account activity, pay bills and more. With Online Banking you can also view up to 18 months of this statement online and even turn off delivery of your paper statement. Enroll at www.bankofamerica.com.

## ❑ Summary of Your Prima Interest Checking Account

| Beginning Balance on 09/01/10 | $61.61 | Number of ATM withdrawals and transfers | 0 |
|---|---|---|---|
| Ending Balance | $61.61 | Number of purchase transactions | 0 |
| | *OK* | Number of 24 Hour Customer Service Calls | |
| | | Self-Service | 0 |
| | | Assisted | 0 |

## ❑ Important Information About Your Account

Beginning with statement periods that start on or after 11/4/10, the Monthly Service Charge on your Prima account will increase to $25. This fee will not apply if you meet one of the balance requirements each statement cycle. The balance requirements are not changing.

For more information about balance requirements, to understand alternatives, call the number on your deposit statement or speak with an associate at the nearest Bank of America. U.S. Trust Clients: If you have questions about how these changes may impact your account please call the number on your deposit statement.

California

Page 1 of 2

Recycled Paper

Case: 10-41653   Doc# 63   Filed: 10/14/10   Entered: 10/14/10 10:18:07   Page 11 of 17



**The Partnership Federal Credit Union**
Banking. Security. Service. Together.
FDIC FCU · NSF FCU

P.O. Box 18539
Washington, D.C. 20036-8539
Toll Free: (800) 285-3286
www.ThePartnershipFCU.com

## Account Statement

| Member No. | Period Ending | Branch ID | Page |
|---|---|---|---|
| 11250005 | 09-30-10 | 1 | 1 of 1 |

P

| ACCOUNT BALANCES | | |
|---|---|---|
| 1 Regular Savings | $ | 82.46 |

MARK A KESEL
1025 SOLANO AVENUE
ALBANY CA 94706-1617

---

**EXTENDED THROUGH END OF YEAR**

75th Anniversary LOAN SALE
Up to .75% APR off our already great low rates!
More details @ www.ThePartnershipFCU.com

**Our Mortgage rates are @ their lowest levels ever!**

Contact us today to see how much you can save.

---

### Regular Savings — ACCT #1 — 07-01-10 Thru 09-30-10

| Beginning Balance | Deposits | Withdrawals | Ending Balance | YTD Dividends |
|---|---|---|---|---|
| $92.39 | $10.07 | $20.00 | $82.46 | $0.25 |

| Transaction Date | Effective Date | Transaction Description | Deposit | Withdrawal | Balance |
|---|---|---|---|---|---|
| 07-01 | | Previous Balance | | | 92.39 |
| 07-02 | | DORMANT A/C FEE | | 10.00 | 82.39 |
| 07-09 | | WITHDRAWAL CHECK | | 10.00 | 72.39 |
| 07-09 | | DORMANT A/C FEE | 10.00 | | 82.39 |
| 07-31 | | DIVIDEND | 0.03 | | 82.42 |
| 08-31 | | DIVIDEND | 0.02 | | 82.44 |
| 09-30 | | DIVIDEND | 0.02 | | 82.46 |

ANNUAL PERCENTAGE YIELD EARNED FROM 07-01-10 THRU 07-31-10 WAS 0.43%
ANNUAL PERCENTAGE YIELD EARNED FROM 08-01-10 THRU 08-31-10 WAS 0.29%
ANNUAL PERCENTAGE YIELD EARNED FROM 09-01-10 THRU 09-30-10 WAS 0.30%

### Share Sub-Account Summary

| Account | Description | Balance | Dividend |
|---|---|---|---|
| 1 | Regular Savings | 82.46 | 0.25 |

### Loan Sub-Account Summary

| Account | Description | Balance |
|---|---|---|

### YTD Account Summaries

**Deposit Account Totals**
YTD Dividends $ 0.25

Case: 10-41653 Doc# 63 Filed: 10/14/10 Entered: 10/14/10 10:18:07 Page 12 of 17



# Bank of America

0702 P P
E0-2

MARK KESEL
1025 SOLANO AVE
ALBANY   CA   94706-1617

cp 10/04 1  0000 549 1    500 011911 #@01 AV 0.335

## Your Bank of America Prima Account Statement

H

**Statement Period:**
August 27 through September 27, 2010

Account Number: 07028-01795

**At Your Service**
Call: 510.649.6600     $MC

**Written Inquiries**
Bank of America
Albany Branch
PO Box 37176
San Francisco, CA 94137-0176

Customer since 1994
Bank of America appreciates your business and we enjoy serving you.

---

Our free Online Banking service allows you to check balances, track account activity, pay bills and more. **With Online Banking you can also view up to 18 months of this statement online and even turn off delivery of your paper statement.** Enroll at www.bankofamerica.com.

## ☐ Summary of Your Prima Interest Checking Account

| | | | |
|---|---|---|---|
| Beginning Balance on 08/27/10 | $379.63 | Number of ATM withdrawals and transfers | 0 |
| Ending Balance | $379.63 | Number of purchase transactions | 0 |
| | OK | Number of 24 Hour Customer Service Calls Self-Service Assisted | 0  0 |

## ☐ Important Information About Your Account

Beginning with statement periods that start on or after 11/4/10, the Monthly Service Charge on your Prima account will increase to $25. This fee will not apply if you meet one of the balance requirements each statement cycle. The balance requirements are not changing.

For more information about balance requirements, to understand alternatives, call the number on your deposit statement or speak with an associate at the nearest Bank of America. U.S. Trust Clients: If you have questions about how these changes may impact your account please call the number on your deposit statement.

