UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: Mark Kesel

Case No. 10-41653

**CHAPTER 11
MONTHLY OPERATING REPORT
(SMALL REAL ESTATE/INDIVIDUAL CASE)**

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: 10/31/10     PETITION DATE: 02/16/10

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in $1

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| 2. **Asset and Liability Structure** | | | |
| a. Current Assets | $41,191 | $39,311 | |
| b. Total Assets | $2,721,969 | $2,707,619 | $2,645,342 |
| c. Current Liabilities | $0 | $0 | |
| d. Total Liabilities | $4,078,920 | $4,078,920 | $4,083,006 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 3. **Statement of Cash Receipts & Disbursements for Month** | | | |
| a. Total Receipts | $25,025 | $24,041 | $198,780 |
| b. Total Disbursements | $23,144 | $24,217 | $191,310 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $1,881 | ($176) | $7,470 |
| d. Cash Balance Beginning of Month | $18,155 | $18,338 | $126,572 |
| e. Cash Balance End of Month (c + d) | $20,035 | $18,155 | $134,042 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. Profit/(Loss) from the Statement of Operations | N/A | N/A | N/A |
| 5. Account Receivables (Pre and Post Petition) | $0 | | |
| 6. Post-Petition Liabilities | $0 | | |
| 7. Past Due Post-Petition Account Payables (over 30 days) | $0 | | |

At the end of this reporting month:                                   Yes     No

8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) — X
9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) — X
10. If the answer is yes to 8 or 9, were all such payments approved by the court? — X
11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) — X
12. Is the estate insured for replacement cost of assets and for general liability? X
13. Are a plan and disclosure statement on file? — X
14. Was there any post-petition borrowing during this reporting period? — X

15. Check if paid: Post-petition taxes  X ;    U.S. Trustee Quarterly Fees  X ;  Check if filing is current for: Post-petition tax reporting and tax returns:  X .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 11 · 11 · 10

Responsible Individual

Revised 1/1/98

Revised 1/1/98

Case: 10-41653    Doc# 64    Filed: 11/12/10    Entered: 11/12/10 12:19:03    Page 1 of 15

# BALANCE SHEET
(Small Real Estate/Individual Case)
For the Month Ended 10/31/10

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | | $20,035 |
| 2 | Accounts receivable (net) | | |
| 3 | Retainer(s) paid to professionals | | |
| 4 | Other: Retainer to Bankruptcy Attorney | | $21,156 |
| 5 | | | |
| 6 | **Total Current Assets** | | $41,191 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | | $859,000 |
| 8 | Real property (rental or commercial) | | $1,500,000 |
| 9 | Furniture, Fixtures, and Equipment | X | $5,225 |
| 10 | Vehicles | X | $4,000 |
| 11 | Partnership interests | | |
| 12 | Interest in corportations | | |
| 13 | Stocks and bonds | | |
| 14 | Interests in IRA, Keogh, other retirement plans | | $6,756 |
| 15 | Other: | X | $304,397 |
| 16 | Personal items | X | $1,400 |
| 17 | **Total Long Term Assets** | | $2,680,778 |
| 18 | **Total Assets** | | $2,721,969 |
| | **Liabilities** | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | |
| 21 | Post-petition delinquent taxes | | |
| 22 | Accrued professional fees | | |
| 23 | Other: | | |
| 24 | | | |
| 25 | **Total Current Liabilities** | | $0 |
| 26 | **Long-Term Post Petition Debt** | | |
| 27 | **Total Post-Petition Liabilities** | | $0 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | $889,373 |
| 29 | Secured claims (other) | | $1,556,810 |
| 30 | Priority unsecured claims | | $0 |
| 31 | General unsecured claims | | $1,632,737 |
| 32 | **Total Pre-Petition Liabilities** | | $4,078,920 |
| 33 | **Total Liabilities** | | $4,078,920 |
| | **Equity (Deficit)** | | |
| 34 | **Total Equity (Deficit)** | | ($1,356,951) |
| 35 | **Total Liabilities and Equity (Deficit)** | | $2,721,969 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals, familiarity with comparable market prices, etc.) and the date the value was determined.

