UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: Mark Kesel

Case No. 10-41653

CHAPTER 11
MONTHLY OPERATING REPORT
(SMALL REAL ESTATE/INDIVIDUAL CASE)

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: 11/30/10    PETITION DATE: 02/16/10

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
Dollars reported in $1

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| 2. **Asset and Liability Structure** | | | |
| a. Current Assets | $40,509 | $411,912 | |
| b. Total Assets | $2,735,323 | $2,721,969 | $2,645,342 |
| c. Current Liabilities | $0 | $0 | |
| d. Total Liabilities | $4,078,920 | $4,078,920 | $4,083,006 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 3. **Statement of Cash Receipts & Disbursements for Month** | | | |
| a. Total Receipts | $26,072 | $25,025 | $224,852 |
| b. Total Disbursements | $26,754 | $23,144 | $218,064 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | ($682) | $1,881 | $6,788 |
| d. Cash Balance Beginning of Month | $20,035 | $18,155 | $146,607 |
| e. Cash Balance End of Month (c + d) | $19,353 | $20,035 | $153,395 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. Profit/(Loss) from the Statement of Operations | N/A | N/A | N/A |
| 5. Account Receivables (Pre and Post Petition) | $0 | | |
| 6. Post-Petition Liabilities | $0 | | |
| 7. Past Due Post-Petition Account Payables (over 30 days) | $0 | | |

At the end of this reporting month:    Yes    No

8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee)    X
9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee)    X
10. If the answer is yes to 8 or 9, were all such payments approved by the court?    X
11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee)    X
12. Is the estate insured for replacement cost of assets and for general liability?    X
13. Are a plan and disclosure statement on file?    X
14. Was there any post-petition borrowing during this reporting period?    X

15. Check if paid: Post-petition taxes __X__ ; U.S. Trustee Quarterly Fees __X__ ; Check if filing is current for: Post-petition tax reporting and tax returns: __X__.
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 12-15-10

Responsible Individual

Revised 1/1/98

Case: 10-41653    Doc# 65    Filed: 12/16/10    Entered: 12/16/10 11:18:50    Page 1 of 16

## BALANCE SHEET
(Small Real Estate/Individual Case)
For the Month Ended 11/30/10

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, etc.) | | $19,353 |
| 2 | Accounts receivable (net) | | |
| 3 | Retainer(s) paid to professionals | | |
| 4 | Other: Retainer to Bankruptcy Attorney | | $21,156 |
| 5 | | | |
| 6 | **Total Current Assets** | | $40,509 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | | $859,000 |
| 8 | Real property (rental or commercial) | | $1,500,000 |
| 9 | Furniture, Fixtures, and Equipment | X | $5,225 |
| 10 | Vehicles | X | $4,000 |
| 11 | Partnership interests | | |
| 12 | Interest in corportations | | |
| 13 | Stocks and bonds | | $7,863 |
| 14 | Interests in IRA, Keogh, other retirement plans | X | $317,326 |
| 15 | Other: | | |
| 16 | Personal items | X | $1,400 |
| 17 | **Total Long Term Assets** | | $2,694,814 |
| 18 | **Total Assets** | | $2,735,323 |
| | **Liabilities** | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | |
| 21 | Post-petition delinquent taxes | | |
| 22 | Accrued professional fees | | |
| 23 | Other: | | |
| 24 | | | |
| 25 | **Total Current Liabilities** | | $0 |
| 26 | **Long-Term Post Petition Debt** | | |
| 27 | **Total Post-Petition Liabilities** | | $0 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | $889,373 |
| 29 | Secured claims (other) | | $1,556,810 |
| 30 | Priority unsecured claims | | $0 |
| 31 | General unsecured claims | | $1,632,737 |
| 32 | **Total Pre-Petition Liabilities** | | $4,078,920 |
| 33 | **Total Liabilities** | | $4,078,920 |
| | **Equity (Deficit)** | | |
| 34 | **Total Equity (Deficit)** | | ($1,345,597) |
| 35 | **Total Liabilities and Equity (Deficit)** | | $2,733,323 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1/1/98

