UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: Mark Kesel

Case No. 10-41653

**CHAPTER 11
MONTHLY OPERATING REPORT
(SMALL REAL ESTATE/INDIVIDUAL CASE)**

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: 12/31/10        PETITION DATE: 02/16/10

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor). Dollars reported in $1

2. **Asset and Liability Structure**

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| a. Current Assets | $42,888 | $40,509 | |
| b. Total Assets | $2,765,187 | $2,735,323 | $2,645,342 |
| c. Current Liabilities | $0 | $0 | |
| d. Total Liabilities | $4,078,920 | $4,078,920 | $4,083,006 |

3. **Statement of Cash Receipts & Disbursements for Month**

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| a. Total Receipts | $23,966 | $26,072 | $248,818 |
| b. Total Disbursements | $21,586 | $26,754 | $239,650 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $2,380 | ($682) | $9,168 |
| d. Cash Balance Beginning of Month | $19,353 | $20,035 | $165,960 |
| e. Cash Balance End of Month (c + d) | $21,732 | $19,353 | $175,127 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. Profit/(Loss) from the Statement of Operations | N/A | N/A | N/A |
| 5. Account Receivables (Pre and Post Petition) | $0 | | |
| 6. Post-Petition Liabilities | $0 | | |
| 7. Past Due Post-Petition Account Payables (over 30 days) | $0 | | |

At the end of this reporting month:

| | | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | X |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | X | |
| 13. | Are a plan and disclosure statement on file? | | X |
| 14. | Was there any post-petition borrowing during this reporting period? | | X |

15. Check if paid: Post-petition taxes __X__; U.S. Trustee Quarterly Fees __X__; Check if filing is current for: Post-petition tax reporting and tax returns: __X__.
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 1·12·2011

_Responsible Individual_ (signed)

Revised 1/1/98

Case: 10-41653   Doc# 66   Filed: 01/13/11   Entered: 01/13/11 16:51:23   Page 1 of 16

# BALANCE SHEET
## (Small Real Estate/Individual Case)
### For the Month Ended 12/31/10

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, etc.) | | $21,732 |
| 2 | Accounts receivable (net) | | |
| 3 | Retainer(s) paid to professionals | | |
| 4 | Other: Retainer to Bankruptcy Attorney | | $21,156 |
| 5 | | | |
| 6 | **Total Current Assets** | | $42,888 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | | $859,000 |
| 8 | Real property (rental or commercial) | | $1,500,000 |
| 9 | Furniture, Fixtures, and Equipment | X | $5,225 |
| 10 | Vehicles | X | $4,000 |
| 11 | Partnership interests | | |
| 12 | Interest in corportations | | |
| 13 | Stocks and bonds | | $8,568 |
| 14 | Interests in IRA, Keogh, other retirement plans | X | $344,106 |
| 15 | Other: | | |
| 16 | Personal items | X | $1,400 |
| 17 | **Total Long Term Assets** | | $2,722,299 |
| 18 | **Total Assets** | | $2,765,187 |
| | **Liabilities** | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | |
| 21 | Post-petition delinquent taxes | | |
| 22 | Accrued professional fees | | |
| 23 | Other: | | |
| 24 | | | |
| 25 | **Total Current Liabilities** | | $0 |
| 26 | **Long-Term Post Petition Debt** | | |
| 27 | **Total Post-Petition Liabilities** | | $0 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | $889,373 |
| 29 | Secured claims (other) | | $1,556,810 |
| 30 | Priority unsecured claims | | $0 |
| 31 | General unsecured claims | | $1,632,737 |
| 32 | **Total Pre-Petition Liabilities** | | $4,078,920 |
| 33 | **Total Liabilities** | | $4,078,920 |
| | **Equity (Deficit)** | | |
| 34 | **Total Equity (Deficit)** | | ($1,313,733) |
| 35 | **Total Liabilities and Equity (Deficit)** | | $2,765,187 |

NOTE: Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET

## Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | Description of Property | 1306 MLK Jr Way | | |
| 2 | Scheduled Gross Rents | $16,966 | | |
| | Less: | | | |
| 3 | Vacancy Factor | | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | $15,398 | $0 | $0 |
| 7 | Scheduled Net Rents | $1,568 | $0 | $0 |
| 8 | Less: Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | $1,568 | $0 | $0 |

(2) To be completed by cash basis reporters only.

