SETH GOLDMAN (SBN 223428)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Suite 3500
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
E-Mail: *Seth.Goldman@mto.com*

ROHIT K. SINGLA (SBN 213057)
VICTORIA L. BOESCH (SBN 228561)
SARALA V. NAGALA (SBN 258712)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
E-Mail: *Rohit.Singla@mto.com; Victoria.Boesch@mto.com; Sarala.Nagala@mto.com*

Attorneys for APPLIED MATERIALS, INC.

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| In re<br><br>MARK KESEL,<br><br>          Debtor. | Case No. 10-41653-RJN<br><br>CHAPTER 11<br><br>Hon. Randall J. Newsome<br><br>**SECOND STIPULATION TO EXTEND DEADLINE TO DETERMINE DISCHARGEABILITY**<br><br>[No hearing required] |

1         WHEREAS on April 19, 2010, the Court's Order on Stipulation to Extend Deadline to Determine Dischargeability was entered (Docket No. 41) (the "First Extension Order").

        WHEREAS the First Extension Order set a deadline of 45 days after the mandate issued in the appeal before the Federal Circuit Court in the matter of <u>Applied Materials, Inc. v. MultiMetrixs, LLC, Mark Kesel, Boris Kesil, and Elik Gershenzon</u> (the "Appeal") for Applied Materials, Inc. ("Applied") to file an adversary proceeding to determine the dischargeability of the debt that was subject to the Appeal (the "Debt").

        WHEREAS the Federal Circuit Court issued its mandate on the Appeal on January 18, 2011 and affirmed the judgment in favor of Applied, which set a March 4, 2011 deadline for Applied to file an action to determine the dischargeability of the Debt.

        WHEREAS the Debtor has engaged in settlement discussions with Applied and with the other judgment debtors that are liable for the Debt.

        WHEREAS the Debtor and Applied believe that further extending the March 4, 2011 deadline will facilitate continued settlement negotiations that may produce a resolution of the parties disputes and obviate the need to determine the dischargeability of the Debt.

        The undersigned parties, by and through their counsel have conferred, and subject to this Court's approval, have agreed and stipulated that the:

1.     The deadline for Applied Materials, Inc. to file a complaint to determine the dischargeability of the Debt is extended an additional 45 days to April 18, 2011.

2.     The deadline may be further extended by stipulation of the parties (without further Court order) or by Court order.

3.     All other rights of the parties are reserved.

Dated: February 18, 2011

Respectfully submitted,

MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Suite 3500
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
E-Mail: *Seth.Goldman@mto.com*

By: _____*/s/ Seth Goldman*_____
      SETH GOLDMAN

Attorneys for Applied Materials, Inc.

DIEMER, WHITMAN & CARDOSI, LLP
75 East Santa Clara Street, Suite 290
San Jose, California 95113
Telephone: (408) 971-6270
Facsimile: (408) 971-6271

By: _____/s/_*Judith L. Whitman*_____
      JUDITH L. WHITMAN

Attorneys for Mark Kesel