UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: Mark Kesel

Case No. 10-41653

**CHAPTER 11
MONTHLY OPERATING REPORT
(SMALL REAL ESTATE/INDIVIDUAL CASE)**

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: 02/28/11          PETITION DATE: 02/16/10

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in $1

| | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
| | a. Current Assets | $47,355 | $45,214 | |
| | b. Total Assets | $2,795,585 | $2,794,402 | $2,645,342 |
| | c. Current Liabilities | $25,996 | $0 | |
| | d. Total Liabilities | $4,104,916 | $4,104,916 | $4,083,006 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 3. | **Statement of Cash Receipts & Disbursements for Month** | | | |
| | a. Total Receipts | $23,980 | $23,973 | $296,771 |
| | b. Total Disbursements | $21,839 | $21,648 | $283,137 |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $2,141 | $2,325 | $13,634 |
| | d. Cash Balance Beginning of Month | $24,058 | $19,353 | $211,750 |
| | e. Cash Balance End of Month (c + d) | $26,199 | $21,732 | $225,384 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 4. | Profit/(Loss) from the Statement of Operations | N/A | N/A | N/A |
| 5. | Account Receivables (Pre and Post Petition) | $0 | | |
| 6. | Post-Petition Liabilities | $25,996 | $25,996 | |
| 7. | Past Due Post-Petition Account Payables (over 30 days) | $0 | | |

At the end of this reporting month:

| | | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | X |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | X | |
| 13. | Are a plan and disclosure statement on file? | | X |
| 14. | Was there any post-petition borrowing during this reporting period? | | X |

15. Check if paid: Post-petition taxes __X__; U.S. Trustee Quarterly Fees __X__; Check if filing is current for: Post-petition tax reporting and tax returns: __X__.
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 3-16-11

_/s/ Mark Kesel_
Responsible Individual

Revised 1/1/98

Case: 10-41653   Doc# 71   Filed: 03/16/11   Entered: 03/16/11 10:48:07   Page 1 of 15

## BALANCE SHEET
(Small Real Estate/Individual Case)
For the Month Ended  02/28/11

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, etc.) | | $26,199 |
| 2 | Accounts receivable (net) | | |
| 3 | Retainer(s) paid to professionals | | |
| 4 | Other: Retainer to Bankruptcy Attorney | | $21,156 |
| 5 | | | |
| 6 | **Total Current Assets** | | $47,355 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | | $859,000 |
| 8 | Real property (rental or commercial) | | $1,500,000 |
| 9 | Furniture, Fixtures, and Equipment | X | $5,225 |
| 10 | Vehicles | X | $4,000 |
| 11 | Partnership interests | | |
| 12 | Interest in corporations | | |
| 13 | Stocks and bonds | | $8,228 |
| 14 | Interests in IRA, Keogh, other retirement plans | X | $370,377 |
| 15 | Other: | | |
| 16 | Personal items | X | $1,400 |
| 17 | **Total Long Term Assets** | | $2,748,230 |
| 18 | **Total Assets** | | $2,795,585 |
| | **Liabilities** | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | |
| 21 | Post-petition delinquent taxes | | |
| 22 | Accrued professional fees | | $25,996 |
| 23 | Other: | | |
| 24 | | | |
| 25 | **Total Current Liabilities** | | $25,996 |
| 26 | **Long-Term Post Petition Debt** | | |
| 27 | **Total Post-Petition Liabilities** | | $25,996 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | $889,373 |
| 29 | Secured claims (other) | | $1,556,810 |
| 30 | Priority unsecured claims | | $0 |
| 31 | General unsecured claims | | $1,632,737 |
| 32 | **Total Pre-Petition Liabilities** | | $4,078,920 |
| 33 | **Total Liabilities** | | $4,104,916 |
| | **Equity (Deficit)** | | |
| 34 | **Total Equity (Deficit)** | | ($1,309,331) |
| 35 | **Total Liabilities and Equity (Deficit)** | | $2,795,585 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET

## Schedule A
## Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | Property 1<br>1306 MLK Jr Way | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | Description of Property | | | |
| 2 | Scheduled Gross Rents | $16,980 | | |
| | Less: | | | |
| 3 | Vacancy Factor | | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | $14,906 | $0 | $0 |
| 7 | Scheduled Net Rents | $2,074 | $0 | $0 |
| 8 | Less: Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | $2,074 | $0 | $0 |

(2) To be completed by cash basis reporters only.

