# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

**FILED**

MAR 2 2 2011

BANKRUPTCY COURT
OAKLAND, CALIFORNIA

In re
Mark Kesel

)
)
)
)
)
)
)
)

Case No. 10-41653  N7
Chapter 11

Debtor [s]

## NOTICE OF CONTINUED STATUS CONFERENCE

NOTICE IS HEREBY GIVEN that the status conference hearing, that was **previously scheduled for April 6, 2011 at 9:30 a.m. has been changed.**

**The hearing will now take place on April 27, 2011 at 2:00 p.m. at the United States Bankruptcy Court, 1300 Clay Street, Courtroom 201, Oakland, California.**

March 22, 2011

*Dianna M. Passadore*
Dianna M. Passadore Calendar Clerk

1
2
3
4 **All Participants**
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## COURT SERVICE LIST