UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: Mark Kesel

Case No. 10-41653

**CHAPTER 11
MONTHLY OPERATING REPORT
(SMALL REAL ESTATE/INDIVIDUAL CASE)**

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** 03/31/11     **PETITION DATE:** 02/16/10

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor). Dollars reported in $1

2. **Asset and Liability Structure**

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| a. Current Assets | $39,432 | $47,355 | |
| b. Total Assets | $2,782,484 | $2,795,585 | $2,645,342 |
| c. Current Liabilities | $26,446 | $25,996 | |
| d. Total Liabilities | $4,105,366 | $4,104,916 | $4,083,006 |

3. **Statement of Cash Receipts & Disbursements for Month**

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| a. Total Receipts | $29,949 | $23,980 | $326,720 |
| b. Total Disbursements | $37,872 | $21,839 | $321,009 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | ($7,923) | $2,141 | $5,711 |
| d. Cash Balance Beginning of Month | $26,199 | $24,058 | $237,949 |
| e. Cash Balance End of Month (c + d) | $18,276 | $26,199 | $243,660 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. Profit/(Loss) from the Statement of Operations | N/A | N/A | N/A |
| 5. Account Receivables (Pre and Post Petition) | $0 | | |
| 6. Post-Petition Liabilities | $26,446 | $25,996 | |
| 7. Past Due Post-Petition Account Payables (over 30 days) | $0 | | |

**At the end of this reporting month:**

| | | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | X |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | X | |
| 13. | Are a plan and disclosure statement on file? | | X |
| 14. | Was there any post-petition borrowing during this reporting period? | | X |

15. Check if paid: Post-petition taxes  X ;  U.S. Trustee Quarterly Fees  X ; Check if filing is current for: Post-petition tax reporting and tax returns:  X .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 4-12-2011

*[signed] Mark Kesel*
Responsible Individual

Revised 1/1/98

Case: 10-41653   Doc# 77   Filed: 04/15/11   Entered: 04/15/11 11:45:27   Page 1 of 17

BALANCE SHEET
(Small Real Estate/Individual Case)
For the Month Ended  03/31/11

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | | $18,276 |
| 2 | Accounts receivable (net) | | |
| 3 | Retainer(s) paid to professionals | | |
| 4 | Other: Retainer to Bankruptcy Attorney | | $21,156 |
| 5 | | | |
| 6 | **Total Current Assets** | | $39,432 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | | $859,000 |
| 8 | Real property (rental or commercial) | | $1,500,000 |
| 9 | Furniture, Fixtures, and Equipment | X | $5,225 |
| 10 | Vehicles | X | $4,000 |
| 11 | Partnership interests | | |
| 12 | Interest in corportations | | |
| 13 | Stocks and bonds | | $8,738 |
| 14 | Interests in IRA, Keogh, other retirement plans | X | $364,689 |
| 15 | Other: | | |
| 16 | Personal items | X | $1,400 |
| 17 | **Total Long Term Assets** | | $2,743,052 |
| 18 | **Total Assets** | | $2,782,484 |
| | **Liabilities** | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | |
| 21 | Post-petition delinquent taxes | | |
| 22 | Accrued professional fees | | $26,446 |
| 23 | Other: | | |
| 24 | | | |
| 25 | **Total Current Liabilities** | | $26,446 |
| 26 | **Long-Term Post Petition Debt** | | |
| 27 | **Total Post-Petition Liabilities** | | $26,446 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | $889,373 |
| 29 | Secured claims (other) | | $1,556,810 |
| 30 | Priority unsecured claims | | $0 |
| 31 | General unsecured claims | | $1,632,737 |
| 32 | **Total Pre-Petition Liabilities** | | $4,078,920 |
| 33 | **Total Liabilities** | | $4,105,366 |
| | **Equity (Deficit)** | | |
| 34 | **Total Equity (Deficit)** | | ($1,322,882) |
| 35 | **Total Liabilities and Equity (Deficit)** | | $2,782,484 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET

## Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | Description of Property | 1306 MLK Jr Way | | |
| 2 | Scheduled Gross Rents | $16,949 | | |
| | Less: | | | |
| 3 | Vacancy Factor | | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | $23,685 | $0 | $0 |
| 7 | Scheduled Net Rents | ($6,736) | $0 | $0 |
| 8 | Less: Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | ($6,736) | $0 | $0 |

(2) To be completed by cash basis reporters only.

