SETH GOLDMAN (SBN 223428)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Suite 3500
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
E-Mail: *Seth.Goldman@mto.com*

ROHIT K. SINGLA (SBN 213057)
VICTORIA L. BOESCH (SBN 228561)
SARALA V. NAGALA (SBN 258712)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
E-Mail: *Rohit.Singla@mto.com; Victoria.Boesch@mto.com; Sarala.Nagala@mto.com*

Attorneys for APPLIED MATERIALS, INC.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>MARK KESEL,<br><br>　　　　　Debtor. | Case No. 10-41653-WLL<br><br>CHAPTER 11<br><br>Hon. William L. Lafferty<br><br>**FOURTH STIPULATION TO EXTEND DEADLINE TO DETERMINE DISCHARGEABILITY**<br><br>[No hearing required] |

1 WHEREAS on February 28, 2011, the Court's Order on Second Stipulation to Extend Deadline to Determine Dischargeability was entered (Docket No. 69) (the "Second Extension Order").

WHEREAS the Second Extension Order set a deadline of April 18, 2011 for Applied Materials, Inc. ("Applied") to file an adversary proceeding to determine the dischargeability of the debt arising from the judgment entered in the matter of <u>Applied Materials, Inc. v. MultiMetrixs, LLC, Mark Kesel, Boris Kesil, and Elik Gershenzon</u> (the "Debt").

WHEREAS the Debtor has engaged in settlement discussions with Applied and with the other judgment debtors that are liable for the Debt.

WHEREAS the Debtor and Applied believe that further extending the April 18, 2011 deadline will facilitate continued settlement negotiations that may produce a resolution of the parties disputes and obviate the need to determine the dischargeability of the Debt.

WHEREAS the Second Extension Order authorized the parties to further extend the April 18, 2011 deadline by further stipulation without further Court order.

WHEREAS the undersigned parties previously stipulated to a third extension of the deadline to June 17, 2011 (Docket No. 76).

The undersigned parties, by and through their counsel have conferred, and hereby agree and stipulate that:

1. The deadline for Applied Materials, Inc. to file a complaint to determine the dischargeability of the Debt is extended to July 15, 2011, and the Debtor waives any objection to untimeliness of such a complaint that is filed on or before July 15, 2011.

2. The deadline may be further extended by stipulation of the parties (without further Court order) or by Court order.

3. All other rights of the parties are reserved.

Dated: June 10, 2011

Respectfully submitted,

MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Suite 3500
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
E-Mail: *Seth.Goldman@mto.com*

By: _____*/s/ Seth Goldman*_____
      SETH GOLDMAN

Attorneys for Applied Materials, Inc.

DIEMER, WHITMAN & CARDOSI, LLP
75 East Santa Clara Street, Suite 290
San Jose, California 95113
Telephone: (408) 971-6270
Facsimile: (408) 971-6271

By: _____/s/_*Judith L. Whitman*_____
      JUDITH L. WHITMAN

Attorneys for Mark Kesel

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am a citizen of the United States of America and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the above-entitled action. My business address is 355 South Grand Avenue, Suite 3500, Los Angeles, California 90071-1560.

On June 10, 2011 I served a true and correct copy of the following document on the parties, via first class U.S. Mail, on the attached Service List:

**Fourth Stipulation To Extend Deadline To Determine Dischargeabilty**

☒ (FEDERAL) I declare that I am employed in the office of an attorney admitted to practice before this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This Certificate was executed on June 10, 2011 at Los Angeles, California.

/s/ Michelle Simms

Michelle Simms

-1-  CERTIFICATE OF SERVICE

| | |
|---|---|
| 1 | **SERVICE LIST** |
| 2 | |

| | |
|---|---|
| 3 | *Debtor* |
| 4 | Mark Kesel |
| | 59 Stratford Road |
| 5 | Berkeley, CA  94707 |
| 6 | |
| | *Attorneys for Debtor* |
| 7 | Judith Whitman |
| | Diemer, Whitman and Cardosi |
| 8 | 75 E. Santa Clara St. |
| | San Jose, CA 95113 |
| 9 | jwhitman@diemerwhitman.com |
| 10 | |
| | *Attorneys for U.S. Trustee* |
| 11 | Lynette C. Kelly |
| | U.S. Office of the U.S. Trustee |
| 12 | 1301 Clay St. |
| | Oakland, CA 94612 |
| 13 | lynette.c.kelly@usdoj.gov |
| 14 | |
| | *Special Notice* |
| 15 | BAC HOME LOANS SERVICING, LP FKA |
| | COUNTRYWIDE HOME LOANS |
| 16 | Richard J. Bauer, Jr. |
| | Miles, Bauer, Bergstrom & Winters, LLP |
| 17 | 1231 E. Dyer Road, Suite 100 |
| | Santa Ana, CA 92705 |
| 18 | |
| 19 | *Attorneys for Creditor* |
| | Deutsche Bank National Trust Company |
| 20 | Gordon L. Gerson |
| | Gerson Law Firm, APC |
| 21 | 9255 Towne Centre Drive, #300 |
| | San Diego, CA  92121 |
| 22 | |