# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re: Mark Kesel

Case No. 10-41653

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**(SMALL REAL ESTATE/INDIVIDUAL CASE)**

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: 05/31/11        PETITION DATE: 02/16/10

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
Dollars reported in $1

|  |  | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
|  | a. Current Assets | $44,184 | $39,774 | |
|  | b. Total Assets | $2,819,890 | $2,808,318 | $2,645,342 |
|  | c. Current Liabilities | $29,809 | $27,376 | |
|  | d. Total Liabilities | $4,108,729 | $4,106,296 | $4,083,006 |

|  |  | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 3. | **Statement of Cash Receipts & Disbursements for Month** | | | |
|  | a. Total Receipts | $19,094 | $16,963 | $262,745 |
|  | b. Total Disbursements | $14,683 | $16,622 | $252,809 |
|  | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $4,411 | $341 | $9,936 |
|  | d. Cash Balance Beginning of Month | $18,617 | $18,276 | $274,842 |
|  | e. Cash Balance End of Month (c + d) | $23,028 | $18,617 | $284,778 |

|  |  | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 4. | Profit/(Loss) from the Statement of Operations | N/A | N/A | N/A |
| 5. | Account Receivables (Pre and Post Petition) | $0 | | |
| 6. | Post-Petition Liabilities | $29,809 | $27,376 | |
| 7. | Past Due Post-Petition Account Payables (over 30 days) | $0 | | |

**At the end of this reporting month:**

|  |  | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | X |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | X | |
| 13. | Are a plan and disclosure statement on file? | | X |
| 14. | Was there any post-petition borrowing during this reporting period? | | X |

15. Check if paid: Post-petition taxes __X__ ; U.S. Trustee Quarterly Fees __X__ ; Check if filing is current for: Post-petition tax reporting and tax returns: __X__ .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 6·16·11

_/s/ Mark Kesel_
Responsible Individual

Revised 1/1/98

# BALANCE SHEET
(Small Real Estate/Individual Case)
For the Month Ended 05/31/11

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, etc.) | | $23,028 |
| 2 | Accounts receivable (net) | | |
| 3 | Retainer(s) paid to professionals | | |
| 4 | Other: Retainer to Bankruptcy Attorney | | $21,156 |
| 5 | | | |
| 6 | **Total Current Assets** | | $44,184 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | | $859,000 |
| 8 | Real property (rental or commercial) | | $1,500,000 |
| 9 | Furniture, Fixtures, and Equipment | X | $5,225 |
| 10 | Vehicles | X | $4,000 |
| 11 | Partnership interests | | |
| 12 | Interest in corportations | | |
| 13 | Stocks and bonds | | $8,768 |
| 14 | Interests in IRA, Keogh, other retirement plans | X | $397,313 |
| 15 | Other: | | |
| 16 | Personal items | X | $1,400 |
| 17 | **Total Long Term Assets** | | $2,775,706 |
| 18 | **Total Assets** | | $2,819,890 |
| | **Liabilities** | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | |
| 21 | Post-petition delinquent taxes | | |
| 22 | Accrued professional fees | | $29,809 |
| 23 | Other: | | |
| 24 | | | |
| 25 | **Total Current Liabilities** | | $29,809 |
| 26 | **Long-Term Post Petition Debt** | | |
| 27 | **Total Post-Petition Liabilities** | | $29,809 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | $889,373 |
| 29 | Secured claims (other) | | $1,556,810 |
| 30 | Priority unsecured claims | | $0 |
| 31 | General unsecured claims | | $1,632,737 |
| 32 | **Total Pre-Petition Liabilities** | | $4,078,920 |
| 33 | **Total Liabilities** | | $4,108,729 |
| | **Equity (Deficit)** | | |
| 34 | **Total Equity (Deficit)** | | ($1,288,839) |
| 35 | **Total Liabilities and Equity (Deficit)** | | $2,819,890 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1/1/98

(2) To be completed by cash basis reporters only.

## Schedule B
### Recapitulation of Funds Held at End of Month

| | | Account 1<br>Wells Fargo Bank | Account 2<br>Apt Building (MB) | Account 3<br>Other |
|---|---|---|---|---|
| 10 | Bank | | | |
| 11 | Account No. | 9526265245 | 41317556 | |
| 12 | Account Purpose | Personal | | |
| 13 | Balance, End of Month | $6,295 | $16,108 | $625 |
| 14 | Total Funds on Hand for all Accounts | $23,028 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
## Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended 05/31/11

