UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: Mark Kesel

Case No. 10-41653

CHAPTER 11
MONTHLY OPERATING REPORT
(SMALL REAL ESTATE/INDIVIDUAL CASE)

**Amended** – SUMMARY OF FINANCIAL STATUS

MONTH ENDED: 03/31/10     PETITION DATE: 02/16/10

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
Dollars reported in $1

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| 2. **Asset and Liability Structure** | | | |
| a. Current Assets | $34,173 | $31,570 | |
| b. Total Assets | $2,716,397 | $2,695,755 | $2,645,342 |
| c. Current Liabilities | $0 | $0 | |
| d. Total Liabilities | $4,078,920 | $4,078,920 | $4,083,006 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 3. **Statement of Cash Receipts & Disbursements for Month** | | | |
| a. Total Receipts | $17,069 | $0 | $17,069 |
| b. Total Disbursements | $16,855 | $0 | $16,855 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $214 | $0 | $214 |
| d. Cash Balance Beginning of Month | $12,903 | $0 | $12,903 |
| e. Cash Balance End of Month (c + d) | $13,117 | $0 | $13,117 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. Profit/(Loss) from the Statement of Operations | N/A | N/A | N/A |
| 5. Account Receivables (Pre and Post Petition) | $0 | | |
| 6. Post-Petition Liabilities | $0 | | |
| 7. Past Due Post-Petition Account Payables (over 30 days) | $0 | | |

At the end of this reporting month:

| | | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | X |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | | X |
| 13. | Are a plan and disclosure statement on file? | | X |
| 14. | Was there any post-petition borrowing during this reporting period? | | X |

15. Check if paid: Post-petition taxes ___ ; U.S. Trustee Quarterly Fees ___ ; Check if filing is current for: Post-petition tax reporting and tax returns: X .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 6·16·2011

_/s/ Mark Kesel_
Responsible Individual

Case: 10-41653   Doc# 85   Filed: 06/17/11   Entered: 06/17/11 15:18:51   Page 1 of 14

Revised 1/1/98

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re: Mark Kesel

Case No. 10-41653

**CHAPTER 11
MONTHLY OPERATING REPORT
(SMALL REAL ESTATE/INDIVIDUAL CASE)**

## Amended - SUMMARY OF FINANCIAL STATUS

MONTH ENDED: 04/30/10          PETITION DATE: 02/16/10

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
Dollars reported in $1

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| 2. **Asset and Liability Structure** | | | |
| a. Current Assets | $36,985 | $34,173 | |
| b. Total Assets | $2,719,209 | $2,716,397 | $2,645,342 |
| c. Current Liabilities | $0 | $0 | |
| d. Total Liabilities | $4,078,920 | $4,078,920 | $4,083,006 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 3. **Statement of Cash Receipts & Disbursements for Month** | | | |
| a. Total Receipts | $16,768 | $17,069 | $33,837 |
| b. Total Disbursements | $14,252 | $16,855 | $31,107 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $2,516 | $214 | $2,730 |
| d. Cash Balance Beginning of Month | $13,117 | $12,903 | $26,020 |
| e. Cash Balance End of Month (c + d) | $15,866 * | $13,117 | $28,750 * |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. Profit/(Loss) from the Statement of Operations | N/A | N/A | N/A |
| 5. Account Receivables (Pre and Post Petition) | $0 | | |
| 6. Post-Petition Liabilities | $0 | | |
| 7. Past Due Post-Petition Account Payables (over 30 days) | $0 | | |

**At the end of this reporting month:**

| | | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | X |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | X | |
| 13. | Are a plan and disclosure statement on file? | | X |
| 14. | Was there any post-petition borrowing during this reporting period? | | X |

15. Check if paid: Post-petition taxes  X  ;   U.S. Trustee Quarterly Fees  X  ; Check if filing is current for: Post-petition tax reporting and tax returns:  X  .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.    * see explanation to Schedule B

Date: 6/16/__

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re: Mark Kesel

Case No. 10-41653

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**(SMALL REAL ESTATE/INDIVIDUAL CASE)**

## Amended – SUMMARY OF FINANCIAL STATUS

MONTH ENDED: 05/31/10     PETITION DATE: 02/16/10

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).

