UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: Mark Kesel

Case No. 10-41653

**CHAPTER 11
MONTHLY OPERATING REPORT
(SMALL REAL ESTATE/INDIVIDUAL CASE)**

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: 06/30/11           PETITION DATE: 02/16/10

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in $1

| | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
| | a. Current Assets | $42,490 | $44,184 | |
| | b. Total Assets | $2,695,952 | $2,819,890 | $2,645,342 |
| | c. Current Liabilities | $30,619 | $29,809 | |
| | d. Total Liabilities | $4,109,539 | $4,108,729 | $4,083,006 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 3. | **Statement of Cash Receipts & Disbursements for Month** | | | |
| | a. Total Receipts | $16,958 | $19,094 | $279,703 |
| | b. Total Disbursements | $18,651 | $14,683 | $271,460 |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | ($1,693) | $4,411 | $8,243 |
| | d. Cash Balance Beginning of Month | $23,028 | $18,617 | $297,870 |
| | e. Cash Balance End of Month (c + d) | $21,334 | $23,028 | $306,113 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 4. | Profit/(Loss) from the Statement of Operations | N/A | N/A | N/A |
| 5. | Account Receivables (Pre and Post Petition) | $0 | | |
| 6. | Post-Petition Liabilities | $30,619 | $29,809 | |
| 7. | Past Due Post-Petition Account Payables (over 30 days) | $0 | | |

At the end of this reporting month:                                          Yes      No

8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee)                 X
9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee)                 X
10. If the answer is yes to 8 or 9, were all such payments approved by the court?                 X
11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee)                 X
12. Is the estate insured for replacement cost of assets and for general liability?  X
13. Are a plan and disclosure statement on file?                 X
14. Was there any post-petition borrowing during this reporting period?                 X

15. Check if paid: Post-petition taxes  X ;     U.S. Trustee Quarterly Fees  X ; Check if filing is current for: Post-petition tax reporting and tax returns:  X .
    (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 7·19·11

_Mark Kesel_ (signature)
Responsible Individual

Revised 1/1/98

Case: 10-41653   Doc# 87   Filed: 07/19/11   Entered: 07/19/11 16:19:40   Page 1 of 18

# BALANCE SHEET
(Small Real Estate/Individual Case)

For the Month Ended  06/30/11

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | | $21,334 |
| 2 | Accounts receivable (net) | | |
| 3 | Retainer(s) paid to professionals | | |
| 4 | Other: Retainer to Bankruptcy Attorney | | $21,156 |
| 5 | | | |
| 6 | **Total Current Assets** | | $42,490 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | | $760,000 |
| 8 | Real property (rental or commercial) | | $1,500,000 |
| 9 | Furniture, Fixtures, and Equipment | X | $5,225 |
| 10 | Vehicles | X | $4,000 |
| 11 | Partnership interests | | |
| 12 | Interest in corportations | | |
| 13 | Stocks and bonds | | $7,099 |
| 14 | Interests in IRA, Keogh, other retirement plans | X | $375,738 |
| 15 | Other: | | |
| 16 | Personal items | X | $1,400 |
| 17 | **Total Long Term Assets** | | $2,653,462 |
| 18 | **Total Assets** | | $2,695,952 |

| | Liabilities | | |
|---|---|---|---|
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | |
| 21 | Post-petition delinquent taxes | | |
| 22 | Accrued professional fees | | $30,619 |
| 23 | Other: | | |
| 24 | | | |
| 25 | **Total Current Liabilities** | | $30,619 |
| 26 | **Long-Term Post Petition Debt** | | |
| 27 | **Total Post-Petition Liabilities** | | $30,619 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | $889,373 |
| 29 | Secured claims (other) | | $1,556,810 |
| 30 | Priority unsecured claims | | $0 |
| 31 | General unsecured claims | | $1,632,737 |
| 32 | **Total Pre-Petition Liabilities** | | $4,078,920 |
| 33 | **Total Liabilities** | | $4,109,539 |
| | **Equity (Deficit)** | | |
| 34 | **Total Equity (Deficit)** | | ($1,413,587) |
| 35 | **Total Liabilities and Equity (Deficit)** | | $2,695,952 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1/1/98

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
Increase/(Decrease) in Cash and Cash Equivalents
For the Month Ended  06/30/11

