# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re: Mark Kesel

Case No. 10-41653

**CHAPTER 11
MONTHLY OPERATING REPORT
(SMALL REAL ESTATE/INDIVIDUAL CASE)**

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: 07/31/11         PETITION DATE: 02/16/10

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in $1

| | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
| | a. Current Assets | $48,838 | $42,490 | |
| | b. Total Assets | $2,692,135 | $2,695,952 | $2,645,342 |
| | c. Current Liabilities | $31,969 | $29,809 | |
| | d. Total Liabilities | $4,110,889 | $4,109,539 | $4,083,006 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 3. | **Statement of Cash Receipts & Disbursements for Month** | | | |
| | a. Total Receipts | $21,261 | $16,958 | $300,964 |
| | b. Total Disbursements | $14,914 | $18,651 | $286,374 |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $6,347 | ($1,693) | $14,590 |
| | d. Cash Balance Beginning of Month | $21,334 | $23,028 | $319,204 |
| | e. Cash Balance End of Month (c + d) | $27,682 | $21,334 | $333,794 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 4. | Profit/(Loss) from the Statement of Operations | N/A | N/A | N/A |
| 5. | Account Receivables (Pre and Post Petition) | $0 | | |
| 6. | Post-Petition Liabilities | $31,969 | $30,619 | |
| 7. | Past Due Post-Petition Account Payables (over 30 days) | $0 | | |

At the end of this reporting month:

| | | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount and name of payee) | | X |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | X |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | X | |
| 13. | Are a plan and disclosure statement on file? | | X |
| 14. | Was there any post-petition borrowing during this reporting period? | | X |

15. Check if paid: Post-petition taxes _X_ ;  U.S. Trustee Quarterly Fees _X_ ; Check if filing is current for: Post-petition tax reporting and tax returns: _X_ .
    (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 8·17·11

_Mark Kesel_ (signature)
Responsible Individual

Revised 1/1/98

Case: 10-41653    Doc# 88    Filed: 08/19/11    Entered: 08/19/11 11:51:40    Page 1 of 16

# BALANCE SHEET
(Small Real Estate/Individual Case)

For the Month Ended __07/31/11__

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, etc.) | | $27,682 |
| 2 | Accounts receivable (net) | | |
| 3 | Retainer(s) paid to professionals | | $21,156 |
| 4 | Other: Retainer to Bankruptcy Attorney | | |
| 5 | | | |
| 6 | **Total Current Assets** | | $48,838 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | | $760,000 |
| 8 | Real property (rental or commercial) | | $1,500,000 |
| 9 | Furniture, Fixtures, and Equipment | X | $5,225 |
| 10 | Vehicles | X | $4,000 |
| 11 | Partnership interests | | |
| 12 | Interest in corporations | | $7,189 |
| 13 | Stocks and bonds | | $365,483 |
| 14 | Interests in IRA, Keogh, other retirement plans | X | |
| 15 | Other: | | |
| 16 | Personal items | X | $1,400 |
| 17 | **Total Long Term Assets** | | $2,643,297 |
| 18 | **Total Assets** | | $2,692,135 |
| | **Liabilities** | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | |
| 21 | Post-petition delinquent taxes | | |
| 22 | Accrued professional fees | | $31,969 |
| 23 | Other: | | |
| 24 | | | |
| 25 | **Total Current Liabilities** | | $31,969 |
| 26 | **Long-Term Post Petition Debt** | | |
| 27 | **Total Post-Petition Liabilities** | | $31,969 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | $889,373 |
| 29 | Secured claims (other) | | $1,556,810 |
| 30 | Priority unsecured claims | | $0 |
| 31 | General unsecured claims | | $1,632,737 |
| 32 | **Total Pre-Petition Liabilities** | | $4,078,920 |
| 33 | **Total Liabilities** | | $4,110,889 |
| | **Equity (Deficit)** | | |
| 34 | **Total Equity (Deficit)** | | ($1,418,754) |
| 35 | **Total Liabilities and Equity (Deficit)** | | $2,692,135 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

ªAt end of July draw check #1219 for $5,000 was posted to personal acct., but was not debited from business acct., so it is overstated by $5,000.

