# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re: Mark Kesel

Case No.      10-41653

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**(SMALL REAL ESTATE/INDIVIDUAL CASE)**

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED:    08/31/11      PETITION DATE:    02/16/10

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ☐ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
Dollars reported in    $1

| | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
| | a. Current Assets | $40,812 | $48,838 | |
| | b. Total Assets | $2,646,321 | $2,692,135 | $2,645,342 |
| | c. Current Liabilities | $34,609 | $31,969 | |
| | d. Total Liabilities | $4,113,529 | $4,110,889 | $4,083,006 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 3. | **Statement of Cash Receipts & Disbursements for Month** | | | |
| | a. Total Receipts | $17,834 | $21,261 | $318,798 |
| | b. Total Disbursements | $25,861 | $14,914 | $312,235 |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | ($8,027) | $6,347 | $6,563 |
| | d. Cash Balance Beginning of Month | $27,682 | $21,334 | $346,886 |
| | e. Cash Balance End of Month (c + d) | $19,656 | $27,682 | $353,450 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 4. | **Profit/(Loss) from the Statement of Operations** | N/A | N/A | N/A |
| 5. | **Account Receivables (Pre and Post Petition)** | $0 | | |
| 6. | **Post-Petition Liabilities** | $34,609 | $31,969 | |
| 7. | **Past Due Post-Petition Account Payables (over 30 days)** | $0 | | |

**At the end of this reporting month:**

| | | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | X |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | X | |
| 13. | Are a plan and disclosure statement on file? | | X |
| 14. | Was there any post-petition borrowing during this reporting period? | | X |

15. Check if paid: Post-petition taxes   X  ;     U.S. Trustee Quarterly Fees   X  ;   Check if filing is current for: Post-petition tax reporting and tax returns:   X  .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date:   9-16-11

_____
Responsible Individual

Revised 1/1/98

Case: 10-41653    Doc# 90    Filed: 09/19/11    Entered: 09/19/11 11:44:51    Page 1 of 22

# BALANCE SHEET
(Small Real Estate/Individual Case)
For the Month Ended     08/31/11

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | | $19,656 |
| 2 | Accounts receivable (net) | | |
| 3 | Retainer(s) paid to professionals | | |
| 4 | Other:  Retainer to Bankruptcy Attorney | | $21,156 |
| 5 | | | |
| 6 | **Total Current Assets** | | $40,812 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | | $760,000 |
| 8 | Real property (rental or commercial) | | $1,500,000 |
| 9 | Furniture, Fixtures, and Equipment | X | $5,225 |
| 10 | Vehicles | X | $4,000 |
| 11 | Partnership interests | | |
| 12 | Interest in corporations | | |
| 13 | Stocks and bonds | | $6,509 |
| 14 | Interests in IRA, Keogh, other retirement plans | X | $328,375 |
| 15 | Other: | | |
| 16 | Personal items | X | $1,400 |
| 17 | **Total Long Term Assets** | | $2,605,509 |
| 18 | **Total Assets** | | $2,646,321 |
| | **Liabilities** | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | |
| 21 | Post-petition delinquent taxes | | |
| 22 | Accrued professional fees | | $34,609 |
| 23 | Other: | | |
| 24 | | | |
| 25 | **Total Current Liabilities** | | $34,609 |
| 26 | **Long-Term Post Petition Debt** | | |
| 27 | **Total Post-Petition Liabilities** | | $34,609 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | $889,373 |
| 29 | Secured claims (other) | | $1,556,810 |
| 30 | Priority unsecured claims | | $0 |
| 31 | General unsecured claims | | $1,632,737 |
| 32 | **Total Pre-Petition Liabilities** | | $4,078,920 |
| 33 | **Total Liabilities** | | $4,113,529 |
| | **Equity (Deficit)** | | |
| 34 | **Total Equity (Deficit)** | | ($1,467,208) |
| 35 | **Total Liabilities and Equity (Deficit)** | | $2,646,321 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals, familiarity with comparable market prices, etc.) and the date the value was determined.

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

#### List the Rental Information Requested Below By Properties (For Rental Properties Only)

| | | Property 1<br>1306 MLK Jr Way | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | Description of Property | | | |
| 2 | Scheduled Gross Rents | $17,834 | | |
| | Less: | | | |
| 3 | Vacancy Factor | | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions* | $29,207 | $0 | $0 |
| 7 | Scheduled Net Rents | ($11,373) | $0 | $0 |
| 8 | Less:  Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | ($11,373) | $0 | $0 |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

