UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: Mark Kesel

Case No. 10-41653

CHAPTER 11
MONTHLY OPERATING REPORT
(SMALL REAL ESTATE/INDIVIDUAL CASE)

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** 09/30/11 **PETITION DATE:** 02/16/10

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
Dollars reported in $1

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| 2. **Asset and Liability Structure** | | | |
| a. Current Assets | $40,795 | $40,812 | |
| b. Total Assets | $2,662,607 | $2,646,321 | $2,645,342 |
| c. Current Liabilities | $35,689 | $34,609 | |
| d. Total Liabilities | $4,114,609 | $4,113,529 | $4,083,006 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 3. **Statement of Cash Receipts & Disbursements for Month** | | | |
| a. Total Receipts | $18,774 | $17,834 | $337,572 |
| b. Total Disbursements | $18,791 | $25,861 | $331,026 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | ($17) | ($8,027) | $6,546 |
| d. Cash Balance Beginning of Month | $19,656 | $27,682 | $366,542 |
| e. Cash Balance End of Month (c + d) | $19,639 | $19,656 | $373,088 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. **Profit/(Loss) from the Statement of Operations** | N/A | N/A | N/A |
| 5. **Account Receivables (Pre and Post Petition)** | $0 | | |
| 6. **Post-Petition Liabilities** | $35,689 | $34,609 | |
| 7. **Past Due Post-Petition Account Payables (over 30 days)** | $0 | | |

| **At the end of this reporting month:** | Yes | No |
|---|---|---|
| 8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 10. If the answer is yes to 8 or 9, were all such payments approved by the court? | | X |
| 11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| 12. Is the estate insured for replacement cost of assets and for general liability? | X | |
| 13. Are a plan and disclosure statement on file? | | X |
| 14. Was there any post-petition borrowing during this reporting period? | | X |

15. Check if paid: Post-petition taxes X ; U.S. Trustee Quarterly Fees X ; Check if filing is current for: Post-petition tax reporting and tax returns: X .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 10·20·11

[signature]
Responsible Individual

Case: 10-41653 Doc# 91 Filed: 10/20/11 Entered: 10/20/11 12:49:32 Page 1 of 17

10/20/2011 THU 12:09 PM [TX/RX NO 5056] 0001

**BALANCE SHEET**
**(Small Real Estate/Individual Case)**
**For the Month Ended** 09/30/11

| | **Assets** | **Check if Exemption Claimed on Schedule C** | **Market Value** |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | | $19,639 |
| 2 | Accounts receivable (net) | | |
| 3 | Retainer(s) paid to professionals | | |
| 4 | Other: Retainer to Bankruptcy Attorney | | $21,156 |
| 5 | | | |
| 6 | **Total Current Assets** | | $40,795 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | | $760,000 |
| 8 | Real property (rental or commercial) | | $1,500,000 |
| 9 | Furniture, Fixtures, and Equipment | X | $5,225 |
| 10 | Vehicles | X | $4,000 |
| 11 | Partnership interests | | |
| 12 | Interest in corportations | | |
| 13 | Stocks and bonds | | $5,601 |
| 14 | Interests in IRA, Keogh, other retirement plans | X | $345,586 |
| 15 | Other: | | |
| 16 | Personal items | X | $1,400 |
| 17 | **Total Long Term Assets** | | $2,621,812 |
| 18 | **Total Assets** | | $2,662,607 |
| | **Liabilities** | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | |
| 21 | Post-petition delinquent taxes | | |
| 22 | Accrued professional fees | | $35,689 |
| 23 | Other: | | |
| 24 | | | |
| 25 | **Total Current Liabilities** | | $35,689 |
| 26 | **Long-Term Post Petition Debt** | | |
| 27 | **Total Post-Petition Liabilities** | | $35,689 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | $889,373 |
| 29 | Secured claims (other) | | $1,556,810 |
| 30 | Priority unsecured claims | | $0 |
| 31 | General unsecured claims | | $1,632,737 |
| 32 | **Total Pre-Petition Liabilities** | | $4,078,920 |
| 33 | **Total Liabilities** | | $4,114,609 |
| | **Equity (Deficit)** | | |
| 34 | **Total Equity (Deficit)** | | ($1,452,002) |
| 35 | **Total Liabilities and Equity (Deficit)** | | $2,662,607 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1/1/98

