UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: Mark Kesel

Case No. 10-41653

CHAPTER 11
MONTHLY OPERATING REPORT
(SMALL REAL ESTATE/INDIVIDUAL CASE)

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: 10/31/11         PETITION DATE: 02/16/10

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in $1

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| 2. **Asset and Liability Structure** | | | |
| a. Current Assets | $40,684 | $40,795 | |
| b. Total Assets | $2,687,838 | $2,662,607 | $2,645,342 |
| c. Current Liabilities | $35,689 | $35,689 | |
| d. Total Liabilities | $4,114,609 | $4,114,609 | $4,083,006 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 3. **Statement of Cash Receipts & Disbursements for Month** | | | |
| a. Total Receipts | $17,461 | $18,774 | $355,033 |
| b. Total Disbursements | $17,572 | $18,791 | $348,598 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | ($111) | ($17) | $6,435 |
| d. Cash Balance Beginning of Month | $19,639 | $19,656 | $386,181 |
| e. Cash Balance End of Month (c + d) | $19,528 | $19,639 | $392,616 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. Profit/(Loss) from the Statement of Operations | N/A | N/A | N/A |
| 5. Account Receivables (Pre and Post Petition) | $0 | | |
| 6. Post-Petition Liabilities | $35,689 | $35,689 | |
| 7. Past Due Post-Petition Account Payables (over 30 days) | $0 | | |

At the end of this reporting month:

| | | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | X |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | X | |
| 13. | Are a plan and disclosure statement on file? | | X |
| 14. | Was there any post-petition borrowing during this reporting period? | | X |

15. Check if paid: Post-petition taxes  X  ;    U.S. Trustee Quarterly Fees  X  ; Check if filing is current for: Post-petition tax reporting and tax returns:  X .
    (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 11·17·11

_Mark Kesel_ (signature)
Responsible Individual

Revised 1/1/98

Case: 10-41653   Doc# 93   Filed: 11/21/11   Entered: 11/21/11 18:55:08   Page 1 of 18
11/17/2011 THU 3:47 PM  [TX/RX NO 5084]  ☑ 0001

# BALANCE SHEET
(Small Real Estate/Individual Case)
For the Month Ended __10/31/11__

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | | $19,528 |
| 2 | Accounts receivable (net) | | |
| 3 | Retainer(s) paid to professionals | | |
| 4 | Other: Retainer to Bankruptcy Attorney | | $21,156 |
| 5 | | | |
| 6 | **Total Current Assets** | | $40,684 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | | $760,000 |
| 8 | Real property (rental or commercial) | | $1,500,000 |
| 9 | Furniture, Fixtures, and Equipment | X | $5,225 |
| 10 | Vehicles | X | $4,000 |
| 11 | Partnership interests | | |
| 12 | Interest in corportations | | |
| 13 | Stocks and bonds | | $6,354 |
| 14 | Interests in IRA, Keogh, other retirement plans | X | $370,175 |
| 15 | Other: | | |
| 16 | Personal items | X | $1,400 |
| 17 | **Total Long Term Assets** | | $2,647,154 |
| 18 | **Total Assets** | | $2,687,838 |
| | **Liabilities** | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | |
| 21 | Post-petition delinquent taxes | | |
| 22 | Accrued professional fees | | $35,689 |
| 23 | Other: | | |
| 24 | | | |
| 25 | **Total Current Liabilities** | | $35,689 |
| 26 | **Long-Term Post Petition Debt** | | |
| 27 | **Total Post-Petition Liabilities** | | $35,689 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | $889,373 |
| 29 | Secured claims (other) | | $1,556,810 |
| 30 | Priority unsecured claims | | $0 |
| 31 | General unsecured claims | | $1,632,737 |
| 32 | **Total Pre-Petition Liabilities** | | $4,078,920 |
| 33 | **Total Liabilities** | | $4,114,609 |
| | **Equity (Deficit)** | | |
| 34 | **Total Equity (Deficit)** | | ($1,426,771) |
| 35 | **Total Liabilities and Equity (Deficit)** | | $2,687,838 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

# SCHEDULES TO THE BALANCE SHEET

## Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | Property 1<br>1306 MLK Jr Way | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | Description of Property | | | |
| 2 | Scheduled Gross Rents<br>Less: | $17,461 | | |
| 3 | Vacancy Factor | | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions* | $17,572 | $0 | $0 |
| 7 | Scheduled Net Rents | ($111) | $0 | $0 |
| 8 | Less: Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | ($111) | $0 | $0 |

(2) To be completed by cash basis reporters only.

