**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re: Mark Kesel

Case No. 10-41653

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**(SMALL REAL ESTATE/INDIVIDUAL CASE)**

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** 11/30/11 **PETITION DATE:** 02/16/10

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
Dollars reported in $1

| 2. **Asset and Liability Structure** | **End of Current Month** | **End of Prior Month** | **As of Petition Filing** |
|---|---|---|---|
| a. Current Assets | $40,465 | $40,684 | |
| b. Total Assets | $2,688,423 | $2,687,838 | $2,645,342 |
| c. Current Liabilities | $39,649 | $35,689 | |
| d. Total Liabilities | $4,118,569 | $4,114,609 | $4,083,006 |

| 3. **Statement of Cash Receipts & Disbursements for Month** | **Current Month** | **Prior Month** | **Cumulative (Case to Date)** |
|---|---|---|---|
| a. Total Receipts | $17,164 | $17,461 | $372,197 |
| b. Total Disbursements | $17,383 | $17,572 | $365,981 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | ($219) | ($111) | $6,216 |
| d. Cash Balance Beginning of Month | $19,528 | $19,639 | $405,709 |
| e. Cash Balance End of Month (c + d) | $19,309 | $19,528 | $411,925 |

| | **Current Month** | **Prior Month** | **Cumulative (Case to Date)** |
|---|---|---|---|
| 4. **Profit/(Loss) from the Statement of Operations** | N/A | N/A | N/A |
| 5. **Account Receivables (Pre and Post Petition)** | $0 | | |
| 6. **Post-Petition Liabilities** | $39,649 | $35,689 | |
| 7. **Past Due Post-Petition Account Payables (over 30 days)** | $0 | | |

| **At the end of this reporting month:** | **Yes** | **No** |
|---|---|---|
| 8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 10. If the answer is yes to 8 or 9, were all such payments approved by the court? | | X |
| 11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| 12. Is the estate insured for replacement cost of assets and for general liability? | X | |
| 13. Are a plan and disclosure statement on file? | | X |
| 14. Was there any post-petition borrowing during this reporting period? | | X |

15. Check if paid: Post-petition taxes X ; U.S. Trustee Quarterly Fees X ; Check if filing is current for: Post-petition tax reporting and tax returns: X .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 12.7.11

Responsible Individual


Case: 10-41653 Doc# 98 Filed: 12/08/11 Entered: 12/08/11 11:47:20 Page 1 of 15
12/07/2011 WED 3:40 PM [TX/RX NO 5116] 0001

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

**Increase/(Decrease) in Cash and Cash Equivalents**

**For the Month Ended** 11/30/11

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected (Inc. Sec. Dep. $3875) | $17,164 | |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $17,164 | |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Apartment Building Mortgage | $6,697 | |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Office Lease | $402 | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Business related taxes and fees | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes (US Trustee) | | |
| 31 | Other Cash Outflows: | | |
| 32 | Apartment Building Opereting Exp. | $650 | |
| 33 | Mortgage Payment & Equity Line of Credit (Personal) | $3,490 | |
| 34 | Living expenses (Includes: Property tax $3683) | $5,394 | |
| 35 | Child support | $750 | |
| 36 | Tuition | | |
| 37 | **Total Cash Disbursements*:** | $17,383 | |
| 38 | **Net Increase (Decrease) in Cash** | ($219) | |
| 39 | **Cash Balance, Beginning of Period** | $19,528 | |
| 40 | **Cash Balance, End of Period *** | $19,309 | |

# BALANCE SHEET

(Small Real Estate/Individual Case)

