DIEMER, WHITMAN & CARDOSI, LLP
JUDITH L. WHITMAN, #103385
75 East Santa Clara Street, Suite 290
San Jose, California 95113
Telephone: (408) 971-6270
Facsimile: (408) 971-6271

ATTORNEYS FOR
MARK KESEL

The following constitutes
the order of the court. Signed December 22, 2011

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>MARK KESEL<br><br>              Debtor. | Case No. 10-41653 WJL<br><br>CHAPTER 11<br><br>Date: December 14, 2011<br>Time: 9:30 A.M.<br>Place: 1300 Clay Street<br>       Courtroom 220<br>       Oakland, CA 94612<br><br>Judge: William J. Lafferty |

**ORDER GRANTING MOTION BY DEBTOR FOR ORDER APPROVING COMPROMISE OF CONTROVERSY WITH APPLIED MATERIALS, INC.**

    The motion of Debtor, Mark Kesel ("Debtor"), for an order approving compromise of controversy with Applied Materials came on for hearing before the Honorable William J. Lafferty, United States Bankruptcy Judge on December 14, 2011 at 9:30 A.M. Appearances were noted on the record.

    Upon review of the papers filed, noting no opposition to Debtor's motion, and good cause appearing therefor,

    IT IS HEREBY ORDERED that the motion for an order approving compromise of

1

ORDER GRANTING MOTION BY DEBTOR FOR ORDER APPROVING COMPROMISE OF CONTROVERSY WITH
APPLIED MATERIALS, INC.

Case: 10-41653    Doc# 101    Filed: 12/22/11    Entered: 12/22/11 13:16:13    Page 1 of 3

controversy with Applied Materials is APPROVED in its entirety.

IT IS FURTHER ORDERED that the Court approves the settlement entered into between Debtor and Applied Materials, Inc. The terms and conditions of this settlement are set forth in the Global Settlement Agreement, a true and correct copy of which is attached as Exhibit A to the Declaration of Mark Kesel filed on November 22, 2011 in support of his Application to Compromise Controversy with Applied Materials (Docket Number 94). The parties hereto are authorized to act under the terms and conditions of the Global Settlement Agreement.

**\*\*\* END OF ORDER \*\*\***

2

ORDER GRANTING MOTION BY DEBTOR FOR ORDER APPROVING COMPROMISE OF CONTROVERSY WITH APPLIED MATERIALS, INC.

Case: 10-41653    Doc# 101    Filed: 12/22/11    Entered: 12/22/11 13:16:13    Page 2 of 3

Court Service List:

NONE

3

ORDER GRANTING MOTION BY DEBTOR FOR ORDER APPROVING COMPROMISE OF CONTROVERSY WITH APPLIED MATERIALS, INC.

Case: 10-41653    Doc# 101    Filed: 12/22/11    Entered: 12/22/11 13:16:13    Page 3 of 3