California

Page 1 of 2


Recycled P

Case: 10-41653   Doc# 63   Filed: 10/14/10   Entered: 10/14/10 10:18:07   Page 13 of 17



ACCOUNT: 41317556   09/30/2010
DOCUMENTS: 14

*Apartment Building acct* (handwritten)

NEOVISION, LLC
1025 SOLANO AVE
ALBANY CA 94706

30-0
1
13

```
=================================================================
Transactions restricted by the Unlawful Internet Gambling Enforcement
Act of 2006 (UIGEA) are prohibited from being processed through this
commercial account. This prohibition is effective as of June 1, 2010.
=================================================================
         RELATIONSHIP BUSINESS CHECKING ACCOUNT 41317556
=================================================================
                                LAST STATEMENT 08/31/10   13,848.28
MINIMUM BALANCE        13,502.75   1 CREDITS              17,041.18
AVG AVAILABLE BALANCE  15,388.51  16 DEBITS               17,386.71
AVERAGE BALANCE        17,660.66  THIS STATEMENT 09/30/10 13,502.75
```
                                                          425

- - - - - - - - DEPOSITS - - - - - - - -
REF #....DATE......AMOUNT  REF #....DATE......AMOUNT  REF #....DATE......AMOUNT
 9979 09/03   17,041.18

- - - - - - - - CHECKS - - - - - - - -
CHECK #..DATE......AMOUNT   CHECK #..DATE......AMOUNT   CHECK #..DATE......AMOUNT
 1096 09/02      4.15       1107 09/14    171.69       1113 09/22     71.64
 1097*09/03  1,160.00       1108 09/14     85.00       1114 09/17  4,000.00
 1099*09/02     75.00       1109 09/16    614.56       1115 09/27    114.68
 1101*09/08    755.01       1110 09/22    191.58
 1106 09/07  3,000.00       1111*09/20    396.71

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

- - - - - - - - OTHER DEBITS - - - - - - - -
DESCRIPTION                                          DATE     AMOUNT
COHEN RECEIPT MORTG-PMTS XXXXX0415:0                 09/07   6,693.28
CHECK # 1102 - EAST BAY MUD CHECK PAYM 1102          09/08      52.62
CHECK # 1103 - EAST BAY MUD CHECK PAYM 1103          09/08        .79

- - - - - - - - DAILY BALANCE - - - - - - - -
DATE........BALANCE    DATE........BALANCE    DATE........BALANCE
09/02     13,769.13    09/03     29,650.31    09/07     19,957.03

*** C O N T I N U E D ***

SEE REVERSE FOR IMPORTANT INFORMATION-PLEASE RETAIN FOR YOUR RECORDS    MEMBER FDIC
Case: 10-41055   Doc# 65   Filed: 10/14/10   Entered: 10/14/10 10:18:07   Page 14 of 17



NEOVISION, LLC

```
==============================================================================
                RELATIONSHIP BUSINESS CHECKING ACCOUNT 41317556
==============================================================================
              - - - - - - - DAILY BALANCE - - - - - - -
DATE...........BALANCE      DATE...........BALANCE      DATE...........BALANCE
09/08         19,148.61     09/17         14,277.36     09/27         13,502.75
09/14         18,891.92     09/20         13,880.65
09/16         18,277.36     09/22         13,617.43
```



| Check | Details |
|---|---|
| Chk No. 1096 | Amt $4.15 Paid 09/02/10 — PG&E, Four and 15/100 |
| Chk No. 1097 | Amt $1,160.00 Paid 09/03/10 — Laura Chang, One thousand one hundred sixty and 00/100 |
| Chk No. 1099 | Amt $75.00 Paid 09/02/10 — David Goldfarb, Seventy-five and 00/100 |
| Chk No. 1101 | Amt $755.01 Paid 09/08/10 — City of Berkeley (Finance/Revenue Collect), Seven hundred fifty-five and 01/100 |
| Chk No. 1106 | Amt $3,000.00 Paid 09/07/10 — Mark Kesel, Three thousand and 00/100 |
| Chk No. 1107 | Amt $171.69 Paid 09/14/10 — David Goldfarb, One hundred seventy-one and 69/100 |
| Chk No. 1108 | Amt $85.00 Paid 09/14/10 — City of Berkeley (Finance Dep/Treasury Unit), Eighty-five and 00/100 |
| Chk No. 1109 | Amt $614.56 Paid 09/16/10 — David Goldfarb, Six hundred fourteen and 56/100 |
| Chk No. 1110 | Amt $191.58 Paid 09/22/10 — PG&E, One hundred ninety-one and 58/100 |
| Chk No. 1111 | Amt $396.71 Paid 09/20/10 — Informetric System, Three hundred ninety-six and 71/100 |

**For Your Protection:** Please examine this statement and report any discrepancy within 30 days.

Case: 10-41653   Doc# 63   Filed: 10/14/10   Entered: 10/14/10 10:18:07   Page 16 of 17

**Check No. 1113** — NEOVISION, LLC, 1025 Solano Ave, Albany, CA 94706
Date: 09/16/2010
Pay to: PG&E — $71.64
Seventy-one and 64/100 Dollars
Mechanics Bank
Chk No. 1113  Amt  $71.64  Paid  09/22/10

**Check No. 1114** — NEOVISION, LLC, 1025 Solano Ave, Albany, CA 94706
Date: 09/16/2010
Pay to: Mark Kesel — $4,000.00
Four thousand and 00/100 Dollars
Mechanics Bank
Chk No. 1114  Amt  $4,000.00  Paid  09/17/10

**Check No. 1115** — NEOVISION, LLC, 1025 Solano Ave, Albany, CA 94706
Date: 09/23/2010
Pay to: AT&T Payment Center — $114.68
One hundred fourteen and 68/100 Dollars
Mechanics Bank
Chk No. 1115  Amt  $114.68  Paid  09/27/10