Case: 10-41653   Doc# 64   Filed: 11/12/10   Entered: 11/12/10 12:19:03   Page 2 of 15

# SCHEDULES TO THE BALANCE SHEET

## Schedule A
## Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

|   |   | **Property 1** | **Property 2** | **Property 3** |
|---|---|---|---|---|
| 1 | Description of Property | 1306 MLK Jr Way | | |
| 2 | Scheduled Gross Rents | $17,025 | | |
|   | Less: | | | |
| 3 | Vacancy Factor | | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | $16,317 | $0 | $0 |
| 7 | Scheduled Net Rents | $708 | $0 | $0 |
| 8 | Less: Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | $708 | $0 | $0 |

(2) To be completed by cash basis reporters only.

## Schedule B
## Recapitulation of Funds Held at End of Month

|   |   | **Account 1** | **Account 2** | **Account 3** |
|---|---|---|---|---|
| 10 | Bank | Wells Fargo Bank | Apt Building (MB) | Other |
| 11 | Account No. | 9526265245 | 41317556 | |
| 12 | Account Purpose | Personal | | |
| 13 | Balance, End of Month | $5,200 | $14,210 | $625 |
| 14 | Total Funds on Hand for all Accounts | $20,035 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
## Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended 10/31/10

*Apartment Building*

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | $16,857 | $133,610 |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Laundry Income | $168 | $1,082 |
| 8 | Pet Deposit | | $300 |
| 9 | Security Deposit | | $6,900 |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $17,025 | $141,892 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | $450 | $450 |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Interest Paid | $6,693 | $54,820 |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | $397 | $3,249 |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | $8,000 | $55,380 |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other (Education for daughter) | | $1,000 |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees (one time fee) | | $1,500 |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes (Business license) | | $4,919 |
| 31 | Other Cash Outflows: | | |
| 32 | Utilities | $411 | $4,829 |
| 33 | Repairs | $261 | $6,327 |
| 34 | Office Exp. | | $65 |
| 35 | Security deposit Returns | | $6,505 |
| 36 | Misc. | $105 | $265 |
| 37 | **Total Cash Disbursements:** | $16,317 | $129,310 |
| 38 | **Net Increase (Decrease) in Cash** | $707 | $2,127 |
| 39 | **Cash Balance, Beginning of Period** | $13,503 | |
| 40 | **Cash Balance, End of Period** | $14,210 | |

Revised 1/1/98

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
Increase/(Decrease) in Cash and Cash Equivalents
For the Month Ended   10/31/10

*Personel*

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Draws | $8,000 | $54,800 |
| 8 | Transfer from old accounts | | $1,695 |
| 9 | Gift and rebates & misc. | | $393 |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $8,000 | $56,888 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Interest Paid | $711 | $5,566 |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | $3,401 |
| 30 | Other Taxes (US Trustee) | | $1,300 |
| 31 | Other Cash Outflows: | | |
| 32 | Utilities | $169 | $2,323 |
| 33 | Mortgage Payment | $2,775 | $19,375 |
| 34 | Insurance | $1,692 | $4,662 |
| 35 | Child support | $750 | $4,850 |
| 36 | Household expenses | $731 | $10,852 |
| 37 | **Total Cash Disbursements:** | $6,827 | $60,355 |
| 38 | **Net Increase (Decrease) in Cash** | $1,173 | $1,173 |
| 39 | **Cash Balance, Beginning of Period** | $4,027 | $4,027 |
| 40 | **Cash Balance, End of Period** | $5,200 | $5,200 |

Revised 1/1/98

Case: 10-41653   Doc# 64   Filed: 11/12/10   Entered: 11/12/10 12:19:03   Page 5 of 15