Case: 10-41653   Doc# 65   Filed: 12/16/10   Entered: 12/16/10 11:18:50   Page 2 of 16

# SCHEDULES TO THE BALANCE SHEET

## Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | Description of Property | 1306 MLK Jr Way | | |
| 2 | Scheduled Gross Rents | $16,928 | | |
| | Less: | | | |
| 3 | Vacancy Factor | | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | $16,796 | $0 | $0 |
| 7 | Scheduled Net Rents | $132 | $0 | $0 |
| 8 | Less: Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | $132 | $0 | $0 |

(2) To be completed by cash basis reporters only.

## Schedule B
### Recapitulation of Funds Held at End of Month

| | | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | Bank | Wells Fargo Bank | Apt Building (MB) | Other |
| 11 | Account No. | 9526265245 | 41317556 | |
| 12 | Account Purpose | Personal | | |
| 13 | Balance, End of Month | $4,386 | $14,342 | $625 |
| 14 | Total Funds on Hand for all Accounts | $19,353 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

Case: 10-41653    Doc# 65    Filed: 12/16/10    Entered: 12/16/10 11:18:50    Page 3 of 16

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
## Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended 11/30/10

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Draws | $8,000 | $62,800 |
| 8 | Transfer from old accounts | | $1,695 |
| 9 | Rebates | $1,144 | $1,537 |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $9,144 | $66,032 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Interest Paid | $715 | $6,281 |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | $3,539 | $6,940 |
| 30 | Other Taxes (US Trustee) | $650 | $1,950 |
| 31 | Other Cash Outflows: | | |
| 32 | Utilities | $184 | $2,507 |
| 33 | Mortgage Payment | $2,775 | $22,150 |
| 34 | Insurance | $540 | $5,202 |
| 35 | Child support | $750 | $5,600 |
| 36 | Household expenses | $806 | $11,658 |
| 37 | **Total Cash Disbursements:** | $9,958 | $72,013 |
| 38 | **Net Increase (Decrease) in Cash** | ($814) | ($814) |
| 39 | **Cash Balance, Beginning of Period** | $5,200 | $5,200 |
| 40 | **Cash Balance, End of Period** | $4,386 | $4,386 |

Revised 1/1/98

Case: 10-41653    Doc# 65    Filed: 12/16/10    Entered: 12/16/10 11:18:50    Page 4 of 16

Apartment Building

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
Increase/(Decrease) in Cash and Cash Equivalents
For the Month Ended   11/30/10