## Schedule B
### Recapitulation of Funds Held at End of Month

| | | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | Bank | Wells Fargo Bank | Apt Building (MB) | Other |
| 11 | Account No. | 9526265245 | 41317556 | |
| 12 | Account Purpose | Personal | | |
| 13 | Balance, End of Month | $5,198 | $15,909 | $625 |
| 14 | Total Funds on Hand for all Accounts | $21,732 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
## Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended 12/31/10

*Personal*

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Draws | $7,000 | $69,800 |
| 8 | Transfer from old accounts | | $1,695 |
| 9 | Rebates | | $1,537 |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $7,000 | $73,032 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Interest Paid (for December 2010 and January 2011) | $1,430 | $7,711 |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | $6,940 |
| 30 | Other Taxes (US Trustee) | | $1,950 |
| 31 | Other Cash Outflows: | | |
| 32 | Utilities | $422 | $2,929 |
| 33 | Mortgage Payment | $2,775 | $22,150 |
| 34 | Insurance | | $5,202 |
| 35 | Child support | $750 | $5,600 |
| 36 | Household expenses | $812 | $12,470 |
| 37 | **Total Cash Disbursements:** | $6,188 | $78,202 |
| 38 | **Net Increase (Decrease) in Cash** | $812 | $812 |
| 39 | **Cash Balance, Beginning of Period** | $4,386 | $4,386 |
| 40 | **Cash Balance, End of Period** | $5,198 | $5,198 |

Revised 1/1/98

Case: 10-41653    Doc# 66    Filed: 01/13/11    Entered: 01/13/11 16:51:23    Page 4 of 16

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
## Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended 12/31/10

*Apartment Building*

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | $16,857 | $167,311 |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Laundry Income | $109 | $1,275 |
| 8 | Pet Deposit | | $300 |
| 9 | Security Deposit | | $6,900 |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $16,966 | $175,786 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | $450 |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Interest Paid | $6,693 | $68,206 |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | $416 | $4,061 |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | $7,000 | $70,380 |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other (Education for daughter) | | $1,000 |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees (one time fee) | | $1,500 |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes (Business license) | | $5,231 |
| 31 | Other Cash Outflows: | | |
| 32 | Utilities | $317 | $6,408 |
| 33 | Repairs | $931 | $7,349 |
| 34 | Office Exp. | | $65 |
| 35 | Security deposit Returns | | $6,505 |
| 36 | Misc. | $42 | $355 |
| 37 | **Total Cash Disbursements:** | $15,398 | $171,510 |
| 38 | Net Increase (Decrease) in Cash | $1,568 | $3,827 |
| 39 | Cash Balance, Beginning of Period | $14,342 | |
| 40 | Cash Balance, End of Period | $15,909 | |

Revised 1/1/98

Case: 10-41653   Doc# 66   Filed: 01/13/11   Entered: 01/13/11 16:51:23   Page 5 of 16

# Mechanics Bank
**Commitment That Lasts Generations**

ACCOUNT: 41317556 12/31/2010
DOCUMENTS: 12

*Apartment account*

NEOVISION, LLC
1025 SOLANO AVE
ALBANY CA 94706

30-0
3
9

Transactions restricted by the Unlawful Internet Gambling Enforcement Act of 2006 (UIGEA) are prohibited from being processed through this commercial account. This prohibition is effective as of June 1, 2010.