## Schedule B
## Recapitulation of Funds Held at End of Month

| | | Account 1<br>Wells Fargo Bank | Account 2<br>Apt Building (MB) | Account 3<br>Other |
|---|---|---|---|---|
| 10 | Bank | | | |
| 11 | Account No. | 9526265245 | 41317556 | |
| 12 | Account Purpose | Personal | | |
| 13 | Balance, End of Month | $5,314 | $20,260 | $625 |
| 14 | Total Funds on Hand for all Accounts | $26,199 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
## Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended 02/28/11

| # | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Draws | $7,000 | $83,800 |
| 8 | Transfer from old accounts | | $1,695 |
| 9 | Rebates | | $1,537 |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $7,000 | $87,032 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Interest Paid (for December 2010 and January 2011) | $715 | $8,426 |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes (US Trustee) | | $6,940 |
| 31 | Other Cash Outflows: | $650 | $2,600 |
| 32 | Utilities | $370 | $3,950 |
| 33 | Mortgage Payment | $2,775 | $27,700 |
| 34 | Insurance | | $5,872 |
| 35 | Child support | $750 | $7,100 |
| 36 | Household exp. (including. Med. $1000, School $250) | $1,674 | $16,247 |
| 37 | **Total Cash Disbursements:** | $6,933 | $78,835 |
| 38 | Net Increase (Decrease) in Cash | $67 | $67 |
| 39 | Cash Balance, Beginning of Period | $5,247 | $5,247 |
| 40 | Cash Balance, End of Period | $5,314 | $5,314 |

Revised 1/1/98

Case: 10-41653    Doc# 71    Filed: 03/16/11    Entered: 03/16/11 10:48:07    Page 4 of 15

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
## Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended 02/28/11

*Apartment account*

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | $16,861 | $201,010 |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Laundry Income | $119 | $1,529 |
| 8 | Pet Deposit | | $300 |
| 9 | Security Deposit | | $6,900 |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $16,980 | $209,739 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | $450 |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Interest Paid | $6,695 | $81,596 |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | $408 | $4,886 |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | $7,000 | $84,380 |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other (Education for daughter) | | $1,000 |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees (one time fee) | | $1,500 |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes (Business license) | | $5,231 |
| 31 | Other Cash Outflows: | | |
| 32 | Utilities | $339 | $7,191 |
| 33 | Repairs | $411 | $7,760 |
| 34 | Office Exp. | | $65 |
| 35 | Security deposit Returns | | $6,505 |
| 36 | Misc. | $54 | $549 |
| 37 | **Total Cash Disbursements:** | $14,906 | $201,113 |
| 38 | **Net Increase (Decrease) in Cash** | $2,074 | $8,178 |
| 39 | **Cash Balance, Beginning of Period** | $18,186 | |
| 40 | **Cash Balance, End of Period** | $20,260 | |

Revised 1/1/98

# Mechanics Bank
*Commitment That Lasts Generations*

ACCOUNT: 41317556 02/28/2011
DOCUMENTS: 9

*Apartment Account* (handwritten)

NEOVISION, LLC  30-0
1025 SOLANO AVE  2
ALBANY CA 94706  7

================================================================
Transactions restricted by the Unlawful Internet Gambling Enforcement
Act of 2006 (UIGEA) are prohibited from being processed through this
commercial account. This prohibition is effective as of June 1, 2010.
================================================================

RELATIONSHIP BUSINESS CHECKING ACCOUNT 41317556
================================================================

|  |  | LAST STATEMENT 01/31/11 | 18,186.20 |
|---|---|---|---|
| MINIMUM BALANCE | 18,186.20 | 2 CREDITS | 16,980.32 |
| AVG AVAILABLE BALANCE | 23,305.16 | 9 DEBITS | 14,906.18 |
| AVERAGE BALANCE | 23,911.60 | THIS STATEMENT 02/28/11 | 20,260.34 |