## Schedule B
### Recapitulation of Funds Held at End of Month

| | | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | Bank | Wells Fargo Bank | Apt Building (MB) | Other |
| 11 | Account No. | 9526265245 | 41317556 | |
| 12 | Account Purpose | Personal | | |
| 13 | Balance, End of Month | $4,127 | $13,524 | $625 |
| 14 | Total Funds on Hand for all Accounts | $18,276 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

Case: 10-41653   Doc# 77   Filed: 04/15/11   Entered: 04/15/11 11:45:27   Page 3 of 17

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
## Increase/(Decrease) in Cash and Cash Equivalents
For the Month Ended 03/31/11

**Apartment account**

| # | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | $16,861 | $217,871 |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Laundry Income | $88 | $1,617 |
| 8 | Pet Deposit | | $300 |
| 9 | Security Deposit | | $6,900 |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $16,949 | $226,688 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | $450 |
| 16 | Principal Payments on Debt | | |
| 17 | Interest Paid | $6,695 | $88,291 |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | $414 | $5,300 |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | $13,000 | $97,380 |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other (Education for daughter) | | $1,000 |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees (one time fee) | | $1,500 |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes (Business license) | $2,108 | $7,339 |
| 31 | Other Cash Outflows: | | |
| 32 | Utilities | $1,112 | $8,302 |
| 33 | Repairs | $355 | $8,115 |
| 34 | Office Exp. | | $65 |
| 35 | Security deposit Returns | | $6,505 |
| 36 | Misc. | | $549 |
| 37 | **Total Cash Disbursements:** | $23,685 | $224,796 |
| 38 | Net Increase (Decrease) in Cash | ($6,736) | $1,442 |
| 39 | Cash Balance, Beginning of Period | $20,260 | |
| 40 | Cash Balance, End of Period | $13,524 | |

Revised 1/1/98

Case: 10-41653   Doc# 77   Filed: 04/15/11   Entered: 04/15/11 11:45:27   Page 4 of 17

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
## Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended 03/31/11

*Personal account*

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Draws | $13,000 | $96,800 |
| 8 | Transfer from old accounts | | $1,695 |
| 9 | Rebates | | $1,537 |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $13,000 | $100,032 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Interest Paid (for December 2010 and January 2011) | $715 | $9,141 |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | $3,539 | $10,479 |
| 30 | Other Taxes (US Trustee) | | $2,600 |
| 31 | Other Cash Outflows: | | |
| 32 | Utilities | $473 | $4,423 |
| 33 | Mortgage Payment | $2,775 | $30,475 |
| 34 | Insurance | $1,650 | $7,522 |
| 35 | Child support | $750 | $7,850 |
| 36 | Household exp. (including. Car rep. $738, School $2,656) | $4,286 | $20,533 |
| 37 | **Total Cash Disbursements:** | $14,187 | $93,023 |
| 38 | **Net Increase (Decrease) in Cash** | ($1,187) | ($1,187) |
| 39 | **Cash Balance, Beginning of Period** | $5,314 | $5,314 |
| 40 | **Cash Balance, End of Period** | $4,127 | $4,127 |

Revised 1/1/98

Case: 10-41653   Doc# 77   Filed: 04/15/11   Entered: 04/15/11 11:45:27   Page 5 of 17

# Mechanics Bank
*Commitment That Lasts Generations*

*Apartment account*

```
NEOVISION, LLC                                            30-0
1025 SOLANO AVE                                              2
ALBANY CA  94706                                            12
```

===============================================================
Transactions restricted by the Unlawful Internet Gambling Enforcement
Act of 2006 (UIGEA) are prohibited from being processed through this
commercial account. This prohibition is effective as of June 1, 2010.
===============================================================

```
              RELATIONSHIP BUSINESS CHECKING ACCOUNT 41317556
===============================================================

                                    LAST STATEMENT 02/28/11    20,260.34
MINIMUM BALANCE        13,524.04        2 CREDITS              16,948.61
AVG AVAILABLE BALANCE  20,905.52       13 DEBITS               23,684.91
AVERAGE BALANCE        21,452.25    THIS STATEMENT 03/31/11    13,524.04
```