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | $19,094 | |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $19,094 | |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Apartment Building Mortgage and Office Lease | $7,114 | |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes (US Trustee) | | |
| 31 | Other Cash Outflows: | | |
| 32 | Apartment Building Operating Exp. | $732 | |
| 33 | Mortgage Payment & Equity Line of Credit (personal) | $3,490 | |
| 34 | Living expenses | $2,597 | |
| 35 | Child support and tuition | $750 | |
| 36 | | | |
| 37 | **Total Cash Disbursements:** | $14,683 | |
| 38 | **Net Increase (Decrease) in Cash** | $4,411 | |
| 39 | **Cash Balance, Beginning of Period** | $18,617 | |
| 40 | **Cash Balance, End of Period** | $23,028 | |

Revised 1/1/98

Case: 10-41653    Doc# 84    Filed: 06/17/11    Entered: 06/17/11 13:42:48    Page 4 of 11

 **Mechanics Bank**
Commitment That Lasts Generations

ACCOUNT: 41317556 05/31/2011
DOCUMENTS: 12

B

NEOVISION, LLC                                          30-0
1025 SOLANO AVE                                          3
ALBANY CA  94706                                         9

```
==================================================================
Transactions restricted by the Unlawful Internet Gambling Enforcement
Act of 2006 (UIGEA) are prohibited from being processed through this
commercial account. This prohibition is effective as of June 1, 2010.
==================================================================

            RELATIONSHIP BUSINESS CHECKING ACCOUNT 41317556
==================================================================

                                  LAST STATEMENT 04/29/11    12,859.54
MINIMUM BALANCE          12,859.54        3 CREDITS          19,094.22
AVG AVAILABLE BALANCE    16,640.82       10 DEBITS           15,846.03
AVERAGE BALANCE          17,237.51   THIS STATEMENT 05/31/11 16,107.73  Ok

- - - - - - - - - - DEPOSITS - - - - - - - - - -
REF #.....DATE......AMOUNT  REF #.....DATE......AMOUNT  REF #.....DATE......AMOUNT
    5 05/03    12,421.22       13 05/26     2,125.00       14 05/09     4,548.00

- - - - - - - - - - CHECKS - - - - - - - - - -
CHECK #..DATE......AMOUNT  CHECK #..DATE......AMOUNT  CHECK #..DATE......AMOUNT
 1184 05/03        46.34    1187 05/31       418.20    1190 05/24        23.69
 1185 05/04     5,000.00    1188 05/20        55.20    1191 05/26       350.00
 1186 05/16       148.60    1189 05/20       108.67    1192 05/27     3,000.00

- - - - - - - - OTHER DEBITS - - - - - - - -
DESCRIPTION                                         DATE          AMOUNT
COHEN RECEIPT CASH CONC                             05/06       6,695.33

- - - - - - - DAILY BALANCE - - - - - - -
DATE..........BALANCE      DATE..........BALANCE      DATE..........BALANCE
05/03       25,234.42      05/16       17,938.49      05/27       16,525.93
05/04       20,234.42      05/20       17,774.62      05/31       16,107.73
05/06       13,539.09      05/24       17,750.93
05/09       18,087.09      05/26       19,525.93
```



| Chk No. | Amt | Paid | Pay To | Date |
|---|---|---|---|---|
| 1184 | $46.34 | 05/03/11 | EBMUD | 04/29/2011 |
| 1185 | $5,000.00 | 05/04/11 | Mark Kesel | 05/03/2011 |
| 1186 | $148.60 | 05/16/11 | PG&E | 05/09/2011 |
| 1187 | $418.20 | 05/31/11 | Informetric System | 05/09/2011 |
| 1188 | $55.20 | 05/20/11 | PG&E | 05/17/2011 |
| 1189 | $108.67 | 05/20/11 | AT&T Payment Center | 05/17/2011 |
| 1190 | $23.69 | 05/24/11 | PG&E | 05/17/2011 |
| 1191 | $350.00 | 05/26/11 | Dennis Lushov | 5-23-2011 |
| 1192 | $3,000.00 | 05/27/11 | Mark Kesel | 05/26/2011 |

For Your Protection: Please examine this statement and report any discrepancy within 30 days.



# PMA® Wells Fargo® PMA Package

Questions? Please contact us:

**Wells Fargo Premier Banking Team℠**
Available 24 hours a day, 7 days a week
Phone: **1-800-742-4932**, TTY: 1-800-600-4833
Spanish: 1-877-727-2932, TTY: 1-888-355-6052
Chinese: 1-800-288-2288

Online: wellsfargo.com

Write: Wells Fargo Bank, N.A.
P.O. Box 6995
Portland, OR 97228-6995

MARK KESEL
DEBTOR IN POSSESSION
CH 11 CASE# 10-41653 (NCA)
59 STRATFORD RD
KENSINGTON CA 94707-1241

## May 31, 2011

| | |
|---|---|
| **Total assets:** | **$6,395.80** |
| Last month: | $5,233.72 |
| Change in $: | $1,162.08 |
| Change in %: | 22.20% |
| **Total liabilities:** | **$198,620.84** |
| Last month: | $198,623.08 |
| Change in $: | $(2.24) |
| Change in %: | 0.00% |
| **Qualifying Balance:** | **$205,016.64** |