   Dollars reported in  $1

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| 2. **Asset and Liability Structure** | | | |
| a. Current Assets | $40,858 | $36,985 | |
| b. Total Assets | $2,714,653 | $2,719,209 | $2,645,342 |
| c. Current Liabilities | $0 | $0 | |
| d. Total Liabilities | $4,078,920 | $4,078,920 | $4,083,006 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 3. **Statement of Cash Receipts & Disbursements for Month** | | | |
| a. Total Receipts | $18,751 | $16,768 | $52,588 |
| b. Total Disbursements | $14,878 | $14,252 | $45,985 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $3,873 | $2,516 | $6,603 |
| d. Cash Balance Beginning of Month | $15,829 | $13,117 | $41,849 |
| e. Cash Balance End of Month (c + d) | $19,702 * | $15,829 | $48,452 * |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. Profit/(Loss) from the Statement of Operations | N/A | N/A | N/A |
| 5. Account Receivables (Pre and Post Petition) | $0 | | |
| 6. Post-Petition Liabilities | $0 | | |
| 7. Past Due Post-Petition Account Payables (over 30 days) | $0 | | |

At the end of this reporting month:

| | | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | X |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | X | |
| 13. | Are a plan and disclosure statement on file? | | X |
| 14. | Was there any post-petition borrowing during this reporting period? | | X |

15. Check if paid: Post-petition taxes  X ;     U.S. Trustee Quarterly Fees  X  ; Check if filing is current for: Post-petition tax reporting and tax returns:  X .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.     * see explanation to Schedule B

Date: 6·16·11

_____
Responsible Individual

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re: Mark Kesel

Case No. 10-41653

CHAPTER 11
MONTHLY OPERATING REPORT
(SMALL REAL ESTATE/INDIVIDUAL CASE)

*Amended* — SUMMARY OF FINANCIAL STATUS

MONTH ENDED: 06/30/10           PETITION DATE: 02/16/10

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in $1

2. **Asset and Liability Structure**

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| a. Current Assets | $35,325 | $40,858 | |
| b. Total Assets | $2,690,873 | $2,714,653 | $2,645,342 |
| c. Current Liabilities | $0 | $0 | |
| d. Total Liabilities | $4,078,920 | $4,078,920 | $4,083,006 |

3. **Statement of Cash Receipts & Disbursements for Month**

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| a. Total Receipts | $18,447 | $18,751 | $71,035 |
| b. Total Disbursements | $23,980 | $14,878 | $69,965 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | ($5,533) | $3,873 | $1,070 |
| d. Cash Balance Beginning of Month | $19,702 | $15,829 | $61,551 |
| e. Cash Balance End of Month (c + d) | $14,169 * | $19,702 | $62,621 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. Profit/(Loss) from the Statement of Operations | N/A | N/A | N/A |
| 5. Account Receivables (Pre and Post Petition) | $0 | | |
| 6. Post-Petition Liabilities | $0 | | |
| 7. Past Due Post-Petition Account Payables (over 30 days) | $0 | | |

At the end of this reporting month:                                          Yes    No

8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee)                    X
9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee)                                                                X
10. If the answer is yes to 8 or 9, were all such payments approved by the court?                    X
11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee)                    X
12. Is the estate insured for replacement cost of assets and for general liability?    X
13. Are a plan and disclosure statement on file?                                                                            X
14. Was there any post-petition borrowing during this reporting period?                                         X

15. Check if paid: Post-petition taxes  X ;      U.S. Trustee Quarterly Fees  X ;   Check if filing is current for: Post-petition tax reporting and tax returns:  X .
   (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.     * see explanation to Schedule B

Date: 6·16·11                                         /s/ Mark Kesel
                                                      Responsible Individual

Case: 10-41653   Doc# 85   Filed: 06/17/11   Entered: 06/17/11 15:18:51   Page 4 of 14
Revised 1/1/98

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: Mark Kesel

Case No. 10-41653

CHAPTER 11
MONTHLY OPERATING REPORT
(SMALL REAL ESTATE/INDIVIDUAL CASE)