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | $16,958 | |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $16,958 | |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Apartment Building Mortgage | $6,695 | |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Office Lease | $405 | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Business related taxes and fees | | |
| 29 | Real Property Taxes | $2,134 | |
| 30 | Other Taxes (US Trustee) | | |
| 31 | Other Cash Outflows: | | |
| 32 | Apartment Building Opereting Exp. | $1,803 | |
| 33 | Mortgage Payment & Equity Line of Credit (Personal) | $3,490 | |
| 34 | Living expenses | $2,674 | |
| 35 | Child support | $750 | |
| 36 | Tuition | $700 | |
| 37 | **Total Cash Disbursements:** | $18,651 | |
| 38 | Net Increase (Decrease) in Cash | ($1,694) | |
| 39 | Cash Balance, Beginning of Period | $23,028 | |
| 40 | Cash Balance, End of Period | $21,334 | |

Revised 1/1/98

Case: 10-41653   Doc# 87   Filed: 07/19/11   Entered: 07/19/11 16:19:40   Page 3 of 18

# SCHEDULES TO THE BALANCE SHEET

## Schedule A
### Rental Income Information

<u>List the Rental Information Requested Below By Properties (For Rental Properties Only)</u>

| | | **Property 1** | **Property 2** | **Property 3** |
|---|---|---|---|---|
| 1 | Description of Property | 1306 MLK Jr Way | | |
| 2 | Scheduled Gross Rents | $16,958 | | |
| | Less: | | | |
| 3 | Vacancy Factor | | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | $18,037 | $0 | $0 |
| 7 | Scheduled Net Rents | ($1,079) | $0 | $0 |
| 8 | Less: Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | ($1,079) | $0 | $0 |

(2) To be completed by cash basis reporters only.

## Schedule B
### Recapitulation of Funds Held at End of Month

| | | **Account 1** | **Account 2** | **Account 3** |
|---|---|---|---|---|
| 10 | Bank | Wells Fargo Bank | Apt Building (MB) | Other |
| 11 | Account No. | 9526265245 | 41317556 | |
| 12 | Account Purpose | Personal | | |
| 13 | Balance, End of Month | $5,681 | $15,028 | $625 |
| 14 | Total Funds on Hand for all Accounts | $21,334 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98



B

NEOVISION, LLC                                     30-0
1025 SOLANO AVE                                     2
ALBANY CA  94706                                   12

Transactions restricted by the Unlawful Internet Gambling Enforcement
Act of 2006 (UIGEA) are prohibited from being processed through this
commercial account. This prohibition is effective as of June 1, 2010.

## RELATIONSHIP BUSINESS CHECKING ACCOUNT 41317556

|                        |           | LAST STATEMENT 05/31/11 | 16,107.73 |
|------------------------|-----------|-------------------------|-----------|
| MINIMUM BALANCE        | 15,028.38 | 2 CREDITS               | 16,958.08 |
| AVG AVAILABLE BALANCE  | 18,989.05 | 13 DEBITS               | 18,037.43 |
| AVERAGE BALANCE        | 20,591.41 | THIS STATEMENT 06/30/11 | 15,028.38 |

### DEPOSITS

| REF # | DATE  | AMOUNT    | REF # | DATE  | AMOUNT    | REF # | DATE | AMOUNT |
|-------|-------|-----------|-------|-------|-----------|-------|------|--------|
| 33    | 06/07 | 1,401.67  | 34    | 06/03 | 15,556.41 |       |      |        |

### CHECKS

| CHECK # | DATE  | AMOUNT   | CHECK # | DATE  | AMOUNT | CHECK # | DATE  | AMOUNT   |
|---------|-------|----------|---------|-------|--------|---------|-------|----------|
| 1193    | 06/08 | 175.01   | 1197    | 06/16 | 100.00 | 1201    | 06/21 | 2,134.00 |
| 1194    | 06/06 | 405.00   | 1198    | 06/22 | 44.77  | 1202    | 06/27 | 2,000.00 |
| 1195    | 06/07 | 754.79   | 1199    | 06/22 | 108.64 | 1203    | 06/29 | 450.00   |
| 1196    | 06/08 | 5,000.00 | 1200    | 06/21 | 17.85  | 1204    | 06/30 | 152.04   |

### OTHER DEBITS

| DESCRIPTION                   | DATE  | AMOUNT   |
|-------------------------------|-------|----------|
| COHEN RECEIPT CASH CONC       | 06/08 | 6,695.33 |