Case: 10-41653    Doc# 88    Filed: 08/19/11    Entered: 08/19/11 11:51:40    Page 2 of 16

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | Description of Property | 1306 MLK Jr Way | | |
| 2 | Scheduled Gross Rents | $21,261 | | |
| | Less: | | | |
| 3 | Vacancy Factor | | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions* | $18,628 | $0 | $0 |
| 7 | Scheduled Net Rents | $2,633 | $0 | $0 |
| 8 | Less: Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | $2,633 | $0 | $0 |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

| | | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | Bank | Wells Fargo Bank | Apt Building (MB) | Other |
| 11 | Account No. | 9526265245 | 41317556 | |
| 12 | Account Purpose | Personal | | |
| 13 | Balance, End of Month* | $9,395 | $17,662 | $625 |
| 14 | Total Funds on Hand for all Accounts* | $27,682 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

Case: 10-41653   Doc# 88   Filed: 08/19/11   Entered: 08/19/11 11:51:40   Page 3 of 16

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
## Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended 07/31/11

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected (Inc. Sec. Dep. $3875) | $21,261 | |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $21,261 | |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Apartment Building Mortgage | $6,697 | |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Office Lease | $398 | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Business related taxes and fees | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes (US Trustee) | | |
| 31 | Other Cash Outflows: | | |
| 32 | Apartment Building Opereting Exp. (Inc. Sec. Dep . Refund $830) | $1,534 | |
| 33 | Mortgage Payment & Equity Line of Credit (Personal) | $3,490 | |
| 34 | Living expenses | $1,596 | |
| 35 | Child support | $750 | |
| 36 | Tuition | $450 | |
| 37 | **Total Cash Disbursements*:** | $14,914 | |
| 38 | **Net Increase (Decrease) in Cash** | $6,348 | |
| 39 | **Cash Balance, Beginning of Period** | $21,334 | |
| 40 | **Cash Balance, End of Period *** | $27,682 | |

Revised 1/1/98

Case: 10-41653   Doc# 88   Filed: 08/19/11   Entered: 08/19/11 11:51:40   Page 4 of 16

# Mechanics Bank
### Commitment That Lasts Generations

ACCOUNT: 41317556 07/29/2011
DOCUMENTS: 14

B

```
NEOVISION, LLC                                            30-0
1025 SOLANO AVE                                              3
ALBANY CA  94706                                            11
```

================================================================
Transactions restricted by the Unlawful Internet Gambling Enforcement
Act of 2006 (UIGEA) are prohibited from being processed through this
commercial account. This prohibition is effective as of June 1, 2010.
================================================================

RELATIONSHIP BUSINESS CHECKING ACCOUNT 41317556
================================================================

```
                                    LAST STATEMENT 06/30/11    15,028.38
MINIMUM BALANCE            22,661.50      3 CREDITS            21,261.17
AVG AVAILABLE BALANCE      22,208.63     12 DEBITS             13,628.05 ✓
AVERAGE BALANCE            24,174.08   THIS STATEMENT 07/29/11 22,661.50
```
*handwritten:* X) 22,661.50 - 105(# 121) = 22,556.50 OK register 8/5/24

```
- - - - - - - - - - DEPOSITS - - - - - - - - - - - -
REF #.....DATE......AMOUNT  REF #.....DATE......AMOUNT  REF #.....DATE......AMOUNT
   12 07/15   5,550.00         32 07/01   8,212.30         39 07/07   7,498.87

- - - - - - - - - - CHECKS - - - - - - - - - - - -
CHECK #..DATE......AMOUNT   CHECK #..DATE......AMOUNT   CHECK #..DATE......AMOUNT
 1205 07/18     65.00        1209 07/08    189.71        1214 07/29    830.00
 1206 07/01    120.00        1210*07/25    397.65        1215 07/20    108.59
 1207 07/06     46.34        1212 07/21     44.29        1216 07/28     99.00
 1208 07/11     30.77        1213 07/18  5,000.00
```
(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

```
- - - - - - - - - OTHER DEBITS - - - - - - - - -
DESCRIPTION                                          DATE          AMOUNT
COHEN RECEIPT CASH CONC                              07/07       6,696.70 ✓

- - - - - - - - - DAILY BALANCE - - - - - - - -
DATE..........BALANCE       DATE..........BALANCE       DATE..........BALANCE
07/01      23,120.68        07/11      23,656.03        07/21      23,988.15
07/06      23,074.34        07/15      29,206.03        07/25      23,590.50
07/07      23,876.51        07/18      24,141.03        07/28      23,491.50
07/08      23,686.80        07/20      24,032.44        07/29      22,661.50
```