| | | Account 1<br>Wells Fargo Bank | Account 2<br>Apt Building (MB) | Account 3<br>Other |
|---|---|---|---|---|
| 10 | Bank | | | |
| 11 | Account No. | 9526265245 | 41317556 | |
| 12 | Account Purpose | Personal | | |
| 13 | Balance, End of Month | $7,742 | $11,289 | $625 |
| 14 | Total Funds on Hand for all Accounts | $19,656 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended    08/31/11

| | | Actual<br>Current Month | Cumulative<br>(Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected (Inc. Sec. Dep. $3875) | $17,834 | |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $17,834 | |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Apartment Building Mortgage | $6,697 | |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Office Lease | $393 | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Business related taxes and fees | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes (US Trustee) | | |
| 31 | Other Cash Outflows: | | |
| 32 | Apartment Building Opereting Exp. (Inc. Sec. Dep . Refund $4,464) | $8,117 | |
| 33 | Mortgage Payment & Equity Line of Credit (Personal) | $3,490 | |
| 34 | Living expenses (Inc. Bus. Exps $768; ins. Exp $922) | $2,938 | |
| 35 | Child support | $750 | |
| 36 | Tuition | $3,476 | |
| 37 | **Total Cash Disbursements*** | $25,861 | |
| 38 | **Net Increase (Decrease) in Cash** | ($8,027) | |
| 39 | **Cash Balance, Beginning of Period** | $27,682 | |
| 40 | **Cash Balance, End of Period *** | $19,656 | |

Revised 1/1/98



# PMA ® Wells Fargo® PMA Package

Questions? Please contact us:

**Wells Fargo Premier Banking Team℠**
Available 24 hours a day, 7 days a week
Phone: **1-800-742-4932** , *TTY*: 1-800-600-4833
*Spanish*: 1-877-727-2932 , *TTY*: 1-888-355-6052
*Chinese*: 1-800-288-2288

*Online*: wellsfargo.com

*Write*: Wells Fargo Bank, N.A.
P.O. Box 6995
Portland, OR 97228-6995

MARK KESEL
DEBTOR IN POSSESSION
CH 11 CASE# 10-41653 (NCA)
59 STRATFORD RD
KENSINGTON CA 94707-1241

## August 31, 2011

| | |
|---|---|
| **Total assets:** | **$7,880.52** |
| Last month: | $9,739.73 |
| Change in $: | $(1,859.21) |
| Change in %: | (19.09)% |
| **Total liabilities:** | **$198,590.89** |
| Last month: | $198,593.31 |
| Change In $: | $(2.42) |
| Change in %: | 0.00% |
| Qualifying Balance : | **$206,471.41** |

## Contents

| | Page |
|---|---|
| Overview | 2 |
| PMA® Prime Checking Account | 4 |
| Other Checking | 6 |
| Savings (2) | 8 |



**WELLS FARGO**

# Overview of your PMA account

## Assets

| Account (Account Number) | Percent of total | Balance last month ($) | Balance this month ($) | Increase/ decrease ($) | Percent change |
|---|---|---|---|---|---|
| PMA® Prime Checking Account (9526265245) | 98% | 9,395.46 | 7,741.61 | (1,653.85) | (17.60)% |
| Wells Fargo Teen Checking℠ (5027606713) | <1% | 243.39 | 38.02 | (205.37) | (84.36)% |
| Wells Fargo Way2Save® Savings (1102877717) | N/A | 0.00 | 0.00 | 0.00 | 0.00% |
| Wells Fargo Money Market Savings℠ (2527627471) | 1% | 100.88 | 100.89 | 0.01 | 0.01% |
| **Total assets** | | **$9,739.73** | **$7,880.52** | **($1,859.21)** | **(19.09)%** |

**Total asset allocation (by account type)**



Savings: 1%

Checking: 99%

## Liabilities

| Account (Account Number) | Percent of total | Outstanding balance last month ($) | Outstanding balance this month ($) | Increase/ decrease ($) | Percent change |
|---|---|---|---|---|---|
| Smartfit Home Equity LCA (6519200207-1998) | 100% | 198,593.31 | 198,590.89 | (2.42) | 0.00% |
| **Total liabilities** | | **$198,593.31** | **$198,590.89** | **($2.42)** | **0.00%** |

**Total liability allocation (by account type)**



Lines of Credit: 100%

## Available credit

The information below may not be current. Be sure to verify the credit available on your accounts when accessing your credit lines.

| Account | Approved credit line | Credit used | Credit available |
|---|---|---|---|
| Smartfit Home Equity LCA (6519200207-1998) | 200,000.00 | 197,879.47 | 0.00 |
| **Total available credit** | **$200,000.00** | **$197,879.47** | **$0.00** |

Case: 10-41653    Doc# 90    Filed: 09/19/11    Entered: 09/19/11 11:44:51    Page 6 of 22



⊃ OVERVIEW OF YOUR PMA ACCOUNT (CONTINUED)