10/20/2011 THU 12:09 PM [TX/RX NO 5056] ☑ 0002

# SCHEDULES TO THE BALANCE SHEET

## Schedule A
## Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | Description of Property | 1306 MLK Jr Way | | |
| 2 | Scheduled Gross Rents | $18,774 | | |
| | Less: | | | |
| 3 | Vacancy Factor | | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions* | $18,791 | $0 | $0 |
| 7 | Scheduled Net Rents | ($17) | $0 | $0 |
| 8 | Less: Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | ($17) | $0 | $0 |

(2) To be completed by cash basis reporters only.

## Schedule B
## Recapitulation of Funds Held at End of Month

| | | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | Bank | Wells Fargo Bank | Apt Building (MB) | Other |
| 11 | Account No. | 9526265245 | 41317556 | |
| 12 | Account Purpose | Personal | | |
| 13 | Balance, End of Month | $6,506 | $12,518 | $615 |
| 14 | Total Funds on Hand for all Accounts | $19,639 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Case: 10-41653 Doc# 91 Filed: 10/20/11 Entered: 10/20/11 12:49:32 Page 3 of 17
10/20/2011 THU 11:05 AM [TX/RX NO 5053] 0003

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

**Increase/(Decrease) in Cash and Cash Equivalents**

**For the Month Ended** 9/30/2011

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected (Inc. Sec. Dep. $3875) | $18,774 | |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $18,774 | |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Apartment Building Mortgage | $6,697 | |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Office Lease | $402 | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Business related taxes and fees | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes (US Trustee) | | |
| 31 | Other Cash Outflows: | | |
| 32 | Apartment Building Opereting Exp. (Inc. Sec. Dep . Refund $2,638.00) | $4,456 | |
| 33 | Mortgage Payment & Equity Line of Credit (Personal) | $3,490 | |
| 34 | Living expenses (Inc. ins. Exp $1003) | $2,996 | |
| 35 | Child support | $750 | |
| 36 | Tuition | | |
| 37 | **Total Cash Disbursements*:** | $18,791 | |
| 38 | **Net Increase (Decrease) in Cash** | ($17) | |
| 39 | **Cash Balance, Beginning of Period** | $19,656 | |
| 40 | **Cash Balance, End of Period *** | $19,639 | |

Revised 1/1/98

10/20/2011 THU 11:05 AM [TX/RX NO 5053] ☒ 0004



Apartment account

24-Hour Tele Banking: 888.400.6324
Client Services: 800.797.6324
www.mechanicsbank.com

Account Number xxxxxx7556

B

NEOVISION, LLC
1025 SOLANO AVE
ALBANY CA 94706

SMC.

NEW ONLINE BANKING
Better.
Faster.
Easier.
Yes!
Visit our web site and click "Key Features" to see what's new!
www.mechanicsbank.com

## RELATIONSHIP BUSINESS CHECKING ACCOUNT xxxxxx7556

### Your Account at a Glance

| | | | |
|---|---|---|---|
| Minimum Balance | $11,288.88 | Last Statement 08/31/11 | $11,288.88 |
| Avg Available Balance | $15,878.89 | 2 Credits | $18,774.01 |
| Average Balance | $18,326.26 | 16 Debits | $17,545.33 |
| | | This Statement 09/30/11 | $12,517.56 |

OK

### Deposits

| REF# | DATE | AMOUNT | REF# | DATE | AMOUNT | REF# | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 24 | 09/02 | $17,099.01 | | | | | | |

### Other Credits

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/09 | ATM-2690 PINOLE VALLEY RD PINOLE | $1,675.00 |