## Schedule B
### Recapitulation of Funds Held at End of Month

| | | Account 1<br>Wells Fargo Bank | Account 2<br>Apt Building (MB) | Account 3<br>Other |
|---|---|---|---|---|
| 10 | Bank | | | |
| 11 | Account No. | 9526265245 | 41317556 | |
| 12 | Account Purpose | Personal | | |
| 13 | Balance, End of Month | $3,294 | $15,619 | $615 |
| 14 | Total Funds on Hand for all Accounts | $19,528 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
## Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended 10/31/11

| # | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected (Inc. Sec. Dep. $3875) | $17,461 | |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $17,461 | |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Apartment Building Mortgage | $6,697 | |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Office Lease | $402 | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Business related taxes and fees | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes (US Trustee) | | |
| 31 | Other Cash Outflows: | | |
| 32 | Apartment Building Opereting Exp. | $2,261 | |
| 33 | Mortgage Payment & Equity Line of Credit (Personal) | $3,490 | |
| 34 | Living expenses | $2,473 | |
| 35 | Child support | $750 | |
| 36 | Tuition | $1,500 | |
| 37 | **Total Cash Disbursements***: | $17,572 | |
| 38 | **Net Increase (Decrease) in Cash** | ($111) | |
| 39 | **Cash Balance, Beginning of Period** | $19,639 | |
| 40 | **Cash Balance, End of Period *** | $19,528 | |

Revised 1/1/98

Case: 10-41653   Doc# 93   Filed: 11/21/11   Entered: 11/21/11 18:55:08   Page 4 of 18
11/17/2011 THU 3:47 PM  [TX/RX NO 5084]  ☑ 0002


# Mechanics Lank®
**Commitment That Lasts Generations**

24-Hour Tele Banking: 888.400.6324
Client Services: 800.797.6324
www.mechanicsbank.com

Account Number  xxxxxx7556

B

NEOVISION, LLC
1025 SOLANO AVE
ALBANY CA  94706



**NEW ONLINE BANKING**
Better.
Faster.
Easier.
Yes!
Visit our web site and click "Key Features" to see what's new!
www.mechanicsbank.com

## RELATIONSHIP BUSINESS CHECKING ACCOUNT xxxxxx7556

### Your Account at a Glance

| | | | |
|---|---|---|---|
| Minimum Balance | $15,618.76 | Last Statement 09/30/11 | $12,517.56 |
| Avg Available Balance | $15,949.36 | 2  Credits | $17,460.63 |
| Average Balance | $17,144.52 | 13  Debits | $14,359.43 |
| | | This Statement 10/31/11 | $15,618.76 |

OK

### Deposits

| REF# | DATE | AMOUNT | REF# | DATE | AMOUNT | REF# | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 16 | 10/07 | $6,529.78 | 17 | 10/03 | $10,930.85 | | | |

### Checks

| CHECK# | DATE | AMOUNT | CHECK# | DATE | AMOUNT | CHECK# | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1251 | 10/06 | $181.28 | 1255 | 10/14 | $34.43 | 1259 | 10/24 | $400.00 |
| 1252 | 10/05 | $401.86 | 1256 | 10/18 | $105.00 | 1260* | 10/27 | $57.75 |
| 1253 | 10/04 | $5,000.00 | 1257 | 10/19 | $108.70 | 1262 | 10/31 | $57.21 |
| 1254 | 10/13 | $51.16 | 1258 | 10/17 | $324.00 | | | |

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

### Other Debits

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/07 | COHEN RECEIPT CASH CONC MARK KESEL | 6,696.70 |
| 10/31 | CHECK # 1261 - CAPITAL ONE ARC CHECK PYMT 1261 | 941.34 |