For the Month Ended 11/30/11

| | | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Assets** | | |
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | | $19,309 |
| 2 | Accounts receivable (net) | | |
| 3 | Retainer(s) paid to professionals | | |
| 4 | Other: Retainer to Bankruptcy Attorney | | $21,156 |
| 5 | | | |
| 6 | **Total Current Assets** | | $40,465 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | | $760,000 |
| 8 | Real property (rental or commercial) | | $1,500,000 |
| 9 | Furniture, Fixtures, and Equipment | X | $5,225 |
| 10 | Vehicles | X | $4,000 |
| 11 | Partnership interests | | |
| 12 | Interest in corportations | | |
| 13 | Stocks and bonds | | $5,923 |
| 14 | Interests in IRA, Keogh, other retirement plans | X | $371,410 |
| 15 | Other: | | |
| 16 | Personal items | X | $1,400 |
| 17 | **Total Long Term Assets** | | $2,647,958 |
| 18 | **Total Assets** | | $2,688,423 |
| | **Liabilities** | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | |
| 21 | Post-petition delinquent taxes | | |
| 22 | Accrued professional fees | | $39,649 |
| 23 | Other: | | |
| 24 | | | |
| 25 | **Total Current Liabilities** | | $39,649 |
| 26 | **Long-Term Post Petition Debt** | | |
| 27 | **Total Post-Petition Liabilities** | | $39,649 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | $889,373 |
| 29 | Secured claims (other) | | $1,556,810 |
| 30 | Priority unsecured claims | | $0 |
| 31 | General unsecured claims | | $1,632,737 |
| 32 | **Total Pre-Petition Liabilities** | | $4,078,920 |
| 33 | **Total Liabilities** | | $4,118,569 |
| | **Equity (Deficit)** | | |
| 34 | **Total Equity (Deficit)** | | ($1,430,146) |
| 35 | **Total Liabilities and Equity (Deficit)** | | $2,688,423 |

NOTE:

Indicate the method used to estimate the market value of assets (e g , appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.



Revised 1/1/98

12/07/2011 WED 3:40 PM [TX/RX NO 5116] ☑ 0003

## SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | Description of Property | 1306 MLK Jr Way | | |
| 2 | Scheduled Gross Rents | $17,164 | | |
| | Less: | | | |
| 3 | Vacancy Factor | | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions* | $17,383 | $0 | $0 |
| 7 | Scheduled Net Rents | ($219) | $0 | $0 |
| 8 | Less: Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | ($219) | $0 | $0 |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

| | | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | Bank | Wells Fargo Bank | Apt Building (MB) | Other |
| 11 | Account No. | 9526265245 | 41317556 | |
| 12 | Account Purpose | Personal | | |
| 13 | Balance, End of Month | $4,661 | $14,033 | $615 |
| 14 | Total Funds on Hand for all Accounts | $19,309 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.





24-Hour Tele Banking: 888.400.6324
Client Services: 800.797.6324
www.mechanicsbank.com

Account Number xxxxxx7556

B

NEOVISION, LLC
1025 SOLANO AVE
ALBANY CA 94706




## RELATIONSHIP BUSINESS CHECKING ACCOUNT xxxxxx7556

### Your Account at a Glance

| | | | |
|---|---|---|---|
| Minimum Balance | $14,033.92 | **Last Statement 10/31/11** | **$15,618.76** |
| Avg Available Balance | $18,589.90 | 2 Credits | $17,163.57 |
| Average Balance | $19,162.02 | 8 Debits | $18,748.41 |
| | | **This Statement 11/30/11** | **$14,033.92** |

### Deposits

| REF# | DATE | AMOUNT | REF# | DATE | AMOUNT | REF# | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 15 | 11/03 | $15,167.41 | 23 | 11/14 | $1,996.16 | | | |

### Checks

| CHECK# | DATE | AMOUNT | CHECK# | DATE | AMOUNT | CHECK# | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1263 | 11/02 | $312.00 | 1266 | 11/17 | $47.32 | 1269 | 11/28 | $5,000.00 |
| 1264 | 11/08 | $161.97 | 1267 | 11/15 | $401.52 | | | |
| 1265 | 11/04 | $6,000.00 | 1268 | 11/22 | $108.90 | | | |

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

### Other Debits

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/08 | COHEN RECEIPT CASH CONC MARK KESEL | 6,696.70 |

Please refer to important information on page 2




MEMBER FDIC

Case: 10-41653 Doc# 98 Filed: 12/08/11 Entered: 12/08/11 11:47:20 Page 5 of 15






24-Hour Tele Banking: 888.400.6324
Client Services: 800.797.6324
www.mechanicsbank.com

NEOVISION, LLC

Account Number xxxxxx7556

**RELATIONSHIP BUSINESS CHECKING ACCOUNT xxxxxx7556**

**Daily Balance**

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 11/02 | $15,306.76 | 11/08 | $17,595.50 | 11/17 | $19,142.82 |
| 11/03 | $30,474.17 | 11/14 | $19,591.66 | 11/22 | $19,033.92 |
| 11/04 | $24,474.17 | 11/15 | $19,190.14 | 11/28 | $14,033.92 |