# Mechanics Bank
*Commitment That Lasts Generations*

ACCOUNT: 41317556  10/29/2010
DOCUMENTS: 14

*Apartment Building Acct*

NEOVISION, LLC
1025 SOLANO AVE
ALBANY CA  94706

30-0
3
11

```
Transactions restricted by the Unlawful Internet Gambling Enforcement
Act of 2006 (UIGEA) are prohibited from being processed through this
commercial account. This prohibition is effective as of June 1, 2010.
```

## RELATIONSHIP BUSINESS CHECKING ACCOUNT 41317556

|  |  | LAST STATEMENT 09/30/10 | 13,502.75 |
|---|---|---|---|
| MINIMUM BALANCE | 13,267.64 | 3 CREDITS | 17,024.31 |
| AVG AVAILABLE BALANCE | 16,694.80 | 12 DEBITS | 16,316.99 |
| AVERAGE BALANCE | 18,022.79 | THIS STATEMENT 10/29/10 | 14,210.07 |

OK

### DEPOSITS

| REF # | DATE | AMOUNT | REF # | DATE | AMOUNT | REF # | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 9976 | 10/14 | 167.59 | 9977 | 10/07 | 6,113.00 | 9978 | 10/01 | 10,743.72 |

### CHECKS

| CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1095* | 10/05 | 125.55 | 1118 | 10/04 | 55.00 | 1122 | 10/25 | 114.56 |
| 1100* | 10/08 | 50.00 | 1119 | 10/13 | 191.60 | 1123 | 10/28 | 450.00 |
| 1116 | 10/04 | 4,000.00 | 1120 | 10/12 | 396.70 | 1124 | 10/28 | 135.30 |
| 1117 | 10/05 | 105.00 | 1121 | 10/22 | 4,000.00 |  |  |  |

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

### OTHER DEBITS

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| COHEN RECEIPT MORTG-PMTS XXXXX0415:0 | 10/05 | 6,693.28 |

### DAILY BALANCE

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 10/01 | 24,246.47 | 10/08 | 19,330.64 | 10/22 | 14,909.93 |
| 10/04 | 20,191.47 | 10/12 | 18,933.94 | 10/25 | 14,795.37 |
| 10/05 | 13,267.64 | 10/13 | 18,742.34 | 10/28 | 14,210.07 |
| 10/07 | 19,380.64 | 10/14 | 18,909.93 |  |  |

SEE REVERSE FOR IMPORTANT INFORMATION-PLEASE RETAIN FOR YOUR RECORDS    MEMBER FDIC


Mechanics Bank
Commitment That Lasts Generations

| Chk No. | Payee | Date | Amount | Paid |
|---|---|---|---|---|
| 1095 | David Goldfarb | Sep 28, 2010 | $125.55 | 10/05/10 |
| 1100 | Berkeley Can Do Better | 10/07/2010 | $50.00 | 10/08/10 |
| 1116 | Mark Kesel | 10/01/2010 | $4,000.00 | 10/04/10 |
| 1117 | Electronic Sentry Systems | 10/01/2010 | $105.00 | 10/05/10 |
| 1118 | Department of Parking and Traffic | 10/01/10 | $55.00 | 10/04/10 |
| 1119 | PG & E | 10/07/2010 | $191.60 | 10/13/10 |
| 1120 | Informetric System | 10/07/2010 | $396.70 | 10/12/10 |
| 1121 | Mark Kesel | 10/14/2010 | $4,000.00 | 10/22/10 |
| 1122 | AT&T Payment Center | 10/21/2010 | $114.56 | 10/25/10 |
| 1123 | Susanna Avrutskaya | 10/21/2010 | $450.00 | 10/28/10 |

**For Your Protection:** Please examine this statement and report any discrepancy within 30 days.

NEOVISION, LLC
1035 SOLANO AVE
ALBANY, CA 94706

Check No. 1124
Date 10·27·10

Pay to the order of: David Golden, RB
$135.30
One hundred thirty five & 30/100 Dollars

Mechanics Bank

Chk No. 1124   Amt $135.30   Paid 10/28/10



# Bank of America

0702 P P
E0-2

CD 11/03 1  0000 539 12    977 031857 #@01 AV 0.335
MARK KESEL
1025 SOLANO AVE
ALBANY  CA  94706-1617

**Your Bank of America Prima Account Statement**

**Statement Period:**
September 28 through October 26, 2010

**Account Number:** 07028-01795

**At Your Service**
Call: 510.649.6600

**Written Inquiries**
Bank of America
Albany Branch
PO Box 37176
San Francisco, CA 94137-0176

Customer since 1994
Bank of America appreciates your business and we enjoy serving you.