|     |                                                      | Actual Current Month | Cumulative (Case to Date) |
|-----|------------------------------------------------------|----------------------|---------------------------|
|     | **Cash Receipts**                                    |                      |                           |
| 1   | Rent/Leases Collected                                | $16,844              | $150,454                  |
| 2   | Cash Received from Sales                             |                      |                           |
| 3   | Interest Received                                    |                      |                           |
| 4   | Borrowings                                           |                      |                           |
| 5   | Funds from Shareholders, Partners, or Other Insiders |                      |                           |
| 6   | Capital Contributions                                |                      |                           |
| 7   | Laundry Income                                       | $84                  | $1,166                    |
| 8   | Pet Deposit                                          |                      | $300                      |
| 9   | Security Deposit                                     |                      | $6,900                    |
| 10  |                                                      |                      |                           |
| 11  |                                                      |                      |                           |
| 12  | **Total Cash Receipts**                              | $16,928              | $141,892                  |
|     | **Cash Disbursements**                               |                      |                           |
| 13  | Selling                                              |                      |                           |
| 14  | Administrative                                       |                      | $450                      |
| 15  | Capital Expenditures                                 |                      |                           |
| 16  | Principal Payments on Debt                           |                      |                           |
| 17  | Interest Paid                                        | $6,693               | $61,513                   |
|     | Rent/Lease:                                          |                      |                           |
| 18  | Personal Property                                    |                      |                           |
| 19  | Real Property                                        | $396                 | $3,645                    |
|     | Amount Paid to Owner(s)/Officer(s)                   |                      |                           |
| 20  | Salaries                                             |                      |                           |
| 21  | Draws                                                | $8,000               | $63,380                   |
| 22  | Commissions/Royalties                                |                      |                           |
| 23  | Expense Reimbursements                               |                      |                           |
| 24  | Other (Education for daughter)                       |                      | $1,000                    |
| 25  | Salaries/Commissions (less employee withholding)     |                      |                           |
| 26  | Management Fees (one time fee)                       |                      | $1,500                    |
|     | Taxes:                                               |                      |                           |
| 27  | Employee Withholding                                 |                      |                           |
| 28  | Employer Payroll Taxes                               |                      |                           |
| 29  | Real Property Taxes                                  |                      |                           |
| 30  | Other Taxes (Business license)                       | $312                 | $5,231                    |
| 31  | Other Cash Outflows:                                 |                      |                           |
| 32  | Utilities                                            | $1,262               | $6,091                    |
| 33  | Repairs                                              | $85                  | $6,412                    |
| 34  | Office Exp.                                          |                      | $65                       |
| 35  | Security deposit Returns                             |                      | $6,505                    |
| 36  | Misc.                                                | $48                  | $313                      |
| 37  | **Total Cash Disbursements:**                        | $16,796              | $146,106                  |
| 38  | **Net Increase (Decrease) in Cash**                  | $132                 | $2,259                    |
| 39  | **Cash Balance, Beginning of Period**                | $14,210              |                           |
| 40  | **Cash Balance, End of Period**                      | $14,342              |                           |

Revised 1/1/98

Case: 10-41653    Doc# 65    Filed: 12/16/10    Entered: 12/16/10 11:18:50    Page 5 of 16



# PMA® Wells Fargo® PMA Package

If you have questions about this statement or your accounts:

*Phone:* **1-800-742-4932**, *TTY:* 1-800-600-4833
*Spanish:* 1-877-727-2932, *TTY:* 1-888-355-6052
*Chinese:* 1 800 288 2288

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A.
P.O. Box 6995
Portland, OR 97228-6995

MARK KESEL
DEBTOR IN POSSESSION
CH 11 CASE# 10-41653 (NCA)
59 STRATFORD RD
KENSINGTON CA 94707-1241

## November 30, 2010

| | |
|---|---:|
| **Total assets:** | **$4,486.33** |
| Last month: | $5,300.34 |
| Change in $: | $(814.01) |
| Change in %: | (15.36)% |
| **Total liabilities:** | **$198,724.95** |
| Last month: | $198,749.80 |
| Change in $: | $(24.85) |
| Change in %: | (0.01)% |
| *PMA* Qualifying Balance: | $203,211.28 |

### Contents

| | Page |
|---|---:|
| Overview | 2 |
| PMA® Prime Checking Account | 4 |
| Savings | 6 |

(114) I-2
919351



Case: 10-41653   Doc# 65   Filed: 12/16/10   Entered: 12/16/10 11:18:50   Page 6 of 16



# Overview of your PMA account

## Assets

| Account (Account Number) | Percent of total | Balance last month ($) | Balance this month ($) | Increase/ decrease ($) | Percent change |
|---|---|---|---|---|---|
| PMA® Prime Checking Account (9526265245) | 98% | 5,199.57 | 4,385.55 | (814.02) | (15.66)% |
| Wells Fargo Money Market Savings℠ (2527627471) | 2% | 100.77 | 100.78 | 0.01 | 0.01% |
| | Total assets | $5,300.34 | $4,486.33 | ($814.01) | (15.36)% |

Total asset allocation (by account type)



## Liabilities

| Account (Account Number) | Percent of total | Outstanding balance last month ($) | Outstanding balance this month ($) | Increase/ decrease ($) | Percent change |
|---|---|---|---|---|---|
| Smartfit Home Equity LCA (6519200207-1998) | 100% | 198,749.80 | 198,724.95 | (24.85) | (0.01)% |
| | Total liabilities | $198,749.80 | $198,724.95 | ($24.85) | (0.01)% |