## RELATIONSHIP BUSINESS CHECKING ACCOUNT 41317556

|  |  |  |  |
|---|---|---|---|
| MINIMUM BALANCE | 14,342.20 | LAST STATEMENT 11/30/10 | 14,342.20 |
| AVG AVAILABLE BALANCE | 17,726.66 | 3 CREDITS | 16,965.43 |
| AVERAGE BALANCE | 19,258.24 | 11 DEBITS | 15,398.21 |
|  |  | THIS STATEMENT 12/31/10 | 15,909.42 |

### DEPOSITS

| REF # | DATE | AMOUNT | REF # | DATE | AMOUNT | REF # | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
|  | 12/03 | 15,256.72 |  | 12/08 | 1,600.00 |  | 12/16 | 108.71 |

### CHECKS

| CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1137 | 12/06 | 4,000.00 | 1140 | 12/09 | 651.08 | 1143 | 12/21 | 12.09 |
| 1138 | 12/07 | 37.39 | 1141 | 12/21 | 415.94 | 1144 | 12/23 | 279.45 |
| 1139 | 12/13 | 153.12 | 1142 | 12/20 | 114.36 | 1145 | 12/24 | 3,000.00 |

### OTHER DEBITS

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| COHEN RECEIPT MORTG-PMTS XXXXX0415-0 | 12/06 | 6,693.28 |
| DELUXE CHECK CHECK/ACC. | 12/14 | 41.50 |

### DAILY BALANCE

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 12/03 | 29,598.92 | 12/09 | 19,817.17 | 12/20 | 19,616.90 |
| 12/06 | 18,905.64 | 12/13 | 19,664.05 | 12/21 | 19,188.87 |
| 12/07 | 18,868.25 | 12/14 | 19,622.55 | 12/23 | 18,909.42 |
| 12/08 | 20,468.25 | 12/16 | 19,731.26 | 12/24 | 15,909.42 |

SEE REVERSE FOR IMPORTANT INFORMATION-PLEASE RETAIN FOR YOUR RECORDS
MEMBER FDIC

Case: 10-41653   Doc# 66   Filed: 01/13/11   Entered: 01/13/11 16:51:23   Page 6 of 16


Mechanics Bank — Commitment That Lasts Generations

| Chk No. | Pay To | Amount | Date | Paid |
|---|---|---|---|---|
| 1137 | Mark Kesel | $4,000.00 | 12/03/2010 | 12/06/10 |
| 1138 | EBMUD | $37.39 | 12/03/2010 | 12/07/10 |
| 1139 | PG&E | $153.12 | 12/08/2010 | 12/13/10 |
| 1140 | David Goldfarb | $651.08 | 12/08/2010 | 12/09/10 |
| 1141 | Informetrix System | $415.94 | 12/08/2010 | 12/21/10 |
| 1142 | AT&T Payment Center | $114.36 | 12/16/2010 | 12/20/10 |
| 1143 | PG&E | $12.09 | 12/16/2010 | 12/21/10 |
| 1144 | David Goldfarb | $279.45 | 12-22-10 | 12/23/10 |
| 1145 | Mark Kesel | $3,000.00 | 12/23/2010 | 12/24/10 |

**For Your Protection:** Please examine this statement and report any discrepancy within 30 days.

Case: 10-41653   Doc# 66   Filed: 01/13/11   Entered: 01/13/11 16:51:23   Page 7 of 16


WELLS FARGO

# PMA® Wells Fargo® PMA Package

If you have questions about this statement or your accounts:

Phone: **1-800-742-4932**, TTY: 1-800-600-4833
Spanish: 1-877-727-2932, TTY: 1-888-355-6052
Chinese: 1-800-288-2288

Online: wellsfargo.com

Write: Wells Fargo Bank, N.A.
P.O. Box 6995
Portland, OR 97228-6995

*Personel account* (handwritten)