*(handwritten: x) 20,260.34 - 2,107.95 = 18,152.39 OK reg't, the 1162 check)*

- - - - - - - - - DEPOSITS - - - - - - - - -
| REF # | DATE | AMOUNT | REF # | DATE | AMOUNT | REF # | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | 02/10 | 1,600.00 | 2 | 02/03 | 15,380.32 |  |  |  |

- - - - - - - - - CHECKS - - - - - - - - -
| CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1155* | 02/04 | 3,000.00 | 1159 | 02/16 | 64.01 | 1163 | 02/22 | 4,000.00 |
| 1157 | 02/07 | 410.58 | 1160 | 02/18 | 407.50 |  |  |  |
| 1158 | 02/08 | 169.99 | 1161* | 02/23 | 104.77 |  |  |  |

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

- - - - - - - - - OTHER DEBITS - - - - - - - - -
| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| COHEN RECEIPT CASH CONC | 02/07 | 6,695.33 |
| CHECK # 1156 - CSAA AAA PYMT 1156 | 02/08 | 54.00 |

- - - - - - - - - DAILY BALANCE - - - - - - - - -
| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 02/03 | 33,566.52 | 02/08 | 23,236.62 | 02/18 | 24,365.11 |
| 02/04 | 30,566.52 | 02/10 | 24,836.62 | 02/22 | 20,365.11 |
| 02/07 | 23,460.61 | 02/16 | 24,772.61 | 02/23 | 20,260.34 |

SEE REVERSE FOR IMPORTANT INFORMATION–PLEASE RETAIN FOR YOUR RECORDS    MEMBER FDIC
Case: 10-41653    Doc# 71    Filed: 03/16/11    Entered: 03/16/11 10:48:07    Page 6 of 15

| Check | Date | Payee | Amount | Paid |
|---|---|---|---|---|
| 1155 | 02/03/2011 | Mark Kesel | $3,000.00 | 02/04/11 |
| 1157 | 02/03/2011 | David Goldfarb | $410.58 | 02/07/11 |
| 1158 | 02/03/2011 | PG&E | $169.99 | 02/08/11 |
| 1159 | 02/10/2011 | PG&E | $64.01 | 02/16/11 |
| 1160 | 02/10/2011 | Informetric System | $407.50 | 02/18/11 |
| 1161 | 02/18/2011 | AT&T Payment Center | $104.77 | 02/23/11 |
| 1163 | 02/18/2011 | Mark Kesel | $4,000.00 | 02/22/11 |

All checks drawn on NEOVISION, LLC, 1025 Solano Ave, Albany, CA 94706, signed by O.V. Tallman.

Check 1158 memo: Office
Check 1159 memo: Acct# 6470997608-5
Check 1160 memo: Rent February/11
Check 1161 memo: Acct. 570 527-7969 2619

For Your Protection: Please examine this statement and report any discrepancy within 30 days.

Case: 10-41653   Doc# 71   Filed: 03/16/11   Entered: 03/16/11 10:48:07   Page 7 of 15



# PMA® Wells Fargo® PMA Package

Questions? Please contact us:

**Wells Fargo Premier Banking Team**℠
Available 24 hours a day, 7 days a week
Phone: **1-800-742-4932**, TTY: 1-800-600-4833
Spanish: 1-877-727-2932, TTY: 1-888-355-6052
Chinese: 1-800-288-2288

Online: wellsfargo.com

Write: Wells Fargo Bank, N.A.
P.O. Box 6995
Portland, OR 97228-6995

MARK KESEL
DEBTOR IN POSSESSION
CH 11 CASE# 10-41653 (NCA)
59 STRATFORD RD
KENSINGTON CA 94707-1241

## February 28, 2011

| | |
|---|---:|
| Total assets: | $5,414.75 |
| Last month: | $5,347.81 |
| Change in $: | $66.94 |
| Change in %: | 1.25% |
| Total liabilities: | $198,650.12 |
| Last month: | $198,721.08 |
| Change in $: | $(70.96) |
| Change in %: | (0.04)% |
| *PMA* Qualifying Balance : | $204,064.87 |