*OK.*

```
- - - - - - - - - - DEPOSITS - - - - - - - - - -
REF #....DATE......AMOUNT  REF #....DATE......AMOUNT  REF #....DATE......AMOUNT
        03/03    13,960.85      8 03/10     2,987.76

- - - - - - - - - - CHECKS - - - - - - - - - -
CHECK #..DATE......AMOUNT  CHECK #..DATE......AMOUNT  CHECK #..DATE......AMOUNT
 1162*03/08     2,107.95    1167 03/22       413.80    1171 03/18     5,000.00
 1164 03/07        46.34    1168 03/14       754.79    1172 03/28       300.00
 1165 03/04     4,000.00    1169 03/23        44.96    1173 03/21        55.41
 1166 03/10       157.41    1170 03/21       108.92    1174 03/25     4,000.00
```

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

```
- - - - - - - - - OTHER DEBITS - - - - - - - - -
DESCRIPTION                                           DATE        AMOUNT
COHEN RECEIPT CASH CONC                              03/10      6,695.33

- - - - - - - - - DAILY BALANCE - - - - - - - - -
DATE..........BALANCE    DATE..........BALANCE    DATE..........BALANCE
03/03       34,221.19    03/10       24,201.92    03/22       17,869.00
03/04       30,221.19    03/14       23,447.13    03/23       17,824.04
03/07       30,174.85    03/18       18,447.13    03/25       13,824.04
03/08       28,066.90    03/21       18,282.80    03/28       13,524.04
```

SEE REVERSE FOR IMPORTANT INFORMATION-PLEASE RETAIN FOR YOUR RECORDS

MEMBER FDIC

Case: 10-41653  Doc# 77  Filed: 04/15/11  Entered: 04/15/11 11:45:27  Page 6 of 17



| Chk No. | Payee | Date | Amount | Paid |
|---|---|---|---|---|
| 1162 | City of Berkeley | 02/18/2011 | $2,107.95 | 03/08/11 |
| 1164 | EBMUD | 03/03/2011 | $46.34 | 03/07/11 |
| 1165 | Mark Kesel | 03/03/2011 | $4,000.00 | 03/04/11 |
| 1166 | PG&E | 03/03/2011 | $157.41 | 03/10/11 |
| 1167 | Informetric System | 03/10/2011 | $413.80 | 03/22/11 |
| 1168 | City of Berkeley | 03/10/2011 | $754.79 | 03/14/11 |
| 1169 | PG&E | 03/17/2011 | $44.96 | 03/23/11 |
| 1170 | AT&T Payment Center | 03/17/2011 | $108.92 | 03/21/11 |
| 1171 | Mark Kesel | 03/17/2011 | $5,000.00 | 03/18/11 |
| 1172 | Jamil Haj | March 24, 2011 | $300.00 | 03/28/11 |

For Your Protection: Please examine this statement and report any discrepancy within 30 days.

| Check 1173 | Check 1174 |
|---|---|
| NEOVISION, LLC<br>1035 SOLANO AVE<br>ALBANY, CA 94706<br>Date: March 18, 2011<br>Pay to: David Goldfeder<br>$55.41<br>Fifty five & 41/100<br>Mechanics Bank | NEOVISION, LLC<br>1035 SOLANO AVE<br>ALBANY, CA 94706<br>Date: 03/24/2011<br>Pay to: Mark Kesel<br>$4,000.00<br>Four thousand and 00/100<br>Mechanics Bank |

Chk No. 1173 Amt $55.41 Paid 03/21/11

Chk No. 1174 Amt $4,000.00 Paid 03/25/11


# PMA® Wells Fargo® PMA Package

Questions? Please contact us:

**Wells Fargo Premier Banking Team** ℠
Available 24 hours a day, 7 days a week
Phone: **1-800-742-4932** , TTY: 1-800-600-4833
Spanish: 1-877-727-2932 , TTY: 1-888-355-6052
Chinese: 1-800-288-2288

Online: wellsfargo.com

Write: Wells Fargo Bank, N.A.
P.O. Box 6995
Portland, OR 97228-6995

MARK KESEL
DEBTOR IN POSSESSION
CH 11 CASE# 10-41653 (NCA)
59 STRATFORD RD
KENSINGTON CA 94707-1241

*Personal account*

## March 31, 2011

| | |
|---|---|
| **Total assets:** | **$4,227.66** |
| Last month: | $5,414.75 |
| Change in $: | $(1,187.09) |
| Change in %: | (21.92)% |
| **Total liabilities:** | **$198,648.16** |
| Last month: | $198,650.12 |
| Change in $: | $(1.96) |
| Change in %: | 0.00% |
| *PMA* Qualifying Balance : | **$202,875.82** |