## Contents

| | Page |
|---|---|
| Overview | 2 |
| PMA® Prime Checking Account | 5 |
| Savings | 7 |

(114) 1-1
170226



*GI573131|018736|01|04|1|0|0|0|*

The information below may not be current. Be sure to verify the credit available on your accounts when accessing your credit lines.

| Account | Approved credit line | Credit used | Credit available |
|---|---|---|---|
| Smartfit Home Equity LCA (6519200207-1998) | 200,000.00 | 197,932.00 | 0.00 |
| **Total available credit** | **$200,000.00** | **$197,932.00** | **$0.00** |

170226

Case: 10-41653    Doc# 84    Filed: 06/17/11    Entered: 06/17/11 13:42:48    Page 7 of 11


WELLS FARGO

# PMA® Prime Checking Account

**Activity summary**

| | |
|---|---|
| Balance on 5/1 | 5,132.88 |
| Deposits/Additions | 8,278.19 |
| Withdrawals/Subtractions | -7,116.12 |
| **Balance on 5/31** | **$6,294.95** |

Account number: **9526265245**

**MARK KESEL**
**DEBTOR IN POSSESSION**
**CH 11 CASE# 10-41653 (NCA)**

Wells Fargo Bank, N.A., California (Member FDIC)

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

**Overdraft protection**

Your account is linked to the following for Overdraft Protection:
- Savings - 2527627471

**Interest you've earned**

| | |
|---|---|
| Interest earned this month | $0.23 |
| Average collected balance this month | $5,464.50 |
| Annual percentage yield earned | 0.05% |
| Interest paid this year | $0.93 |

**Transaction history**

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| | Beginning balance on 5/1 | | | | 5,132.88 |
| 5/2 | Check | 3100 | | 200.00 | 4,932.88 |
| 5/3 | Deposit | | 5,000.00 | | |
| 5/3 | Check | 3097 | | 10.00 | 9,922.88 |
| 5/4 | Check | 3098 | | 182.05 | |
| 5/4 | AT&T Telco West 000Payment 050311 03099 A51052479443482 11123 | ^3099 | | 79.31 | 9,661.52 |
| 5/5 | ATM Withdrawal - 05/05 Mach ID 0132C 1800 Solano Ave Berkeley CA 7442 0009084 | | | 200.00 | |
| 5/5 | Bank of America Mortgage May 11 Xxxxx4921 Kesel M | | | 2,774.66 | 6,686.86 |
| 5/10 | Bill Pay Equity On-Line Xxxxxxx2071998 On 05-10 | | | 715.00 | 5,971.86 |
| 5/11 | Check Crd Purchase 05/10 Electricbargainstor 310-822-6500 CA 434256Xxxxxx7442 131140008123435 ?McC=5099 01 | | | 318.84 | 5,653.02 |
| 5/16 | ATM Withdrawal - 05/15 Mach ID 0132B 1800 Solano Ave Berkeley CA 7442 0005836 | | | 300.00 | |
| 5/16 | Check | 3101 | | 750.00 | 4,603.02 |
| 5/18 | Check | 3102 | | 80.21 | 4,522.81 |
| 5/19 | Check | 3103 | | 128.40 | |
| 5/19 | Check | 3104 | | 55.42 | 4,338.99 |
| 5/23 | Hsa Transfer 000000003167128 Mark Kesel | | 277.96 | | |
| 5/23 | Check | 3105 | | 650.00 | |
| 5/23 | Cardmember Serv Web Pymt 110520 462300856537783 Kesel,Mark | | | 404.62 | 3,562.33 |
| 5/26 | Deposit | | 3,000.00 | | 6,562.33 |
| 5/27 | Check | 3106 | | 200.00 | 6,362.33 |
| 5/31 | AT&T Telco West 000Payment 052811 03108 A51052479443482 11148 | ^3108 | | 67.61 | |
| 5/31 | Interest Payment | | 0.23 | | 6,294.95 |
| | Ending balance on 5/31 | | | | 6,294.95 |
| | **Totals** | | **$8,278.19** | **$7,116.12** | |

Key to symbols: ^ Converted check: Paper check converted to an electronic format by your payee or designated representative. Converted checks cannot be returned, copied or imaged.