**Amended** – SUMMARY OF FINANCIAL STATUS

MONTH ENDED: 07/31/10          PETITION DATE: 02/16/10

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in  $1

| | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
| | a. Current Assets | $35,325 | $35,325 | |
| | b. Total Assets | $2,690,873 | $2,690,873 | $2,645,342 |
| | c. Current Liabilities | $0 | $0 | |
| | d. Total Liabilities | $4,078,920 | $4,078,920 | $4,083,006 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 3. | **Statement of Cash Receipts & Disbursements for Month** | | | |
| | a. Total Receipts | $17,741 | $18,447 | $88,776 |
| | b. Total Disbursements | $17,552 | $23,980 | $87,517 |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $189 | ($5,533) | $1,259 |
| | d. Cash Balance Beginning of Month | $14,169 | $19,702 | $75,720 |
| | e. Cash Balance End of Month (c + d) | $14,359 * | $14,169 | $76,979 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 4. | Profit/(Loss) from the Statement of Operations | N/A | N/A | N/A |
| 5. | Account Receivables (Pre and Post Petition) | $0 | | |
| 6. | Post-Petition Liabilities | $0 | | |
| 7. | Past Due Post-Petition Account Payables (over 30 days) | $0 | | |

At the end of this reporting month:

| | | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | X |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | X | |
| 13. | Are a plan and disclosure statement on file? | | X |
| 14. | Was there any post-petition borrowing during this reporting period? | | X |

15. Check if paid: Post-petition taxes  X ;   U.S. Trustee Quarterly Fees  X ; Check if filing is current for: Post-petition tax reporting and tax returns:  X .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.   * see explanation to Schedule B

Date: 6·16·11

Responsible Individual

Case: 10-41653   Doc# 85   Filed: 06/17/11   Entered: 06/17/11 15:18:51   Page 5 of 14

Revised 1/1/98

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re: Mark Kesel

Case No. 10-41653

**CHAPTER 11
MONTHLY OPERATING REPORT
(SMALL REAL ESTATE/INDIVIDUAL CASE)**

*Amended* — SUMMARY OF FINANCIAL STATUS

MONTH ENDED: 08/31/10    PETITION DATE: 02/16/10

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor). Dollars reported in $1

| | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
| | a. Current Assets | $39,494 | $35,515 | |
| | b. Total Assets | $2,680,727 | $2,697,730 | $2,645,342 |
| | c. Current Liabilities | $0 | $0 | |
| | d. Total Liabilities | $4,078,920 | $4,078,920 | $4,083,006 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 3. | **Statement of Cash Receipts & Disbursements for Month** | | | |
| | a. Total Receipts | $19,050 | $17,741 | $107,826 |
| | b. Total Disbursements | $15,071 | $17,552 | $102,588 |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $3,979 | $189 | $5,238 |
| | d. Cash Balance Beginning of Month | $14,359 | $14,169 | $90,079 |
| | e. Cash Balance End of Month (c + d) | $18,338 | $14,359 | $95,317 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 4. | Profit/(Loss) from the Statement of Operations | N/A | N/A | N/A |
| 5. | Account Receivables (Pre and Post Petition) | $0 | | |
| 6. | Post-Petition Liabilities | $0 | | |
| 7. | Past Due Post-Petition Account Payables (over 30 days) | $0 | | |

At the end of this reporting month:                                                               Yes        No

8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee)                    X
9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee)                    X
10. If the answer is yes to 8 or 9, were all such payments approved by the court?                    X
11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee)                    X
12. Is the estate insured for replacement cost of assets and for general liability?    X
13. Are a plan and disclosure statement on file?                    X
14. Was there any post-petition borrowing during this reporting period?                    X

15. Check if paid: Post-petition taxes  X ;  U.S. Trustee Quarterly Fees  X  ; Check if filing is current for: Post-petition tax reporting and tax returns: X .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 6-16-11

*Mark Kesel* (signature)
Responsible Individual

Revised 1/1/98

Case: 10-41653   Doc# 85   Filed: 06/17/11   Entered: 06/17/11 15:18:51   Page 6 of 14

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: Mark Kesel

Case No. 10-41653

CHAPTER 11
MONTHLY OPERATING REPORT
(SMALL REAL ESTATE/INDIVIDUAL CASE)