### DAILY BALANCE

| DATE  | BALANCE   | DATE  | BALANCE   | DATE  | BALANCE   |
|-------|-----------|-------|-----------|-------|-----------|
| 06/03 | 31,664.14 | 06/16 | 19,935.68 | 06/29 | 15,180.42 |
| 06/06 | 31,259.14 | 06/21 | 17,783.83 | 06/30 | 15,028.38 |
| 06/07 | 31,906.02 | 06/22 | 17,630.42 |       |           |
| 06/08 | 20,035.68 | 06/27 | 15,630.42 |       |           |



| Chk No. | Amt | Paid | Payee | Date on check |
|---|---|---|---|---|
| 1193 | $175.01 | 06/08/11 | PG&E | 06/03/2011 |
| 1194 | $405.00 | 06/06/11 | Informetric System | 06/03/2011 |
| 1195 | $754.79 | 06/07/11 | City of Berkeley | 06/03/2011 |
| 1196 | $5,000.00 | 06/08/11 | Mark Kesel | 06/07/2011 |
| 1197 | $100.00 | 06/16/11 | Dennis Lushov | 6/14/2011 |
| 1198 | $44.77 | 06/22/11 | PG&E | 06/16/2011 |
| 1199 | $108.64 | 06/22/11 | AT&T Payment Center | 06/16/2011 |
| 1200 | $17.85 | 06/21/11 | PG&E | 06/16/2011 |
| 1201 | $2,134.00 | 06/21/11 | City of Berkeley | 06/16/2011 |
| 1202 | $2,000.00 | 06/27/11 | Mark Kesel | 06/24/2011 |

**For Your Protection:** Please examine this statement and report any discrepancy within **30** days.

| | |
|---|---|
| NEOVISION, LLC<br>1025 SOLANO AVE<br>ALBANY, CA 94706<br><br>DATE June 27, 2011<br>CHECK 1203<br><br>PAY TO THE ORDER OF: Joe Pier<br>$450.00<br>Four hundred fifty & 00/100 DOLLARS<br><br>Mechanics Bank<br><br>MEMO<br>:121102036: 1203 041-317558 | NEOVISION, LLC<br>1025 SOLANO AVE<br>ALBANY, CA 94706<br><br>DATE June 28, 2011<br>CHECK 1204<br><br>PAY TO THE ORDER OF: David Goldacer<br>$152.04<br>One hundred fifty two & 04/100 DOLLARS<br><br>Mechanics Bank<br><br>MEMO<br>:121102036: 1204 041-317558 |

Chk No. 1203  Amt  $450.00 Paid  06/29/11        Chk No. 1204  Amt  $152.04 Paid  06/30/11



# PMA® Wells Fargo® PMA Package

Questions? Please contact us:

**Wells Fargo Premier Banking Team℠**
Available 24 hours a day, 7 days a week
*Phone:* 1-800-742-4932 , *TTY:* 1-800-600-4833
*Spanish:* 1-877-727-2932 , *TTY:* 1-888-355-6052
*Chinese:* 1-800-288-2288

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A.
P.O. Box 6995
Portland, OR 97228-6995

MARK KESEL
DEBTOR IN POSSESSION
CH 11 CASE# 10-41653 (NCA)
59 STRATFORD RD
KENSINGTON CA 94707-1241

## June 30, 2011

| | |
|---|---:|
| **Total assets:** | $6,087.43 ✱ |
| Last month: | $6,395.80 |
| Change in $: | $(308.37) |
| Change in %: | (4.82)% |
| **Total liabilities:** | $198,595.63 |
| Last month: | $198,620.84 |
| Change in $: | $(25.21) |
| Change in %: | (0.01)% |
| Qualifying Balance : | $204,683.06 |

### Contents                                           Page
Overview............................................2
PMA® Prime Checking Account...................4
Other Checking....................................6
Savings (2)........................................7

✱ Include $305.17 from my daughter teen checking acct. linked to my acct. due to the fact that she is 16 year old.