SEE REVERSE FOR IMPORTANT INFORMATION- PLEASE RETAIN FOR YOUR RECORDS        MEMBER FDIC
Case: 10-41653   Doc# 88   Filed: 08/19/11   Entered: 08/19/11 11:51:40   Page 5 of 16


**Mechanics Bank**
Commitment That Lasts Generations

| Check | Payee | Amount | Date | Paid |
|---|---|---|---|---|
| 1205 | AST Solution | $65.00 | 6-29-11 | 07/18/11 |
| 1206 | Dennis Lyshov | $120.00 | June 29, 2011 | 07/01/11 |
| 1207 | EBMUD (Building) | $46.34 | 07/01/2011 | 07/06/11 |
| 1208 | PG&E | $30.77 | 07/01/2011 | 07/11/11 |
| 1209 | PG&E (Office) | $189.71 | 07/01/2011 | 07/08/11 |
| 1210 | Informetric System | $397.65 | 07/15/2011 | 07/25/11 |
| 1212 | PG&E | $44.29 | 07/15/2011 | 07/21/11 |
| 1213 | Mark Kebel | $5,000.00 | 07/15/2011 | 07/18/11 |
| 1214 | Robin Nixon (Security Deposit) | $830.00 | 07/15/2011 | 07/29/11 |
| 1215 | AT&T Payment Center | $108.59 | 07/15/2011 | 07/20/11 |

**For Your Protection:** Please examine this statement and report any discrepancy within **30** days.

NEOVISION, LLC  1216
1025 SOLANO AVE
ALBANY, CA 94706

Date: 07/21/2011

Pay to: WOW Carpet Cleaning    $ 99.00

Ninety-nine and 00/100 ------- Dollars

**Mechanics Bank**

Memo: Mlk Way Music Room

Signature: [signed]

⑆121102036⑆ 1216 011⸺317556⸺  ⸺00000009900⸺

Chk No. 1216   Amt $99.00 Paid 07/28/11



# PMA® Wells Fargo® PMA Package

Questions? Please contact us:

**Wells Fargo Premier Banking Team**℠
Available 24 hours a day, 7 days a week
Phone: **1-800-742-4932**, TTY: 1-800-600-4833
Spanish: 1-877-727-2932, TTY: 1-888-355-6052
Chinese: 1-800-288-2288

Online: wellsfargo.com

Write: Wells Fargo Bank, N.A.
P.O. Box 6995
Portland, OR 97228-6995

MARK KESEL
DEBTOR IN POSSESSION
CH 11 CASE# 10-41653 (NCA)
59 STRATFORD RD
KENSINGTON CA 94707-1241

## July 31, 2011

| Total assets: | $9,739.73 ✱ |
|---|---|
| Last month: | $6,087.43 |
| Change in $: | $3,652.30 |
| Change in %: | 60.00% |

| Total liabilities: | $198,593.31 |
|---|---|
| Last month: | $198,595.63 |
| Change in $: | $(2.32) |
| Change in %: | 0.00% |

| Qualifying Balance : | $208,333.04 |

### Contents

| Contents | Page |
|---|---|
| Overview | 2 |
| PMA® Prime Checking Account | 4 |
| Other Checking | 6 |
| Savings (2) | 8 |

✱ Include Teen Checking acct. for Daniella Kesel of $243.39



# Overview of your PMA account

## Assets

| Account (Account Number) | Percent of total | Balance last month ($) | Balance this month ($) | Increase/ decrease ($) | Percent change |
|---|---|---|---|---|---|
| PMA* Prime Checking Account (9526265245) | 96% | 5,681.39 | 9,395.46 | 3,714.07 | 65.37% |
| Wells Fargo Teen Checking ℠ (5027606713) | 2% | 305.17 | 243.39 | (61.78) | (20.24)% |
| Wells Fargo Way2Save* Savings (1102877717) | N/A | 0.00 | 0.00 | 0.00 | 0.00% |
| Wells Fargo Money Market Savings℠ (2527527471) | 1% | 100.87 | 100.88 | 0.01 | 0.01% |
| **Total assets** | | **$6,087.43** | **$9,739.73** | **$3,652.30** | **60.00%** |

Total asset allocation (by account type)