## Interest, dividends and other income

The information below should not be used for tax planning purposes.

| Account | This month | This year |
|---|---|---|
| PMA® Prime Checking Account (9526265245) | 0.38 | 1.68 |
| Wells Fargo Money Market Savings℠ (2527627471) | 0.01 | 0.10 |
| **Total interest, dividends and other income** | **$0.39** | **$1.78** |

## Interest expense

| Account | This month | This year |
|---|---|---|
| Smartfit Home Equity LCA (6519200207-1998) | 715.00 | 4,877.01 |
| **Total interest expense** | **$715.00** | **$4,877.01** |

Effective October 3, 2011, the Overdraft Protection Transfer/Advance fee from a linked Line of Credit will be $12.50 per advance per day. If your eligible Line of Credit is providing Overdraft Protection to any of the following PMA checking accounts, the advance fee will continue to be waived: PMA Prime Checking, PMA Premier Checking, PMA Money Market Checking, or a PMA Checking.

Please refer to your Consumer Account Fee and Information Schedule for additional information regarding the accounts that are eligible to provide Overdraft Protection for your checking account.

The "Overview of your PMA Account" section of your statement is provided for informational and convenience purposes. The Overview shows activity and information from (1) deposit, credit and trust accounts with Wells Fargo Bank, N.A., and (2) brokerage accounts with Wells Fargo Advisors, LLC, HD Vest Investment Services or Wells Fargo Advisors Financial Network, LLC (members SIPC); brokerage accounts are carried and cleared through First Clearing, LLC; (3) Wells Fargo Funds Management, LLC provides investment advisory and administrative services for Wells Fargo Advantage Funds; other affiliates provide subadvisory and other services for the Funds; and (4) insurance products offered through non-bank insurance agency affiliates of Wells Fargo & Company and underwritten by unaffiliated insurance companies.

When Change Comes
Wells Fargo Online can help you keep up with your everyday financial needs. Easily move money between your Wells Fargo accounts, or to and from your accounts at other banks. Monitor your Wells Fargo accounts with text and email account alerts. Manage budgeting, spending, and saving with user-friendly online tools. Go to wellsfargo.com (consumer accounts) or wellsfargo.com/biz (business accounts) to sign up or sign on today.

Case: 10-41653   Doc# 90   Filed: 09/19/11   Entered: 09/19/11 11:44:51   Page 7 of 22


**WELLS FARGO**

# PMA ® Prime Checking Account

## Activity summary

| | |
|---|---|
| Balance on 8/1 | 9,395.46 |
| Deposits/Additions | 9,000.38 |
| Withdrawals/Subtractions | - 10,654.23 |
| **Balance on 8/31** | **$7,741.61** |

Account number: **9526265245**

**MARK KESEL**
**DEBTOR IN POSSESSION**
**CH 11 CASE#10-41653 (NCA)**

Wells Fargo Bank, N.A., California (Member FDIC)

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

## Overdraft protection

Your account is linked to the following for Overdraft Protection:

■ Savings - 2527627471

## Interest you've earned

| | |
|---|---|
| Interest earned this month | $0.38 |
| Average collected balance this month | $8,972.05 |
| Annual percentage yield earned | 0.05% |
| Interest paid this year | $1.68 |

## Transaction history

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| | Beginning balance on 8/1 | | | | 9,395.46 |
| 8/1 | Anthem Bc RA-0201003 110729 000000249046324 Mark Kesel | | | 766.00 | 8,629.46 |
| 8/3 | Deposit | | 5,000.00 | | |
| 8/3 | Bill Pay Equity On-Line Xxxxxxx2071998 On 08-03 | | | 715.00 | |
| 8/3 | Cardmember Serv Web Pymt 110802 462300856537783 Kesel,Mark | | | 381.75 | |
| 8/3 | AT&T Services Checkpaymt 080211 03118 A5105247944348 11214 | ^3118 | | 67.58 | 12,465.13 |
| 8/5 | Bank of America Mortgage Aug 11 Xxxxx4921 Kesel M | | | 2,774.66 | |
| 8/5 | Check | 3121 | | 54.92 | 9,635.55 |
| 8/9 | Check | 3119 | | 750.00 | 8,885.55 |
| 8/18 | POS Purchase - 08/17 Mach ID 000000 The Home Depot El Cerrito CA 7442 00461230001743687 ?McC=5200 | | | 294.63 | 8,590.92 |
| 8/22 | Cardmember Serv Web Pymt 110819 462300856537783 Kesel,Mark | | | 242.81 | |
| 8/22 | Check | 3122 | | 101.13 | 8,246.98 |
| 8/23 | Anthem Bc RA-0201003 110822 000000253672756 Mark Kesel | | | 156.00 | 8,090.98 |
| 8/26 | Deposit | | 4,000.00 | | 12,090.98 |
| 8/29 | POS Purchase - 08/26 Mach ID 000000 Orchard Supply Berkeley CA 7442 00581239108995403 ?McC=5251 | | | 61.92 | |
| 8/29 | POS Purchase - 08/27 Mach ID 000000 Office Depot 00 Berkeley CA 7442 00381239831711280 ?McC=5943 | | | 61.56 | 11,967.50 |
| 8/30 | Cardmember Serv Web Pymt 110827 462300856537783 Kesel,Mark | | | 400.27 | 11,567.23 |
| 8/31 | Check Crd Purchase 08/30 Star Rooter and Plumbi Hayward CA 434256Xxxxxx7442 243140013726998 ?McC=1771 01 | | | 350.00 | |
| 8/31 | Check | 3120 | | 3,476.00 | |
| 8/31 | Interest Payment | | 0.38 | | 7,741.61 |
| | Ending balance on 8/31 | | | | 7,741.61 |
| **Totals** | | | **$9,000.38** | **$10,654.23** | |