### Checks

| CHECK# | DATE | AMOUNT | CHECK# | DATE | AMOUNT | CHECK# | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1236 | 09/07 | $1,288.00 | 1241 | 09/16 | $12.79 | 1247 | 09/21 | $1,350.00 |
| 1237 | 09/02 | $138.00 | 1242 | 09/16 | $43.66 | 1248 | 09/23 | $1.64 |
| 1238 | 09/06 | $450.00 | 1243* | 09/16 | $7.40 | 1249 | 09/22 | $108.58 |
| 1239 | 09/08 | $180.58 | 1245 | 09/13 | $765.77 | 1250 | 09/19 | $6,000.00 |
| 1240 | 09/08 | $65.00 | 1246 | 09/13 | $402.21 | | | |

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

Please refer to important information on page 2



Mechanics Bank
Commitment That Lasts Generations

24-Hour Tele Banking: 888.400.6324
Client Services: 800.797.6324
www.mechanicsbank.com

NEOVISION, LLC

Account Number xxxxxx7556

## RELATIONSHIP BUSINESS CHECKING ACCOUNT xxxxxx7556

### Other Debits

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/07 | COHEN RECEIPT CASH CONC MARK KESEL | 6,696.70 |
| 09/14 | STOP ITEM CHARGE(S) | 35.00 |

### Daily Balance

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 09/02 | $28,249.89 | 09/09 | $21,244.61 | 09/19 | $13,977.78 |
| 09/06 | $27,799.89 | 09/13 | $20,076.63 | 09/21 | $12,627.78 |
| 09/07 | $19,815.19 | 09/14 | $20,041.63 | 09/22 | $12,519.20 |
| 09/08 | $19,569.61 | 09/16 | $19,977.78 | 09/23 | $12,517.56 |

Go Paperless with eDelivery!
Sign up at www.mechanicsbank.com or call 800.797.6324

Please refer to important information on page 2

EQUAL HOUSING LENDER MEMBER FDIC

24-Hour Tele Banking: 888.400.6324
Client Services: 800.797.6324
www.mechanicsbank.com

NEOVISION, LLC

Account Number xxxxxx7556

NEOVISION, LLC 1236
Date Aug 28, 2011
Pay to the order of Tina Hsiao $ 1,288.00
one thousand two hundred eighty eight dollars
Mechanics Bank
⑆121102036⑆1236 041⑈317556⑈

09/07/11 1236 $1,288.00

NEOVISION, LLC 1237
Date Aug 30, 2011
Pay to the order of Wow $ 138.00
one hundred thirty eight & 00/100 dollars
Mechanics Bank
⑆121102036⑆1237 041⑈317556⑈ ⑈0000013800⑈

09/02/11 1237 $138.00

NEOVISION, LLC 1238
Date Aug 30, 2011
Pay to the order of Dennis Lisher $ 450.00
four hundred fifty & 00/100 dollars
Mechanics Bank
⑆121102036⑆1238 041⑈317556⑈

09/06/11 1238 $450.00

NEOVISION, LLC 1239
Date 09/02/2011
Pay to the order of PG&E $ 180.58
One hundred eighty and 58/100 dollars
Mechanics Bank
Acct 3493387776-8
⑆121102036⑆1239 041⑈317556⑈

09/08/11 1239 $180.58

NEOVISION, LLC 1240
Date Sep. 6, 2011
Pay to the order of David Goldfarb $ 65.00
sixty five & 00/100 dollars
Mechanics Bank
⑆121102036⑆1240 041⑈317556⑈

09/08/11 1240 $65.00

NEOVISION, LLC 1241
Date 09/09/2011
Pay to the order of PG&E $ 12.79
Twelve and 79/100 dollars
Apt 1E
Mechanics Bank
Acct 7607387973-3
⑆121102036⑆1241 041⑈317556⑈

09/16/11 1241 $12.79

NEOVISION, LLC 1242
Date 09/09/2011
Pay to the order of PG&E $ 43.66
Forty three and 66/100 dollars
Building
Mechanics Bank
Acct 6490347605-5
⑆121102036⑆1242 041⑈317556⑈