Please refer to important information on page 2


EQUAL HOUSING LENDER  MEMBER FDIC

Case: 10-41653   Doc# 93   Filed: 11/21/11   Entered: 11/21/11 18:55:08   Page 5 of 18
11/17/2011 THU 3:50 PM  [TX/RX NO 5085]  ☑ 0001

## How to Contact Us

Client Services: 1-800-797-6324
Mailing Address: P.O. Box 1786
Richmond, CA 94802-0786
Website: www.mechanicsbank.com
Mobile Site: mechanicsbank.com/m

### Important Information About Your Instant Reserve Account (hereinafter referred to as "Account")

The Bank figured the interest charge for this period on your revolving line of credit by multiplying the daily periodic rate of 0.04932%, by the "daily balance" of your account each day. To get the daily balance, we take the beginning balance of your Account each day, add any new advances and subtract any payments or credits and any billed but unpaid interest. This gives us the "daily balance."

### Fair Credit Reporting Act

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

### Important Notice Regarding Repayment of Loan Obligations

Communications concerning a dispute in connection with your loan, including any instrument that may be tendered as full satisfaction of your debt must be directed to 1-800-797-6324 or:

Mechanics Bank, Client Services
P.O. Box 1786, Richmond, CA 94802-0786

### Important Notice Regarding Automatic Loan Payments

When an automatic loan payment due date falls on a Saturday, Sunday or Holiday (except for New Year's Day, which is a processing day for Mechanics Bank) the payment will be taken the next business day. Loan interest accrues until posted. Questions: call 1-800-797-6324.

### Electronic Transfers Summary

(The following notice applies if your account is maintained primarily for personal, family or household purposes)

In case of errors or questions about your electronic transfers, call us at 1-800-797-6324 or write to the following address as soon as you can:

Mechanics Bank, Client Services
P.O. Box 5610, Hercules, CA 94547-5610

Contact us if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent out the FIRST statement on which the error or problem appeared.

YOU MUST:
(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for new accounts), we will credit your account for the amount you think is in error. This will allow you to have use of the money during the time it takes us to complete our investigation.

### Billing Rights Summary

(The following information will apply to your loans maintained primarily for personal, family or household purposes)

WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT
If you think there is an error on your statement, write to us at:

Mechanics Bank, Client Services
P.O. Box 5610, Hercules, CA 94547-5610

In your letter, give us the following information:
(1) **Account Information:** Your name and account number.
(2) **Dollar amount:** Dollar amount of the suspected error.
(3) **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing on a separate sheet of paper. You may call us, but if you do you will not preserve your rights, and we are not required to investigate any potential errors. You may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit line.

## CHECK RECONCILIATION WORKSHEET

### CHECKS OUTSTANDING

| DATE OR NUMBER | AMOUNT | DATE OR NUMBER | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | TOTAL | $ |

PLEASE REPORT ANY ERRORS OR OMISSIONS WITHIN 30 DAYS OF THE STATEMENT DATE. THE BANK WILL NOT BE LIABLE FOR CLAIMS MADE AFTERWARDS.

Mark off the checks and deposits shown on this statement in your checkbook. If your checkbook and statement do not balance, have you:

○ Accounted for bank charges?
○ Verified additions and subtractions in your checkbooks?
○ Compared cancelled checks to check stubs?
○ Compared deposit amounts on statement to your checkbook?

### CHECKBOOK RECONCILIATION

| ENTER Balance this statement | $ |
|---|---|
| ADD Recent deposits (not credited on this statement) | $ |
| SUBTOTAL | $ |
| SUBTRACT Total checks outstanding | $ |
| BALANCE | $ |

BALANCE should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included on this statement.




EQUAL HOUSING LENDER   MEMBER FDIC

Case: 10-41653   Doc# 93   Filed: 11/21/11   Entered: 11/21/11 18:55:08   Page 6 of 18
11/17/2011 THU 3:50 PM   [TX/RX NO 5085]   ☒ 0002



24-Hour Tele Banking: 888.400.6324
Client Services: 800.797.6324
www.mechanicsbank.com