Go Paperless with eDelivery!
Sign up at www.mechanicsbank.com or call 800.797.6324

Please refer to important information on page 2




MEMBER FDIC



12/07/2011 WED 3:44 PM [TX/RX NO 5118] ☑ 0002





24-Hour Tele Banking: 888.400.6324
Client Services: 800.797.6324
www.mechanicsbank.com

NEOVISION, LLC

Account Number xxxxxx7556

NEOVISION, LLC 1263
Date 10/27/2011
Pay to City of Berkeley Finance/Treasury $ 312.00
Three hundred twelve and 00/100 Dollars
Mechanics Bank
Memo No. [illegible] RH
⑈121102036⑈1263 041⑈317556⑈

11/02/11 1263 $312.00

NEOVISION, LLC 1264
Date 11/03/2011
Pay to PG&E $ 181.97
One hundred eighty-one and 97/100 Dollars
Mechanics Bank
Acct 3489[illegible]
⑈121102036⑈1264 041⑈317556⑈

11/08/11 1264 $181.97

NEOVISION, LLC 1265
Date 11/03/2011
Pay to Mark Kesel $ 6,000.00
Six Thousand and 00/100 Dollars
Mechanics Bank
⑈121102036⑈1265 041⑈317556⑈

11/04/11 1265 $6,000.00

NEOVISION, LLC 1266
Date 11/11/2011
Pay to PG&E $ 47.32
Forty-seven and 32/100 Dollars
Building
Mechanics Bank
Memo Acct 6930947601-5
⑈121102036⑈1266 041⑈317556⑈

11/17/11 1266 $47.32

NEOVISION, LLC 1267
Date 11/11/11
Pay to Informetric System $ 401.52
Four hundred one and 52/100 Dollars
Mechanics Bank
Rent for November
⑈121102036⑈1267 041⑈317556⑈

11/15/11 1267 $401.52

NEOVISION, LLC 1268
Date 11/16/2011
Pay to AT&T Payment Center $ 108.90
One hundred eight and 90/100 Dollars
Mechanics Bank
Acct 510[illegible]
⑈121102036⑈1268 041⑈317556⑈

11/22/11 1268 $108.90

NEOVISION, LLC 1269
Date 11/25/2011
Pay to Mark Kesel $ 5,000.00
Five thousand and 00/100 Dollars
Mechanics Bank
⑈121102036⑈1269 041⑈317556⑈

11/28/11 1269 $5,000.00

Please refer to important information on page 2

EQUAL HOUSING LENDER MEMBER FDIC





# PMA® Wells Fargo® PMA Package

Questions? Please contact us:

**Wells Fargo Premier Banking Team** SM
Available 24 hours a day, 7 days a week
*Phone:* **1-800-742-4932** , *TTY:* 1-800-600-4833
*Spanish:* 1-877-727-2932
*Chinese:* 1-800-288-2288

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A.
P.O. Box 6995
Portland, OR 97228-6995

MARK KESEL
DEBTOR IN POSSESSION
CH 11 CASE# 10-41653 (NCA)
59 STRATFORD RD
KENSINGTON CA 94707-1241

## November 30, 2011

| | |
|---|---|
| **Total assets:** | **$5,051.92** |
| Last month: | $3,439.01 |
| Change in $: | $1,612.91 |
| Change in %: | 46.90% |
| **Total liabilities:** | **$198,537.49** |
| Last month: | $198,563.00 |
| Change in $: | $(25.51) |
| Change in %: | (0.01)% |
| Qualifying Balance : | **$203,589.41** |

**Contents** *Page*

Overview. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
PMA® Prime Checking Account. . . . . . . . . . . . . . . . . . 4
Other Checking. . . . . . . . . . . . . . . . . . . . . . . . . . . 6
Savings. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7





# Overview of your PMA account

## Assets

| Account (Account Number) | Percent of total | Balance last month ($) | Balance this month ($) | Increase/ decrease ($) | Percent change |
|---|---|---|---|---|---|
| PMA® Prime Checking Account (9526265245) | 92% | 3,294.30 | 4,660.97 | 1,366.67 | 41.49% |
| Wells Fargo Teen Checking[SM] (5027606713) | 6% | 43.79 | 290.02 | 246.23 | 562.30% |
| Wells Fargo Money Market Savings[SM] (2627627471) | 2% | 100.92 | 100.93 | 0.01 | 0.01% |
| **Total assets** | | **$3,439.01** | **$5,051.92** | **$1,612.91** | **46.90%** |