Our free Online Banking service allows you to check balances, track account activity, pay bills and more. With Online Banking you can also view up to 18 months of this statement online and even turn off delivery of your paper statement. Enroll at www.bankofamerica.com.

## ☐ Summary of Your Prima Interest Checking Account

| | | | |
|---|---|---|---|
| Beginning Balance on 09/28/10 | $379.63 | Number of ATM withdrawals and transfers | 0 |
| Ending Balance | $379.63 | Number of purchase transactions | 0 |
| | OK. | Number of 24 Hour Customer Service Calls Self-Service | 0 |
| | | Assisted | 0 |

## ☐ Bank of America News

With our $0 Liability Guarantee, if fraud occurs on your debit or credit card, charges will be credited to your account as soon as the next day in most cases. To be covered, report fraudulent charges promptly. Don't share personal or account information. See account agreements for details. Visit www.bankofamerica.com/solutions for more information.

California

Page 1 of 2


Recycled Paper

Case: 10-41653   Doc# 64   Filed: 11/12/10   Entered: 11/12/10 12:19:03   Page 9 of 15



# Bank of America

0702 P P
E0-2

CD 11/08 1  0000 612 12    601 025198 #801 AV 0.335

MARK KESEL
1025 SOLANO AVE
ALBANY   CA   94706-1617

H

## Your Bank of America Prima Account Statement

**Statement Period:**
October 1 through October 29, 2010

**Account Number:** 07021-61806

**At Your Service**
Call: 510.649.6600

**Written Inquiries**
Bank of America
Albany Branch
PO Box 37176
San Francisco, CA 94137-0176

Customer since 1994
Bank of America appreciates your business and we enjoy serving you.

---

Our free Online Banking service allows you to check balances, track account activity, pay bills and more. With Online Banking you can also view up to 18 months of this statement online and even turn off delivery of your paper statement. Enroll at www.bankofamerica.com.

## ☐ Summary of Your Prima Interest Checking Account

| | | | |
|---|---|---|---|
| Beginning Balance on 10/01/10 | $61.61 | Number of ATM withdrawals and transfers | 0 |
| Ending Balance | $61.61 | Number of purchase transactions | 0 |
| | *OK.* | Number of 24 Hour Customer Service Calls Self-Service / Assisted | 0 / 0 |

## ☐ Bank of America News

With our $0 Liability Guarantee, if fraud occurs on your debit or credit card, charges will be credited to your account as soon as the next day in most cases. To be covered, report fraudulent charges promptly. Don't share personal or account information. See account agreements for details. Visit www.bankofamerica.com/solutions for more information.

California

Page 1 of 2


Recycled Paper

Case: 10-41653   Doc# 64   Filed: 11/12/10   Entered: 11/12/10 12:19:03   Page 10 of 15



# PMA® Wells Fargo® PMA Package

If you have questions about this statement or your accounts:

Phone: **1-800-742-4932**, TTY: 1-800-600-4833
Spanish: 1-877-727-2932, TTY: 1-888-355-6052
Chinese: 1-800-288-2288