Total liability allocation (by account type)



## Available credit

The information below may not be current. Be sure to verify the credit available on your accounts when accessing your credit lines.

| Account | Approved credit line | Credit used | Credit available |
|---|---|---|---|
| Smartfit Home Equity LCA (6519200207-1998) | 200,000.00 | 198,036.65 | 0.00 |
| Total available credit | $200,000.00 | $198,036.65 | $0.00 |

940959

Case: 10-41653    Doc# 65    Filed: 12/16/10    Entered: 12/16/10 11:18:50    Page 7 of 16



## OVERVIEW OF YOUR PMA ACCOUNT (CONTINUED)

### Interest, dividends and other income

*The information below should not be used for tax planning purposes.*

| Account | This month | This year |
|---|---|---|
| PMA- Prime Checking Account (9526265245) | 0.22 | 1.53 |
| Wells Fargo Money Market Savings℠ (2327627471) | 0.01 | 0.11 |
| **Total interest, dividends and other income** | **$0.23** | **$1.64** |

### Interest expense

| Account | This month | This year |
|---|---|---|
| Smartfit Home Equity LCA (6519200307-1998) | 715.00 | 7,708.46 |
| **Total interest expense** | **$715.00** | **$7,708.46** |

---

Upcoming changes to your Wells Fargo PMA Package and Brokerage Account Benefits

On January 1, 2011, Wells Fargo Investments, LLC brokerage accounts will be transferred to our affiliated broker-dealer, Wells Fargo Advisors, LLC. The following is a summary of changes to the PMA Package Brokerage Account Benefits described in the Wells Fargo Consumer Account Fee and Information Schedule:
All references to Wells Fargo Investments, LLC are replaced with Wells Fargo Advisors, LLC. Financial Consultants are now called Financial Advisors. WellsTrade and Full Service Brokerage Account Maintenance Fees and IRA Custodial Fees are now described as Annual Account Fees. Annual Account Fees also includes any other annual fees described in your Wells Fargo Advisors Brokerage Account fee schedule.

WellsTrade Brokerage Accounts
WellsTrade accounts linked to a PMA Package: 100 commission-free online trades per year ($8.95 per trade thereafter, starting on January 18, 2011). Annual Account Fees will be waived for WellsTrade accounts linked to a PMA Package as of June 30 of each year.

Full Service Brokerage Accounts
For qualifying brokerage accounts linked to a PMA Package on or after January 1, 2011, Annual Account Fees will be waived with a PMA qualifying balance of $250,000 or more as of June 30 of each year. (Certain brokerage accounts are not eligible for this fee waiver.)

For brokerage accounts linked to a PMA Package prior to January 1, 2011, Annual Account Fees are waived for non-IRA brokerage accounts that remain linked to a PMA Package as of June 30 of each year, with no qualifying PMA balance ($100,000 or more qualifying PMA balance required for Brokerage IRAs, excluding Education Savings Accounts).

Certain brokerage accounts are not eligible to be linked to a PMA Package and their balances will not count toward the qualifying PMA relationship and they will not receive PMA benefits. Please contact your Financial Advisor or Investment Professional to see if your brokerage account can be linked to your Wells Fargo PMA Package.

INVESTMENT PRODUCTS:
-ARE NOT INSURED BY THE FDIC OR ANY OTHER FEDERAL GOVERNMENT AGENCY
-ARE NOT DEPOSITS OF OR GUARANTEED BY THE BANK OR ANY BANK AFFILIATE
-MAY LOSE VALUE

Investment products and services, including WellsTrade accounts are offered through Wells Fargo Investments, LLC (member SIPC), a registered broker dealer and non-bank affiliate of Wells Fargo & Company.