MARK KESEL
DEBTOR IN POSSESSION
CH 11 CASE# 10-41653 (NCA)
59 STRATFORD RD
KENSINGTON CA 94707-1241

## December 31, 2010

| | |
|---|---|
| **Total assets:** | **$5,298.36** |
| Last month: | $4,486.33 |
| Change in $: | $812.03 |
| Change in %: | 18.10% |
| **Total liabilities:** | **$198,007.46** |
| Last month: | $198,724.95 |
| Change in $: | $(717.49) |
| Change in %: | (0.36)% |
| *PMA* Qualifying Balance: | $203,305.82 |

### Contents

Overview ............................................. 2
PMA® Prime Checking Account ........................ 4
Savings ............................................. 6



# Overview of your PMA account

## Assets

| Account (Account Number) | Percent of total | Balance last month ($) | Balance this month ($) | Increase/ decrease ($) | Percent change |
|---|---|---|---|---|---|
| PMA® Prime Checking Account (9526265245) | 98% | 4,385.55 | 5,197.57 | 812.02 | 18.52% |
| Wells Fargo Money Market Savings℠ (2527627471) | 2% | 100.78 | 100.79 | 0.01 | 0.01% |
| Total assets | | $4,486.33 | $5,298.36 | $812.03 | 18.10% |

Total asset allocation (by account type)



Savings: 2%
Checking: 98%

## Liabilities

| Account (Account Number) | Percent of total | Outstanding balance last month ($) | Outstanding balance this month ($) | Increase/ decrease ($) | Percent change |
|---|---|---|---|---|---|
| Smartfit Home Equity LCA (6519200207-1998) | 100% | 198,724.95 | 198,007.46 | (717.49) | (0.36)% |
| Total liabilities | | $198,724.95 | $198,007.46 | ($717.49) | (0.36)% |

Total liability allocation (by account type)



Lines of Credit: 100%

## Available credit

The information below may not be current. Be sure to verify the credit available on your accounts when accessing your credit lines.

| Account | Approved credit line | Credit used | Credit available |
|---|---|---|---|
| Smartfit Home Equity LCA (6519200207-1998) | 200,000.00 | 197,293.46 | 0.00 |
| Total available credit | $200,000.00 | $197,293.46 | $0.00 |

Case: 10-41653   Doc# 66   Filed: 01/13/11   Entered: 01/13/11 16:51:23   Page 9 of 16



## OVERVIEW OF YOUR PMA ACCOUNT (CONTINUED)

# Interest, dividends and other income

The information below should not be used for tax planning purposes.

| Account | This month | This year |
|---|---|---|
| PMA® Prime Checking Account (9526265245) | 0.18 | 1.71 |
| Wells Fargo Money Market Savings℠ (2527627471) | 0.01 | 0.12 |
| **Total interest, dividends and other income** | **$0.19** | **$1.83** |

# Interest expense

| Account | This month | This year |
|---|---|---|
| Smartfit Home Equity LCA (6519200207-1998) | 686.80 | 8,395.26 |
| **Total interest expense** | **$686.80** | **$8,395.26** |



# PMA® Prime Checking Account

### Activity summary

| | |
|---|---:|
| Balance on 12/1 | 4,385.55 |
| Deposits/Additions | 7,000.18 |
| Withdrawals/Subtractions | -6,188.16 |
| **Balance on 12/31** | **$5,197.57** |

Account number: **9526265245**

**MARK KESEL**
**DEBTOR IN POSSESSION**
**CH 11 CASE# 10-41653 (NCA)**

Wells Fargo Bank, N.A., California (Member FDIC)

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

### Overdraft protection

Your account is linked to the following for Overdraft Protection:
- Savings - 2527627471

### Interest you've earned

| | |
|---|---:|
| Interest earned this month | $0.18 |
| Average collected balance this month | $4,277.04 |
| Annual percentage yield earned | 0.05% |
| Interest paid this year | $1.71 |