### Contents

Overview ................................ 2

PMA® Prime Checking Account ................. 4

Savings ................................. 6

(114) I- 3



# Overview of your PMA account

## Assets

| Account (Account Number) | Percent of total | Balance last month ($) | Balance this month ($) | Increase/ decrease ($) | Percent change |
|---|---|---|---|---|---|
| PMA* Prime Checking Account (9526265245) | 98% | 5,247.01 | 5,313.93 | 66.92 | 1.26% |
| Wells Fargo Money Market Savings℠ (2527627471) | 2% | 100.80 | 100.82 | 0.02 | 0.02% |
| | Total assets | $5,347.81 | $5,414.75 | $66.94 | 1.25% |

Total asset allocation (by account type)



Savings: 2%
Checking: 98%

## Liabilities

| Account (Account Number) | Percent of total | Outstanding balance last month ($) | Outstanding balance this month ($) | Increase/ decrease ($) | Percent change |
|---|---|---|---|---|---|
| Smartfit Home Equity LCA (6519200207-1998) | 100% | 198,721.08 | 198,650.12 | (70.96) | (0.04)% |
| | Total liabilities | $198,721.08 | $198,650.12 | ($70.96) | (0.04)% |

Total liability allocation (by account type)



Lines of Credit: 100%

## Available credit

The information below may not be current. Be sure to verify the credit available on your accounts when accessing your credit lines.

| Account | Approved credit line | Credit used | Credit available |
|---|---|---|---|
| Smartfit Home Equity LCA (6519200207-1998) | 200,000.00 | 198,007.46 | 0.00 |
| Total available credit | $200,000.00 | $198,007.46 | $0.00 |

Case: 10-41653    Doc# 71    Filed: 03/16/11    Entered: 03/16/11 10:48:07    Page 9 of 15


## OVERVIEW OF YOUR PMA ACCOUNT (CONTINUED)

### Interest, dividends and other income

The information below should not be used for tax planning purposes.

| Account | This month | This year |
|---|---|---|
| PMA* Prime Checking Account (9526265245) | 0.17 | 0.32 |
| Wells Fargo Money Market Savings℠ (2527627471) | 0.02 | 0.03 |
| Total interest, dividends and other income | $0.19 | $0.35 |

### Interest expense

| Account | This month | This year |
|---|---|---|
| Smartfit Home Equity LCA (6519200207-1998) | 1.00 | 715.00 |
| Total interest expense | $1.00 | $715.00 |

The "Overview of your PMA Account" section of your statement is provided for informational and convenience purposes. The Overview shows activity and information from (1) deposit, credit and trust accounts with Wells Fargo Bank, N.A., and (2) brokerage accounts with Wells Fargo Advisors, LLC, HD Vest Investment Services or Wells Fargo Advisors Financial Network, LLC (members SIPC); brokerage accounts are carried and cleared through First Clearing, LLC; (3) Wells Fargo Funds Management, LLC provides investment advisory and administrative services for Wells Fargo Advantage Funds; other affiliates provide subadvisory and other services for the Funds; and (4) insurance products offered through non-bank insurance agency affiliates of Wells Fargo & Company and underwritten by unaffiliated insurance companies.


Speak with a banker about your retirement
Wells Fargo offers solutions and guidance to see you to and through retirement. Talk to one of our bankers to open an IRA, make your annual IRA contribution or roll over to an IRA. A banker will meet with you to look at where you are now, where you want to go, and how to get there.