### Contents

| | Page |
|---|---|
| Overview | 2 |
| PMA® Prime Checking Account | 4 |
| Savings | 7 |



# Overview of your PMA account

## Assets

| Account (Account Number) | Percent of total | Balance last month ($) | Balance this month ($) | Increase/ decrease ($) | Percent change |
|---|---|---|---|---|---|
| PMA* Prime Checking Account (9526265245) | 98% | 5,313.93 | 4,126.83 | (1,187.10) | (22.34)% |
| Wells Fargo Money Market Savings℠ (2527627471) | 2% | 100.82 | 100.83 | 0.01 | 0.01% |
| **Total assets** | | **$5,414.75** | **$4,227.66** | **($1,187.09)** | **(21.92)%** |

Total asset allocation (by account type)



Savings: 2%
Checking: 98%

## Liabilities

| Account (Account Number) | Percent of total | Outstanding balance last month ($) | Outstanding balance this month ($) | Increase/ decrease ($) | Percent change |
|---|---|---|---|---|---|
| Smartfit Home Equity LCA (6519200207-1998) | 100% | 198,650.12 | 198,648.16 | (1.96) | 0.00% |
| **Total liabilities** | | **$198,650.12** | **$198,648.16** | **($1.96)** | **0.00%** |

Total liability allocation (by account type)



Lines of Credit: 100%

## Available credit

The information below may not be current. Be sure to verify the credit available on your accounts when accessing your credit lines.

| Account | Approved credit line | Credit used | Credit available |
|---|---|---|---|
| Smartfit Home Equity LCA (6519200207-1998) | 200,000.00 | 198,007.46 | 0.00 |
| **Total available credit** | **$200,000.00** | **$198,007.46** | **$0.00** |


## OVERVIEW OF YOUR PMA ACCOUNT (CONTINUED)

### Interest, dividends and other income

The information below should not be used for tax planning purposes.

| Account | This month | This year |
|---|---|---|
| PMA® Prime Checking Account (9526265245) | 0.16 | 0.48 |
| Wells Fargo Money Market Savings℠ (2527627471) | 0.01 | 0.04 |
| **Total interest, dividends and other income** | **$0.17** | **$0.52** |

### Interest expense

| Account | This month | This year |
|---|---|---|
| Smartfit Home Equity LCA (6519200207-1998) | 715.00 | 1,430.00 |
| **Total interest expense** | **$715.00** | **$1,430.00** |

The "Overview of your PMA Account" section of your statement is provided for informational and convenience purposes. The Overview shows activity and information from (1) deposit, credit and trust accounts with Wells Fargo Bank, N.A., and (2) brokerage accounts with Wells Fargo Advisors, LLC, HD Vest Investment Services or Wells Fargo Advisors Financial Network, LLC (members SIPC); brokerage accounts are carried and cleared through First Clearing, LLC; (3) Wells Fargo Funds Management, LLC provides investment advisory and administrative services for Wells Fargo Advantage Funds; other affiliates provide subadvisory and other services for the Funds; and (4) insurance products offered through non-bank insurance agency affiliates of Wells Fargo & Company and underwritten by unaffiliated insurance companies.

Please see an important message on the last page of your statement that describes how Wells Fargo posts transactions to your account.

Important Wells Fargo ExpressSend Service Information

We would like to inform you about several recent changes to your Wells Fargo ExpressSend agreement(s) Terms and Conditions Section 10:

Effective immediately
- The maximum aggregate daily transfer limit for account and cash-based service agreements to all remittance network members in Mexico, El Salvador, Guatemala, Honduras, and Argentina is now $1,500 US dollars per day. The daily transfer limit for FAMSA in Mexico will continue at the Mexican peso equivalent for $1,000 US dollars per day.
- The maximum combined total daily amount that can be sent from all account and cash-based service agreements to all countries is now $5,000 US dollars per day.
- The maximum combined total amount that can be sent during any rolling 30-day period from all account and cash-based service agreements is now $12,500 US dollars.

If you have any questions please call 1-800-556-0605. Thank you for using the ExpressSend service when sending money home.