*handwritten:*
Ck 3107
$6,130.46 - 164.49 =
$6,294.95 - 164.49 (Ck 3107) =
= 6,130.46 OK regis

170229

*GI573131|018736|03|04|1|0|0|0|*

170231

*GI573131|018736|04|04|1|0|0|0|*



# Bank of America

0702 P P
E0-2

CD 05/06 1 0000 106 1  950 012140 #001 AV 0.340
MARK KESEL
1025 SOLANO AVE
ALBANY  CA  94706-1617

*Pers.*

**Your Bank of America Prima Account Statement**

**Statement Period:**
April 1 through April 29, 2011

**Account Number:** 07021-61806

**At Your Service**
Call: 510.649.6600

**Written Inquiries**
Bank of America
Albany Branch
PO Box 37176
San Francisco, CA 94137-0176

Customer since 1994
Bank of America appreciates your business and we enjoy serving you.

Our Online Banking service allows you to check balances, track account activity and more. With Online Banking you can also view up to 18 months of this statement online and even turn off delivery of your paper statement. Enroll at www.bankofamerica.com.

## ☐ Summary of Your Prima Interest Checking Account

| | | | |
|---|---|---|---|
| Beginning Balance on 04/01/11 | $61.61 | Number of ATM withdrawals and transfers | 0 |
| Ending Balance | $61.61 | Number of purchase transactions | 0 |
| | | Number of 24 Hour Customer Service Calls Self-Service Assisted | 0 0 |

*OK.*

## ☐ Important Information About Your Account

If you are a Keep the Change customer and enrolled in Keep the Change before December 1, 2010: Beginning June 6, 2011 we will no longer provide the on-going match in Keep the Change. We will pay the match on all qualifying transactions through June 6, 2011 (up to a maximum of $250 per year).

Other features of this service remain unchanged. We'll continue to round up qualified debit card transactions to the nearest dollar and automatically transfer the difference to your linked savings account.

Case: 10-41653   Doc# 84   Filed: 06/17/11   Entered: 06/17/11 13:42:48   Page 9 of 11

PMA account 9526265245 ■ May 1, 2011 - May 31, 2011 ■ Page 3 of 8



## OVERVIEW OF YOUR PMA ACCOUNT (CONTINUED)

### Interest, dividends and other income

*The information below should not be used for tax planning purposes.*

| Account | This month | This year |
|---|---|---|
| PMA® Prime Checking Account (9526265245) | 0.23 | 0.93 |
| Wells Fargo Money Market Savings℠ (2527627471) | 0.01 | 0.06 |
| **Total interest, dividends and other income** | **$0.24** | **$0.99** |

### Interest expense

| Account | This month | This year |
|---|---|---|
| Smartfit Home Equity LCA (6519200207-1998) | 715.00 | 2,784.54 |
| **Total interest expense** | **$715.00** | **$2,784.54** |

---

The "Overview of your PMA Account" section of your statement is provided for informational and convenience purposes. The Overview shows activity and information from (1) deposit, credit and trust accounts with Wells Fargo Bank, N.A., and (2) brokerage accounts with Wells Fargo Advisors, LLC, HD Vest Investment Services or Wells Fargo Advisors Financial Network, LLC (members SIPC); brokerage accounts are carried and cleared through First Clearing, LLC; (3) Wells Fargo Funds Management, LLC provides investment advisory and administrative services for Wells Fargo Advantage Funds; other affiliates provide subadvisory and other services for the Funds; and (4) insurance products offered through non-bank insurance agency affiliates of Wells Fargo & Company and underwritten by unaffiliated insurance companies.

---

Important Account Management Reminders:

No Overdraft fees will be charged if the Available Balance in your account is overdrawn by $5 or less after posting all transactions after the end of the Business Day. In addition, no more than four Overdraft and/or Returned Item fees will be charged on any Business Day.

We offer a variety of services to help you manage your money:
- Access to Online and Mobile Banking
- Sign up for Overdraft Protection and link an eligible Wells Fargo savings or credit account to your checking account

170227 *GI573131|018736|02|04|1|0|0|0|*
Case: 10-41653   Doc# 84   Filed: 06/17/11   Entered: 06/17/11 18:42:48   Page 10 of 11



## PMA® PRIME CHECKING ACCOUNT (CONTINUED)

**Summary of checks written** *(checks listed are also displayed in the preceding Transaction history section)*

| Number | Date | $ Amount | Number | Date | $ Amount | Number | Date | $ Amount |
|---|---|---|---|---|---|---|---|---|
| 3097 | 5/3 | 10.00 | 3101 | 5/16 | 750.00 | 3105 | 5/23 | 650.00 |
| 3098 | 5/4 | 182.05 | 3102 | 5/18 | 80.21 | 3106 | 5/27 | 200.00 |
| 3099 | 5/4 | 79.31 | 3103 | 5/19 | 128.40 | 3108* | 5/31 | 67.61 |
| 3100 | 5/2 | 200.00 | 3104 | 5/19 | 55.42 | | | |

* Gap in check sequence.

Are you getting the most from your PMA account? As a PMA customer, you get a rate bonus on a Wells Fargo High Yield Savings Account and other select savings options. Talk with your Wells Fargo Banker today.