*Amended* — SUMMARY OF FINANCIAL STATUS

MONTH ENDED: 09/30/10     PETITION DATE: 02/16/10

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
Dollars reported in $1

2. **Asset and Liability Structure**

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| a. Current Assets | $39,311 | $39,494 | |
| b. Total Assets | $2,707,619 | $2,680,727 | $2,645,342 |
| c. Current Liabilities | $0 | $0 | |
| d. Total Liabilities | $4,078,920 | $4,078,920 | $4,083,006 |

3. **Statement of Cash Receipts & Disbursements for Month**

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| a. Total Receipts | $17,041 | $19,050 | $124,867 |
| b. Total Disbursements | $17,217 | $15,071 | $119,805 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | ($176) | $3,979 | $5,062 |
| d. Cash Balance Beginning of Month | $18,338 | $14,359 | $108,417 |
| e. Cash Balance End of Month (c + d) | $18,155 | $18,338 | $113,479 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. Profit/(Loss) from the Statement of Operations | N/A | N/A | N/A |
| 5. Account Receivables (Pre and Post Petition) | $0 | | |
| 6. Post-Petition Liabilities | $0 | | |
| 7. Past Due Post-Petition Account Payables (over 30 days) | $0 | | |

At the end of this reporting month:

| | | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | X |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | X | |
| 13. | Are a plan and disclosure statement on file? | | X |
| 14. | Was there any post-petition borrowing during this reporting period? | | X |

15. Check if paid: Post-petition taxes  X ;   U.S. Trustee Quarterly Fees  X ; Check if filing is current for: Post-petition tax reporting and tax returns:  X .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 6·16·11

_____
Responsible Individual

Revised 1/1/98

Case: 10-41653   Doc# 85   Filed: 06/17/11   Entered: 06/17/11 15:18:51   Page 7 of 14

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re: Mark Kesel

Case No. 10-41653

CHAPTER 11
MONTHLY OPERATING REPORT
(SMALL REAL ESTATE/INDIVIDUAL CASE)

*Amended* - SUMMARY OF FINANCIAL STATUS

MONTH ENDED: 10/31/10     PETITION DATE: 02/16/10

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in  $1

| | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
| | a. Current Assets | $41,191 | $39,311 | |
| | b. Total Assets | $2,721,969 | $2,707,619 | $2,645,342 |
| | c. Current Liabilities | $0 | $0 | |
| | d. Total Liabilities | $4,078,920 | $4,078,920 | $4,083,006 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 3. | **Statement of Cash Receipts & Disbursements for Month** | | | |
| | a. Total Receipts | $17,025 | $17,071 | $141,892 |
| | b. Total Disbursements | $15,144 | $17,217 | $134,949 |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $1,881 | ($146) | $6,943 |
| | d. Cash Balance Beginning of Month | $18,155 | $18,338 | $126,572 |
| | e. Cash Balance End of Month (c + d) | $20,035 | $18,155 | $133,515 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 4. | Profit/(Loss) from the Statement of Operations | N/A | N/A | N/A |
| 5. | Account Receivables (Pre and Post Petition) | $0 | | |
| 6. | Post-Petition Liabilities | $0 | | |
| 7. | Past Due Post-Petition Account Payables (over 30 days) | $0 | | |

At the end of this reporting month:   **Yes**   **No**

8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee)   X
9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee)   X
10. If the answer is yes to 8 or 9, were all such payments approved by the court?   X
11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee)   X
12. Is the estate insured for replacement cost of assets and for general liability?   X
13. Are a plan and disclosure statement on file?   X
14. Was there any post-petition borrowing during this reporting period?   X

15. Check if paid: Post-petition taxes  X ;     U.S. Trustee Quarterly Fees  X  ; Check if filing is current for: Post-petition tax reporting and tax returns:  X .
   (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 6·16·11

Responsible Individual

Revised 1/1/98

Case: 10-41653   Doc# 85   Filed: 06/17/11   Entered: 06/17/11 15:18:51   Page 8 of 14

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: Mark Kesel

Case No. 10-41653

CHAPTER 11
MONTHLY OPERATING REPORT
(SMALL REAL ESTATE/INDIVIDUAL CASE)