# Overview of your PMA account

## Assets

| Account (Account Number) | Percent of total | Balance last month ($) | Balance this month ($) | Increase/ decrease ($) | Percent change |
|---|---|---|---|---|---|
| PMA® Prime Checking Account (9526265245) | 93% | 6,294.95 | 5,681.39 | (613.56) | (9.75)% |
| Wells Fargo Teen Checking℠ (5027606718) | 5% | 0.00 | 305.17 | 305.17 | 100.00% |
| Wells Fargo Way2Save® Savings (1102877717) | N/A | 0.00 | 0.00 | 0.00 | 0.00% |
| Wells Fargo Money Market Savings℠ (2527627471) | 2% | 100.85 | 100.87 | 0.02 | 0.02% |
| **Total assets** | | **$6,395.80** | **$6,087.43** | **($308.37)** | **(4.82)%** |

Total asset allocation (by account type)



Savings: 2%
Checking: 98%

## Liabilities

| Account (Account Number) | Percent of total | Outstanding balance last month ($) | Outstanding balance this month ($) | Increase/ decrease ($) | Percent change |
|---|---|---|---|---|---|
| Smartfit Home Equity LCA (6519200207-1998) | 100% | 198,620.84 | 198,595.63 | (25.21) | (0.01)% |
| **Total liabilities** | | **$198,620.84** | **$198,595.63** | **($25.21)** | **(0.01)%** |

Total liability allocation (by account type)



Lines of Credit: 100%

## Available credit

The information below may not be current. Be sure to verify the credit available on your accounts when accessing your credit lines.

| Account | Approved credit line | Credit used | Credit available |
|---|---|---|---|
| Smartfit Home Equity LCA (6519200207-1998) | 200,000.00 | 197,932.00 | 0.00 |
| **Total available credit** | **$200,000.00** | **$197,932.00** | **$0.00** |

Case: 10-41653  Doc# 87  Filed: 07/19/11  Entered: 07/19/11 16:19:40  Page 9 of 18



## OVERVIEW OF YOUR PMA ACCOUNT (CONTINUED)

### Interest, dividends and other income

The information below should not be used for tax planning purposes.

| Account | This month | This year |
|---|---|---|
| PMA® Prime Checking Account (9526265245) | 0.21 | 1.14 |
| Wells Fargo Money Market Savings℠ (2527627471) | 0.02 | 0.08 |
| **Total Interest, dividends and other income** | **$0.23** | **$1.22** |

### Interest expense

| Account | This month | This year |
|---|---|---|
| Smartfit Home Equity LCA (6519200207-1998) | 715.00 | 3,499.54 |
| **Total interest expense** | **$715.00** | **$3,499.54** |

The "Overview of your PMA Account" section of your statement is provided for informational and convenience purposes. The Overview shows activity and information from (1) deposit, credit and trust accounts with Wells Fargo Bank, N.A., and (2) brokerage accounts with Wells Fargo Advisors, LLC, HD Vest Investment Services or Wells Fargo Advisors Financial Network, LLC (members SIPC); brokerage accounts are carried and cleared through First Clearing, LLC; (3) Wells Fargo Funds Management, LLC provides investment advisory and administrative services for Wells Fargo Advantage Funds; other affiliates provide subadvisory and other services for the Funds; and (4) insurance products offered through non-bank insurance agency affiliates of Wells Fargo & Company and underwritten by unaffiliated insurance companies.

Shared ATM Deposits
Effective July 28, 2011, we will no longer accept deposits made at non-Wells Fargo STAR and Instant Cash Shared Network ATMs. To make an ATM deposit, please visit one of our 12,000 Wells Fargo or Wachovia a Wells Fargo company, ATMs.


WELLS FARGO

# PMA® Prime Checking Account

### Activity summary

| | |
|---|---|
| Balance on 6/1 | 6,294.95 |
| Deposits/Additions | 7,000.21 |
| Withdrawals/Subtractions | -7,613.77 |
| **Balance on 6/30** | **$5,681.39** |

Account number: **9526265245**

**MARK KESEL**
**DEBTOR IN POSSESSION**
**CH 11 CASE#10-41653 (NCA)**

Wells Fargo Bank, N.A., California (Member FDIC)

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

### Overdraft protection

Your account is linked to the following for Overdraft Protection:
- Savings - 2527627471

### Interest you've earned

| | |
|---|---|
| Interest earned this month | $0.21 |
| Average collected balance this month | $5,090.08 |
| Annual percentage yield earned | 0.05% |
| Interest paid this year | $1.14 |