Savings: 1%
Checking: 99%

## Liabilities

| Account (Account Number) | Percent of total | Outstanding balance last month ($) | Outstanding balance this month ($) | Increase/ decrease ($) | Percent change |
|---|---|---|---|---|---|
| Smartfit Home Equity LCA (6519200207-1998) | 100% | 198,595.63 | 198,593.31 | (2.32) | 0.00% |
| **Total liabilities** | | **$198,595.63** | **$198,593.31** | **($2.32)** | **0.00%** |

Total liability allocation (by account type)



Lines of Credit: 100%

## Available credit

The information below may not be current. Be sure to verify the credit available on your accounts when accessing your credit lines.

| Account | Approved credit line | Credit used | Credit available |
|---|---|---|---|
| Smartfit Home Equity LCA (6519200207-1998) | 200,000.00 | 197,879.47 | 0.00 |
| **Total available credit** | **$200,000.00** | **$197,879.47** | **$0.00** |

Case: 10-41653    Doc# 88    Filed: 08/19/11    Entered: 08/19/11 11:51:40    Page 9 of 16



## OVERVIEW OF YOUR PMA ACCOUNT (CONTINUED)

### Interest, dividends and other income

The information below should not be used for tax planning purposes.

| Account | This month | This year |
|---|---|---|
| PMA® Prime Checking Account (9526265245) | 0.16 | 1.30 |
| Wells Fargo Money Market Savings℠ (2527627471) | 0.01 | 0.09 |
| **Total interest, dividends and other income** | **$0.17** | **$1.39** |

### Interest expense

| Account | This month | This year |
|---|---|---|
| Smartfit Home Equity LCA (6519200207-1998) | 662.47 | 4,162.01 |
| **Total interest expense** | **$662.47** | **$4,162.01** |

The "Overview of your PMA Account" section of your statement is provided for informational and convenience purposes. The Overview shows activity and information from (1) deposit, credit and trust accounts with Wells Fargo Bank, N.A., and (2) brokerage accounts with Wells Fargo Advisors, LLC, HD Vest Investment Services or Wells Fargo Advisors Financial Network, LLC (members SIPC); brokerage accounts are carried and cleared through First Clearing, LLC; (3) Wells Fargo Funds Management, LLC provides investment advisory and administrative services for Wells Fargo Advantage Funds; other affiliates provide subadvisory and other services for the Funds; and (4) insurance products offered through non-bank insurance agency affiliates of Wells Fargo & Company and underwritten by unaffiliated insurance companies.

### Add a backup plan for your debit card purchases

We've changed the way debit card purchases are approved. Please make sure your debit card works the way you expect. For more information, please visit wellsfargo.com/overdraftservices or talk with your local banker.

© 2011 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. (5-11 524108)



# PMA® Prime Checking Account

### Activity summary

| | |
|---|---|
| Balance on 7/1 | 5,681.39 |
| Deposits/Additions | 10,000.16 |
| Withdrawals/Subtractions | -6,286.09 |
| **Balance on 7/31** | **$9,395.46** |

Account number: 9526265245

MARK KESEL
DEBTOR IN POSSESSION
CH 11 CASE#10-41653 (NCA)

Wells Fargo Bank, N.A., California (Member FDIC)

Questions about your account: 1-800-742-4932

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

### Overdraft protection

Your account is linked to the following for Overdraft Protection:
- Savings - 2527627471

### Interest you've earned

| | |
|---|---|
| Interest earned this month | $0.16 |
| Average collected balance this month | $3,801.20 |
| Annual percentage yield earned | 0.05% |
| Interest paid this year | $1.30 |

### Transaction history

| Date | Description | Check No. | Deposits/Additions | Withdrawals/Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| | Beginning balance on 7/1 | | | | 5,681.39 |
| 7/5 | Bank of America Mortgage Jul 11 Xxxxx4921 Kesel M | | | 2,774.66 | 2,906.73 |
| 7/7 | Check Crd Purchase 07/06 Gratz College Cashier Melrose Park PA 434256Xxxxxx7442 188140010917205 ?McC=8220 01 | | | 450.00 | |
| 7/7 | Bill Pay Equity On-Line Xxxxxxx2071998 On 07-07 | | | 715.00 | 1,741.73 |
| 7/13 | Cardmember Serv Web Pymt 110712 462300856537783 Kesel,Mark | | | 468.73 | 1,273.00 |
| 7/15 | Deposit | | 5,000.00 | | |
| 7/15 | Cash Ewithdrawal IN Branch/Store - 1800 Solano Ave Berkeley CA 7442 | | | 200.00 | 6,073.00 |
| 7/18 | Check | 3114 | | 55.42 | 6,017.58 |
| 7/22 | Check | 3117 | | 152.57 | 5,865.01 |
| 7/25 | Check | 3113 | | 750.00 | |
| 7/25 | Check | 3115 | | 69.24 | 5,045.77 |
| 7/26 | Check | 3116 | | 650.47 | 4,395.30 |
| 7/29 | Deposit | | 5,000.00 | | |
| 7/29 | Interest Payment | | 0.16 | | 9,395.46 |
| | **Ending balance on 7/31** | | | | **9,395.46** |
| | **Totals** | | **$10,000.16** | **$6,286.09** | |