Key to symbols: ^ *Converted check: Paper check converted to an electronic format by your payee or designated representative. Converted checks cannot be returned, copied or imaged.*



## PMA ® PRIME CHECKING ACCOUNT (CONTINUED)

**Summary of checks written** *(checks listed are also displayed in the preceding Transaction history section)*

| Number | Date | $ Amount | Number | Date | $ Amount | Number | Date | $ Amount |
|--------|------|----------|--------|------|----------|--------|------|----------|
| 3118   | 8/3  | 67.58    | 3120   | 8/31 | 3,476.00 | 3122   | 8/22 | 101.13   |
| 3119   | 8/9  | 750.00   | 3121   | 8/5  | 54.92    |        |      |          |



# Wells Fargo Teen Checking℠

## Activity summary

| | |
|---|---:|
| Balance on 8/1 | 243.39 |
| Deposits/Additions | 113.00 |
| Withdrawals/Subtractions | - 318.37 |
| **Balance on 8/31** | **$38.02** |

Account number: **5027606713**

**DANIELLA KESEL**
**MARK KESEL**

*Wells Fargo Bank, N.A. California (Member FDIC)*

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

## Transaction history

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---:|---:|---:|
| | Beginning balance on 8/1 | | | | **243.39** |
| 8/2 | Check Crd Purchase 07/31 Galrya Erls Zfat Ip 434256Xxxxxx9833 214140008992633 ?McC=5971 90 | | | 20.39 | |
| 8/2 | International Purchase Transaction Fee | | | 0.61 | 222.39 |
| 8/3 | Check Crd Purchase 08/01 Dually Ltd Vending Mac Ramat Gan Ip 434256Xxxxxx9833 215140009416027 ?McC=5921 90 | | | 1.62 | |
| 8/3 | International Purchase Transaction Fee | | | 0.04 | |
| 8/3 | Check Crd Purchase 08/01 Dually Ltd Vending Mac Ramat Gan Ip 434256Xxxxxx9833 215140009414130 ?McC=5921 90 | | | 2.05 | |
| 8/3 | International Purchase Transaction Fee | | | 0.06 | |
| 8/3 | Check Crd Purchase 08/01 Dually Ltd Vending Mac Ramat Gan Ip 434256Xxxxxx9833 215140009414131 ?McC=5921 90 | | | 2.05 | |
| 8/3 | International Purchase Transaction Fee | | | 0.06 | |
| 8/3 | Check Crd Purchase 08/01 Dually Ltd Vending Mac Ramat Gan Ip 434256Xxxxxx9833 215140009416028 ?McC=5921 90 | | | 2.05 | |
| 8/3 | International Purchase Transaction Fee | | | 0.06 | 214.40 |
| 8/4 | Check Crd Purchase 08/02 Eintereed Tel Aviv Lod Ip 434256Xxxxxx9833 216140012048432 ?McC=5812 90 | | | 5.49 | |
| 8/4 | International Purchase Transaction Fee | | | 0.16 | |
| 8/4 | Check Crd Purchase 08/02 James Richardson Ter Lod Ip 434256Xxxxxx9833 216140012048330 ?McC=5309 90 | | | 16.80 | |
| 8/4 | International Purchase Transaction Fee | | | 0.50 | |
| 8/4 | Check Crd Purchase 08/02 James Richardson Ter Lod Ip 434256Xxxxxx9833 216140012048331 ?McC=5309 90 | | | 20.70 | |
| 8/4 | International Purchase Transaction Fee | | | 0.62 | 170.13 |
| 8/5 | Check Crd Purchase 08/02 Mtbea Atik Jerusalem Ip 434256Xxxxxx9833 217140015435883 ?McC=5947 90 | | | 27.28 | |
| 8/5 | International Purchase Transaction Fee | | | 0.81 | |
| 8/5 | POS Purchase - 08/05 Mach ID 000000 Zebra Inc 2467 Berkeley CA 9833 00301217677653152 ?McC=5999 | | | 61.05 | 80.99 |
| 8/8 | Check Crd Purchase 08/06 Coldstone #2156 San Francisco CA 434256Xxxxxx9833 220140007327920 ?McC=5812 90 | | | 3.89 | |
| 8/8 | POS Purchase - 08/07 Mach ID 000000 Cvs 03026 03026 Berkeley CA 9833 00581219713441398 ?McC=5912 | | | 4.99 | 72.11 |
| 8/9 | Check Crd Purchase 08/07 Urban-Outfitters #0013 Berkeley CA 434256Xxxxxx9833 221140004982526 ?McC=5651 90 | | | 14.13 | 57.98 |
| 8/12 | Deposit | | 113.00 | | 170.98 |
| 8/15 | Check Crd Purchase 08/11 Urban-Outfitters #0013 Berkeley CA 434256Xxxxxx9833 226140018584337 ?McC=5651 90 | | | 13.04 | |
| 8/15 | Check Crd Purchase 08/12 Urban-Anthropologie #2 972-550-2751 PA 434256Xxxxxx9833 226140008544257 ?McC=5651 01 | | | 64.09 | 93.85 |