09/16/11 1242 $43.66

NEOVISION, LLC 1243
Date 09/09/2011
Pay to the order of PG&E $ 7.40
Seven and 40/100 dollars
Apt 2D
Mechanics Bank
Acct 5178967201-0
⑆121102036⑆1243 041⑈317556⑈

09/16/11 1243 $7.40

NEOVISION, LLC 1245
Date 09/09/2011
Pay to the order of City of Berkeley $ 765.77
Seven hundred sixty-five and 77/100 dollars
Mechanics Bank
Acct 1747742781, code enf
⑆121102036⑆1245 041⑈317556⑈

09/13/11 1245 $765.77

NEOVISION, LLC 1246
Date 09/09/2011
Pay to the order of Informatica System $ 402.21
Four hundred two and 21/100 dollars
Mechanics Bank
⑆121102036⑆1246 041⑈317556⑈

09/13/11 1246 $402.21

Please refer to important information on page 2

EQUAL HOUSING LENDER MEMBER FDIC

24-Hour Tele Banking: 888.400.6324
Client Services: 800.797.6324
www.mechanicsbank.com

NEOVISION, LLC

Account Number xxxxxx7556

| Date | Check | Amount |
|---|---|---|
| 09/21/11 | 1247 | $1,350.00 |
| 09/23/11 | 1248 | $1.64 |
| 09/22/11 | 1249 | $108.58 |
| 09/19/11 | 1250 | $6,000.00 |

Please refer to important information on page 2

Case: 10-41653 Doc# 91 Filed: 10/20/11 Entered: 10/20/11 12:49:32 Page 8 of 17
10/20/2011 THU 11:05 AM [TX/RX NO 5053] 0008



# PMA® Wells Fargo® PMA Package

Questions? Please contact us:

**Wells Fargo Premier Banking Team℠**
Available 24 hours a day, 7 days a week
*Phone:* **1-800-742-4932**, *TTY:* 1-800-600-4833
*Spanish:* 1-877-727-2932, *TTY:* 1-888-355-6052
*Chinese:* 1-800-288-2288

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A.
P.O. Box 6995
Portland, OR 97228-6995

MARK KESEL
DEBTOR IN POSSESSION
CH 11 CASE# 10-41653 (NCA)
59 STRATFORD RD
KENSINGTON CA 94707-1241

Personal account

## September 30, 2011

| | |
|---|---|
| **Total assets:** | **$6,714.10** |
| Last month: | $7,880.52 |
| Change in $: | $(1,166.42) |
| Change in %: | (14.80)% |
| **Total liabilities:** | **$198,565.48** |
| Last month: | $198,590.89 |
| Change in $: | $(25.41) |
| Change in %: | (0.01)% |
| Qualifying Balance: | **$205,279.58** |

**Contents** *Page*

Overview. . . . . . . . . . . . . . . . . . . . . . . . . . . 2
PMA® Prime Checking Account. . . . . . . . . . . . . . . . 4
Other Checking. . . . . . . . . . . . . . . . . . . . . . . . 7
Savings. . . . . . . . . . . . . . . . . . . . . . . . . . . . 8



# Overview of your PMA account

## Assets

| Account (Account Number) | Percent of total | Balance last month ($) | Balance this month ($) | Increase/ decrease ($) | Percent change |
|---|---|---|---|---|---|
| PMA® Prime Checking Account (9526265245) | 97% | 7,741.61 | 6,505.55 | (1,236.06) | (15.97)% |
| Wells Fargo Teen Checking℠ (5027606713) | 2% | 38.02 | 107.65 | 69.63 | 183.14% |
| Wells Fargo Money Market Savings℠ (2527627471) | 2% | 100.89 | 100.90 | 0.01 | 0.01% |
| | **Total assets** | **$7,880.52** | **$6,714.10** | **($1,166.42)** | **(14.80)%** |