NEOVISION, LLC

Account Number xxxxxx7556

## RELATIONSHIP BUSINESS CHECKING ACCOUNT xxxxxx7556

**Daily Balance**

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 10/03 | $23,448.41 | 10/13 | $17,647.19 | 10/24 | $16,675.06 |
| 10/04 | $18,448.41 | 10/14 | $17,612.76 | 10/27 | $16,617.31 |
| 10/05 | $18,046.55 | 10/17 | $17,288.76 | 10/31 | $15,618.76 |
| 10/06 | $17,865.27 | 10/18 | $17,183.76 | | |
| 10/07 | $17,698.35 | 10/19 | $17,075.06 | | |



**Go Paperless with eDelivery!**
Sign up at www.mechanicsbank.com or call 800.797.6324

Please refer to important information on page 2

LENDER MEMBER FDIC

Case: 10-41653 Doc# 93 Filed: 11/21/11 Entered: 11/21/11 18:55:08 Page 7 of 18
11/17/2011 THU 3:50 PM [TX/RX NO 5085] ☒ 0003

12183 B 00005
Page 4 of 5
00005   10/31/11

24-Hour Tele Banking:   888.400.6324
Client Services:   800.797.6324
www.mechanicsbank.com

NEOVISION, LLC                              Account Number      xxxxxx7556

| Date | Check # | Amount |
|---|---|---|
| 10/06/11 | 1251 | $181.28 |
| 10/05/11 | 1252 | $401.86 |
| 10/04/11 | 1253 | $5,000.00 |
| 10/13/11 | 1254 | $51.16 |
| 10/14/11 | 1255 | $34.43 |
| 10/18/11 | 1256 | $105.00 |
| 10/19/11 | 1257 | $108.70 |
| 10/17/11 | 1258 | $324.00 |
| 10/24/11 | 1259 | $400.00 |
| 10/27/11 | 1260 | $57.75 |

Please refer to important information on page 2

   MEMBER FDIC

Case: 10-41653   Doc# 93   Filed: 11/21/11   Entered: 11/21/11 18:55:08   Page 8 of 18
11/17/2011 THU 3:50 PM   [TX/RX NO 5085]   ☒ 0004


24-Hour Tele Banking: 888.400.6324
Client Services: 800.797.6324
www.mechanicsbank.com

NEOVISION, LLC                         Account Number      xxxxxx7556

![check image]

10/31/11         1262          $57.21

Please refer to important information on page 2


LENDER  MEMBER FDIC

Case: 10-41653   Doc# 93   Filed: 11/21/11   Entered: 11/21/11 18:55:08   Page 9 of 18
11/17/2011 THU 3:50 PM  [TX/RX NO 5085]  ☒ 0005



# PMA® Wells Fargo® PMA Package

Questions? Please contact us:

**Wells Fargo Premier Banking Team℠**
Available 24 hours a day, 7 days a week
Phone: **1-800-742-4932**, TTY: 1-800-600-4833
Spanish: 1-877-727-2932, TTY: 1-888-355-6052
Chinese: 1-800-288-2288

Online: wellsfargo.com

Write: Wells Fargo Bank, N.A.
P.O. Box 6995
Portland, OR 97228-6995

MARK KESEL
DEBTOR IN POSSESSION
CH 11 CASE# 10-41653 (NCA)
59 STRATFORD RD
KENSINGTON CA 94707-1241

## October 31, 2011

| | |
|---|---:|
| **Total assets:** | $3,439.01 |
| Last month: | $6,714.10 |
| Change in $: | $(3,275.09) |
| Change in %: | (48.78)% |
| **Total liabilities:** | $198,563.00 |
| Last month: | $198,565.48 |
| Change in $: | $(2.48) |
| Change in %: | 0.00% |
| **Qualifying Balance:** | $202,002.01 |

## Contents

Overview. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
PMA® Prime Checking Account. . . . . . . . . . . . . . . . 4
Other Checking. . . . . . . . . . . . . . . . . . . . . . . . . 6
Savings. . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7



# Overview of your PMA account

## Assets

| Account (Account Number) | Percent of total | Balance last month ($) | Balance this month ($) | Increase/ decrease ($) | Percent change |
|---|---|---|---|---|---|
| PMA® Prime Checking Account (9526265245) | 96% | 6,505.55 | 3,294.30 | (3,211.25) | (49.36)% |
| Wells Fargo Teen Checking℠ (5027606713) | 1% | 107.65 | 43.79 | (63.86) | (59.32)% |
| Wells Fargo Money Market Savings℠ (2527627471) | 3% | 100.90 | 100.92 | 0.02 | 0.02% |
| **Total assets** | | **$6,714.10** | **$3,439.01** | **($3,275.09)** | **(48.78)%** |