**Total asset allocation (by account type)**




## Liabilities

| Account (Account Number) | Percent of total | Outstanding balance last month ($) | Outstanding balance this month ($) | Increase/ decrease ($) | Percent change |
|---|---|---|---|---|---|
| Smartfit Home Equity LCA (6519200207-1998) | 100% | 198,563.00 | 198,537.49 | (25.51) | (0.01)% |
| **Total liabilities** | | **$198,563.00** | **$198,537.49** | **($25.51)** | **(0.01)%** |

**Total liability allocation (by account type)**




## Available credit

*The information below may not be current. Be sure to verify the credit available on your accounts when accessing your credit lines.*

| Account | Approved credit line | Credit used | Credit available |
|---|---|---|---|
| Smartfit Home Equity LCA (6519200207-1998) | 200,000.00 | 197,850.48 | 0.00 |
| **Total available credit** | **$200,000.00** | **$197,850.48** | **$0.00** |



12/07/2011 WED 3:42 PM [TX/RX NO 5117] ☑ 0002





**OVERVIEW OF YOUR PMA ACCOUNT** (CONTINUED)

## Interest, dividends and other income

*The information below should not be used for tax planning purposes.*

| *Account* | *This month* | *This year* |
|---|---|---|
| PMA® Prime Checking Account (9526265245) | 0.18 | 2.36 |
| Wells Fargo Money Market Savings℠ (2527627471) | 0.01 | 0.14 |
| **Total interest, dividends and other income** | **$0.19** | **$2.50** |

## Interest expense

| *Account* | *This month* | *This year* |
|---|---|---|
| Smartfit Home Equity LCA (6619200207-1998) | 715.00 | 6,993.02 |
| **Total interest expense** | **$715.00** | **$6,993.02** |

The "Overview of your PMA Account" section of your statement is provided for informational and convenience purposes. The Overview shows activity and information from (1) deposit, credit and trust accounts with Wells Fargo Bank, N.A., and (2) brokerage accounts with Wells Fargo Advisors, LLC, or Wells Fargo Advisors Financial Network, LLC (members SIPC); brokerage accounts are carried and cleared through First Clearing, LLC; (3) Wells Fargo Funds Management, LLC provides investment advisory and administrative services for Wells Fargo Advantage Funds; other affiliates provide subadvisory and other services for the Funds; and (4) insurance products offered through non-bank insurance agency affiliates of Wells Fargo & Company and underwritten by unaffiliated insurance companies.



12/07/2011 WED 3:42 PM [TX/RX NO 5117] ☑ 0003





# PMA® Prime Checking Account

## Activity summary

| | |
|---|---|
| Balance on 11/1 | 3,294.30 |
| Deposits/Additions | 11,111.48 |
| Withdrawals/Subtractions | - 9,744.81 |
| **Balance on 11/30** | **$4,660.97** |

Account number: **9526265245**

**MARK KESEL**
**DEBTOR IN POSSESSION**
**CH 11 CASE# 10-41653 (NCA)**

*Wells Fargo Bank, N.A. California (Member FDIC)*

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

## Overdraft protection

Your account is linked to the following for Overdraft Protection:

- Savings - 2527627471

## Interest you've earned

| | |
|---|---|
| Interest earned this month | $0.18 |
| Average collected balance this month | $4,430.82 |
| Annual percentage yield earned | 0.05% |
| Interest paid this year | $2.36 |