Online: wellsfargo.com

Write: Wells Fargo Bank, N.A.
P.O. Box 6995
Portland, OR 97228-6995

MARK KESEL
DEBTOR IN POSSESSION
CH 11 CASE# 10-41653 (NCA)
59 STRATFORD RD
KENSINGTON CA 94707-1241

## October 31, 2010

| | |
|---|---|
| Total assets: | $5,300.34 |
| Last month: | $4,127.27 |
| Change in $: | $1,173.07 |
| Change in %: | 28.42% |
| Total liabilities: | $198,749.80 |
| Last month: | $198,747.95 |
| Change in $: | $1.85 |
| Change in %: | 0.00% |
| *PMA* Qualifying Balance: | $204,050.14 |

### Contents

| | Page |
|---|---|
| Overview | 2 |
| PMA* Prime Checking Account | 4 |
| Savings | 6 |

(114)
946935

Case: 10-41653   Doc# 64   Filed: 11/12/10   Entered: 11/12/10 12:19:03   Page 11 of 15



# Overview of your PMA account

## Assets

| Account (Account Number) | Percent of total | Balance last month ($) | Balance this month ($) | Increase/ decrease ($) | Percent change |
|---|---|---|---|---|---|
| PMA® Prime Checking Account (9526265245) | 98% | 4,026.52 | 5,199.57 | 1,173.05 | 29.13% |
| Wells Fargo Money Market Savings℠ (2527627471) | 2% | 100.75 | 100.77 | 0.02 | 0.02% |
| | Total assets | $4,127.27 | $5,300.34 | $1,173.07 | 28.42% |

Total asset allocation (by account type)



Savings: 2%
Checking: 98%

## Liabilities

| Account (Account Number) | Percent of total | Outstanding balance last month ($) | Outstanding balance this month ($) | Increase/ decrease ($) | Percent change |
|---|---|---|---|---|---|
| Smartfit Home Equity LCA (8519200207-1998) | 100% | 198,747.95 | 198,749.80 | 1.85 | 0.00% |
| | Total liabilities | $198,747.95 | $198,749.80 | $1.85 | 0.00% |

Total liability allocation (by account type)



Lines of Credit: 100%

## Available credit

The information below may not be current. Be sure to verify the credit available on your accounts when accessing your credit lines.

| Account | Approved credit line | Credit used | Credit available |
|---|---|---|---|
| Smartfit Home Equity LCA (8519200207-1998) | 200,000.00 | 198,036.66 | 0.00 |
| Total available credit | $200,000.00 | $198,036.66 | $0.00 |

946936

Case: 10-41653   Doc# 64   Filed: 11/12/10   Entered: 11/12/10 12:19:03   Page 12 of 15


## OVERVIEW OF YOUR PMA ACCOUNT (CONTINUED)

## Interest, dividends and other income

The information below should not be used for tax planning purposes.

| Account | This month | This year |
|---|---|---|
| PMA* Prime Checking Account (9526265245) | 0.23 | 1.31 |
| Wells Fargo Money Market Savings℠ (2527827471) | 0.02 | 0.10 |
| **Total interest, dividends and other income** | **$0.25** | **$1.41** |

## Interest expense

| Account | This month | This year |
|---|---|---|
| Smartfit Home Equity LCA (6519200207-1998) | 711.29 | 6,993.46 |
| **Total interest expense** | **$711.29** | **$6,993.46** |

> Please see an important message on the last page of your statement that describes how Wells Fargo posts transactions to your account.

946937

Case: 10-41653    Doc# 64    Filed: 11/12/10    Entered: 11/12/10 12:19:03    Page 13 of 15


WELLS FARGO

# PMA® Prime Checking Account

### Activity summary
| | |
|---|---|
| Balance on 10/1 | 4,026.52 |
| Deposits/Additions | 8,000.23 |
| Withdrawals/Subtractions | -6,827.18 |
| Balance on 10/31 | $5,199.57 |

Account number: **9526265245**
**MARK KESEL**
**DEBTOR IN POSSESSION**
**CH 11 CASE#10-41653 (NCA)**

Wells Fargo Bank, N.A., California (Member FDIC)