WELLS FARGO

# PMA® Prime Checking Account

### Activity summary

| | |
|---|---|
| Balance on 11/1 | 5,199.57 |
| Deposits/Additions | 9,143.72 |
| Withdrawals/Subtractions | -9,957.74 |
| Balance on 11/30 | $4,385.55 |

Account number: **9526265245**
**MARK KESEL**
**DEBTOR IN POSSESSION**
**CH 11 CASE# 10-41653 (NCA)**

Wells Fargo Bank, N.A., California (Member FDIC)

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

### Overdraft protection

Your account is linked to the following for Overdraft Protection:
- Savings - 2527627471

### Interest you've earned

| | |
|---|---|
| Interest earned this month | $0.22 |
| Average collected balance this month | $4,205.01 |
| Annual percentage yield earned | 0.06% |
| Interest paid this year | $1.53 |

### Transaction history

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| | Beginning balance on 11/1 | | | | 5,199.57 |
| 11/2 | Bill Pay Equity On-Line Xxxxxxx2071998 On 11-02 | | | 715.00 | |
| 11/2 | Cardmember Serv Web Pymt 101030 462300856537783 Kesel,Mark | | | 150.28 | |
| 11/2 | AT&T Telco West 000Payment 110110 03049 A51052479443482 10305 | ^3049 | | 69.06 | 4,265.23 |
| 11/3 | Deposit | | 4,000.00 | | 8,265.23 |
| 11/5 | Bank of America Mortgage Nov 10 Xxxxx4921 Kesel M | | | 2,774.66 | |
| 11/5 | Check | 3051 | | 55.42 | 5,435.15 |
| 11/8 | Check | 3050 | | 750.00 | 4,685.15 |
| 11/12 | Check | 3053 | | 114.80 | 4,570.35 |
| 11/15 | Check | 3054 | | 650.00 | |
| 11/15 | Check | 3052 | | 540.00 | 3,380.35 |
| 11/16 | Cardmember Serv Elect Pymt 101113 462300856537783 Kesel,Mark | | | 600.00 | 2,780.35 |
| 11/23 | Deposit | | 1,143.50 | | 3,923.85 |
| 11/24 | Deposit | | 4,000.00 | | 7,923.85 |
| 11/26 | Check | 3048 | | 3,538.52 | 4,385.33 |
| 11/30 | Interest Payment | | 0.22 | | 4,385.55 |
| | Ending balance on 11/30 | | | | 4,385.55 |
| | Totals | | $9,143.72 | $9,957.74 | |

*Key to symbols:* ^ *Converted check: Paper check converted to an electronic format by your payee or designated representative. Converted checks cannot be returned, copied or imaged*

### Summary of checks written (checks listed are also displayed in the preceding Transaction history section)

| Number | Date | $ Amount | Number | Date | $ Amount | Number | Date | $ Amount |
|---|---|---|---|---|---|---|---|---|
| 3048 | 11/26 | 3,538.52 | 3051 | 11/5 | 55.42 | 3053 | 11/12 | 114.80 |
| 3049 | 11/2 | 69.06 | 3052 | 11/15 | 540.00 | 3054 | 11/15 | 650.00 |
| 3050 | 11/8 | 750.00 | | | | | | |

940951

Case: 10-41653   Doc# 65   Filed: 12/16/10   Entered: 12/16/10 11:18:50   Page 9 of 16



# Bank of America

0702 P P
E0-2

CD 11/03 1  0000 539 12   977 031857 #001 AV 0.335
MARK KESEL
1025 SOLANO AVE
ALBANY  CA  94706-1617

## Your Bank of America Prima Account Statement

**Statement Period:**
September 28 through October 26, 2010

**Account Number:** 07028-01795

**At Your Service**
Call: 510.649.6600

**Written Inquiries**
Bank of America
Albany Branch
PO Box 37176
San Francisco, CA 94137-0178

Customer since 1994
Bank of America appreciates your business and we enjoy serving you.

Our free Online Banking service allows you to check balances, track account activity, pay bills and more. With Online Banking you can also view up to 18 months of this statement online and even turn off delivery of your paper statement. Enroll at www.bankofamerica.com.