### Transaction history

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---:|---:|---:|
| | Beginning balance on 12/1 | | | | 4,385.55 |
| 12/1 | AT&T Telco West 000Payment 113010 03056 A51052479443482 10334 | ^3056 | | 73.65 | 4,311.90 |
| 12/2 | Check | 3055 | | 126.52 | 4,185.38 |
| 12/3 | Deposit | | 4,000.00 | | |
| 12/3 | Bill Pay Equity On-Line Xxxxxxx2071998 On 12-03 | | | 715.00 | 7,470.38 |
| 12/6 | Bank of America Mortgage Dec 10 Xxxxx4921 Kesel M | | | 2,774.66 | |
| 12/6 | Check | 3057 | | 55.42 | 4,640.30 |
| 12/7 | Check | 3058 | | 100.00 | 4,540.30 |
| 12/14 | Bill Pay Equity On-Line Xxxxxxx2071998 On 12-14 | | | 715.00 | 3,825.30 |
| 12/15 | Cardmember Serv Web Pymt 101214 462300856537783 Kesel,Mark | | | 178.19 | 3,647.11 |
| 12/20 | Check | 3059 | | 750.00 | 2,897.11 |
| 12/23 | Deposit | | 3,000.00 | | |
| 12/23 | Cardmember Serv Web Pymt 101222 462300856537783 Kesel,Mark | | | 246.62 | 5,650.49 |
| 12/28 | Check | 3060 | | 221.35 | 5,429.14 |
| 12/30 | Cardmember Serv Web Pymt 101229 462300856537783 Kesel,Mark | | | 231.75 | 5,197.39 |
| 12/31 | Interest Payment | | 0.18 | | 5,197.57 |
| | Ending balance on 12/31 | | | | 5,197.57 |
| **Totals** | | | **$7,000.18** | **$6,188.16** | |

Key to symbols: ^ *Converted check: Paper check converted to an electronic format by your payee or designated representative. Converted checks cannot be returned, copied or imaged.*

### Summary of checks written *(checks listed are also displayed in the preceding Transaction history section)*

| Number | Date | $ Amount | Number | Date | $ Amount | Number | Date | $ Amount |
|---|---|---:|---|---|---:|---|---|---:|
| 3055 | 12/2 | 126.52 | 3057 | 12/6 | 55.42 | 3059 | 12/20 | 750.00 |
| 3056 | 12/1 | 73.65 | 3058 | 12/7 | 100.00 | 3060 | 12/28 | 221.35 |



# Wells Fargo Money Market Savings℠

### Activity summary

| | |
|---|---:|
| Balance on 12/1 | 100.78 |
| Deposits/Additions | 0.01 |
| Withdrawals/Subtractions | -0.00 |
| Balance on 12/31 | $100.79 |

Account number: **2527627471**

MARK KESEL
DEBTOR IN POSSESSION
CH 11 CASE# 10-41653 (NCA)

Wells Fargo Bank, N.A., California (Member FDIC)

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

### Interest you've earned

| | |
|---|---:|
| Interest earned this month | $0.01 |
| Average collected balance this month | $100.78 |
| Annual percentage yield earned | 0.12% |
| Interest paid this year | $0.12 |

### Transaction history

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---:|---:|---:|
| | Beginning balance on 12/1 | | | 100.78 |
| 12/31 | Interest Payment | 0.01 | | 100.79 |
| | Ending balance on 12/31 | | | 100.79 |
| Totals | | $0.01 | $0.00 | |



# Bank of America

0702 P P
E0-2

CD 01/04 1  0000 933 14    753 031547 #@01 AV 0.335

MARK KESEL
1025 SOLANO AVE
ALBANY  CA  94706-1617

## Your Bank of America Prima Account Statement

**Statement Period:**
November 25 through December 28, 2010

**Account Number:** 07028-01795

**At Your Service**
Call: 510.649.6600

**Written Inquiries**
Bank of America
Albany Branch
PO Box 37176
San Francisco, CA 94137-0176

Customer since 1994
Bank of America appreciates your business and we enjoy serving you.