# PMA® Prime Checking Account

## Activity summary

| | |
|---|---:|
| Balance on 2/1 | 5,247.01 |
| Deposits/Additions | 7,000.17 |
| Withdrawals/Subtractions | -6,933.25 |
| **Balance on 2/28** | **$5,313.93** |

Account number: **9526265245**
**MARK KESEL**
**DEBTOR IN POSSESSION**
**CH 11 CASE# 10-41653 (NCA)**

Wells Fargo Bank, N.A., California (Member FDIC)
Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

## Overdraft protection

Your account is linked to the following for Overdraft Protection:
- Savings - 2527627471

## Interest you've earned

| | |
|---|---:|
| Interest earned this month | $0.17 |
| Average collected balance this month | $4,333.62 |
| Annual percentage yield earned | 0.05% |
| Interest paid this year | $0.32 |
| Total interest paid in 2010 | $1.71 |

## Transaction history

| Date | Description | Check No. | Deposits/Additions | Withdrawals/Subtractions | Ending Daily Balance |
|---|---|---|---:|---:|---:|
| | Beginning balance on 2/1 | | | | 5,247.01 |
| 2/3 | Deposit | | 3,000.00 | | 8,247.01 |
| 2/7 | Bank of America Mortgage Feb 11 Xxxxx4921 Kesel M | | | 2,774.66 | |
| 2/7 | Check | 3071 | | 250.00 | |
| 2/7 | AT&T Telco West 000Payment 020511 03074 A51052479443482 11036 | ^3074 | | 68.61 | 5,153.74 |
| 2/8 | Bill Pay Equity On-Line Xxxxxxx2071998 On 02-08 | | | 715.00 | 4,438.74 |
| 2/10 | Check | 3075 | | 750.00 | |
| 2/10 | Check | 3073 | | 650.00 | 3,038.74 |
| 2/14 | Check | 3076 | | 1,000.00 | |
| 2/14 | Check | 3077 | | 55.42 | 1,983.32 |
| 2/18 | Deposit | | 4,000.00 | | 5,983.32 |
| 2/22 | Cardmember Serv Web Pymt 110218 462300856537783 Kesel,Mark | | | 200.41 | 5,782.91 |
| 2/24 | Check | | | | |
| 2/28 | Check | 3078 | | 301.11 | 5,481.80 |
| 2/28 | Check | 3079 | | 168.04 | |
| 2/28 | Interest Payment | | 0.17 | | 5,313.93 |
| | Ending balance on 2/28 | | | | 5,313.93 |
| | **Totals** | | **$7,000.17** | **$6,933.25** | |

Key to symbols: ^ Converted check: Paper check converted to an electronic format by your payee or designated representative. Converted checks cannot be returned, copied or imaged.

## Summary of checks written (checks listed are also displayed in the preceding Transaction history section)

| Number | Date | $ Amount | Number | Date | $ Amount | Number | Date | $ Amount |
|---|---|---:|---|---|---:|---|---|---:|
| 3071 | 2/7 | 250.00 | 3075 | 2/10 | 750.00 | 3078 | 2/24 | 301.11 |
| 3073 * | 2/10 | 650.00 | 3076 | 2/14 | 1,000.00 | 3079 | 2/28 | 168.04 |
| 3074 | 2/7 | 68.61 | 3077 | 2/14 | 55.42 | | | |

* Gap in check sequence.

64856
Case: 10-41653   Doc# 71   Filed: 03/16/11   Entered: 03/16/11 10:48:07   Page 11 of 15



## PMA ® PRIME CHECKING ACCOUNT (CONTINUED)

Read the latest updates about the integration efforts under way between Wells Fargo and Wachovia. Visit wellsfargo.com/wachovia/news.

Help save trees! Switch to free Online Statements today!

Online Statements are convenient, secure and better for the environment than paper statements. If you bank online, get your statement online! It's easy to switch to Online Statements. Sign on at wellsfargo.com/turnoffpaper, select Online Only or check the box Switch All to Online Only Delivery and click Submit at the bottom of the page to begin saving paper and trees today.