Case: 10-41653   Doc# 77   Filed: 04/15/11   Entered: 04/15/11 11:45:27   Page 11 of 17



Speak with a banker about your retirement
Wells Fargo offers solutions and guidance to see you to and through retirement. Talk to one of our bankers to open an IRA, make your annual IRA contribution or roll over to an IRA. A banker will meet with you to look at where you are now, where you want to go, and how to get there.

# PMA® Prime Checking Account

### Activity summary

| | |
|---|---|
| Balance on 3/1 | 5,313.93 |
| Deposits/Additions | 13,000.16 |
| Withdrawals/Subtractions | - 14,187.26 |
| Balance on 3/31 | $4,126.83 |

Account number: 9526265245
MARK KESEL
DEBTOR IN POSSESSION
CH 11 CASE#10-41653 (NCA)

Wells Fargo Bank, N.A., California (Member FDIC)

Questions about your account: 1-800-742-4932

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

### Overdraft protection

Your account is linked to the following for Overdraft Protection:
■ Savings - 2527627471

### Interest you've earned

| | |
|---|---|
| Interest earned this month | $0.16 |
| Average collected balance this month | $3,790.05 |
| Annual percentage yield earned | 0.05% |
| Interest paid this year | $0.48 |
| Total interest paid in 2010 | $1.71 |

### Transaction history

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| | Beginning balance on 3/1 | | | | 5,313.93 |
| 3/3 | Deposit | | 4,000.00 | | |
| 3/3 | Check | 3080 | | 750.00 | |
| 3/4 | Check | 3082 | | 1,887.50 | |
| 3/4 | Check | 3083 | | 768.00 | 5,908.43 |
| 3/7 | Bank of America Mortgage Mar 11 Xxxxx4921 Kesel M | | | 2,774.66 | |
| 3/7 | AT&T Telco West 000Payment 030511 03081 A51052479443482 11064 | ^3061 | | 72.11 | 3,061.66 |
| 3/8 | Bill Pay Equity On-Line Xxxxxxx2071998 On 03-08 | | | 715.00 | |
| 3/8 | Cardmember Serv Web Pymt 110305 462300856537783 Kesel,Mark | | | 384.30 | 1,962.36 |
| 3/15 | Allstate Ind CO Checkpaymt 110314 3064 0400000627500426001007 | ^3084 | | 979.55 | 982.81 |
| 3/17 | Deposit | | 5,000.00 | | 5,982.81 |
| 3/18 | Check | 3086 | | 100.12 | 5,882.69 |
| 3/21 | POSPurchase - 03/19 Mach ID 000000 Big O Tires #8 Richmond CA 7442 00461078825826993 ?McC=5533 | | | 737.84 | |
| 3/21 | Check | 3085 | | 670.00 | |
| 3/21 | Cardmember Serv Web Pymt 110318 462300856537783 Kesel,Mark | | | 308.80 | |
| 3/21 | Check | 3087 | | 55.42 | 4,110.63 |
| 3/24 | Deposit | | 4,000.00 | | 8,110.63 |
| 3/25 | Check | 3089 | | 3,538.52 | 4,572.11 |
| 3/28 | AT&T Telco West 000Payment 032611 03090 A51052479443482 11085 | ^3090 | | 75.56 | 4,496.55 |
| 3/29 | Check | 3088 | | 225.41 | 4,271.14 |
| 3/30 | Cardmember Serv Web Pymt 110329 462300856537783 Kesel,Mark | | | 144.47 | 4,126.67 |
| 3/31 | Interest Payment | | 0.16 | | 4,126.83 |
| | Ending balance on 3/31 | | | | 4,126.83 |
| Totals | | | $13,000.16 | $14,187.26 | |

Key to symbols: ^ Converted check: Paper check converted to an electronic format by your payee or designated representative. Converted checks cannot be returned, copied or imaged.