*Amended* - SUMMARY OF FINANCIAL STATUS

MONTH ENDED: 11/30/10          PETITION DATE: 02/16/10

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
Dollars reported in $1

| | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
| | a. Current Assets | $40,509 | $41,191 | |
| | b. Total Assets | $2,735,323 | $2,721,969 | $2,645,342 |
| | c. Current Liabilities | $0 | $0 | |
| | d. Total Liabilities | $4,078,920 | $4,078,920 | $4,083,006 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 3. | **Statement of Cash Receipts & Disbursements for Month** | | | |
| | a. Total Receipts | $16,928 | $17,025 | $158,820 |
| | b. Total Disbursements | $17,610 | $15,144 | $152,559 |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | ($682) | $1,881 | $6,261 |
| | d. Cash Balance Beginning of Month | $20,035 | $18,155 | $146,607 |
| | e. Cash Balance End of Month (c + d) | $19,353 | $20,035 | $152,868 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 4. | Profit/(Loss) from the Statement of Operations | N/A | N/A | N/A |
| 5. | Account Receivables (Pre and Post Petition) | $0 | | |
| 6. | Post-Petition Liabilities | $0 | | |
| 7. | Past Due Post-Petition Account Payables (over 30 days) | $0 | | |

At the end of this reporting month:                                    Yes    No
8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee)     X
9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee)     X
10. If the answer is yes to 8 or 9, were all such payments approved by the court?     X
11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee)     X
12. Is the estate insured for replacement cost of assets and for general liability?   X
13. Are a plan and disclosure statement on file?     X
14. Was there any post-petition borrowing during this reporting period?     X

15. Check if paid: Post-petition taxes  X ;   U.S. Trustee Quarterly Fees  X  ; Check if filing is current for: Post-petition tax reporting and tax returns:  X .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 6-16-11

*(signed)* Mark Kesel
Responsible Individual

Revised 1/1/98

Case: 10-41653   Doc# 85   Filed: 06/17/11   Entered: 06/17/11 15:18:51   Page 9 of 14

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re: Mark Kesel

Case No. 10-41653

CHAPTER 11
MONTHLY OPERATING REPORT
(SMALL REAL ESTATE/INDIVIDUAL CASE)

**Amended - SUMMARY OF FINANCIAL STATUS**

MONTH ENDED: 12/31/10         PETITION DATE: 02/16/10

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
Dollars reported in $1

| | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
| | a. Current Assets | $42,888 | $40,509 | |
| | b. Total Assets | $2,765,187 | $2,735,323 | $2,645,342 |
| | c. Current Liabilities | $0 | $0 | |
| | d. Total Liabilities | $4,078,920 | $4,078,920 | $4,083,006 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 3. | **Statement of Cash Receipts & Disbursements for Month** | | | |
| | a. Total Receipts | $16,966 | $16,928 | $175,786 |
| | b. Total Disbursements | $14,586 | $17,610 | $167,145 |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $2,380 | ($682) | $8,641 |
| | d. Cash Balance Beginning of Month | $19,353 | $20,035 | $165,960 |
| | e. Cash Balance End of Month (c + d) | $21,732 | $19,353 | $174,601 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 4. | Profit/(Loss) from the Statement of Operations | N/A | N/A | N/A |
| 5. | Account Receivables (Pre and Post Petition) | $0 | | |
| 6. | Post-Petition Liabilities | $0 | | |
| 7. | Past Due Post-Petition Account Payables (over 30 days) | $0 | | |

At the end of this reporting month:                                                        Yes        No

8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee)          X
9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee)          X
10. If the answer is yes to 8 or 9, were all such payments approved by the court?          X
11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee)          X
12. Is the estate insured for replacement cost of assets and for general liability?    X
13. Are a plan and disclosure statement on file?          X
14. Was there any post-petition borrowing during this reporting period?          X

15. Check if paid: Post-petition taxes  X ;   U.S. Trustee Quarterly Fees  X ; Check if filing is current for: Post-petition tax reporting and tax returns:  X .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 6·16·11

_Mark Kesel_
Responsible Individual

Revised 1/1/98

Case: 10-41653   Doc# 85   Filed: 06/17/11   Entered: 06/17/11 15:18:51   Page 10 of 14

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re: Mark Kesel

Case No. 10-41653

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**(SMALL REAL ESTATE/INDIVIDUAL CASE)**