### Transaction history

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| | Beginning balance on 6/1 | | | | 6,294.95 |
| 6/3 | Check | 3107 | | 164.49 | 6,130.46 |
| 6/6 | Check Crd Purchase 06/03 Yj Summer Program 212-303-4500 NY 434256Xxxxxx7442 156140021931379 ?McC=8398 01 | | | 700.00 | |
| 6/6 | Bank of America Mortgage Jun 11 Xxxxx4921 Kesel M | | | 2,774.66 | |
| 6/6 | Check | 3110 | | 55.42 | 2,600.38 |
| 6/7 | Deposit | | 5,000.00 | | |
| 6/7 | Bill Pay Equity On-Line Xxxxxxx2071998 On 06-07 | | | 715.00 | 6,885.38 |
| 6/8 | Anthem Bc RA-0201003 110607 000000239406326 Mark Kesel | | | 826.00 | 6,059.38 |
| 6/9 | Check Crd Purchase 06/07 Usairways 0378692595 Mankato MN 434256Xxxxxx7442 160140011944737 ?McC=3063 01 | | | 274.70 | |
| 6/9 | Check Crd Purchase 06/07 Usairways 0378692595 Mankato MN 434256Xxxxxx7442 160140011944738 ?McC=3063 01 | | | 274.70 | |
| 6/9 | Check Crd Purchase 06/07 Virgin Amer 9840000000 Burlingame CA 434256Xxxxxx7442 160140003993619 ?McC=4511 01 | | | 291.70 | 5,218.28 |
| 6/16 | Cardmember Serv Web Pymt 110615 462300856537783 Kesel,Mark | | | 276.18 | 4,942.10 |
| 6/23 | Check Crd Purchase 06/21 United Air 0164513408 San Francisco CA 434256Xxxxxx7442 174140011823297 ?McC=3000 90 | | | 50.00 | |
| 6/23 | Check | 3109 | | 750.00 | 4,142.10 |
| 6/24 | Deposit | | 2,000.00 | | 6,142.10 |
| 6/27 | POSPurchase - 06/26 Mach ID 000000 The Home Depot El Cerrito CA 7442 005811780290511072 ?McC=5200 | | | 7.21 | 6,134.89 |
| 6/28 | Check | 3111 | | 147.14 | 5,987.75 |
| 6/29 | Cardmember Serv Web Pymt 110628 462300856537783 Kesel,Mark | | | 238.96 | |
| 6/29 | AT&T Services Checkpaymt 062811 03112 A5105247944348 11179 | ^3112 | | 67.61 | 5,681.18 |
| 6/30 | Interest Payment | | 0.21 | | 5,681.39 |
| | **Ending balance on 6/30** | | | | **5,681.39** |
| | **Totals** | | **$7,000.21** | **$7,613.77** | |

Key to symbols: ^ *Converted check: Paper check converted to an electronic format by your payee or designated representative. Converted checks cannot be returned, copied or imaged.*



## PMA ® PRIME CHECKING ACCOUNT (CONTINUED)

**Summary of checks written** *(checks listed are also displayed in the preceding Transaction history section)*

| Number | Date | $ Amount | Number | Date | $ Amount | Number | Date | $ Amount |
|---|---|---|---|---|---|---|---|---|
| 3107 | 6/3 | 164.49 | 3110 | 6/6 | 55.42 | 3112 | 6/29 | 67.61 |
| 3109 * | 6/23 | 750.00 | 3111 | 6/28 | 147.14 | | | |

* Gap in check sequence.

---

Save time with Online Bill Pay

Save time, avoid late fees, and save on postage costs. Be at ease knowing your payments get there fast-with over 90% of our top payees able to receive payments in 2 days or less. You can even make same day payments to Wells Fargo credit accounts, and to other select merchants. Pay your bills efficiently with Wells Fargo Bill Pay-backed by our Payment Guarantee. We guarantee your payments will be paid as scheduled, on time, every time. Go to wellsfargo.com or wellsfargo.com/biz to sign up or sign on today.