### Summary of checks written (checks listed are also displayed in the preceding Transaction history section)

| Number | Date | $ Amount | Number | Date | $ Amount | Number | Date | $ Amount |
|---|---|---|---|---|---|---|---|---|
| 3113 | 7/25 | 750.00 | 3115 | 7/25 | 69.24 | 3117 | 7/22 | 152.57 |
| 3114 | 7/18 | 55.42 | 3116 | 7/26 | 650.47 | | | |



# Wells Fargo Teen Checking ℠

### Activity summary

| | |
|---|---|
| Balance on 7/1 | 305.17 |
| Deposits/Additions | 260.55 |
| Withdrawals/Subtractions | -322.33 |
| **Balance on 7/31** | **$243.39** |

Account number: 5027606713

**DANIELLA KESEL**
**MARK KESEL**

Wells Fargo Bank, N.A., California (Member FDIC)

Questions about your account: 1-800-742-4932

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

## Transaction history

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| | Beginning balance on 7/1 | | | | 305.17 |
| 7/7 | Check Crd Purchase 07/05 Babila Cafe Tel Aviv Yaf Ip 434256Xxxxxx9833 186140009282931 ?McC=5814 90 | | | 8.22 | |
| 7/7 | International Purchase Transaction Fee | | | 0.24 | 296.71 |
| 7/13 | Check Crd Purchase 07/10 Foto Life Yahalom 1986 Beer Sheva Ip 434256Xxxxxx9833 194140009156009 ?McC=5946 90 | | | 36.19 | |
| 7/13 | International Purchase Transaction Fee | | | 1.08 | |
| 7/13 | Check Crd Purchase 07/11 Kibutz Ktura Ktora Ip 434256Xxxxxx9833 194140009157313 ?McC=7011 90 | | | 8.11 | |
| 7/13 | International Purchase Transaction Fee | | | 0.24 | |
| 7/13 | Check Crd Purchase 07/11 Kibutz Ktura Ktora Ip 434256Xxxxxx9833 194140009157314 ?McC=7011 90 | | | 12.74 | |
| 7/13 | International Purchase Transaction Fee | | | 0.38 | 237.97 |
| 7/14 | Check Crd Purchase 07/12 Yogurt Bar Eilat Tel Aviv Ip 434256Xxxxxx9833 195140009218019 ?McC=5499 90 | | | 5.83 | |
| 7/14 | International Purchase Transaction Fee | | | 0.17 | 231.97 |
| 7/15 | Deposit | | 200.00 | | |
| 7/15 | Deposit | | 60.55 | | |
| 7/15 | Check Crd Purchase 07/13 Kibuz Ein Gedi-Hapun Ein Gedi Ip 434256Xxxxxx9833 196140012587348 ?McC=7011 90 | | | 7.88 | |
| 7/15 | International Purchase Transaction Fee | | | 0.23 | |
| 7/15 | ATM Withdrawal -07/15 Mach ID 6C315260 Arim Arim Kfar Saba Ip 9833 00001196338853444 | | | 29.19 | |
| 7/15 | Non-Wells Fargo ATM Transaction Fee | | | 5.00 | |
| 7/15 | ATM Withdrawal -07/15 Mach ID 9521 Arim Kikar Arim Kikarkefar-Saba Ip 9833 00001196377637655 | | | 30.36 | |
| 7/15 | Non-Wells Fargo ATM Transaction Fee | | | 5.00 | 414.86 |
| 7/18 | Check Crd Purchase 07/14 Kakaoo Espresso Bar Kfar Saba Ip 434256Xxxxxx9833 198140014607635 ?McC=5812 90 | | | 15.14 | |
| 7/18 | International Purchase Transaction Fee | | | 0.45 | |
| 7/18 | Check Crd Purchase 07/15 Positive Kfar Saba Ip 434256Xxxxxx9833 199140011399514 ?McC=5814 90 | | | 4.66 | |
| 7/18 | International Purchase Transaction Fee | | | 0.13 | |
| 7/18 | Check Crd Purchase 07/15 Aroma Expresso Bar Ken Kfar Saba Ip 434256Xxxxxx9833 199140011399446 ?McC=5813 90 | | | 4.95 | |
| 7/18 | International Purchase Transaction Fee | | | 0.14 | |
| 7/18 | Check Crd Purchase 07/15 Super Sal Ltd Kfar Saba Ip 434256Xxxxxx9833 199140011399897 ?McC=5411 90 | | | 9.07 | |
| 7/18 | International Purchase Transaction Fee | | | 0.27 | |
| 7/18 | Check Crd Purchase 07/15 Joe Kfar Saba Ip 434256Xxxxxx9833 199140011399768 ?McC=5813 90 | | | 18.92 | |
| 7/18 | International Purchase Transaction Fee | | | 0.56 | |
| 7/18 | ATM Withdrawal -07/16 Mach ID 11445 Bank Discont Bank Discot Ip 9833 000811197612687648 | | | 30.85 | |
| 7/18 | Non-Wells Fargo ATM Transaction Fee | | | 5.00 | |
| 7/18 | Check Crd Purchase 07/16 NEWPharm Drugstoores Kafar Saba Ip 434256Xxxxxx9833 199140011399431 ?McC=5912 90 | | | 4.07 | |
| 7/18 | International Purchase Transaction Fee | | | 0.12 | |