Case: 10-41653   Doc# 90   Filed: 09/19/11   Entered: 09/19/11 11:44:51   Page 10 of 22


## WELLS FARGO TEEN CHECKING℠ (CONTINUED)

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|------|-------------|-----------|---------------------|---------------------------|----------------------|
| 8/26 | Check Crd Purchase 08/24 Urban-Anthropologie #2 972-550-2751 PA 434256Xxxxxx9833 238140005272543 ?McC=5651 01 | | | 43.28 | 50.57 |
| 8/29 | Check Crd Purchase 08/26 Adolph Gasser Inc San Francisco CA 434256Xxxxxx9833 241140013075843 ?McC=7221 90 | | | 12.55 | 38.02 |
| **Ending balance on 8/31** | | | | | **38.02** |
| **Totals** | | | **$113.00** | **$318.37** | |



# Wells Fargo Way2Save® Savings

## Activity summary

| | |
|---|---|
| Balance on 8/1 | 0.00 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 0.00 |
| Balance on 8/31 | $0.00 |

Account number: **1102877717**

**DANIELLA KESEL**
**MARK KESEL**

*Wells Fargo Bank, N.A., California* (Member FDIC)

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General
Statement Policies can be found towards the
end of this statement.

## Interest you've earned

| | |
|---|---|
| Interest paid on 8/31 | $0.00 |
| Average collected balance this month | $0.00 |
| Annual percentage yield earned | 0.00% |
| Interest paid this year | $0.00 |

347896



**WELLS FARGO**

# Wells Fargo Money Market Savings℠

**Activity summary**

| | |
|---|---|
| Balance on 8/1 | 100.88 |
| Deposits/Additions | 0.01 |
| Withdrawals/Subtractions | - 0.00 |
| **Balance on 8/31** | **$100.89** |

Account number: **2527627471**

**MARK KESEL**
**DEBTOR IN POSSESSION**
**CH 11 CASE#10-41653 (NCA)**

Wells Fargo Bank, N.A., California (Member FDIC)

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

**Interest you've earned**

| | |
|---|---|
| Interest earned this month | $0.01 |
| Average collected balance this month | $100.88 |
| Annual percentage yield earned | 0.12% |
| Interest paid this year | $0.10 |

**Transaction history**

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|
| | Beginning balance on 8/1 | | | 100.88 |
| 8/31 | Interest Payment | 0.01 | | 100.89 |
| | Ending balance on 8/31 | | | 100.89 |
| | **Totals** | **$0.01** | **$0.00** | |


## Worksheet to balance your checking account

**1.** Go through your check register and mark each check (this includes cancelled, converted and substitute checks that may appear on your statement), withdrawal, ATM transaction, payment, deposit or other credit listed in the "Transaction history" section of your statement. Be sure your register shows any interest or dividends paid into your account and any service charges, automatic payments or transfers withdrawn from your account during this statement period.

**2.** Using the chart below, list any outstanding, converted or substitute checks, as well as any ATM withdrawals, payments or any other withdrawals (including any from previous months) which are listed in your register but are not shown on your statement.