**Total asset allocation (by account type)**

Savings: 2%
Checking: 98%

## Liabilities

| Account (Account Number) | Percent of total | Outstanding balance last month ($) | Outstanding balance this month ($) | Increase/ decrease ($) | Percent change |
|---|---|---|---|---|---|
| Smartfit Home Equity LCA (6519200207-1998) | 100% | 198,590.89 | 198,565.48 | (25.41) | (0.01)% |
| | **Total liabilities** | **$198,590.89** | **$198,565.48** | **($25.41)** | **(0.01)%** |

**Total liability allocation (by account type)**

Lines of Credit: 100%

## Available credit

*The information below may not be current. Be sure to verify the credit available on your accounts when accessing your credit lines.*

| Account | Approved credit line | Credit used | Credit available |
|---|---|---|---|
| Smartfit Home Equity LCA (6519200207-1998) | 200,000.00 | 197,874.32 | 0.00 |
| **Total available credit** | **$200,000.00** | **$197,874.32** | **$0.00** |

392698


**OVERVIEW OF YOUR PMA ACCOUNT** (CONTINUED)

## Interest, dividends and other income

*The information below should not be used for tax planning purposes.*

| *Account* | *This month* | *This year* |
|---|---|---|
| PMA® Prime Checking Account (9526265245) | 0.22 | 1.90 |
| Wells Fargo Money Market Savings℠ (2527627471) | 0.01 | 0.11 |
| **Total interest, dividends and other income** | **$0.23** | **$2.01** |

## Interest expense

| *Account* | *This month* | *This year* |
|---|---|---|
| Smartfit Home Equity LCA (6519200207-1998) | 709.85 | 5,586.86 |
| **Total interest expense** | **$709.85** | **$5,586.86** |

Effective October 1, 2011, H.D. Vest brokerage accounts offered through H.D. Vest Investment Services will no longer be eligible to be linked to the PMA Package. If your H.D. Vest account was linked to your PMA Package prior to the effective date, your linkage may remain in effect (and your balances would still be eligible towards the PMA qualifying relationship balance) until November 30, 2011, or such later date as we may provide in a notice. If you have any questions, please call the number listed on the front of this statement.

The "Overview of your PMA Account" section of your statement is provided for informational and convenience purposes. The Overview shows activity and information from (1) deposit, credit and trust accounts with Wells Fargo Bank, N.A., and (2) brokerage accounts with Wells Fargo Advisors, LLC, HD Vest Investment Services or Wells Fargo Advisors Financial Network, LLC (members SIPC); brokerage accounts are carried and cleared through First Clearing, LLC; (3) Wells Fargo Funds Management, LLC provides investment advisory and administrative services for Wells Fargo Advantage Funds; other affiliates provide subadvisory and other services for the Funds; and (4) insurance products offered through non-bank insurance agency affiliates of Wells Fargo & Company and underwritten by unaffiliated insurance companies.



IMPORTANT NOTICE - The enclosed Wells Fargo-Wachovia update insert contains a story entitled "Financial solutions for college". The display in the story refers to the Wells Fargo Student Loan for Parents. To learn more about this and other student loan products, please visit wellsfargo.com/student today.

# PMA® Prime Checking Account

## Activity summary

| | |
|---|---|
| Balance on 9/1 | 7,741.61 |
| Deposits/Additions | 6,032.97 |
| Withdrawals/Subtractions | - 7,269.03 |
| **Balance on 9/30** | **$6,505.55** |

Account number: **9526265245**

**MARK KESEL**
**DEBTOR IN POSSESSION**
**CH 11 CASE# 10-41653 (NCA)**

*Wells Fargo Bank, N.A., California (Member FDIC)*

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

## Overdraft protection

Your account is linked to the following for Overdraft Protection:

- Savings - 2527627471

## Interest you've earned

| | |
|---|---|
| Interest earned this month | $0.22 |
| Average collected balance this month | $5,460.78 |
| Annual percentage yield earned | 0.05% |
| Interest paid this year | $1.90 |