Total asset allocation (by account type)



Savings: 3%
Checking: 97%

## Liabilities

| Account (Account Number) | Percent of total | Outstanding balance last month ($) | Outstanding balance this month ($) | Increase/ decrease ($) | Percent change |
|---|---|---|---|---|---|
| Smartfit Home Equity LCA (6519200207-1998) | 100% | 198,565.48 | 198,563.00 | (2.48) | 0.00% |
| **Total liabilities** | | **$198,565.48** | **$198,563.00** | **($2.48)** | **0.00%** |

Total liability allocation (by account type)



Lines of Credit: 100%

## Available credit

The information below may not be current. Be sure to verify the credit available on your accounts when accessing your credit lines.

| Account | Approved credit line | Credit used | Credit available |
|---|---|---|---|
| Smartfit Home Equity LCA (6519200207-1998) | 200,000.00 | 197,850.48 | 0.00 |
| **Total available credit** | **$200,000.00** | **$197,850.48** | **$0.00** |

358016



## OVERVIEW OF YOUR PMA ACCOUNT (CONTINUED)

### Interest, dividends and other income

*The information below should not be used for tax planning purposes.*

| Account | This month | This year |
|---|---|---|
| PMA® Prime Checking Account (9526265245) | 0.28 | 2.18 |
| Wells Fargo Money Market Savings℠ (2527627471) | 0.02 | 0.13 |
| **Total interest, dividends and other income** | **$0.30** | **$2.31** |

### Interest expense

| Account | This month | This year |
|---|---|---|
| Smartfit Home Equity LCA (6519200207-1998) | 691.16 | 6,278.02 |
| **Total interest expense** | **$691.16** | **$6,278.02** |

The "Overview of your PMA Account" section of your statement is provided for informational and convenience purposes. The Overview shows activity and information from (1) deposit, credit and trust accounts with Wells Fargo Bank, N.A., and (2) brokerage accounts with Wells Fargo Advisors, LLC, HD Vest Investment Services or Wells Fargo Advisors Financial Network, LLC (members SIPC); brokerage accounts are carried and cleared through First Clearing, LLC; (3) Wells Fargo Funds Management, LLC provides investment advisory and administrative services for Wells Fargo Advantage Funds; other affiliates provide subadvisory and other services for the Funds; and (4) insurance products offered through non-bank insurance agency affiliates of Wells Fargo & Company and underwritten by unaffiliated insurance companies.


# PMA® Prime Checking Account

## Activity summary

| | |
|---|---:|
| Balance on 10/1 | 6,505.55 |
| Deposits/Additions | 5,000.28 |
| Withdrawals/Subtractions | -8,211.53 |
| **Balance on 10/31** | **$3,294.30** |



Account number: **9526265245**

**MARK KESEL**
**DEBTOR IN POSSESSION**
**CH 11 CASE# 10-41653 (NCA)**

Wells Fargo Bank, N.A., California (Member FDIC)

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

## Overdraft protection

Your account is linked to the following for Overdraft Protection:
- Savings - 2527627471

## Interest you've earned

| | |
|---|---:|
| Interest earned this month | $0.28 |
| Average collected balance this month | $6,405.32 |
| Annual percentage yield earned | 0.05% |
| Interest paid this year | $2.18 |