## Transaction history

| *Date* | *Description* | *Check No.* | *Deposits/ Additions* | *Withdrawals/ Subtractions* | *Ending Daily Balance* |
|---|---|---|---|---|---|
| **Beginning balance on 11/1** | | | | | 3,294.30 |
| 11/1 | Check | 3142 | | 750.00 | 2,544.30 |
| 11/3 | Deposit | | 6,000.00 | | 8,544.30 |
| 11/7 | Bank of America Mortgage Nov 11 Xxxxx4921 Kesel M | | | 2,774.66 | |
| 11/7 | Check | 3141 | | 200.00 | 5,569.64 |
| 11/9 | Bill Pay Equity On-Line Xxxxxxx2071998 On 11-09 | | | 715.00 | |
| 11/9 | AT&T Services Checkpaymt 110811 03143 A5105247944348 11312 | ^3143 | | 67.68 | 4,786.96 |
| 11/14 | Hsa Transfer 000000004784485 Mark Kesel | | 111.30 | | 4,898.26 |
| 11/15 | Hsa Contribution ACH 000000004784500 Mark Kesel | | | 1,000.00 | |
| 11/15 | Check | 3144 | | 101.05 | 3,797.21 |
| 11/18 | Check | 3145 | | 106.43 | |
| 11/18 | Check | 3146 | | 54.92 | 3,635.86 |
| 11/21 | Cardmember Serv Web Pymt 111118 462300856537783 Kesel,Mark | | | 292.30 | 3,343.56 |
| 11/25 | Deposit | | 5,000.00 | | 8,343.56 |
| 11/28 | Check | 3148 | | 3,682.77 | 4,660.79 |
| 11/30 | Interest Payment | | 0.18 | | 4,660.97 |
| **Ending balance on 11/30** | | | | | **4,660.97** |
| **Totals** | | | **$11,111.48** | **$9,744.81** | |

*Key to symbols:* ^ *Converted check: Paper check converted to an electronic format by your payee or designated representative. Converted checks cannot be returned, copied or imaged.*

**Summary of checks written** *(checks listed are also displayed in the preceding Transaction history section)*

| *Number* | *Date* | *$ Amount* | *Number* | *Date* | *$ Amount* | *Number* | *Date* | *$ Amount* |
|---|---|---|---|---|---|---|---|---|
| 3141 | 11/7 | 200.00 | 3144 | 11/15 | 101.05 | 3146 | 11/18 | 54.92 |
| 3142 | 11/1 | 750.00 | 3145 | 11/18 | 106.43 | 3148 * | 11/28 | 3,682.77 |
| 3143 | 11/9 | 67.68 | | | | | | |

* *Gap in check sequence.*



12/07/2011 WED 3:42 PM [TX/RX NO 5117] ☑ 0004





# Wells Fargo Teen Checking℠

**Activity summary**

| | |
|---|---|
| Balance on 11/1 | 43.79 |
| Deposits/Additions | 490.53 |
| Withdrawals/Subtractions | - 244.30 |
| **Balance on 11/30** | **$290.02** |

Account number: **5027606713**

**DANIELLA KESEL**
**MARK KESEL**

*Wells Fargo Bank, N.A. California (Member FDIC)*

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

**Transaction history**

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| **Beginning balance on 11/1** | | | | | **43.79** |
| 11/22 | Deposit | | 330.00 | | |
| 11/22 | POS Purchase - 11/22 Mach ID 000000 Urban Outfitter San Franciscoca 9833 00581327003327684 ?McC=5651 | | | 21.69 | |
| 11/22 | POS Purchase - 11/22 Mach ID 000000 Forever 21 Inc San Franciscoca 9833 00301327013051181 ?McC=5621 | | | 3.04 | 349.06 |
| 11/25 | POS Purchase - 11/25 Mach ID 000000 Victoria's Secr San Franciscoca 9833 00461329567170908 ?McC=5621 | | | 122.33 | |
| 11/25 | POS Purchase - 11/25 Mach ID 000000 Forever 21 Inc San Franciscoca 9833 00461329576820045 ?McC=5621 | | | 25.82 | |
| 11/25 | POS Purchase - 11/25 Mach ID 000000 Sephora #058-PO San Fransico CA 9833 00381329582083255 ?McC=5977 | | | 15.19 | |
| 11/25 | POS Purchase - 11/25 Mach ID 000000 H & M San Franciscoca 9833 00301329599772885 ?McC=5311 | | | 33.53 | |
| 11/25 | POS Purchase - 11/25 Mach ID 000000 Claire's Boutiq San Franciscoca 9833 00461329626361216 ?McC=5631 | | | 22.70 | 129.49 |
| 11/28 | POS Purchase Return - 11/28 Mach ID 000000 Victoria's Secrvictoria'Ssan Franciscoca 9833 00381332798902899 ?McC=5621 | | 122.61 | | |
| 11/28 | POS Purchase Return - 11/28 Mach ID 000000 H & M H & M San Franciscoca 9833 00381332789340484 ?McC=5311 | | 16.22 | | 268.32 |
| 11/30 | Check Crd Pur Rtrn 11/28 Claire's #5983 San Francisco CA 434256Xxxxxx9833 334140004818317 ?McC=5631 90 | | 21.70 | | 290.02 |
| **Ending balance on 11/30** | | | | | **290.02** |
| **Totals** | | | **$490.53** | **$244.30** | |