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

### Overdraft protection
Your account is linked to the following for Overdraft Protection:
- Savings - 2527627471

### Interest you've earned
| | |
|---|---|
| Interest earned this month | $0.23 |
| Average collected balance this month | $3,443.78 |
| Annual percentage yield earned | 0.08% |
| Interest paid this year | $1.31 |

### Transaction history

| Date | Description | Check No. | Deposits/Additions | Withdrawals/Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| | Beginning balance on 10/1 | | | | 4,026.52 |
| 10/1 | Deposit | | 4,000.00 | | |
| 10/1 | Cardmember Serv Web Pymt 100930 462300856537783 Kesel,Mark | | | 139.28 | 7,887.24 |
| 10/4 | Bill Pay Equity On-Line Xxxxxxx2071998 On 10-04 | | | 711.29 | |
| 10/4 | Check | 3042 | | 55.42 | 7,120.53 |
| 10/5 | Bank of America Mortgage Oct 10 Xxxxx4921 Kesel M | | | 2,774.66 | |
| 10/5 | Allstate Ind CO Checkpaymt 101004 3039 0400000627500426001007 | ^3039 | | 1,006.82 | |
| 10/5 | Allstate Ins CO Checkpaymt 101004 3040 0400000027261523001007 | ^3040 | | 684.90 | |
| 10/5 | AT&T Telco West 000Payment 100410 03041 A51052479443482 10277 | ^3041 | | 72.81 | 2,581.34 |
| 10/13 | Check | 3045 | | 750.00 | 1,831.34 |
| 10/14 | Check | 3043 | | 100.00 | 1,731.34 |
| 10/18 | Check | 526265245 | | 100.00 | 1,631.34 |
| 10/21 | Deposit | | 4,000.00 | | |
| 10/21 | Cardmember Serv Web Pymt 101020 462300856537783 Kesel,Mark | | | 335.95 | 5,295.39 |
| 10/26 | Check | 3047 | | 96.05 | 5,199.34 |
| 10/29 | Interest Payment | | 0.23 | | 5,199.57 |
| | Ending balance on 10/31 | | | | 5,199.57 |
| | Totals | | $8,000.23 | $6,827.18 | |

*Key to symbols:* ^ *Converted check: Paper check converted to an electronic format by your payee or designated representative. Converted checks cannot be returned, copied, or imaged.*

### Summary of checks written (checks listed are also displayed in the preceding Transaction history section)

| Number | Date | $ Amount | Number | Date | $ Amount | Number | Date | $ Amount |
|---|---|---|---|---|---|---|---|---|
| 3039 | 10/5 | 1,006.82 | 3042 | 10/4 | 55.42 | 3047 * | 10/26 | 96.05 |
| 3040 | 10/5 | 684.90 | 3043 | 10/14 | 100.00 | 526265245 * | 10/18 | 100.00 |
| 3041 | 10/5 | 72.81 | 3045 * | 10/13 | 750.00 | | | |

*\* Gap in check sequence.*

946938

Case: 10-41653   Doc# 64   Filed: 11/12/10   Entered: 11/12/10 12:19:03   Page 14 of 15



# Wells Fargo Money Market Savings ℠

### Activity summary

| | |
|---|---:|
| Balance on 10/1 | 100.75 |
| Deposits/Additions | 0.02 |
| Withdrawals/Subtractions | -0.00 |
| **Balance on 10/31** | **$100.77** |

Account number: **2527627471**
MARK KESEL
DEBTOR IN POSSESSION
CH 11 CASE#10-41653 (NCA)

Wells Fargo Bank, N.A., California (Member FDIC)

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

### Interest you've earned

| | |
|---|---:|
| Interest earned this month | $0.02 |
| Average collected balance this month | $100.75 |
| Annual percentage yield earned | 0.23% |
| Interest paid this year | $0.10 |

### Transaction history

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---:|---:|---:|
| | Beginning balance on 10/1 | | | 100.75 |
| 10/29 | Interest Payment | 0.02 | | 100.77 |
| | Ending balance on 10/31 | | | 100.77 |
| **Totals** | | **$0.02** | **$0.00** | |

946940