## ☐ Summary of Your Prima Interest Checking Account

| | | | |
|---|---|---|---|
| Beginning Balance on 09/28/10 | $379.63 | Number of ATM withdrawals and transfers | 0 |
| Ending Balance | $379.63 | Number of purchase transactions | 0 |
| | OK. | Number of 24 Hour Customer Service Calls Self-Service Assisted | 0 0 |

## ☐ Bank of America News

With our $0 Liability Guarantee, if fraud occurs on your debit or credit card, charges will be credited to your account as soon as the next day in most cases. To be covered, report fraudulent charges promptly. Don't share personal or account information. See account agreements for details. Visit www.bankofamerica.com/solutions for more information.

California



Case: 10-41653   Doc# 65   Filed: 12/16/10   Entered: 12/16/10 11:18:50   Page 10 of 16



# Bank of America

0702 P P
E0-2

CD 12/07 1  0000 790 3    690 026433 #801 AV 0.335
MARK KESEL
1025 SOLANO AVE
ALBANY   CA   94706-1617

## Your Bank of America Prima Account Statement

**Statement Period:**
October 30 through November 30, 2010

**Account Number:** 07021-61806

**At Your Service**
Call: 510.849.6600

**Written Inquiries**
Bank of America
Albany Branch
PO Box 37176
San Francisco, CA 94137-0176

Customer since 1994
Bank of America appreciates your business and we enjoy serving you.

Our Online Banking service allows you to check balances, track account activity and more. With Online Banking you can also view up to 18 months of this statement online and even turn off delivery of your paper statement. Enroll at www.bankofamerica.com.

## ☐ Summary of Your Prima Interest Checking Account

| | |
|---|---|
| Beginning Balance on 10/30/10 | $61.61 |
| Ending Balance | $61.61 |

| | |
|---|---|
| Number of ATM withdrawals and transfers | 0 |
| Number of purchase transactions | 0 |
| Number of 24 Hour Customer Service Calls  Self-Service | 0 |
| Assisted | 0 |
California



Case: 10-41653   Doc# 65   Filed: 12/16/10   Entered: 12/16/10 11:18:50   Page 11 of 16



# Wells Fargo Money Market Savings℠

**Activity summary**

| | |
|---|---|
| Balance on 11/1 | 100.77 |
| Deposits/Additions | 0.01 |
| Withdrawals/Subtractions | - 0.00 |
| Balance on 11/30 | $100.78 |

Account number: **2527627471**

**MARK KESEL**
**DEBTOR IN POSSESSION**
**CH 11 CASE# 10-41653 (NCA)**

Wells Fargo Bank, N.A., California (Member FDIC)

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

**Interest you've earned**

| | |
|---|---|
| Interest earned this month | $0.01 |
| Average collected balance this month | $100.77 |
| Annual percentage yield earned | 0.12% |
| Interest paid this year | $0.11 |

**Transaction history**

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|
| | Beginning balance on 11/1 | | | 100.77 |
| 11/30 | Interest Payment | 0.01 | | 100.78 |
| | Ending balance on 11/30 | | | 100.78 |
| Totals | | $0.01 | $0.00 | |

---

Track seasonal spending online

Get your seasonal spending, bills, budget, and savings under control with My Spending Report with Budget Watch, and other free online tools from Wells Fargo Online.

Save time, spend wisely and save more by using Account Alerts, My Spending Report with Budget Watch and My Savings Plan, and Mobile and Text Banking*. You can also download an App for your mobile device at wf.com (optimized for your mobile device).

Sign up or sign on today! Visit wellsfargo.com, wellsfargo.com/biz, or wf.com for more details.

*Your mobile carrier's text messaging and Web access charges may apply.