---

Our Online Banking service allows you to check balances, track account activity and more. **With Online Banking you can also view up to 18 months of this statement online and even turn off delivery of your paper statement.** Enroll at www.bankofamerica.com.

## ☐ Summary of Your Prima Interest Checking Account

| | | | |
|---|---|---|---|
| Beginning Balance on 11/25/10 | $379.63 | Number of ATM withdrawals and transfers | 0 |
| Ending Balance | $379.63 | Number of purchase transactions | 0 |
| | | Number of 24 Hour Customer Service Calls | |
| | | Self-Service | 0 |
| | | Assisted | 0 |

## ☐ FACTS - FDIC Insured Account Disclosure Information

New choices for Overdraft Protection. Now you can link your checking account to a checking or a Money Market Savings account for Overdraft Protection. Transfers are made for the amount required to cover the overdraft and the applicable transfer fee, which is $10.00 for each transfer (transfers occur once per day). If you haven't signed up or want to know about other Overdraft Protection options, call the number on your statement or visit your nearby banking center. U.S. Trust Clients: if you have questions about how these changes may impact your account, please call the number on your deposit statement.

California

 Recycled Paper

Case: 10-41653    Doc# 66    Filed: 01/13/11    Entered: 01/13/11 16:51:23    Page 13 of 16



Banking. Security. Service. Together.

**ThePartnership** Federal Credit Union

FDIC FCU · NSF FCU

P.O. Box 18539
Washington, D.C. 20036-8539
Toll Free: (800) 285-3286
www.ThePartnershipFCU.com

# Account Statement

| Member No. | Period Ending | Branch ID | Page |
|---|---|---|---|
| 11250005 | 12-31-10 | 1 | 1 of 1 |

P

| ACCOUNT BALANCES | | |
|---|---|---|
| 1 Regular Savings | $ | 82.52 |

MARK A KESEL
1025 SOLANO AVENUE
ALBANY CA 94706-1617

## "WOW - Our LOWEST vehicle loan rate EVER!"

Buy. Refinance. New. Used.
As low as 1.99% APR!
Apply now @ www.ThePartnershipFCU.com

## Increase your purchasing power and SAVE money now!

Transfer your credit card balances to our Platinum VISA at a SPECIAL LOW RATE of 6.9% APR today.

Important Note: As a result of a software upgrade to our core processing system, Totals Year-to-Date do not include interest and fees assessed for the entire year and should not be used in place of a 1098 for tax reporting purposes.

### Regular Savings ACCT #1 — 10-01-10 Thru 12-31-10

| Beginning Balance | Deposits | Withdrawals | Ending Balance | YTD Dividends |
|---|---|---|---|---|
| $82.46 | $0.06 | $0.00 | $82.52 | $0.31 |

| Transaction Effective Date | Date | Transaction Description | Deposit | Withdrawal | Balance |
|---|---|---|---|---|---|
| 10-01 | | Previous Balance | | | 82.46 |
| 10-31 | | DIVIDEND | 0.02 | | 82.48 |
| 11-30 | | DIVIDEND | 0.02 | | 82.50 |
| 12-31 | | DIVIDEND | 0.02 | | 82.52 |

ANNUAL PERCENTAGE YIELD EARNED FROM 10-01-10 THRU 10-31-10 WAS 0.29%.
ANNUAL PERCENTAGE YIELD EARNED FROM 11-01-10 THRU 11-30-10 WAS 0.30%.
ANNUAL PERCENTAGE YIELD EARNED FROM 12-01-10 THRU 12-31-10 WAS 0.29%.