# Wells Fargo Money Market Savings℠

### Activity summary

| | |
|---|---:|
| Balance on 2/1 | 100.80 |
| Deposits/Additions | 0.02 |
| Withdrawals/Subtractions | - 0.00 |
| **Balance on 2/28** | **$100.82** |

Account number: **2527627471**

**MARK KESEL**
**DEBTOR IN POSSESSION**
**CH 11 CASE#10-41653 (NCA)**

Wells Fargo Bank, N.A., California (Member FDIC)

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

### Interest you've earned

| | |
|---|---:|
| Interest earned this month | $0.02 |
| Average collected balance this month | $100.80 |
| Annual percentage yield earned | 0.26% |
| Interest paid this year | $0.03 |
| Total interest paid in 2010 | $0.12 |

### Transaction history

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---:|---:|---:|
| | Beginning balance on 2/1 | | | 100.80 |
| 2/28 | Interest Payment | 0.02 | | 100.82 |
| | Ending balance on 2/28 | | | 100.82 |
| **Totals** | | **$0.02** | **$0.00** | |

 

H

0702 P P
E0-2

CD 03/02 1   0000 857 1      166 018748 #001 AV 0.335
MARK KESEL
1025 SOLANO AVE
ALBANY   CA   94706-1617

## Your Bank of America Prima Account Statement

**Statement Period:**
January 27 through February 23, 2011

**Account Number:** 07028-01795

**At Your Service**
Call: 510.649.6600

**Written Inquiries**
Bank of America
Albany Branch
PO Box 37176
San Francisco, CA 94137-0176

Customer since 1994
Bank of America appreciates your
business and we enjoy serving you.

Our Online Banking service allows you to check balances, track account activity and more. With Online Banking you can also view up to 18 months of this statement online and even turn off delivery of your paper statement. Enroll at www.bankofamerica.com.

### ❏ Summary of Your Prima Interest Checking Account

| | | | |
|---|---|---|---|
| Beginning Balance on 01/27/11 | $379.63 | Number of ATM withdrawals and transfers | 0 |
| Ending Balance | $379.63 | Number of purchase transactions | 0 |
| | | Number of 24 Hour Customer Service Calls Self-Service | 0 |
| | | Assisted | 0 |

### ❏ Bank of America News

At Bank of America, if fraud occurs on your debit or credit card, charges will be credited to your account as soon as the next business day pending resolution of claim. Don't share personal or account information. See account agreements or visit www.bankofamerica.com/solutions for details.

California

Page 1 of 2

 Recycled Paper

Case: 10-41653   Doc# 71   Filed: 03/16/11   Entered: 03/16/11 10:48:07   Page 14 of 15



# Bank of America

0702 P P
E0-2

CD 03/07 1  0000 833 1    187 008185 #@01 AV 0.335

MARK KESEL
1025 SOLANO AVE
ALBANY   CA   94706-1617

## Your Bank of America Prima Account Statement

**Statement Period:**
February 1 through February 28, 2011

**Account Number:** 07021-61806

**At Your Service**
Call: 510.649.6600

**Written Inquiries**
Bank of America
Albany Branch
PO Box 37176
San Francisco, CA 94137-0176

Customer since 1994
Bank of America appreciates your
business and we enjoy serving you.

---

Our Online Banking service allows you to check balances, track account activity and more. With Online Banking you can also view up to 18 months of this statement online and even turn off delivery of your paper statement. Enroll at www.bankofamerica.com.

## ☐ Summary of Your Prima Interest Checking Account

| | | | |
|---|---|---|---|
| Beginning Balance on 02/01/11 | $61.61 | Number of ATM withdrawals and transfers | 0 |
| Ending Balance | $61.61 | Number of purchase transactions | 0 |
| | *Yes.* | Number of 24 Hour Customer Service Calls Self-Service Assisted | 0  0 |

## ☐ Bank of America News

At Bank of America, if fraud occurs on your debit or credit card, charges will be credited to your account as soon as the next business day pending resolution of claim. Don't share personal or account information. See account agreements or visit www.bankofamerica.com/solutions for details.

California

Page 1 of 2


Recycled Paper

Case: 10-41653   Doc# 71   Filed: 03/16/11   Entered: 03/16/11 10:48:07   Page 15 of 15