## PMA® PRIME CHECKING ACCOUNT (CONTINUED)

**Summary of checks written** (checks listed are also displayed in the preceding Transaction history section)

| Number | Date | $ Amount | Number | Date | $ Amount | Number | Date | $ Amount |
|---|---|---|---|---|---|---|---|---|
| 3080 | 3/3 | 750.00 | 3084 | 3/15 | 979.55 | 3088 | 3/29 | 225.41 |
| 3081 | 3/7 | 72.11 | 3085 | 3/21 | 670.00 | 3089 | 3/25 | 3,538.52 |
| 3082 | 3/4 | 1,887.50 | 3086 | 3/18 | 100.12 | 3090 | 3/28 | 75.56 |
| 3083 | 3/4 | 768.00 | 3087 | 3/21 | 55.42 | | | |

### AMENDMENT TO FUNDS AVAILABILITY POLICY

Starting on or about May 9, 2011, and ending on June 22, 2011 (subject to the location of the deposit transaction): We will increase the amount of funds made available to you if a hold is placed against your deposit. If a hold is placed, the first $200 of the deposit will be available to you on the first Business Day (second Business Day for certain Alaska deposits) after the day of your deposit. We will notify you if a hold is placed against your deposit and when the full amount of your deposit will become available.

### Enjoy Convenient Banking!

- One username and password for your Wells Fargo accounts
- Account Alerts for Wells Fargo checking, savings or CDs, ATM/debit card, credit card, mortgage, and brokerage accounts
- Customized Mobile Banking apps for smartphones including BlackBerry, iPhone, Palm, and Android-operated mobile devices*. Go to wf.com to download your app.

Every Online Banking customer automatically has free access to Mobile Banking**. Go directly to wf.com on your mobile device and sign on with your Online Banking username and password. Then take advantage of our optimized mobile website to transfer funds, pay bills and more.

Text Banking is available to all Wells Fargo customers - just sign up at wf.com/text. After you sign up, send a simple text request to 93557 (WELLS) to get your account information, including BAL for current account balances***, ACT for account activity and COM for a list of all text commands.

*iPhone is a trademark of Apple Inc., registered in the U.S. and other countries. The trademark BlackBerry is owned by Research In Motion Limited and is registered in the United States. Android is a trademark of Google, Inc., and its related companies. Motorola is registered in the US Patent & Trademark Office. Palm is a trademark of Palm, Inc.
**Text and Mobile Banking is free from Wells Fargo, but your mobile carrier's text messaging and web access charges may apply.
***This balance may not reflect all of your transactions, such as checks you have written or debit card transactions that have been approved but not yet submitted for payment by the merchant.

 
# Wells Fargo Money Market Savings ℠

### Activity summary

| | |
|---|---|
| Balance on 3/1 | 100.82 |
| Deposits/Additions | 0.01 |
| Withdrawals/Subtractions | - 0.00 |
| Balance on 3/31 | $100.83 |

Account number: 2527627471
MARK KESEL
DEBTOR IN POSSESSION
CH 11 CASE#10-41653 (NCA)

Wells Fargo Bank, N.A., California (Member FDIC)

Questions about your account: 1-800-742-4932

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

### Interest you've earned

| | |
|---|---|
| Interest earned this month | $0.01 |
| Average collected balance this month | $100.82 |
| Annual percentage yield earned | 0.12% |
| Interest paid this year | $0.04 |
| Total interest paid in 2010 | $0.12 |

### Transaction history

| Date | Description | Deposits/Additions | Withdrawals/Subtractions | Ending Daily Balance |
|---|---|---|---|---|
| | Beginning balance on 3/1 | | | 100.82 |
| 3/31 | Interest Payment | 0.01 | | 100.83 |
| | Ending balance on 3/31 | | | 100.83 |
| Totals | | $0.01 | $0.00 | |



# Bank of America

0702 P P
E0-2

```
CD 04/04 1  0000 029 12    403 019473 #001 AV 0.335
MARK KESEL
1025 SOLANO AVE
ALBANY  CA  94706-1617
```

## Your Bank of America Prima Account Statement

**Statement Period:**
February 24 through March 28, 2011

**Account Number:** 07028-01795

**At Your Service**
Call: 510.649.6600

**Written Inquiries**
Bank of America
Albany Branch
PO Box 37176
San Francisco, CA 94137-0176

Customer since 1994
Bank of America appreciates your business and we enjoy serving you.

Our Online Banking service allows you to check balances, track account activity and more. With Online Banking you can also view up to 18 months of this statement online and even turn off delivery of your paper statement. Enroll at www.bankofamerica.com.