## Amended - SUMMARY OF FINANCIAL STATUS

MONTH ENDED: 01/31/11      PETITION DATE: 02/16/10

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in  $1

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| 2. **Asset and Liability Structure** | | | |
| a. Current Assets | $45,214 | $42,888 | |
| b. Total Assets | $2,794,402 | $2,765,187 | $2,645,342 |
| c. Current Liabilities | $25,996 | $0 | |
| d. Total Liabilities | $4,104,916 | $4,078,920 | $4,083,006 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 3. **Statement of Cash Receipts & Disbursements for Month** | | | |
| a. Total Receipts | $16,973 | $16,966 | $192,759 |
| b. Total Disbursements | $14,648 | $14,586 | $181,793 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $2,325 | $2,380 | $10,966 |
| d. Cash Balance Beginning of Month | $21,732 | $19,353 | $187,692 |
| e. Cash Balance End of Month (c + d) | $24,058 | $21,732 | $198,658 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. Profit/(Loss) from the Statement of Operations | N/A | N/A | N/A |
| 5. Account Receivables (Pre and Post Petition) | $0 | | |
| 6. Post-Petition Liabilities | $25,996 | | |
| 7. Past Due Post-Petition Account Payables (over 30 days) | $0 | | |

At the end of this reporting month:                                             Yes         No

8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee)          ___   X
9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee)          ___   X
10. If the answer is yes to 8 or 9, were all such payments approved by the court?          ___   X
11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee)          ___   X
12. Is the estate insured for replacement cost of assets and for general liability?     X
13. Are a plan and disclosure statement on file?          ___   X
14. Was there any post-petition borrowing during this reporting period?          ___   X

15. Check if paid: Post-petition taxes  X ;     U.S. Trustee Quarterly Fees  X ; Check if filing is current for: Post-petition
    tax reporting and tax returns:  X .
    (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 6 · 16 · 11                                    [signature]
                                                Responsible Individual

Revised 1/1/98

Case: 10-41653   Doc# 85   Filed: 06/17/11   Entered: 06/17/11 15:18:51   Page 11 of 14

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re: Mark Kesel

Case No. 10-41653

**CHAPTER 11
MONTHLY OPERATING REPORT
(SMALL REAL ESTATE/INDIVIDUAL CASE)**

*Amended* – SUMMARY OF FINANCIAL STATUS

MONTH ENDED: 02/28/11    PETITION DATE: 02/16/10

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor). Dollars reported in $1

2. **Asset and Liability Structure**

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| a. Current Assets | $47,355 | $45,214 | |
| b. Total Assets | $2,795,585 | $2,794,402 | $2,645,342 |
| c. Current Liabilities | $25,996 | $0 | |
| d. Total Liabilities | $4,104,916 | $4,104,916 | $4,083,006 |

3. **Statement of Cash Receipts & Disbursements for Month**

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| a. Total Receipts | $16,980 | $16,973 | $209,739 |
| b. Total Disbursements | $14,839 | $14,648 | $196,632 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $2,141 | $2,325 | $13,107 |
| d. Cash Balance Beginning of Month | $24,058 | $21,732 | $211,750 |
| e. Cash Balance End of Month (c + d) | $26,199 | $24,054 | $224,857 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. Profit/(Loss) from the Statement of Operations | N/A | N/A | N/A |
| 5. Account Receivables (Pre and Post Petition) | $0 | | |
| 6. Post-Petition Liabilities | $25,996 | $25,996 | |
| 7. Past Due Post-Petition Account Payables (over 30 days) | $0 | | |

At the end of this reporting month:

| | | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | X |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | X | |
| 13. | Are a plan and disclosure statement on file? | | X |
| 14. | Was there any post-petition borrowing during this reporting period? | | X |

15. Check if paid: Post-petition taxes  X ; U.S. Trustee Quarterly Fees  X ; Check if filing is current for: Post-petition tax reporting and tax returns: X
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 6·16·11

*[signature]*
Responsible Individual

Revised 1/1/98

Case: 10-41653    Doc# 85    Filed: 06/17/11    Entered: 06/17/11 15:18:51    Page 12 of 14

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re: Mark Kesel

Case No. 10-41653

**CHAPTER 11
MONTHLY OPERATING REPORT
(SMALL REAL ESTATE/INDIVIDUAL CASE)**

*Amended* — SUMMARY OF FINANCIAL STATUS

MONTH ENDED: 03/31/11          PETITION DATE: 02/16/10

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in $1.