# Wells Fargo Teen Checking ℠

**Activity summary**

| | |
|---|---|
| Balance on 6/1 | 168.00 |
| Deposits/Additions | 150.00 |
| Withdrawals/Subtractions | -12.83 |
| **Balance on 6/30** | **$305.17** |

Account number: 5027606713

**DANIELLA KESEL**
**MARK KESEL**

Wells Fargo Bank, N.A., California (Member FDIC)

Questions about your account: 1-800-742-4932

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

**Transaction history**

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| | Beginning balance on 6/1 | | | | 168.00 |
| 6/29 | POSPurchase - 06/29 Mach ID 000000 Cvs 07019 07019 NEW York NY 9833 004611807191594793 ?McC=5912 | | | 12.83 | 155.17 |
| 6/30 | Deposit Made In A Branch/Store | | 150.00 | | 305.17 |
| | **Ending balance on 6/30** | | | | **305.17** |
| **Totals** | | | **$150.00** | **$12.83** | |



# Wells Fargo Money Market Savings ℠

## Activity summary

| | |
|---|---|
| Balance on 6/1 | 100.85 |
| Deposits/Additions | 0.02 |
| Withdrawals/Subtractions | - 0.00 |
| **Balance on 6/30** | **$100.87** |

Account number: **2527627471**

MARK KESEL
DEBTOR IN POSSESSION
CH 11 CASE#10-41653 (NCA)

Wells Fargo Bank, N.A., California (Member FDIC)

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

## Interest you've earned

| | |
|---|---|
| Interest earned this month | $0.02 |
| Average collected balance this month | $100.85 |
| Annual percentage yield earned | 0.24% |
| Interest paid this year | $0.08 |

## Transaction history

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|
| | Beginning balance on 6/1 | | | 100.85 |
| 6/30 | Interest Payment | 0.02 | | 100.87 |
| | Ending balance on 6/30 | | | 100.87 |
| **Totals** | | **$0.02** | **$0.00** | |

Case: 10-41653   Doc# 87   Filed: 07/19/11   Entered: 07/19/11 16:19:40   Page 14 of 18



# Bank of America

0702 P P
E0-2

CD 07/08 1  0000 428 34    566 032243 #@01 AV 0.340

MARK KESEL
1025 SOLANO AVE
ALBANY  CA  94706-1617

## Your Bank of America Prima Account Statement

**Statement Period:**
June 1 through June 30, 2011

**Account Number:** 07021-61806

**At Your Service**
Call: 510.649.6600

Pers

**Written Inquiries**
Bank of America
Albany Branch
PO Box 37176
San Francisco, CA 94137-0176

Customer since 1994
Bank of America appreciates your business and we enjoy serving you.

Our Online Banking service allows you to check balances, track account activity and more. With Online Banking you can also view up to 18 months of this statement online and even turn off delivery of your paper statement. Enroll at www.bankofamerica.com.

## ☐ Summary of Your Prima Interest Checking Account

| | | | |
|---|---|---|---|
| Beginning Balance on 06/01/11 | $61.61 | Number of ATM withdrawals and transfers | 0 |
| Ending Balance | $61.61 | Number of purchase transactions | 0 |
| | | Number of 24 Hour Customer Service Calls | |
| | | Self-Service | 0 |
| | | Assisted | 0 |

OK.

California

Page 1 of 2


Recycled Paper

 

0702 P P
E0-2

CD 06/29 1  0000 018 34    301 018238 #001 AV 0.340
MARK KESEL
1025 SOLANO AVE
ALBANY  CA  94706-1617

## Your Bank of America Prima Account Statement

**Statement Period:**
May 26 through June 27, 2011

**Account Number:** 07028-01795

**At Your Service**
Call: 510.649.6600

**Written Inquiries**
Bank of America
Albany Branch
PO Box 37176
San Francisco, CA 94137-0176

Customer since 1994
Bank of America appreciates your business and we enjoy serving you.

Our Online Banking service allows you to check balances, track account activity and more. With Online Banking you can also view up to 18 months of this statement online and even turn off delivery of your paper statement. Enroll at www.bankofamerica.com.