## WELLS FARGO TEEN CHECKING ℠ (CONTINUED)

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| 7/18 | Check Crd Purchase 07/16 Greg Caffe Arena Ltd Herzeliya Ip 434256Xxxxxx9833 1991400113399209 ?McC=5814 90 | | | 21.54 | |
| 7/18 | International Purchase Transaction Fee | | | 0.64 | 296.35 |
| 7/19 | Check Crd Purchase 07/17 Aroma Bashuk Jerusalem Ip 434256Xxxxxx9833 2001400086464160 ?McC=5814 90 | | | 4.94 | |
| 7/19 | International Purchase Transaction Fee | | | 0.14 | 293.27 |
| 7/22 | Check Crd Purchase 07/20 Sal Hamoshava Beeam Jerusalem Ip 434256Xxxxxx9833 2031400112660046 ?McC=5411 02 | | | 4.95 | |
| 7/22 | International Purchase Transaction Fee | | | 0.14 | |
| 7/22 | Check Crd Purchase 07/20 Tal Bagels Jerusalem Ip 434256Xxxxxx9833 2031400094379804 ?McC=5814 90 | | | 7.03 | |
| 7/22 | International Purchase Transaction Fee | | | 0.21 | |
| 7/22 | Check Crd Purchase 07/20 Levi Zipi- Ketshop Jerusalem Ip 434256Xxxxxx9833 2031400112662470 ?McC=5699 90 | | | 14.36 | |
| 7/22 | International Purchase Transaction Fee | | | 0.43 | 266.15 |
| 7/25 | Check Crd Purchase 07/20 Aroma Jerusalem Ip 434256Xxxxxx9833 2051400121112260 ?McC=5813 90 | | | 5.03 | |
| 7/25 | International Purchase Transaction Fee | | | 0.15 | 260.97 |
| 7/27 | Check Crd Purchase 07/25 Super Alonit Gesher Gesher Haziv Ip 434256Xxxxxx9833 2061400128534820 ?McC=5411 90 | | | 2.95 | |
| 7/27 | International Purchase Transaction Fee | | | 0.08 | 257.94 |
| 7/28 | Check Crd Purchase 07/26 Kayak Hagoshrim Hgoshrim Ip 434256Xxxxxx9833 2091400093685000 ?McC=7991 90 | | | 14.13 | |
| 7/28 | International Purchase Transaction Fee | | | 0.42 | 243.39 |
| Ending balance on 7/31 | | | | | 243.39 |
| Totals | | | $260.55 | $322.33 | |


# Wells Fargo Money Market Savings ℠

## Activity summary

| | |
|---|---:|
| Balance on 7/1 | 100.87 |
| Deposits/Additions | 0.01 |
| Withdrawals/Subtractions | - 0.00 |
| Balance on 7/31 | $100.88 |