**3.** Balance your account by filling in the spaces below.

☞ ENTER
**A** The "ending balance" shown on your statement                     $ _____

☞ ADD
**B** Any deposits listed in your register or transfers into your account which are not shown on your statement

$ _____
$ _____
$ _____
$ _____ → $ _____

☞ CALCULATE SUBTOTAL
(Add parts **A** and **B**)                                           $ _____

☞ SUBTRACT
**C** Total of outstanding checks and withdrawals from the chart at right                                          - $ _____

☞ CALCULATE
ENDING BALANCE
(Part **A** + Part **B** - Part **C**)
This amount should be the same as the current balance shown in your check register.          $ _____

| Items outstanding | |
| --- | --- |
| **Check number** | **Amount** |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Wells Fargo Servicing, P.O. Box 14415, Des Moines, IA 50306-3415. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **Checking account information.** After balancing your checking account, please report any differences to us as soon as possible but no later than within 30 days. Special provisions, including a reporting period of up to 60 days, apply if the difference involves an electronic funds transfer. These provisions are explained below.

■ In case of errors or questions about your electronic transfers, telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

**1.** Tell us your name and account number (if any).

**2.** Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

**3.** Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

■ Deposit and loan products offered by Wells Fargo Bank, N.A., Member FDIC.

©2007 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801

347898







# Notice of Americans with Disabilities Act Settlement by Wells Fargo & Company (including Wachovia)

The U.S. Department of Justice has obtained a Settlement with Wells Fargo under the Americans with Disabilities Act (ADA). The Settlement addresses all violations of Title III of the ADA, including Wells Fargo's failure to communicate effectively with people with disabilities such as its past refusal to accept relay calls from people who are deaf, are hard of hearing, or have speech disabilities. A copy of the Settlement is available at www.ada.gov or can be obtained by emailing WFclaims@usdoj.gov or calling 1-800-514-0301 (voice) or 1-800-514-0383 (TTY).

## Possible payments to individuals harmed by disability discrimination

Who is eligible for payment? If you experienced discrimination based on disability, such as being denied effective communication, you may be able to get a payment.

How can you submit a claim? You may obtain information on how to submit a claim in several ways: (1) by sending an email with your name, address, and telephone number requesting claim information to WFclaims@usdoj.gov; (2) by visiting the ADA Home Page at www.ada.gov, or (3) by calling the Disability Rights Section at 866-708-1273 (voice mail) or 866-544-5309 (TTY). Act now! All claims must be received by January 29, 2012. Claims received after that date are not eligible for possible payment.

How will claims be processed? All claims will be evaluated by the Civil Rights Division, which will make the final decisions about who receives a payment and the payment amount. Anyone found eligible to receive a payment must sign a release of claims before any payment will be made.

© 2011 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. (7-11 572111)

# Mechanics Bank®
### Commitment That Lasts Generations

24-Hour Tele Banking:    888.400.6324
Client Services:    800.797.6324
www.mechanicsbank.com

Account Number        xxxxxx7556

B

NEOVISION, LLC
1025 SOLANO AVE
ALBANY, CA  94706



NEW ONLINE BANKING

**Better.
Faster.
Easier.
Yes!**

Visit our web site and
click "Key Features"
to see what's new!
www.mechanicsbank.com

---

## RELATIONSHIP BUSINESS CHECKING ACCOUNT xxxxxx7556

### Your Account at a Glance

| | | | | |
|---|---|---|---|---|
| Minimum Balance | $11,288.88 | Last Statement 07/29/11 | | $22,661.50 |
| Avg Available Balance | $16,895.98 | 2 Credits | | $17,834.44 |
| Average Balance | $17,814.28 | 21 Debits | | $29,207.06 |
| | | This Statement 08/31/11 | | $11,288.88 OK |

### Deposits

| REF# | DATE | AMOUNT | REF# | DATE | AMOUNT | REF# | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 11 | 08/03 | $11,599.37 | 19 | 08/12 | $6,235.07 | | | |

### Checks

| CHECK# | DATE | AMOUNT | CHECK# | DATE | AMOUNT | CHECK# | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1211* | 08/02 | $105.00 | 1223 | 08/24 | $198.00 | 1230 | 08/23 | $20.56 |
| 1217 | 08/03 | $2,000.00 | 1224 | 08/10 | $680.00 | 1231 | 08/22 | $485.00 |
| 1218 | 08/18 | $120.00 | 1225 | 08/17 | $46.74 | 1232 | 08/26 | $690.57 |
| 1219 | 08/01 | $5,000.00 | 1226 | 08/17 | $16.85 | 1233 | 08/22 | $1,054.00 |
| 1220 | 08/09 | $199.54 | 1227 | 08/16 | $2,000.00 | 1234 | 08/30 | $123.12 |
| 1221 | 08/05 | $392.73 | 1228 | 08/16 | $269.61 | 1235 | 08/29 | $4,000.00 |
| 1222 | 08/04 | $5,000.00 | 1229 | 08/18 | $108.64 | | | |