## Transaction history

| *Date* | *Description* | *Check No.* | *Deposits/ Additions* | *Withdrawals/ Subtractions* | *Ending Daily Balance* |
|---|---|---|---|---|---|
| | **Beginning balance on 9/1** | | | | **7,741.61** |
| 9/1 | Check | 3124 | | 100.00 | 7,641.61 |
| 9/6 | Bank of America Mortgage SEP 11 Xxxxx4921 Kesel M | | | 2,774.66 | 4,866.95 |
| 9/7 | Bill Pay Equity On-Line Xxxxxxx2071998 On 09-07 | | | 715.00 | |
| 9/7 | AT&T Services Checkpaymt 090611 03123 A5105247944348 11249 | ^3123 | | 67.66 | 4,084.29 |
| 9/12 | Check | 3125 | | 128.40 | |
| 9/12 | Check | 3127 | | 54.92 | 3,900.97 |
| 9/13 | Allstate Ind CO Checkpaymt 110912 3126 040000062750042600100 7 | ^3126 | | 1,003.38 | 2,897.59 |
| 9/15 | Paypal Inst Xfer 110915 4YdJ257McQ5Ru Mark Kesel | | | 848.00 | 2,049.59 |
| 9/16 | Deposit | | 6,000.00 | | 8,049.59 |
| 9/19 | POS Purchase - 09/17 Mach ID 000000 Costco Whse #04 Richmond CA 7442 00461260774293924 ?McC=5300 | | | 69.56 | |
| 9/19 | Cash Ewithdrawal IN Branch/Store - 1800 Solano Ave Berkeley CA 7442 | | | 200.00 | |
| 9/19 | Check | 3130 | | 112.70 | 7,667.33 |
| 9/21 | POS Purchase Return - 09/21 Mach ID 000000 The Home Depot The Home Del Cerrito CA 7442 00381264703110531 ?McC=5200 | | 32.75 | | 7,700.08 |
| 9/22 | Cardmember Serv Web Pymt 110921 462300856537783 Kesel,Mark | | | 237.01 | |
| 9/22 | Check | 3129 | | 107.74 | 7,355.33 |
| 9/23 | Check Crd Purchase 09/21 All City Floors El Cerrito CA 434256Xxxxxx7442 266140007272960 ?McC=5713 90 | | | 100.00 | |
| 9/23 | Check | 3128 | | 750.00 | 6,505.33 |
| 9/30 | Interest Payment | | 0.22 | | 6,505.55 |
| | **Ending balance on 9/30** | | | | **6,505.55** |
| | **Totals** | | **$6,032.97** | **$7,269.03** | |

***Key to symbols:*** ^ ***Converted check:*** *Paper check converted to an electronic format by your payee or designated representative. Converted checks cannot be returned, copied or imaged.*

392700

10/20/2011 THU 11:10 AM [TX/RX NO 5054] ☑ 0004

## PMA® PRIME CHECKING ACCOUNT (CONTINUED)

**Summary of checks written** *(checks listed are also displayed in the preceding Transaction history section)*

| Number | Date | $ Amount | Number | Date | $ Amount | Number | Date | $ Amount |
|---|---|---|---|---|---|---|---|---|
| 3123 | 9/7 | 67.66 | 3126 | 9/13 | 1,003.38 | 3129 | 9/22 | 107.74 |
| 3124 | 9/1 | 100.00 | 3127 | 9/12 | 54.92 | 3130 | 9/19 | 112.70 |
| 3125 | 9/12 | 128.40 | 3128 | 9/23 | 750.00 | | | |

Revised Agreement for Online Banking
We've updated our Online Access Agreement.
To see what has changed, please visit wellsfargo.com/onlineupdates.