## Transaction history

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---:|---:|---:|
| | Beginning balance on 10/1 | | | | 6,505.55 |
| 10/3 | Deposit | | 5,000.00 | | 11,505.55 |
| 10/4 | Bill Pay Equity On-Line Xxxxxxx2071998 On 10-04 | | | 715.00 | 10,790.55 |
| 10/5 | Bank of America Mortgage Oct 11 Xxxxx4921 Kesel M | | | 2,774.66 | |
| 10/5 | AT&T Services Checkpaymt 100411 03131 A510524/944348 11277 | ^3131 | | 67.62 | |
| 10/5 | Check | 3132 | | 14.95 | 7,933.32 |
| 10/7 | Check | 3134 | | 750.00 | 7,183.32 |
| 10/11 | POS Purchase - 10/07 Mach ID 000000 Costco Whse #04 Richmond CA 7442 00461281081372203 ?McC=5300 | | | 149.24 | 7,034.08 |
| 10/12 | POS Purchase - 10/11 Mach ID 000000 Costco Whse #04 Richmond CA 7442 00461285025160193 ?McC=5300 | | | 61.76 | 6,972.32 |
| 10/17 | Check | 3136 | | 54.92 | 6,917.40 |
| 10/18 | Allstate Ins CO Checkpaymt 111017 3137 0400000027261623001007 | ^3137 | | 861.00 | 6,056.40 |
| 10/25 | Check | 3139 | | 650.00 | |
| 10/25 | Check | 3138 | | 120.41 | |
| 10/25 | Check | 3135 | | 100.00 | 5,185.99 |
| 10/26 | Cardmember Serv Web Pymt 111025 462300856537783 Kesel,Mark | | | 391.97 | 4,794.02 |
| 10/31 | Check | 3140 | | 1,500.00 | |
| 10/31 | Interest Payment | | 0.28 | | 3,294.30 |
| | **Ending balance on 10/31** | | | | **3,294.30** |
| | **Totals** | | **$5,000.28** | **$8,211.53** | |

Key to symbols: ^ Converted check: Paper check converted to an electronic format by your payee or designated representative. Converted checks cannot be returned, copied or imaged.

## Summary of checks written (checks listed are also displayed in the preceding Transaction history section)

| Number | Date | $ Amount | Number | Date | $ Amount | Number | Date | $ Amount |
|---|---|---:|---|---|---:|---|---|---:|
| 3131 | 10/5 | 67.62 | 3135 | 10/25 | 100.00 | 3138 | 10/25 | 120.41 |
| 3132 | 10/5 | 14.95 | 3136 | 10/17 | 54.92 | 3139 | 10/25 | 650.00 |
| 3134 * | 10/7 | 750.00 | 3137 | 10/18 | 861.00 | 3140 | 10/31 | 1,500.00 |

* Gap in check sequence.

358018


##  PMA® PRIME CHECKING ACCOUNT (CONTINUED)

Revised Agreement for Online Banking
We've updated our Online Access Agreement.
To see what has changed, please visit wellsfargo.com/onlineupdates.

Turn off the paper clutter . . . If you bank online, get your statement online. It's easy to switch to Online Only Statements. Sign on at wellsfargo.com/turnoffpaper, select Online Only, or check the box Switch All to Online Only Delivery and click Submit at the bottom of the page. Online statements reduce paper clutter, help protect against identity theft, and they're gentle on the environment.

- Wells Fargo Bank is consistently rated as "Outstanding" for the Community Reinvestment Act (CRA) by federal regulators, the highest rating a financial services institution can receive.

Get the most from your PMA Package. As a PMA customer, you are eligible for a bonus interest rate on a Wells Fargo Time Deposit (CD) Account as well as other select savings accounts. Talk with your Wells Fargo Banker today.



# Wells Fargo Teen Checking℠

## Activity summary

| | |
|---|---|
| Balance on 10/1 | 107.65 |
| Deposits/Additions | 30.00 |
| Withdrawals/Subtractions | -93.86 |
| **Balance on 10/31** | **$43.79** |

Account number: 5027606713
DANIELLA KESEL
MARK KESEL

Wells Fargo Bank, N.A., California (Member FDIC)
Questions about your account: 1-800-742-4932

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

## Transaction history

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| | Beginning balance on 10/1 | | | | 107.65 |
| 10/3 | Check Crd Purchase 09/30 Urban-Anthropologie #2 972-550-2751 PA 434256Xxxxxx9833 275140009527694 ?McC=5651 01 | | | 63.86 | 43.79 |
| 10/21 | Deposit | | 30.00 | | |
| 10/21 | Cash Ewithdrawal IN Branch/Store - 1800 Solano Ave Berkeley CA 9833 | | | 30.00 | 43.79 |
| | Ending balance on 10/31 | | | | 43.79 |
| **Totals** | | | **$30.00** | **$93.86** | |