12/07/2011 WED 3:42 PM [TX/RX NO 5117] ☑ 0005





# Wells Fargo Money Market Savings[SM]

**Activity summary**

| | |
|---|---|
| Balance on 11/1 | 100.92 |
| Deposits/Additions | 0.01 |
| Withdrawals/Subtractions | - 0.00 |
| **Balance on 11/30** | **$100.93** |

Account number: **2527627471**

**MARK KESEL**
**DEBTOR IN POSSESSION**
**CH 11 CASE# 10-41653 (NCA)**

*Wells Fargo Bank, N.A. California (Member FDIC)*

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

**Interest you've earned**

| | |
|---|---|
| Interest earned this month | $0.01 |
| Average collected balance this month | $100.92 |
| Annual percentage yield earned | 0.12% |
| Interest paid this year | $0.14 |

**Transaction history**

| *Date* | *Description* | *Deposits/ Additions* | *Withdrawals/ Subtractions* | *Ending Daily Balance* |
|---|---|---|---|---|
| **Beginning balance on 11/1** | | | | **100.92** |
| 11/30 | Interest Payment | 0.01 | | 100.93 |
| **Ending balance on 11/30** | | | | **100.93** |
| **Totals** | | **$0.01** | **$0.00** | |



Bank of America

H

# Your Bank of America Prima Account Statement

0702 P P
E0-2

CD 12/02 1 0000 381 4 499 016762 #801 AV 0.340

MARK KESEL
1025 SOLAND AVE
ALBANY CA 94706-1617

**Statement Period:**
**October 27 through November 25, 2011**

**Account Number: 07028-01795**

**At Your Service**
Call: 510.649.6600

**Written Inquiries**
Bank of America
Albany Branch
PO Box 37176
San Francisco, CA 94137-0176

Customer since 1994
Bank of America appreciates your business and we enjoy serving you.

Our Online Banking service allows you to check balances, track account activity and more. **With Online Banking you can also view up to 18 months of this statement online and even turn off delivery of your paper statement.** Enroll at www.bankofamerica.com.

## Summary of Your Prima Interest Checking Account

| | |
|---|---|
| Beginning Balance on 10/27/11 | $379.63 |
| Ending Balance | $379.63 |

| | |
|---|---|
| Number of ATM withdrawals and transfers | 0 |
| Number of purchase transactions | 0 |
| Number of 24 Hour Customer Service Calls | |
| Self-Service | 0 |
| Assisted | 0 |



Case: 10-41653 Doc# 98 Filed: 12/08/11 Entered: 12/08/11 11:47:20 Page 14 of 15

12/07/2011 WED 3:40 PM [TX/RX NO 5116] 0004



**Bank of America**

H

# Your Bank of America Prima Account Statement

0702 P P
E0-2

CD 12/07 1 0000 531 4 566 019291 #001 AV 0.340

MARK KESEL
1025 SOLANO AVE
ALBANY CA 94706-1617

**Statement Period:**
**November 1 through November 30, 2011**

**Account Number: 07021-61806**

**At Your Service**
Call: 510.649.6600

**Written Inquiries**
Bank of America
Albany Branch
PO Box 37176
San Francisco, CA 94137-0176

Customer since 1994
Bank of America appreciates your business and we enjoy serving you.

Our Online Banking service allows you to check balances, track account activity and more. **With Online Banking you can also view up to 18 months of this statement online and even turn off delivery of your paper statement.** Enroll at www.bankofamerica.com.

## Summary of Your Prima Interest Checking Account

| | |
|---|---|
| Beginning Balance on 11/01/11 | $61.61 |
| Ending Balance | $61.61 |

| | |
|---|---|
| Number of ATM withdrawals and transfers | 0 |
| Number of purchase transactions | 0 |
| Number of 24 Hour Customer Service Calls | |
| Self-Service | 0 |
| Assisted | 0 |



Case: 10-41653 Doc# 98 Filed: 12/08/11 Entered: 12/08/11 11:47:20 Page 15 of 15

12/07/2011 WED 3:40 PM [TX/RX NO 5116] 0002