940983


# Mechanics Bank
*Commitment That Lasts Generations*

ACCOUNT: 41317556   11/30/2010
DOCUMENTS: 15

*Apartment account* (handwritten)

NEOVISION, LLC
1025 SOLANO AVE
ALBANY CA 94706

30-0
3
12

```
Transactions restricted by the Unlawful Internet Gambling Enforcement
Act of 2006 (UIGEA) are prohibited from being processed through this
commercial account. This prohibition is effective as of June 1, 2010.
```

## RELATIONSHIP BUSINESS CHECKING ACCOUNT 41317556

|  |  |  |  |
|---|---|---|---|
|  |  | LAST STATEMENT 10/29/10 | 14,210.07 |
| MINIMUM BALANCE | 14,210.07 | 4 CREDITS | 19,081.21 |
| AVG AVAILABLE BALANCE | 16,884.46 | 13 DEBITS | 18,949.08 |
| AVERAGE BALANCE | 17,413.47 | THIS STATEMENT 11/30/10 | 14,342.20 |

### DEPOSITS

| REF # | DATE | AMOUNT | REF # | DATE | AMOUNT | REF # | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
|  | 11/16 | 1,650.00 | 9974 | 11/08 | 1,600.00 | 9975 | 11/03 | 13,678.21 |

### OTHER CREDITS

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| COHEN GNRL DISB CASH DISB XXXXX0415 | 11/12 | 2,153.00 |

### CHECKS

| CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1125 | 11/03 | 51.46 | 1129 | 11/04 | 4,000.00 | 1133 | 11/19 | 114.35 |
| 1126 | 11/03 | 312.00 | 1130 | 11/17 | 100.85 | 1134 | 11/22 | 85.00 |
| 1127 | 11/08 | 47.90 | 1131 | 11/10 | 47.80 | 1135 | 11/29 | 754.79 |
| 1128 | 11/08 | 192.30 | 1132 | 11/23 | 396.35 | 1136 | 11/26 | 4,000.00 |

### OTHER DEBITS

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| COHEN RECEIPT MORTG-PMTS XXXXX0415:0 | 11/05 | 8,846.28 |

### DAILY BALANCE

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 11/03 | 27,524.82 | 11/04 | 23,524.82 | 11/05 | 14,678.54 |

*** CONTINUED ***

SEE REVERSE FOR IMPORTANT INFORMATION-PLEASE RETAIN FOR YOUR RECORDS    MEMBER FDIC

Case: 10-41653   Doc# 65   Filed: 12/16/10   Entered: 12/16/10 11:18:50   Page 13 of 16



NEOVISION, LLC

==================================================================
RELATIONSHIP BUSINESS CHECKING ACCOUNT 41317556
==================================================================

- - - - - - - DAILY BALANCE - - - - - - -

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 11/08 | 16,038.34 | 11/17 | 19,692.69 | 11/26 | 15,096.99 |
| 11/10 | 15,990.54 | 11/19 | 19,578.34 | 11/29 | 14,342.20 |
| 11/12 | 18,143.54 | 11/22 | 19,493.34 | | |
| 11/16 | 19,793.54 | 11/23 | 19,096.99 | | |


**Mechanics Bank**
Commitment That Lasts Generations

Chk No. 1125  Amt  $51.46  Paid  11/03/10

Chk No. 1126  Amt  $312.00  Paid  11/03/10

Chk No. 1127  Amt  $47.90  Paid  11/08/10

Chk No. 1128  Amt  $192.30  Paid  11/08/10

Chk No. 1129  Amt  $4,000.00  Paid  11/04/10

Chk No. 1130  Amt  $100.85  Paid  11/17/10

Chk No. 1131  Amt  $47.80  Paid  11/10/10

Chk No. 1132  Amt  $396.35  Paid  11/23/10

Chk No. 1133  Amt  $114.35  Paid  11/19/10

Chk No. 1134  Amt  $85.00  Paid  11/22/10

**For Your Protection:** Please examine this statement and report any discrepancy within **30 days**.

**Check 1135:**
NEOVISION, LLC
1025 SOLANO AVE
ALBANY, CA 94706
Date: 11/24/2010
Pay to: City of Berkeley
$754.79
Seven hundred fifty-four and 79/100
Mechanics Bank
Chk No. 1135  Amt $754.79  Paid 11/29/10

**Check 1136:**
NEOVISION, LLC
1025 SOLANO AVE
ALBANY, CA 94706
Date: 11/24/2010
Pay to: Mark Kesel
$4,000.00
Four thousand and 00/100
Mechanics Bank
Chk No. 1136  Amt $4,000.00  Paid 11/26/10