### Share Sub-Account Summary

| Account | Description | Balance | Dividend |
|---|---|---|---|
| | Regular Savings | 82.52 | 0.31 |

### Loan Sub-Account Summary

| Account | Description | Balance |
|---|---|---|

### YTD Account Summaries

Deposit Account Totals
YTD Dividends: $ 10.33



# Bank of America

0702 P P
E0-2

H

## Your Bank of America Prima Account Statement

**Statement Period:**
December 1 through December 31, 2010

CD 01/07 1  0000 619 14   308 027092 #801 AV 0.335

MARK KESEL
1025 SOLANO AVE
ALBANY CA 94706-1617

**Account Number:** 07021-61806

**At Your Service**
Call: 510.649.6600

**Written Inquiries**
Bank of America
Albany Branch
PO Box 37176
San Francisco, CA 94137-0176

Customer since 1994
Bank of America appreciates your
business and we enjoy serving you.

Our Online Banking service allows you to check balances, track account activity and more. With Online Banking you can also view up to 18 months of this statement online and even turn off delivery of your paper statement. Enroll at www.bankofamerica.com.

## ☐ Summary of Your Prima Interest Checking Account

| | | | |
|---|---|---|---|
| Beginning Balance on 12/01/10 | $61.61 | Number of ATM withdrawals and transfers | 0 |
| Ending Balance | $61.61 | Number of purchase transactions | 0 |
| | | Number of 24 Hour Customer Service Calls Self-Service | 0 |
| | | Assisted | 0 |

## ☐ FACTS - FDIC Insured Account Disclosure Information

New choices for Overdraft Protection. Now you can link your checking account to a checking or a Money Market Savings account for Overdraft Protection. Transfers are made for the amount required to cover the overdraft and the applicable transfer fee, which is $10.00 for each transfer (transfers occur once per day). If you haven't signed up or want to know about other Overdraft Protection options, call the number on your statement or visit your nearby banking center. U.S. Trust Clients: if you have questions about how these changes may impact your account, please call the number on your deposit statement.

Case: 10-41653  Doc# 66  Filed: 01/13/11  Entered: 01/13/11 16:51:23  Page 15 of 16



# Dreyfus
A BNY Mellon Company

**ACCOUNT STATEMENT**
01/01/10 through 12/31/10

Page 1 of 2

**Dreyfus BASIC Money Market Fund**

MBSC Securities Corporation, Distributor

For questions about your account please call 1-800-645-6561 or go to www.Dreyfus.com to view your account on line.

MARK A KESEL
1025 SOLANO AVE
ALBANY CA 94706-1617

Dreyfus is pleased to present our 4th quarter client newsletter - "Letter from the Lion". To learn more, please read the enclosed newsletter.
Do you have a 401(k) or other retirement plan with a former employer? Consider a Dreyfus IRA rollover and benefit from Dreyfus' investment management expertise. For more information, call 1-800-Dreyfus to speak to a representative or visit www.dreyfus.com.
Ask how the Dreyfus Asset Allocation Funds can help you diversify in one simple step.
Investors should consider the investment objectives, risks, charges, tax features and expenses of the fund carefully before investing. Contact your financial advisor and obtain a prospectus that contains this and other information about the fund and read it carefully before investing.

| Personal account | as of 12/31/10 |
|---|---|
| **Total Market Value** | **$1,118.18** |

## Dreyfus BASIC Money Market Fund

* ‡ The 7 day simple annualized yield ending 12/31/10 was 0.00%.
* ‡ Without the expense absorption in effect, the 7-day would have been -0.36%.
* ‡ The 30 day simple annualized yield ending 12/31/10 was 0.00%.

* ‡ Please see reverse side for additional yield information

Account number: 0123-0790450100

| Trade date | Description | Dollar amount | Share price | Shares this transaction | Total shares owned |
|---|---|---|---|---|---|
| | Market Value as of 12/31/09 | $1,118.18 | $1.00 | | 1,118.180 |
| | **Market Value as of 12/31/10** | **$1,118.18** | **1.00** | | **1,118.180** |



Case: 10-41653   Doc# 66   Filed: 01/13/11   Entered: 01/13/11 16:51:23   Page 16 of 16