## ☐ Summary of Your Prima Interest Checking Account

| | | | |
|---|---|---|---|
| Beginning Balance on 02/24/11 | $379.63 | Number of ATM withdrawals and transfers | 0 |
| Ending Balance | $379.63 | Number of purchase transactions | 0 |
| | *OK* | Number of 24 Hour Customer Service Calls Self-Service / Assisted | 0 / 0 |

## ☐ Bank of America News

Look for information about changes to your account with this statement.

California

Page 1 of 2


Recycled Pap

Case: 10-41653   Doc# 77   Filed: 04/15/11   Entered: 04/15/11 11:45:27   Page 15 of 17



Banking. Security. Service. Together.

**The Partnership**
Federal Credit Union

P.O. Box 18539
Washington, D.C. 20036-8539
Toll Free: (800) 285-3286
www.ThePartnershipFCU.com

## Account Statement

| Member No. | Period Ending | Branch ID | Page |
|---|---|---|---|
| 11250005 | 03-31-11 | 1 | 1 of 1 |

P

### ACCOUNT BALANCES

| | | | |
|---|---|---|---|
| 1 | Regular Savings | $ | 82.58 |

MARK A KESEL
1025 SOLANO AVENUE
ALBANY CA 94706-1617

### Give yourself a raise!
✓ Refinance your vehicle
✓ Transfer credit card balances
✓ Consolidate loans

Make the switch & save today,
it's like giving yourself a raise!
Apply now @ www.ThePartnershipFCU.com

**Mortgage rates are at their lowest in many years – contact us to see what we can do for you today!**
Apply now @ www.ThePartnershipFCU.com

### Regular Savings — ACCT #1 — 01-01-11 Thru 03-31-11

| Beginning Balance | Deposits | Withdrawals | Ending Balance | YTD Dividends |
|---|---|---|---|---|
| $82.52 | $0.06 | $0.00 | $82.58 | $0.06 |

| Transaction Date | Effective Date | Transaction Description | Deposit | Withdrawal | Balance |
|---|---|---|---|---|---|
| 01-01 | | Previous Balance | | | 82.52 |
| 01-31 | | DIVIDEND | 0.02 | | 82.54 |
| 02-28 | | DIVIDEND | 0.02 | | 82.56 |
| 03-31 | | DIVIDEND | 0.02 | | 82.58 |

ANNUAL PERCENTAGE YIELD EARNED FROM 01-01-11 THRU 01-31-11 WAS 0.29%
ANNUAL PERCENTAGE YIELD EARNED FROM 02-01-11 THRU 02-28-11 WAS 0.32%
ANNUAL PERCENTAGE YIELD EARNED FROM 03-01-11 THRU 03-31-11 WAS 0.29%

### Share Sub-Account Summary | Loan Sub-Account Summary

| Account | Description | Balance | Dividend | Account | Description | Balance |
|---|---|---|---|---|---|---|
| | Regular Savings | 82.58 | 0.06 | | | |

### YTD Account Summaries

**Deposit Account Totals**
YTD Dividends $ 0.06

Case: 10-41653   Doc# 77   Filed: 04/15/11   Entered: 04/15/11 11:45:27   Page 16 of 17



# Bank of America

0702 P P
E0-2

CD 04/07 1  0000 958 12   319 017154 #@01 AV 0.335
MARK KESEL
1025 SOLANO AVE
ALBANY  CA  94706-1617

## Your Bank of America Prima Account Statement

**Statement Period:**
March 1 through March 31, 2011

**Account Number:** 07021-61806

**At Your Service**
Call: 510.649.6600

**Written Inquiries**
Bank of America
Albany Branch
PO Box 37176
San Francisco, CA 94137-0176

Customer since 1994
Bank of America appreciates your business and we enjoy serving you.

Our Online Banking service allows you to check balances, track account activity and more. With Online Banking you can also view up to 18 months of this statement online and even turn off delivery of your paper statement. Enroll at www.bankofamerica.com.

## ☐ Summary of Your Prima Interest Checking Account

| | | | |
|---|---|---|---|
| Beginning Balance on 03/01/11 | $61.61 | Number of ATM withdrawals and transfers | 0 |
| Ending Balance | $61.61 | Number of purchase transactions | 0 |
| | OK. | Number of 24 Hour Customer Service Calls Self-Service Assisted | 0 0 |

## ☐ Bank of America News

Look for information about changes to your account with this statement.

California

Case: 10-41653  Doc# 77  Filed: 04/15/11  Entered: 04/15/11 11:45:27  Page 17 of 17