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| 2. **Asset and Liability Structure** | | | |
| a. Current Assets | $39,432 | $47,355 | |
| b. Total Assets | $2,782,484 | $2,795,585 | $2,645,342 |
| c. Current Liabilities | $26,446 | $25,996 | |
| d. Total Liabilities | $4,105,366 | $4,104,916 | $4,083,006 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 3. **Statement of Cash Receipts & Disbursements for Month** | | | |
| a. Total Receipts | $16,949 | $16,980 | $226,688 |
| b. Total Disbursements | $24,872 | $14,839 | $221,504 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | ($7,923) | $2,141 | $5,184 |
| d. Cash Balance Beginning of Month | $26,199 | $24,058 | $237,949 |
| e. Cash Balance End of Month (c + d) | $18,276 | $26,199 | $243,133 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. Profit/(Loss) from the Statement of Operations | N/A | N/A | N/A |
| 5. Account Receivables (Pre and Post Petition) | $0 | | |
| 6. Post-Petition Liabilities | $26,446 | $25,996 | |
| 7. Past Due Post-Petition Account Payables (over 30 days) | $0 | | |

At the end of this reporting month:                                  **Yes**     **No**

8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee)    X
9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee)    X
10. If the answer is yes to 8 or 9, were all such payments approved by the court?    X
11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee)    X
12. Is the estate insured for replacement cost of assets and for general liability?    X
13. Are a plan and disclosure statement on file?    X
14. Was there any post-petition borrowing during this reporting period?    X

15. Check if paid: Post-petition taxes  X ;   U.S. Trustee Quarterly Fees  X  ; Check if filing is current for: Post-petition tax reporting and tax returns:  X .
    (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 6·16·11

_____
Responsible Individual

Revised 1/1/98

Case: 10-41653   Doc# 85   Filed: 06/17/11   Entered: 06/17/11 15:18:51   Page 13 of 14

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: Mark Kesel

Case No. 10-41653

CHAPTER 11
MONTHLY OPERATING REPORT
(SMALL REAL ESTATE/INDIVIDUAL CASE)

Amended - SUMMARY OF FINANCIAL STATUS

MONTH ENDED: 04/30/11    PETITION DATE: 02/16/10

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
Dollars reported in $1

| | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
| | a. Current Assets | $39,774 | $39,432 | |
| | b. Total Assets | $2,808,318 | $2,782,484 | $2,645,342 |
| | c. Current Liabilities | $27,376 | $26,446 | |
| | d. Total Liabilities | $4,106,296 | $4,105,366 | $4,083,006 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 3. | **Statement of Cash Receipts & Disbursements for Month** | | | |
| | a. Total Receipts | $16,963 | $16,949 | $243,651 |
| | b. Total Disbursements | $16,622 | $24,872 | $238,126 |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $341 | ($7,923) | $5,525 |
| | d. Cash Balance Beginning of Month | $18,276 | $26,199 | $256,225 |
| | e. Cash Balance End of Month (c + d) | $18,617 | $18,276 | $261,750 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 4. | Profit/(Loss) from the Statement of Operations | N/A | N/A | N/A |
| 5. | Account Receivables (Pre and Post Petition) | $0 | | |
| 6. | Post-Petition Liabilities | $27,376 | $26,446 | |
| 7. | Past Due Post-Petition Account Payables (over 30 days) | $0 | | |

At the end of this reporting month:

| | | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | X |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | X | |
| 13. | Are a plan and disclosure statement on file? | | X |
| 14. | Was there any post-petition borrowing during this reporting period? | | X |

15. Check if paid: Post-petition taxes  X ;   U.S. Trustee Quarterly Fees  X ;  Check if filing is current for: Post-petition tax reporting and tax returns:  X .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 6·16·2011

_Mark Kesel_ (signed)
Responsible Individual

Revised 1/1/98

Case: 10-41653   Doc# 85   Filed: 06/17/11   Entered: 06/17/11 15:18:51   Page 14 of 14