### ❑ Summary of Your Prima Interest Checking Account

| | | | |
|---|---|---|---|
| Beginning Balance on 05/26/11 | $379.63 | Number of ATM withdrawals and transfers | 0 |
| Ending Balance | $379.63 | Number of purchase transactions | 0 |
| | | Number of 24 Hour Customer Service Calls | |
| | | Self-Service | 0 |
| | | Assisted | 0 |

California



Case: 10-41653   Doc# 87   Filed: 07/19/11   Entered: 07/19/11 16:19:40   Page 16 of 18



**The Partnership Federal Credit Union**
Banking. Security. Service. Together.

P.O Box 18539
Washington, D.C. 20036-8539
Toll Free: (800) 285-3286
www.ThePartnershipFCU.com

# Account Statement

| Member No. | Period Ending | Branch ID | Page |
|---|---|---|---|
| 11250005 | 06-30-11 | 1 | 1 of 1 |

P

| ACCOUNT BALANCES | | |
|---|---|---|
| 1 Regular Savings | $ | 82.64 |

MARK A KESEL
1025 SOLANO AVENUE
ALBANY CA 94706-1617

**GREAT, super-low vehicle loans with rates as low as 1.99% APR**
*buy – refi – save money.*
Apply now @ www.ThePartnershipFCU.com

**Mortgage rates are still at their lowest rates in many years - contact us to see what we can do for you today!**
Apply now @ www.ThePartnershipFCU.com

## Regular Savings — ACCT #1 — 04-01-11 Thru 06-30-11

| Beginning Balance | Deposits | Withdrawals | Ending Balance | YTD Dividends |
|---|---|---|---|---|
| $82.58 | $0.06 | $0.00 | $82.64 | $0.12 |

| Transaction Date | Effective Date | Transaction Description | Deposit | Withdrawal | Balance |
|---|---|---|---|---|---|
| 04-01 | | Previous Balance | | | 82.58 |
| 04-30 | | DIVIDEND | 0.02 | | 82.60 |
| 05-31 | | DIVIDEND | 0.02 | | 82.62 |
| 06-30 | | DIVIDEND | 0.02 | | 82.64 |

ANNUAL PERCENTAGE YIELD EARNED FROM 04-01-11 THRU 04-30-11 WAS 0.30%
ANNUAL PERCENTAGE YIELD EARNED FROM 05-01-11 THRU 05-31-11 WAS 0.29%
ANNUAL PERCENTAGE YIELD EARNED FROM 06-01-11 THRU 06-30-11 WAS 0.29%

### Share Sub-Account Summary

| Account | Description | Balance | Dividend |
|---|---|---|---|
| 1 | Regular Savings | 82.64 | 0.12 |

### Loan Sub-Account Summary

| Account | Description | Balance |
|---|---|---|

### YTD Account Summaries

Deposit Account Totals
Dividends 0.12

# Dreyfus
A BNY Mellon Company

**ACCOUNT STATEMENT**
04/01/11 through 06/30/11

Page 1 of 1

## Dreyfus BASIC Money Market Fund

MBSC Securities Corporation, Distributor

For questions about your account please call 1-800-645-6561 or go to www.Dreyfus.com to view your account on line.

MARK A KESEL
1025 SOLANO AVE
ALBANY CA 94706-1617

### ACCOUNT AT A GLANCE

| Personal account | as of 06/30/11 |
|---|---|
| Total Market Value | $1,118.18 |

### ACCOUNT ACTIVITY

**Dreyfus BASIC Money Market Fund**

‡ The 7 day simple annualized yield ending 06/30/11 was 0.00%
‡ Without the expense absorption in effect, the 7-day would have been -0.44%
‡ The 30 day simple annualized yield ending 06/30/11 was 0.00%
‡ Please see reverse side for additional yield information

Account number: 0123-0790450100

| Trade date | Description | Dollar amount | Share price | Shares this transaction | Total shares owned |
|---|---|---|---|---|---|
| | Market Value as of 03/31/11 | $1,118.18 | $1.00 | | 1,118.180 |
| | Market Value as of 06/30/11 | $1,118.18 | 1.00 | | 1,118.180 |

### INVESTMENT SLIP

To purchase additional shares, make your check payable in U.S. dollars to:

**The Dreyfus Family of Funds**
and mail together with this slip to:

The Dreyfus Family of Funds
P.O. Box 105
Newark NJ 07101-0105

Minimum investment  $1,000.00

Amount enclosed: $ _____

**Dreyfus BASIC Money Market Fund**

Fund Account #: 0123-0790450100

MARK A KESEL
1025 SOLANO AVE
ALBANY CA 94706-1617

X _____
If your address is incorrect, please make any changes above, **have all registered owners sign** and return this slip. Do not write in the white area below.

0123  0790450100    0302010013    0000100000    A

Case: 10-41653   Doc# 87   Filed: 07/19/11   Entered: 07/19/11 16:19:40   Page 18 of 18