Account number: 2527627471

MARK KESEL
DEBTOR IN POSSESSION
CH 11 CASE#10-41653 (NCA)

Wells Fargo Bank, N.A., California (Member FDIC)

Questions about your account: 1-800-742-4932

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

## Interest you've earned

| | |
|---|---:|
| Interest earned this month | $0.01 |
| Average collected balance this month | $100.87 |
| Annual percentage yield earned | 0.12% |
| Interest paid this year | $0.09 |

## Transaction history

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---:|---:|---:|
| | Beginning balance on 7/1 | | | |
| 7/29 | Interest Payment | 0.01 | | 100.87 |
| | Ending balance on 7/31 | | | 100.88 |
| Totals | | $0.01 | $0.00 | 100.88 |

Case: 10-41653   Doc# 88   Filed: 08/19/11   Entered: 08/19/11 11:51:40   Page 14 of 16



# Bank of America

0702 P P
E0-2

CD 07/08 1  0000 428 34   566 032243 #@01 AV 0.340
MARK KESEL
1025 SOLANO AVE
ALBANY  CA  94706-1617

## Your Bank of America Prima Account Statement

**Statement Period:**
June 1 through June 30, 2011

Account Number: 07021-61806

**At Your Service**
Call: 510.649.6600

Pers

**Written Inquiries**
Bank of America
Albany Branch
PO Box 37176
San Francisco, CA 94137-0176

Customer since 1994
Bank of America appreciates your business and we enjoy serving you.

Our Online Banking service allows you to check balances, track account activity and more. With Online Banking you can also view up to 18 months of this statement online and even turn off delivery of your paper statement. Enroll at www.bankofamerica.com.

## ☐ Summary of Your Prima Interest Checking Account

| | | | |
|---|---|---|---|
| Beginning Balance on 06/01/11 | $61.61 | Number of ATM withdrawals and transfers | 0 |
| Ending Balance | $61.61 | Number of purchase transactions | 0 |
| | | Number of 24 Hour Customer Service Calls Self-Service | 0 |
| | | Assisted | 0 |

OK,

Case: 10-41653   Doc# 88   Filed: 08/19/11   Entered: 08/19/11 11:51:40   Page 15 of 16



# Bank of America

0702 P P
E0-2

CD 08/02 1  0000 301 1      159 020053 #001 AV 0.340
MARK KESEL
1025 SOLANO AVE
ALBANY  CA  94706-1617

*SMC*

**Your Bank of America Prima Account Statement**

Statement Period:
June 28 through July 26, 2011

Account Number: 07028-01795

At Your Service
Call: 510.649.6600

Written Inquiries
Bank of America
Albany Branch
PO Box 37176
San Francisco, CA 94137-0176

Customer since 1994
Bank of America appreciates your business and we enjoy serving you.

Our Online Banking service allows you to check balances, track account activity and more. With Online Banking you can also view up to 18 months of this statement online and even turn off delivery of your paper statement. Enroll at www.bankofamerica.com.

## ☐ Summary of Your Prima Interest Checking Account

| | | | |
|---|---|---|---|
| Beginning Balance on 06/28/11 | $379.63 | Number of ATM withdrawals and transfers | 0 |
| Ending Balance | $379.63 | Number of purchase transactions | 0 |
| | *OK* | Number of 24 Hour Customer Service Calls Self-Service / Assisted | 0 / 0 |

## ☐ Important Information About Your Account

Effective July 21, 2011, if we place holds on checks deposited to your account, the minimum amount made available to you by the next business day increases from $100 to $200.

Funds from check deposits are generally available to you no later than the first business day after the day we receive your deposit. However, in some cases we place a hold on funds that you deposit by check.

## ☐ FACTS - FDIC Insured Account Disclosure Information

New ATM Card and Debit Card Replacement Service Fees: Effective September 12, 2011, we charge a $5 Replacement ATM or Debit Card Fee each time you ask us to replace an ATM card or debit card. You'll usually receive the card in the mail within 5-7 days of your request. If you request rush delivery, we charge an additional $20 Rush Replacement ATM or Debit Card Fee and you generally receive the card in 2 business days. We deduct these fees automatically from your account and they appear on your checking or savings statement. These fees also apply to replacement of debit tags and other access devices.

California

Recycled Paper

Case: 10-41653   Doc# 88   Filed: 08/19/11   Entered: 08/19/11 11:51:40   Page 16 of 16