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

---

Please refer to important information on page 2

EQUAL HOUSING LENDER    MEMBER FDIC

## How to Contact Us

Client Services: 1-800-797-6324

Mailing Address: P.O. Box 1786

Richmond, CA 94802-0786

Website: www.mechanicsbank.com

Mobile Site: mechanicsbank.com/m

### Important Information About Your Instant Reserve Account (hereinafter referred to as "Account")

The Bank figured the interest charge for this period on your revolving line of credit by multiplying the daily periodic rate of 0.04932%, by the "daily balance" of your account each day. To get the daily balance, we take the beginning balance of your Account each day, add any new advances and subtract any payments or credits and any billed but unpaid interest. This gives us the "daily balance."

### Fair Credit Reporting Act

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

### Important Notice Regarding Repayment of Loan Obligations

Communications concerning a dispute in connection with your loan, including any instrument that may be tendered as full satisfaction of your debt must be directed to 1-800-797-6324 or:

**Mechanics Bank, Client Services**
P.O. Box 1786, Richmond, CA 94802-0786

### Important Notice Regarding Automatic Loan Payments

When an automatic loan payment due date falls on a Saturday, Sunday or Holiday (except for New Year's Day, which is a processing day for Mechanics Bank) the payment will be taken the next business day. Loan interest accrues until posted. Questions: call 1-800-797-6324.

### Electronic Transfers Summary

*(The following notice applies if your account is mai___ned pr___ household purposes)*

In case of errors or questions about your electronic transfers, write to the following address as soon as you can:

**Mechanics Bank, Client Services**
P.O. Box 5610, Hercules, CA 94547-5610

Contact us if you think your statement or receipt is wrong or l about a transfer listed on the statement or receipt. We must l days after we sent out the FIRST statement on which the em

YOU MUST:

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for new accounts), we will credit your account for the amount you think is in error. This will allow you to have use of the money during the time it takes us to complete our investigation.

### Billing Rights Summary

*(The following information will apply to your loans maintained primarily for personal, family or household purposes)*

WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us at:

**Mechanics Bank, Client Services**
P.O. Box 5610, Hercules, CA 94547-5610

In your letter, give us the following information:

(1) **Account information:** Your name and account number.

(2) **Dollar amount:** Dollar amount of the suspected error.

(3) **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing on a separate sheet of paper. You may call us, but if you do you will not preserve your rights, and we are not required to investigate any potential errors. You may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit line.

---

## CHECK RECONCILIATION WORKSHEET

| CHECKS OUTSTANDING | | | |
|---|---|---|---|
| DATE OR NUMBER | AMOUNT | DATE OR NUMBER | AMOUNT |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL $ | |

| CHECKBOOK RECONCILIATION | |
|---|---|
| **ENTER** Balance this statement | $ |
| **ADD** Recent deposits (not credited on this statement) | $ |
| **SUBTOTAL** | $ |
| **SUBTRACT** Total checks outstanding | $ |
| **BALANCE** | $ |

PLEASE REPORT ANY ERRORS OR OMISSIONS WITHIN 30 DAYS OF THE STATEMENT DATE. THE BANK WILL NOT BE LIABLE FOR CLAIMS MADE AFTERWARDS.

Mark off the checks and deposits shown on this statement in your checkbook. If your checkbook and statement do not balance, have you:

○ Accounted for bank charges?

○ Verified additions and subtractions in your checkbooks?

○ Compared cancelled checks to check stubs?

○ Compared deposit amounts on statement to your checkbook?

BALANCE should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included on this statement.



EQUAL HOUSING LENDER  MEMBER FDIC

Case: 10-41653    Doc# 90    Filed: 09/19/11    Entered: 09/19/11 11:44:51    Page 17 of 22

 **Mechanics Bank®**
Commitment That Lasts Generations

24-Hour Tele Banking: 888.400.6324
Client Services: 800.797.6324
www.mechanicsbank.com

NEOVISION, LLC

Account Number     xxxxxx7556

## RELATIONSHIP BUSINESS CHECKING ACCOUNT xxxxxx7556

### Other Debits

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 08/08 | COHEN RECEIPT CASH CONC | 6,696.70 ✓ |

### Daily Balance

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 08/01 | $17,661.50 | 08/09 | $14,866.90 | 08/22 | $16,321.13 |
| 08/02 | $17,556.50 | 08/10 | $14,186.90 | 08/23 | $16,300.57 |
| 08/03 | $27,155.87 | 08/12 | $20,421.97 | 08/24 | $16,102.57 |
| 08/04 | $22,155.87 | 08/16 | $18,152.36 | 08/26 | $15,412.00 |
| 08/05 | $21,763.14 | 08/17 | $18,088.77 | 08/29 | $11,412.00 |
| 08/08 | $15,066.44 | 08/18 | $17,860.13 | 08/30 | $11,288.88 |