Important Information

Fee changes effective October 15, 2011
- Account Research - $25 per hour (1 hour minimum)
- Cashier's Checks - $10 each (waived for PMA and Private Banking clients)
- Document Copy Fee/Other Requests - $5 per item (Self-Serve Requests remain at no charge)
- Money Orders - $5 each (waived for PMA and Private Banking clients)

Wire Transfers:
- Incoming Domestic/Internal Transfer - $15 each*
- Incoming International U.S./Foreign Currency - $16 each*
- Outgoing Domestic/Internal Transfer - $30 each (25% discount for Private Banking clients)
- Repetitive Outgoing Domestic/Internal Outgoing Transfer - $25 each
- Outgoing International U.S. Currency - $45 each
- Repetitive Outgoing International U.S. Currency - $40 each
- Outgoing International Foreign Currency - $35 each
- Repetitive Outgoing International Foreign Currency - $30 each
- Outgoing Book Transfer - $15 each
- Repetitive Outgoing Book Transfer - $10 each

Effective November 14, 2011
- Stop Payment - $31 each*

For questions, please contact your local banker or call the phone number on the front of your statement. We appreciate your business and look forward to continuing to service your financial needs.

*Please Note: These fees do not apply to Private Banking clients or the primary checking account in the PMA Package for PMA customers with $250,000 or more in qualifying relationship balances.

Move money easily between your Wells Fargo accounts anytime via Wells Fargo Online Banking. Send money to another Wells Fargo customer's account. Even transfer money to or from your account at another U.S. bank*. Go to wellsfargo.com to sign up for Online Banking or sign on today.

*Fees may apply for transfers of funds from Wells Fargo to other financial institutions.

- Wells Fargo Bank is consistently rated as "Outstanding" for the Community Reinvestment Act (CRA) by federal regulators, the highest rating a financial services institution can receive.


# Wells Fargo Money Market Savings℠

## Activity summary

| | |
|---|---|
| Balance on 9/1 | 100.89 |
| Deposits/Additions | 0.01 |
| Withdrawals/Subtractions | - 0.00 |
| **Balance on 9/30** | **$100.90** |

Account number: **2527627471**

**MARK KESEL**
**DEBTOR IN POSSESSION**
**CH 11 CASE# 10-41653 (NCA)**

*Wells Fargo Bank, N.A., California (Member FDIC)*

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

## Interest you've earned

| | |
|---|---|
| Interest earned this month | $0.01 |
| Average collected balance this month | $100.89 |
| Annual percentage yield earned | 0.12% |
| Interest paid this year | $0.11 |

## Transaction history

| *Date* | *Description* | *Deposits/ Additions* | *Withdrawals/ Subtractions* | *Ending Daily Balance* |
|---|---|---|---|---|
| **Beginning balance on 9/1** | | | | **100.89** |
| 9/30 | Interest Payment | 0.01 | | 100.90 |
| **Ending balance on 9/30** | | | | **100.90** |
| **Totals** | | **$0.01** | **$0.00** | |

392704

10/20/2011 THU 11:10 AM [TX/RX NO 5054] ☑ 0007



Bank of America

H

# Your Bank of America Prima Account Statement

0702 P P
E0-2

CD 10/07 1 0000 289 2 313 005175 #a01 AV 0.340

MARK KESEL
1025 SOLANO AVE
ALBANY CA 94706-1617

**Statement Period:**
**September 1 through September 30, 2011**

**Account Number: 07021-61806**

**At Your Service**
Call: 510.649.6600

**Written Inquiries**
Bank of America
Albany Branch
PO Box 37176
San Francisco, CA 94137-0176

Customer since 1994
Bank of America appreciates your business and we enjoy serving you.

Our Online Banking service allows you to check balances, track account activity and more. With Online Banking you can also view up to 18 months of this statement online and even turn off delivery of your paper statement. Enroll at www.bankofamerica.com.