358020

Case: 10-41653   Doc# 93   Filed: 11/21/11   Entered: 11/21/11 18:55:08   Page 15 of 18

11/17/2011 THU 3:52 PM  [TX/RX NO 5086]  ☒ 0006



# Wells Fargo Money Market Savings<sup>SM</sup>

### Activity summary

| | |
|---|---|
| Balance on 10/1 | 100.90 |
| Deposits/Additions | 0.02 |
| Withdrawals/Subtractions | - 0.00 |
| **Balance on 10/31** | **$100.92** |

Account number: 2527627471
MARK KESEL
DEBTOR IN POSSESSION
CH 11 CASE# 10-41653 (NCA)

Wells Fargo Bank, N.A., California (Member FDIC)

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

### Interest you've earned

| | |
|---|---|
| Interest earned this month | $0.02 |
| Average collected balance this month | $100.90 |
| Annual percentage yield earned | 0.23% |
| Interest paid this year | $0.13 |

### Transaction history

| Date | Description | Deposits/Additions | Withdrawals/Subtractions | Ending Daily Balance |
|---|---|---|---|---|
| | Beginning balance on 10/1 | | | 100.90 |
| 10/31 | Interest Payment | 0.02 | | 100.92 |
| | Ending balance on 10/31 | | | 100.92 |
| **Totals** | | **$0.02** | **$0.00** | |



# Bank of America

**Your Bank of America Prima Account Statement**

0702 P P
E0-2

MARK KESEL
1025 SOLANO AVE
ALBANY CA 94706-1617

**Statement Period:**
September 28 through October 26, 2011

**Account Number:** 07028-01795

**At Your Service**
Call: 510.649.6600

**Written Inquiries**
Bank of America
Albany Branch
PO Box 37176
San Francisco, CA 94137-0176

Customer since 1994
Bank of America appreciates your business and we enjoy serving you.

Our Online Banking service allows you to check balances, track account activity and more. With Online Banking you can also view up to 18 months of this statement online and even turn off delivery of your paper statement. Enroll at www.bankofamerica.com.

## ☐ Summary of Your Prima Interest Checking Account

| | | | |
|---|---|---|---|
| Beginning Balance on 09/28/11 | $379.63 | Number of ATM withdrawals and transfers | 0 |
| Ending Balance | $379.63 | Number of purchase transactions | 0 |
| | | Number of 24 Hour Customer Service Calls | |
| | | Self-Service | 0 |
| | | Assisted | 0 |

Case: 10-41653   Doc# 93   Filed: 11/21/11   Entered: 11/21/11 18:55:08   Page 17 of
11/17/2011 THU 3:47 PM [TX/RX NO 5084] ☑ 0003



# Bank of America

0702 P P
E0-2

```
CD 11/07 1  0000 236 4    169 002257 #01 AV 0.340
MARK KESEL
1025 SOLANO AVE
ALBANY  CA  94706-1617
```

## Your Bank of America Prima Account Statement

**Statement Period:**
October 1 through October 31, 2011

Account Number: 07021-61806

**At Your Service**
Call: 510.649.6600

**Written Inquiries**
Bank of America
Albany Branch
PO Box 37176
San Francisco, CA 94137-0176

Customer since 1994
Bank of America appreciates your business and we enjoy serving you.

Our Online Banking service allows you to check balances, track account activity and more. With Online Banking you can also view up to 18 months of this statement online and even turn off delivery of your paper statement. Enroll at www.bankofamerica.com.

## ☐ Summary of Your Prima Interest Checking Account

| | |
|---|---|
| Beginning Balance on 10/01/11 | $61.61 |
| Ending Balance | $61.61 |

| | |
|---|---|
| Number of ATM withdrawals and transfers | 0 |
| Number of purchase transactions | 0 |
| Number of 24 Hour Customer Service Calls | |
|   Self-Service | 0 |
|   Assisted | 0 |

California

Case: 10-41653   Doc# 93   Filed: 11/21/11   Entered: 11/21/11 18:55:08   Page 18 of
11/18/2011 THU 3:47 PM  [TX/RX NO 5084] ☒ 0005