 **Go Paperless with eDelivery!**
Sign up at www.mechanicsbank.com or call 800.797.6324

Please refer to important information on page 2

LENDER   MEMBER FDIC

NEOVISION, LLC

| 08/02/11 | 1211 | $105.00 |
| 08/18/11 | 1218 | $120.00 |
| 08/09/11 | 1220 | $199.54 |
| 08/04/11 | 1222 | $5,000.00 |
| 08/10/11 | 1224 | $680.00 |
| 08/03/11 | 1217 | $2,000.00 |
| 08/01/11 | 1219 | $5,000.00 |
| 08/05/11 | 1221 | $392.73 |
| 08/24/11 | 1223 | $198.00 |
| 08/17/11 | 1225 | $46.74 |

Please refer to important Information on page 2



MEMBER FDIC



# Mechanics Bank®
### Commitment That Lasts Generations

24-Hour Tele Banking:    888.400.6324
Client Services:    800.797.6324
www.mechanicsbank.com

NEOVISION, LLC

Account Number        xxxxxx7556

---

| Date | Check | Amount |
|---|---|---|
| 08/17/11 | 1226 | $16.85 |
| 08/16/11 | 1228 | $269.61 |
| 08/23/11 | 1230 | $20.56 |
| 08/26/11 | 1232 | $690.57 |
| 08/30/11 | 1234 | $123.12 |
| | 1227 | $2,000.00 |
| 08/18/11 | 1229 | $108.64 |
| 08/22/11 | 1231 | $485.00 |
| 08/22/11 | 1233 | $1,054.00 |
| 08/29/11 | 1235 | $4,000.00 |

Please refer to important information on page 2

LENDER    MEMBER FDIC



# Bank of America

0702 P P
E0-2

ılı||||ı|ıı|||||ı|ıı|ıı|ılı||ıı|ılı|||ı|||ı|ılı
CD 09/09 1  0000 589      958 002455 #001 AV.0.340
MARK KESEL
1025 SOLANO AVE
ALBANY  CA  94706-1617

## Your Bank of America Prima Account Statement

**Statement Period:**
**July 30 through August 31, 2011**

Account Number: 07021-61806

**At Your Service**
Call: 510.649.6600

**Written Inquiries**
Bank of America
Albany Branch
PO Box 37176
San Francisco, CA 94137-0176

Customer since 1994
Bank of America appreciates your business and we enjoy serving you.

Our Online Banking service allows you to check balances, track account activity and more. With Online Banking you can also view up to 18 months of this statement online and even turn off delivery of your paper statement. Enroll at www.bankofamerica.com.

## ☐ Summary of Your Prima Interest Checking Account

| | | | |
|---|---|---|---|
| Beginning Balance on 07/30/11 | $81.81 | Number of ATM withdrawals and transfers | 0 |
| Ending Balance | $81.81 | Number of purchase transactions | 0 |
| | | Number of 24 Hour Customer Service Calls | |
| | | Self-Service | 0 |
| | | Assisted | 0 |

California

Case: 10-41653    Doc# 90    Filed: 09/19/11    Entered: 09/19/11 11:44:51    Page 21 of 22



## Bank of America

0702 P P
E0-2

ıllııl'ıılıılıllıllllıllıılıılılıllılıllıllıllııllllıl
CD 09/02 1   0000 653        179 017150 #801 AV 0.340

MARK KESEL
1025 SOLANO AVE
ALBANY  CA  94706-1617

**Statement Period:**
July 27 through August 26, 2011

**Account Number: 07028-01795**

**At Your Service**
Call: 510.849.6600

**Written Inquiries**
Bank of America
Albany Branch
PO Box 37176
San Francisco, CA 94137-0176

Customer since 1984
Bank of America appreciates your
business and we enjoy serving you.

Our Online Banking service allows you to check balances, track account activity and more. With Online Banking you can also view up to 18 months of this statement online and even turn off delivery of your paper statement. Enroll at www.bankofamerica.com.

---

☐  **Summary of Your Prima Interest Checking Account**

| | | Number of ATM withdrawals and transfers | 0 |
|---|---|---|---|
| Beginning Balance on 07/27/11 | $379.63 | | |
| | | Number of purchase transactions | 0 |
| Ending Balance | $379.63 | | |
| | | Number of 24 Hour Customer Service Calls | |
| | | Self-Service | 0 |
| | | Assisted | 0 |

California

Case: 10-41653    Doc# 90    Filed: 09/19/11    Entered: 09/19/11 11:44:51    Page 22 of 22