## Summary of Your Prima Interest Checking Account

| | |
|---|---|
| Beginning Balance on 09/01/11 | $61.61 |
| Ending Balance | $61.61 |

Yes.

| | |
|---|---|
| Number of ATM withdrawals and transfers | 0 |
| Number of purchase transactions | 0 |
| Number of 24 Hour Customer Service Calls | |
| Self-Service | 0 |
| Assisted | 0 |



P.O. Box 18539
W[illegible]ington, D.C. 20036-8539
Toll Free: (800) 285-3286
www.ThePartnershipFCU.com

# Account Statement

| Member No. | Period Ending | Branch ID | Page |
|---|---|---|---|
| 11250005 | 09-30-11 | 1 | 1 of 1 |

P

| ACCOUNT BALANCES | | | |
|---|---|---|---|
| 1 | Regular Savings | $ | 72.67 |

MARK A KESEL
1025 SOLANO AVENUE
ALBANY CA 94706-1617

**Save More & Get More!**
Vehicle Loans with NO payments for 90 days!
*Apply now @ www.ThePartnershipFCU.com*

**Save More & Get More!**
We are offering our Platinum VISA with 0% interest on new purchases for 6 months.
*Apply now @ www.ThePartnershipFCU.com*

## Regular Savings — ACCT #1 — 07-01-11 Thru 09-30-11

| Beginning Balance | Deposits | Withdrawals | Ending Balance | YTD Dividends |
|---|---|---|---|---|
| $ 82.64 | $ 0.03 | $ 10.00 | $ 72.67 | $ 0.15 |

| Transaction Date | Effective Date | Transaction Description | Deposit | Withdrawal | Balance |
|---|---|---|---|---|---|
| 07-01 | | Previous Balance | | | 82.64 |
| 07-31 | | DIVIDEND | 0.01 | | 82.65 |
| 08-31 | | DIVIDEND | 0.01 | | 82.66 |
| 09-19 | | WITHDRAWAL-CHECK | | -10.00 | 72.66 |
| 09-30 | | DIVIDEND | 0.01 | | 72.67 |

ANNUAL PERCENTAGE YIELD EARNED FROM 07-01-11 THRU 07-31-11 WAS 0.14%
ANNUAL PERCENTAGE YIELD EARNED FROM 08-01-11 THRU 08-31-11 WAS 0.14%
ANNUAL PERCENTAGE YIELD EARNED FROM 09-01-11 THRU 09-30-11 WAS 0.15%

## Share Sub-Account Summary

| Account | Description | Balance | Dividend |
|---|---|---|---|
| 1 | Regular Savings | 72.67 | 0.15 |

## Loan Sub-Account Summary

| Account | Description | Balance |
|---|---|---|

## YTD Account Summaries

**Deposit Account Totals**

YTD Dividends $ 0.15

Case: 10-41653 Doc# 91 Filed: 10/20/11 Entered: 10/20/11 12:49:32 Page 16 of 17



**Bank of America**

H_

# Your Bank of America Prima Account Statement

0702 P P
E0-2

**Statement Period:**
**August 27 through September 27, 2011**

**Account Number: 07028-01795**

**At Your Service**
Call: 510.649.6600

**Written Inquiries**
Bank of America
Albany Branch
PO Box 37176
San Francisco, CA 94137-0176

CD 10/04 1 0000 547 2 374 017119 #001 AV 0.340

MARK KESEL
1025 SOLANO AVE
ALBANY CA 94706-1617

Customer since 1994
Bank of America appreciates your business and we enjoy serving you.

Our Online Banking service allows you to check balances, track account activity and more. **With Online Banking you can also view up to 18 months of this statement online and even turn off delivery of your paper statement.** Enroll at www.bankofamerica.com.

## ❑ Summary of Your Prima Interest Checking Account

| | |
|---|---|
| Beginning Balance on 08/27/11 | $379.63 |
| Ending Balance | $379.63 |

OK

| | |
|---|---|
| Number of ATM withdrawals and transfers | 0 |
| Number of purchase transactions | 0 |
| Number of 24 Hour Customer Service Calls | |
| Self-Service | 0 |
| Assisted | 0 |

Case: 10-41653 Doc# 91 Filed: 10/20/11 Entered: 10/20/11 12:49:32 Page 17 of 17

10/20/2011 THU 11:17 AM [TX/RX NO 5055] 0002